



E-FILED
Thursday, 09 September 2004 11:31:42 AM
Clerk, U.S. District Court, ILCD

SEP 09 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

RECEIVED
AUG 26 2004
U.S. MAGISTRATE
URBANA, ILLINOIS

August 25, 2004

The Honorable David G. Bernthal
114 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

       Re: *Robinson v. Macon County, et al.*
         No. 99-CV-2266

Dear Magistrate Bernthal:

  Please find enclosed a letter executed by the parties in the above-referenced matter indicating the desire for a change in judges.

  Should you want to discuss this matter with me, you can contact me at (217) 782-1841 or send written correspondence to the Springfield address on the bottom of this letter.

             Sincerely yours,

             Karen L. McNaught
             Chief, General Law Bureau

KLM/llb
enclosure
c: Diane Baron
  John Cassidy, III
  Melissa McGrath

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

LAW OFFICES

# CASSIDY & MUELLER

323 COMMERCE BANK BUILDING
416 MAIN STREET

PEORIA, ILLINOIS 61602

(309) 676-0591

FAX (309) 676-8036

E-MAIL: c_m@cassidymueller.com

DAVID B. MUELLER
JOHN E. CASSIDY, III
TIMOTHY J. CASSIDY
ANDREW D. (DREW) CASSIDY
CHRISTOPHER F. CASSIDY
RICHARD L. FOOTE
JOHN G. DUNDAS

JOHN E. (JACK) CASSIDY, JR.
(1924-2003)

JOHN E. CASSIDY, SR.
(1896-1984)

THOMAS W. KEHR
SIDNEY D. DAVIDSON
OF COUNSEL

May 19, 2004

Magistrate David G. Bernthal
114 U.S. Courthouse
201 S. Vine Street
Urbana, IL  61802

Re:   Robinson v. Macon County, *et. al.*
      Case No.:  99 CV 2266

Dear Magistrate Bernthal:

Plaintiff has recently filed a motion requesting the court to go forward with Plaintiff's claim against Macon County while the remaining Defendant's Petition for a Writ of Certiorari is pending before the U.S. Supreme Court. As a result of Plaintiff's motion, I contacted Melissa McGrath, Plaintiff's attorney, and pointed out that at our last status conference you raised the question as to whether this case should be assigned to a new judge and indicated that the parties should get together and see if anyone would like a new judge assigned to this matter. The parties were unsure if Plaintiff's motion would affect the ability of any party to request a change of judge if the court should rule on Plaintiff's motion.

Plaintiff's attorney suggested that we set up a conference call with all attorneys to determine if any party desires a change. A phone conference was held and it was determined that one or more of the parties did want to change judges. In that I initially raised the issue with the Plaintiff, the parties asked if I would circulate this letter to all parties for their signature indicating the desire for a change in judges.

CASSIDY & MUELLER,

By: _____
    Attorneys for Macon County

## Cassidy & Mueller

Magistrate David G. Bernthal
May 19, 2004
Page 2

      I acknowledge that a conference call was held on April 23, 2004, at which time one or more of the parties to this action indicated the desire to accept Magistrate Bernthal's offer to assign this matter to a new judge.

_____      _____
Melissa McGrath,                                       Diane Baron,
Attorney for the Plaintiff                    Attorney for Judge Warren Sappington

_____      _____
Karen McNaught,                                    John Cassidy, III
Attorney for Judge Warren Sappington     Attorney for Macon County