**E-FILED**
Wednesday, 15 September, 2004  03:13:54 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

|  |  |  |
|---|---|---|
| **MELISSA ROBINSON, f/k/a MELISSA SCHROEDER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **JUDGE WARREN A. SAPPINGTON,** | ) | |
| **Sixth Judicial Circuit, in official capacity** | ) | **Case No. 99-2266** |
| **and individually, MACON COUNTY, and** | ) | |
| **JOHN P. SHONKWILER, Chief Judge,** | ) | |
| **Sixth Judicial Circuit, Macon County** | ) | |
| **Circuit Court, Macon County, in official** | ) | |
| **capacity and not individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

On June 19, 2002, the Court entered an Order (#223) which granted motions for summary judgment filed by Defendants Sappington, Shonkwiler, and Macon County.  Plaintiff appealed and the decision of the District Court was reversed in part and affirmed in part.  Following receipt of the mandate from the Court of Appeals, the Court conducted a telephone status hearing.  Although not mandated by Circuit Rule 36, the Court did afford counsel the opportunity to request another judge to preside over this case which the Court felt was keeping with the spirit of Circuit Rule 36.  Subsequently, the Court received correspondence from counsel indicating that one or more of the parties desired a different judge.  Accordingly, the undersigned hereby recuses himself from the case and directs that it be sent to Chief United States District Judge Joe B. McDade for reassignment.

The Court is aware of two pending motions and several pending bills of cost which are subject to dispute.  While the undersigned does not wish to burden the judge to whom the case will be assigned, in light of the recusal, disposition of any of these matters could be suspect.  It should be noted that a portion of the disputed issues surrounding at least one of the pending bills of costs has been mooted by the Appellate Court's decision.  This Court has been aware of the

existence of the disputed bills of costs but chose to withhold ruling pending outcome of the appeal.

ENTER this 15th day of September, 2004.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

H:\Inbox\ORDER\Robinson v Sappington.99-2266.order recusing.wpd

2