**E-FILED**
Thursday, 14 October, 2004  11:04:22 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, formerly known as MELISSA SCHROEDER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  04-3221 |
| WARREN A. SAPPINGTON, Judge, Sixth Judicial Circuit, in official capacity and individually, JOHN P. SHONKWILER, Chief Judge, Sixth Judicial Circuit, Macon County Circuit Court, in official capacity and not individually and COUNTY OF MACON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

RICHARD MILLS, U.S. District Judge.

I recuse myself from this matter.  <u>See</u> 28 U.S.C. § 455(a).  The

telephone conference scheduled for October 18, 2004, 3:00 p.m. is

CANCELLED.  The case is to be forwarded to Chief Judge McDade for

1

reassignment.

IT IS SO ORDERED.

ENTERED:  October 13, 2004

FOR THE COURT:

s/ Richard Mills
United States District Judge