IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>  Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>  Defendant,<br>MACON COUNTY,<br><br>  Defendant,<br>MACON COUNTY CIRCUIT COURT,<br><br>  Defendant. | Case No. 1:04-cv-1360 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of November, 2004, she served a copy of the Plaintiff's Supplemental Interrogatories and Plaintiff's Supplemental Request to Produce on the attorneys of record for the Defendants at the addresses below by depositing same in a U.S. Mail Box with postage fully prepaid.

**Attorneys of Record**

Richard S. Huszagh
OFFICE OF THE ATTORNEY GENERAL
CIVIL APPEALS DIVISION
100 W. Randolph Street, 12th Floor
Chicago, IL 60601

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

1

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

                                      By: s/ Melissa M. McGrath
                                      Melissa M. McGrath Attorney Bar No. 6207263
                                      Attorney for Plaintiff
                                      Thomson & Weintraub
                                      105 North Center Street
                                      Bloomington, Illinois 61701
                                      Phone: (309) 829-7069
                                      Fax: (309) 827-3458
                                      E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 23rd day of November, 2004.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

**MELISSA M. McGRATH**
Thomson & Weintraub
105 N. Center Street
Bloomington, IL 16701
Tel.: 309-829-7069

2