UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a MELISSA SCHROEDER), <br><br> Plaintiff, <br><br> vs. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> MACON COUNTY CIRCUIT COURT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 04-CV-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR RULING ON MACON COUNTY'S
SECOND MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 174)**

NOW COMES the Defendant, MACON COUNTY, by its attorneys, CASSIDY & MUELLER, and for its Motion for Ruling on its Second Motion for Summary Judgment states as follows:

1. On September 14, 2000, MACON COUNTY filed its first Motion for Summary Judgment raising the issue that it did not employee the Plaintiff (Docket No. 52). MACON COUNTY's first Motion for Summary Judgment was denied pursuant to an Order dated March 23, 2001, (Docket No. 113). The basis of the court's denial of the Motion for Summary Judgment was the court's "assumption that Janice Shonkwiler is employed by the county". (Docket No. 13, p. 9).

2.      Thereafter, extensive discovery occurred including discovery relating to Janice Shonkwiler's employment relationship. The discovery conclusively established that Janice Shonkwiler was solely a judicial employee which caused MACON COUNTY to file a second Motion for Summary Judgment on January 15, 2002. (Docket No. 174).

3.      The other parties hereto also filed Motions for Summary Judgment which resulted in an order from this court filed on June 19, 2002, wherein the court granted summary judgment on behalf of all Defendants based on the finding that "the undisputed facts show that (Judge Sappington's) conduct was not pervasive or severe, therefore it did not rise to the level of creating a hostile environment for which Sappington's employer might be held liable under Title VII". (Docket No. 223) (June 19, 2002, Order, p. 27).

4.      In the June 19, 2002, Order, the court decided not to resolve MACON COUNTY's Motion for Summary Judgment "because it is determined that the conduct issue did not create an actual hostile environment". (June 19, 2002, Order, p. 28).

5.      On June 28, 2002, the Plaintiff filed a Motion to Alter, Amend and Clarify the Court's June 19, 2002, Order requesting the court to rule on MACON COUNTY's Motion for Summary Judgment. (Docket No. 224). Said motion was denied by the court on August 6, 2002. (Docket No. 225).

6.      On September 4, 2002, the Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Seventh Circuit from the June 19, 2002, Order and the denial of Plaintiff's Motion to Alter, Amend and Clarify the Court's Order. (Docket No. 241). As a part of the appeal to the Seventh Circuit, the Defendant, MACON COUNTY, filed a brief requesting the Seventh Circuit to affirm the grant of summary judgment by the district court or, in the alternative, to affirm the summary judgment in favor of MACON COUNTY on the basis raised

in its Motion for Summary Judgment pointing out that the appellate court could affirm the summary judgment on any grounds that finds support in the record, citing *Williams v. U.S. Steel*, 70 F. 3d 944, 947 (7th Cir. 1995); *T.S. Johnson v. Gudmundsson*, 35 F. 3d 1104, 1115 (7th Cir. 1994); and *Miller v. Gateway Transportation Company*, 616 F. 2d 272, 275 N7 (7th Cir. 1980). Attached hereto as Exhibit A is MACON COUNTY's brief and argument to the Seventh Circuit Court of Appeals.

7. That on December 9, 2003, the Seventh Circuit Court of Appeals rendered an opinion in the above captioned matter reversing summary judgment granted in favor of all Defendants except with respect to John P. Shonkwiler, Chief Judge of the Sixth Judicial Circuit. *Robinson v. Sappington, et.al.*, 351 F. 3d 317 (7th Cir. 2003).

8. The Seventh Circuit Court of Appeals declined to consider the issues presented in MACON COUNTY's Motion for Summary Judgment stating:

> "We agree with Ms. Robinson that the question of joint liability is one that is fact-bound and that necessarily is best addressed by the district court in the first instance." *Robinson,* 351 F. 3d at 338.

9. As a consequence, presently pending before this court is MACON COUNTY's Second Motion for Summary Judgment which the appellate court determined should be first decided at the district court level.

WHEREFORE, the Defendant, MACON COUNTY, respectfully prays for an order of this court granting MACON COUNTY's Second Motion for Summary Judgment (Docket No. 174) in regards to only the substantive[1] liability of MACON COUNTY under Plaintiff's claim.

---

[1] MACON COUNTY recognizes that the appellate court has concluded that it is a necessary party to the *Carver v. Sheriff of LaSalle County* line of cases. See *Robinson*, 351 F. 3d at 338-339. The *Carver* issue is separate from the substantive issues raised in MACON COUNTY's Motion for Summary Judgment. As a consequence, MACON COUNTY requests an order only regarding the substantive issues relating to Title VII liability because it has been found to be a necessary party regarding the *Carver v. Sheriff of LaSalle County* funding issue.

                                                CASSIDY & MUELLER,

                        By:    s/ JOHN E. CASSIDY, III  
                                 Attorneys for the Defendant,  
                                 FRANK BATES

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Diane Baron | dbaron@clausen.com, pkebr@clausen.com |
| Terence Corrigan | tcorrigan@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us, lknoles@atg.state.il.us |
| Melissa McGrath | mmcgrath@tnwlaw.com |
| Karen McNaught | kmcnaught@atg.state.il.us, jginter@atg.state.il.us, lbrewer@atg.state.il.us, lknoles@atg.state.il.us |
| Andrew Ramage | aramage@hinshawlaw.com, vscott@hinshawlaw.com, administrator@hinshawlaw.com |

And I hereby certify that I have mailed by United States Postal Service the document to the foregoing non CM/ECF participants:

                                Robert Gillespie  
                                Hinshaw & Culbertson  
                                400 S. 9th Street, Ste 200  
                                Springfield, IL  62701

                                Melissa A. Murphy-Petros  
                                Clausen Miller, P.C.  
                                10 S. LaSalle Street  
                                Chicago, IL  60603-1098

                             s/    JOHN E. CASSIDY, III  
                                CASSIDY & MUELLER  
                                416 Main Street, Suite 323  
                                Peoria, IL  61602  
                                Telephone: 309/676-0591  
                                Fax: 309/676-8036  
                                E-mail: jcassidy@cassidymueller.com