E-FILED
Tuesday, 18 January, 2005  03:36:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a MELISSA SCHROEDER), <br><br> Plaintiff, <br><br> vs. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> MACON COUNTY CIRCUIT COURT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 04-CV-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MACON COUNTY'S THIRD MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, MACON COUNTY, by its attorneys, CASSIDY & MUELLER, and for its Third Motion for Summary Judgment states as follows:

1.  The Plaintiff, MELISSA ROBINSON, has filed a Complaint against MACON COUNTY under Title VII alleging sexual harassment by JUDGE WARREN SAPPINGTON.

2.  ROBINSON worked as a judicial clerk for SAPPINGTON in the Sixth Judicial Circuit, Macon County, Illinois, from March, 1994, through January, 1997. JUDGE SAPPINGTON was an associate judge during this time period.

3.  The Plaintiff, MELISSA ROBINSON, has filed a Complaint against MACON COUNTY alleging she was an employee of Macon County

4.  MACON COUNTY is entitled to Summary Judgment because the Plaintiff was not an employee of Macon County

5.  In the alternative, MACON COUNTY is entitled to Summary Judgment because Macon County has no Title VII employer liability for the alleged harassment of Judge Sappington, a non-employee, under Section 1604.11(e) of the EEOC Guidelines because:

   a.  Macon County did not know, nor should it have known, of the alleged harassment;

   b.  Macon County had no control over a state judge and therefore could not take remedial action against him; or

   c.  Macon County had no control over Melissa Robinson's job duties and assignments and therefore could not take remedial action with respect to altering her employment environment.

6.  That filed herewith is MACON COUNTY'S Memorandum in Support of its Third Motion for Summary Judgment.

7.  That filed in MACON COUNTY'S Memorandum in Support of its Third Motion for Summary Judgment is a procedural history explaining why a Third Motion for Summary Judgment has been filed.

8.  That filed in MACON COUNTY'S Memorandum in Support of its Third Motion for Summary Judgment is MACON COUNTY'S list of Undisputed Facts which were previously filed in its Second Motion for Summary Judgment and responded to by all parties.

9.  That filed herewith is an excerpt of the deposition of Melissa Robinson.

10. That filed herewith is an excerpt of the deposition of Judge John Greanias.

11. That filed herewith is an excerpt of the deposition of Ruth Young.

12. That filed herewith is an excerpt of the deposition of Judge John Shonkwiler.

13. That filed herewith is an excerpt of the deposition of Judge Jerry Patton.

15. That filed herewith is an excerpt of the deposition of Judge John Davis.

16. That filed herewith is an excerpt of the deposition of Janice Shonkwiler.

17. That filed herewith is an excerpt of the deposition of Christina Lee.

18. That filed herewith is an excerpt of the deposition of Nathan Maddox.

19. That filed herewith is an excerpt of the deposition of Robin Johnson.

WHEREFORE, the Defendant, MACON COUNTY, respectfully prays for an order of this court granting MACON COUNTY'S Third Motion for Summary Judgment in regards to its substantive[1] liability as an alleged Title VII employer of the Plaintiff under her Title VII claim.

CASSIDY & MUELLER,

By:   s/ JOHN E. CASSIDY, III
      Attorneys for the Defendant,
      MACON COUNTY

---

[1] See footnote #1 herein

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Diane Baron | dbaron@clausen.com, pkebr@clausen.com |
| Terence Corrigan | tcorrigan@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us, lknoles@atg.state.il.us |
| Melissa McGrath | mmcgrath@tnwlaw.com |
| Karen McNaught | kmcnaught@atg.state.il.us, jginter@atg.state.il.us, lbrewer@atg.state.il.us, lknoles@atg.state.il.us |

                                                                     s/    JOHN E. CASSIDY, III  
                                                                  CASSIDY & MUELLER  
                                                                   416 Main Street, Suite 323  
                                                                   Peoria, IL  61602  
                                                                   Telephone: 309/676-0591  
                                                                   Fax: 309/676-8036  
                                                                   E-mail: jcassidy@cassidymueller.com