E-FILED
Tuesday, 18 January, 2005  03:42:13 PM
Clerk, U.S. District Court, ILCD

# MELISSA ROBINSON

Page 1

IN THE UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MELISSA ROBINSON, )
(p/k/a MELISSA SCHROEDER), )
　　　　　　　　　　　　　　　 )
　　　　Plaintiff, )
　　　　　　　　　　　　　　　 )
　　- vs - ) NO. 99-2266
　　　　　　　　　　　　　　　 )
JUDGE WARREN A. SAPPINGTON, )
SIXTH JUDICIAL CIRCUIT, )
(IN OFFICIAL CAPACITY AND )
INDIVIDUALLY), )
　　　　　　　　　　　　　　　 )
　　　　Defendant, )
　　　　　　　　　　　　　　　 )
MACON COUNTY, )
　　　　　　　　　　　　　　　 )
　　　　Defendant, )
　　　　　　　　　　　　　　　 )
JOHN P. SHONKWILER, CHIEF JUDGE,)
SIXTH JUDICIAL CIRCUIT, MACON )
COUNTY CIRCUIT COURT, MACON )
COUNTY, (IN OFFICIAL CAPACITY )
AND NOT INDIVIDUALLY), )
　　　　　　　　　　　　　　　 )
　　　　Defendant. )

DEPOSITION OF

MELISSA ROBINSON

RECEIVED
MAR 26 2001
CASSIDY & MUELLER

Page 2

DEPOSITION

The deposition of MELISSA ROBINSON, taken by the Defendant, on the 12th day of March, 2001, at the law office of Hinshaw & Culbertson, 400 South Ninth Street, Suite 200, Springfield, Illinois, before Tamara C. Leesman, Certified Shorthand Reporter of the State of Illinois, pursuant to notice.

CSR #84-3929

APPEARANCES

Thomson & Weintraub
Attorneys at Law
105 North Center Street
P.O. Box 3577
Bloomington, Illinois 61702-3577

　　BY: Ms. Melissa M. McGrath
　　　　Appearing on behalf of Plaintiff

Clausen Miller
Attorneys at Law
10 South LaSalle Street
Chicago, Illinois 60603-1098

　　BY: Ms. Diane M. Baron
　　　　Appearing on behalf of
　　　　Judge Warren A. Sappington

Page 3

APPEARANCES CONTINUED

Cassidy & Mueller
Attorneys at Law
323 Commerce Bank Building
Peoria, Illinois 61602

　　BY: Mr. John Cassidy
　　　　Appearing on behalf of Macon County

Hinshaw & Culbertson
Attorneys at Law
400 South Ninth Street, Suite 200
Springfield, Illinois 62701

　　BY: Mr. Robert E. Gillespie
　　　　Appearing on behalf of
　　　　Judge John P. Shonkwiler

State of Illinois
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62706

　　BY: Ms. Karen L. McNaught
　　　　Appearing on behalf of
　　　　Judge Warren A. Sappington and
　　　　Judge John P. Shonkwiler

INDEX

Direct Examination by Mr. Gillespie　　4
Cross-Examination by Ms. McNaught　　154
Cross-Examination by Mr. Cassidy　　267

EXHIBITS
　　　　　　　　　　　　　　Identified
Deposition Exhibit No. 1　　9
Deposition Exhibit No. 2　　35
Deposition Exhibit No. 4　　152

Page 4

1　　　　MELISSA ROBINSON,
2　a witness, having been first duly sworn upon her
3　oath, testified as follows:
4　　　　DIRECT EXAMINATION CONDUCTED
5　　　　BY MR. GILLESPIE:
6　　Q  Would you state your name for the record
7　please.
8　　A  Melissa Lynn Robinson.
9　　Q  May I call you Melissa?
10　　A  I like Missy.
11　　Q  Missy. Okay. Missy. Missy, have you
12　ever had your deposition taken before?
13　　A  No.
14　　Q  Okay. As you know, when they take a
15　deposition, this young woman here has to write down
16　what you say --
17　　A  Right.
18　　Q  -- so that it's necessary that you answer
19　the questions, and when you have a question that
20　calls for a yes or no, to answer it yes or no
21　rather than uh-huh or huh-uh so that the transcript
22　makes sense.  Is that okay with you?
23　　A  Yes.
24　　Q  If at any time you want to take a break

**Page 5**

or you're upset and you feel like you want to cool off a little bit, just let us know, and we'll break for you.
    A   Thank you.
    Q   If you want to confer with your attorney at any time, you may adjourn the deposition to do that.
    A   Thank you.
    Q   If you don't understand the questions that I ask you, which happens from time to time because of the inartful way I ask them, ask me to restate them or to clarify, and I would be happy to do so.
    A   Okay. Thank you.
    Q   Missy, where were you born?
    A   Decatur, Illinois.
    Q   Okay. And what is the name of your parents?
    A   Schwengel.
    Q   S-W-I-N-G-L-E?
    A   S-C-H-W-E-N-G-E-L.
    Q   And what are their first names?
    A   Ralph and Peggy.
    Q   Can you tell me what your parents

