IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) Plaintiff, vs. JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY and INDIVIDUALLY), Defendant, MACON COUNTY, Defendant, MACON COUNTY CIRCUIT COURT, Defendant. | Case No. 1:04-cv-1360 |

**MOTION TO COMPEL**

Pursuant to F.R.C.P. 37(a)(2)(B) Plaintiff respectfully requests that this Court compel Defendant, Judge Warren A. Sappington, in his official capacity and individually, and Defendant Macon County Circuit Court, to respond to Plaintiff's Supplemental Interrogatories and Plaintiff's Supplemental Request for the Production of Documents served upon counsel for Defendants on November 24, 2004.

1.  Plaintiff seeks a ruling by this Court that Defendant, Judge Warren A. Sappington, in his official capacity and individually, and Defendant Macon County Circuit Court, respond to the discovery identified above within the next seven (7) days.

2.  Plaintiff further seeks a ruling by this Court that Defendant, Judge Warren A. Sappington, in his official capacity and individually, and Defendant Macon County Circuit Court, are precluded from objecting to the discovery outlined above because

they have failed to file their objections within thirty (30) days after service, pursuant to F.R.C.P. 33(b)(4).

3. Plaintiff's counsel has, on at least three (3) occasions either by telephone or correspondence, attempted to obtain discovery responses from defense counsel.

4. Additionally, counsel for Plaintiff's assistant has made a number of telephone calls inquiring about the status of discovery.

5. On this date, Plaintiff's counsel was informed by the Attorney General's Office that they could provide no indication when the outstanding discovery due from that office would be received.

6. The discovery deadline in this case is currently set for January 31, 2005.

7. This matter is set for trial on April 4, 2005, with a final pre-trial with Judge Michael H. Mihm on March 4, 2005.

WHEREFORE, Plaintiff respectfully asks that this Court direct Defendant, Judge Warren A. Sappington, in his official capacity and individually, and Defendant Macon County Circuit Court, to respond to all discovery materials properly served upon them within seven (7) days from the filing of this Motion and further direct Defendants that any objections to those discovery materials have been waived.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MELISSA ROBINSON, )
(p/k/a/ MELISSA SCHROEDER) )
 )
                Plaintiff, )
 )
vs. )   Case No. 1:04-cv-1360
 )
JUDGE WARREN A. SAPPINGTON )
SIXTH JUDICIAL CIRCUIT, )
(IN OFFICIAL CAPACITY) )
 )
                Defendant, )
MACON COUNTY, )
 )
                Defendant, )
 )
MACON COUNTY CIRCUIT COURT, )
 )
                Defendant. )

## NOTICE OF FILING

I hereby certify that on January 18, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Terence J. Corrigan
ILLINOIS ATTORNEY GENERAL
500 S Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me
this _18th_ day of January, 2005.

_Angela M. Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com