IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MELISSA ROBINSON, )
(p/k/a/ MELISSA SCHROEDER) )
   )
         Plaintiff, )
   )
vs. ) Case No. 1:04-cv-1360
   )
JUDGE WARREN A. SAPPINGTON )
SIXTH JUDICIAL CIRCUIT, )
(IN OFFICIAL CAPACITY and INDIVIDUALLY) )
   )
         Defendant, )
   )
MACON COUNTY, )
   )
         Defendant, )
   )
MACON COUNTY CIRCUIT COURT, )
   )
         Defendant. )

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of January, 2005, she served a copy of the Plaintiff's Notice of Deposition on the attorneys of record for the Defendants at the addresses below via facsimile and by depositing same in a U.S. Mail Box with postage fully prepaid.

**Attorneys of Record**

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Malcom Reporting Service
1310 Ironwood CC Drive
Normal, Illinois 61761

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 20th day of January, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008