**E-FILED**
Thursday, 20 January, 2005  02:08:56 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a/ MELISSA SCHROEDER) )<br><br>Plaintiff, )<br><br>vs. )<br><br>JUDGE WARREN A. SAPPINGTON )<br>SIXTH JUDICIAL CIRCUIT, )<br>(IN OFFICIAL CAPACITY and INDIVIDUALLY) )<br><br>Defendant, )<br>MACON COUNTY, )<br><br>Defendant, )<br><br>MACON COUNTY CIRCUIT COURT, )<br><br>Defendant. ) | Case No. 1:04-cv-1360 |

### NOTICE OF DEPOSITION

Pursuant to FRCP Rule 30(b)(6), Plaintiff, MELISSA ROBINSON (p/k/a

MELISSA SCHROEDER), will take the deposition by stenographic means, beginning on

January 31, 2005, at 11:00 a.m., and continuing until complete, at Thomson &

Weintraub, 105 North Center Street, Bloomington, Illinois, of any and all persons which

shall be produced by Defendant, MACON COUNTY CIRCUIT COURT, with information

in any way related to Macon County's Affirmative Defense which it was permitted to add

by Court Order dated October 22, 2004. The Deponent shall produce for inspection

and copying, the following documents:

1.    Any and all documents related in any manner to Macon County's

Affirmative Defense which the Court permitted it to add on October 22,

2004.

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 20th day of January, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

## NOTICE OF FILING

I hereby certify that on January 20, 2005, I electronically filed the foregoing Memorandum in Support of Plaintiff's Response to Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following:.

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Malcom Reporting Service
1310 Ironwood CC Drive
Normal, Illinois 61761

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 20th day of January, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008