IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) ) ) ) Plaintiff, ) ) vs. ) ) JUDGE WARREN A. SAPPINGTON ) SIXTH JUDICIAL CIRCUIT, ) (IN OFFICIAL CAPACITY and INDIVIDUALLY) ) ) Defendant, ) ) MACON COUNTY, ) ) Defendant, ) ) MACON COUNTY CIRCUIT COURT, ) ) Defendant. ) | Case No. 1:04-cv-1360 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of January, 2005, she served a copy of the Plaintiff's Notice of Deposition on the attorneys of record for the Defendants at the addresses below via facsimile and by depositing same in a U.S. Mail Box with postage fully prepaid.

**Attorneys of Record**

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Malcom Reporting Service
1310 Ironwood CC Drive
Normal, Illinois 61761

Subscribed and sworn to before me
this 20th day of January, 2005.

_Angela M. Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com