E-FILED
Tuesday, 25 January, 2005 10:22:06 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | NO. 04-1360 |
| JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), | ) <br> ) <br> ) <br> ) | |
| Defendant, | ) <br> ) | |
| MACON COUNTY, | ) <br> ) | |
| Defendant, | ) <br> ) | |
| MACON COUNTY CIRCUIT, | ) <br> ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL**

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby submits the following response to plaintiff's motion to compel. In support thereof, the following statements are made.

1. Plaintiff served supplemental discovery requests to the remaining defendants in November 2004.

2. The undersigned received the discovery requests to Macon County, but not Warren Sappington in November 2004.

3. Plaintiff then sent to the undersigned in early January 2005, copies of the discovery requests made to Warren Sappington.

4. The undersigned has responded to these discovery requests and has made an effort to discuss the responses with plaintiff's counsel.

5. As such, there is no need to compel the discovery.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court deny plaintiff's motion to compel.

    Respectfully Submitted,

    JUDGE WARREN A. SAPPINGTON,

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

Karen L. McNaught Bar Number: 6200462    Attorney for Defendant.
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone: (217) 782-1841    By: s/ Karen L. McNaught
Fax: (217) 524-5091    KAREN L. McNAUGHT
E-mail: kmcnaught@atg.state.il.us    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MELISSA ROBINSON, )<br>(f/k/a MELISSA SCHROEDER )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JUDGE WARREN A. SAPPINGTON )<br>SIXTH JUDICIAL CIRCUIT, )<br>(IN OFFICIAL CAPACITY), )<br>    Defendant, )<br>)<br>MACON COUNTY, )<br>    Defendant, )<br>)<br>MACON COUNTY CIRCUIT, )<br>    Defendant. ) | NO. 04-1360 |

**Certificate of Service**

I hereby certify that on January 25, 2005, I presented the foregoing Response to Plaintiff's Motion to Compel to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Melissa McGrath            John Cassidy         Diane Baron
www.thomsonandweintraub.com   c_m@mtco.com    dbaron@clausen.com

and I hereby certify that on January 25, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

                            Respectfully submitted,

                            /s/Karen L. McNaught
                            Karen L. McNaught, #6200462
                            Assistant Attorney General
                            Attorney for Defendant
                            Office of the Attorney General
                            500 South Second Street
                            Springfield, IL  62706
                            Telephone:  (217) 782-1841
                            Facsimile:  (217) 524-5091
                            kmcnaught@atg.state.il.us