**Page 6**

occupations were or are?
    A   Self-employed.
    Q   Self-employed. What did they do?
    A   They own Ming Auto Body Incorporated, Ming of Decatur Incorporated.
    Q   Main Auto Body?
    A   Ming, M-I-N-G.
    Q   How long did you live with your parents?
    A   Until I was -- about two months after I turned 17, at which time I got married, and then I moved back in with my mom for approximately six months after I was divorced in 1997.
    Q   Okay. Are your parents living?
    A   Yes.
    Q   And where do they live?
    A   Rural Route 1, Box 138, Warrensburg, Illinois.
    Q   Are they still living together?
    A   Yes.
    Q   Have they ever been divorced or separated?
    A   Yes, they've been separated, not divorced.
    Q   When were they separated?

**Page 7**

    A   Oh, many times. 1991, 1992 they separated again, in 1993 they separated again, in 1996 I believe they separated. Since then there's been no separations.
    Q   Okay. You were married on what date?
    A   Which time?
    Q   First time.
    A   I believe March 11th.
    Q   What year?
    A   1989.
    Q   And who did you marry?
    A   Donald Schroeder.
    Q   What did he do for a living?
    A   He worked for my family.
    Q   What was his job?
    A   Supervisor, manager.
    Q   And where did you live when you were married to him?
    A   4093 Camelot Drive.
    MS. BARON: Excuse me, I need you to keep your voice up. Can I get your address again?
    A   4093 Camelot Drive.
    MS. BARON: Thank you.
    Q   And that's in Decatur?

**Page 8**

    A   Yes.
    Q   I don't think I asked. What is your social security number?
    A   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.
    Q   And how long did you live with your husband Donald Schroeder at 4093 Camelot Drive?
    A   Until the first part of February 1997.
    Q   Okay. Did you have any children with Donald?
    A   I had three daughters.
    Q   Okay. What are their names and ages?
    A   Kaylia Marie Schroeder, age four months when she died. Abbigayle Celene Schroeder. She's now seven. She'll be eight in a month. Mackenzie Paige Schroeder. She is six.
    Q   When was Kaylia born?
    A   Kaylia was born May 31, 1989.
    Q   Do you have any brothers and sisters?
    A   I have a sister Pamela Beard, and I have a sister Tina Schwengel who passed away when she was an infant.
    Q   And where does Pamela live?
    A   Champaign, Illinois.
    Q   Do you see her very often?

Page 273

1 never, in the entire time that you were there, you
2 never received any instruction from anybody with
3 Macon County?
4   A  Just Janice Shonkwiler, who always told
5 me she was a county employee, not a state employee.
6   Q  Okay. Well, you were present at Judge
7 Greanias's deposition, correct?
8   A  Correct.
9   Q  Okay. And do you recall Judge Greanias
10 saying that Janice Shonkwiler was originally hired
11 as his legal secretary?
12   A  Yes.
13   Q  Okay. And later she was named the
14 administrative assistant of the judicial branch of
15 Macon County, correct?
16   A  Correct.
17   Q  So basically Janice Shonkwiler was also
18 always within the judicial branch also. Would you
19 agree with that?
20   MS. MCGRATH: Objection as to any testimony
21 with regard to any legal conclusion she might draw.
22   MR. CASSIDY: Well, I'm just asking her
23 understanding, not a legal conclusion.
24   A  It was always my understanding that the

Page 274

1 clerks were county employees, the court reporters
2 were state employees, with the exception of two
3 court reporters who were county employees. I
4 always considered myself a county employee.
5   Q  Okay. Let me ask you about that. Who
6 told you you were a county employee?
7   A  Judge Sappington.
8   Q  Okay. And in regard to being a county
9 employee, is that because that's where you received
10 your check from, the county?
11   A  I was told I was a county employee
12 because I fell under the county's insurance and
13 their IMRF.
14   Q  Okay. So you receive your check from the
15 county, and you receive your benefits from the
16 county, is that correct?
17   A  To the best of my recollection.
18   Q  Is it safe to say that other than that
19 you had absolutely no other contact with the
20 county?
21   A  Correct.
22   Q  Okay. That even though someone may have
23 told you you were a county employee, all control
24 was exercised outside of the county but rather

Page 275

1 within the judicial branch, is that correct?
2   A  Oh, to the best of my knowledge.
3   Q  That's a yes?
4   A  Yes.
5   Q  Okay. And when this policy concerning
6 sexual harassment came up and was handed to you,
7 that was a sexual harassment policy that was issued
8 by the Supreme Court of the State of Illinois, is
9 that correct?
10   A  If I recall, yes, it was.
11   Q  Okay. Well, you looked at it earlier,
12 and I want you to look at it again to make sure
13 we're identifying it correctly.
14   A  I barely looked at it.
15   Q  I want you to look at it and make sure
16 it's the same one.
17   A  Well, I'm saying I barely looked at it
18 the first time. I gave it to my attorney I believe
19 that same day.
20   Q  Okay.
21   A  I believe that's it though.
22   Q  Okay. And by that's it, we're talking
23 about Exhibit No. 1 on the Janice Shonkwiler
24 deposition, is that correct?

Page 276

1   A  Correct.
2   Q  And the one that you just looked to is
3 entitled Supreme Court of Illinois, Sexual
4 Harassment Policies and Procedures, correct?
5   A  Correct.
6   Q  Now you listed under your Answers to
7 Interrogatories Number 5, you're requested to list
8 each occurrence when you complained to an employee
9 of the State of Illinois about alleged sexual
10 harassment by Judge Sappington, and you've listed,
11 I think 18 if I'm counting right, 18 different
12 occurrences, is that correct?
13   A  To the best of my recollection.
14   Q  So if I understand this right, you
15 understood the question to mean that all these
16 people you identified in here were employees of the
17 State of Illinois, is that correct?
18   A  The times I went to Ruth Young, I believe
19 Ruth Young was a county employee, and at the time I
20 thought Janice Shonkwiler was a county employee.
21   Q  Okay. Other than that, correct?
22   A  Correct.
23   Q  Now let me ask you this. Since this
24 question only asks you about employees of the State

Page 277

1 of Illinois, were there any other complaints that
2 you made to anybody else that aren't listed here?
3   A  No.
4   Q  So you never went to anybody with the
5 county and made any complaints, is that correct?
6   A  Correct.
7   Q  And as far as you know, the county was
8 never aware of any of the complaints that you had,
9 is that correct?
10  MS. MCGRATH: Objection as to --
11  MR. CASSIDY: As far as she's aware.
12  MS. MCGRATH: She already testified as to
13 Ms. Shonkwiler.
14  MR. CASSIDY: Well, I'm going to get to that.
15  A  I thought somebody from the county, maybe
16 Dave Sapp was present when Attorney Kirchner met
17 with him.
18  Q  Well, no, I'm not talking about later --
19  A  Okay.
20  Q  -- after you left. I'm talking about
21 during the time period you were making complaint
22 the people you went to.
23  A  Okay.
24  Q  Is it fair to say you never went to

Page 278

1 anybody with the county, other than possibly Ruth
2 Young and Janice if they were in fact with the
3 county?
4   A  Correct.
5   Q  Okay. Now concerning Ruth Young, she
6 held the same position that you held, is that
7 correct?
8   A  Correct.
9   Q  But she was with Judge Greanias?
10  A  Correct.
11  Q  Okay. And she basically took over for
12 Janice Shonkwiler when Janice Shonkwiler was
13 promoted to administrative assistant, is that
14 correct?
15  A  Correct.
16  Q  Okay. So basically she was the county
17 employee basically the same way you were a county
18 employee in that you got your check and benefits
19 from the county, but you received all the
20 directions and supervision within the judicial
21 branch, is that correct?
22  A  To the best of my knowledge.
23  Q  And is it fair to state the same thing
24 with respect to Janice Shonkwiler?

Page 279

1   MS. MCGRATH: Objection as to what's the
2 question. I'm sorry.
3   MR. CASSIDY: Well, I can repeat the whole
4 thing again.
5   Q  That Janice Shonkwiler, as administrative
6 assistant, as far as you know received her check
7 and benefits from the county, but she received all
8 her direction and control from the judges within
9 the judicial branch, is that correct?
10  A  To the best of my knowledge that's
11 correct.
12  Q  Okay. Now Ruth Young you indicated was
13 let go, is that correct?
14  A  I never indicated that I don't believe.
15 I believe somebody asked me that.
16  Q  Well, what's your understanding of why
17 she left working for the judges?
18  A  I never discussed that with her.
19  Q  She never mentioned that to you?
20  A  She mentioned that she was let go. She
21 was pretty withdrawn during that whole time. I to
22 this date don't know.
23  Q  Do you know when it occurred?
24  A  It occurred like the day after our Human

Page 280

1 Rights hearing, whenever that was.
2   Q  Was she having employment difficulties
3 during the same time period that you were having
4 employment difficulties, basically July of '96
5 through December of '96?
6   A  I wouldn't know.
7   Q  She never discussed it with you?
8   A  No.
9   Q  How would you describe your relationship
10 with Judge Sappington from March of '94 through
11 July of '96?
12  A  One of respect.
13  Q  Okay. Now you indicated it was
14 professional and cold after you were transferred
15 back to him after you were a week with Judge
16 Diamond, is that correct?
17  A  Correct.
18  Q  Okay. Was it just professional and
19 somewhat cold during that 28 month period before
20 July of 1996?
21  A  No, it was one of being pleasant to each
22 other.
23  Q  Okay. Did you ever discuss -- well,
24 strike that. Was it during this time that you