E-FILED
Monday, 31 January, 2005  01:41:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>                Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>                Defendant,<br>MACON COUNTY,<br><br>                Defendant,<br>MACON COUNTY CIRCUIT COURT,<br><br>                Defendant. | Case No. 1:04-cv-1360 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of January, she served a copy of the PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT JUDGE WARREN A. SAPPINGTON'S FIRST REQUEST TO PRODUCE, PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT, JUDGE WARREN A. SAPPINGTON'S FIRST SET OF INTERROGATORIES and PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT, JUDGE WARREN A. SAPPINGTON'S THIRD REQUEST TO PRODUCE on the attorneys of record for the Defendants at the addresses below via pre-paid overnight mail.

**Attorneys of Record**

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

1

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 31st day of January, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

**MELISSA M. McGRATH**
Thomson & Weintraub
105 N. Center Street
Bloomington, IL 16701
Tel.: 309-829-7069
Fax: 309-827-3458

2

## NOTICE OF FILING

I hereby certify that on January 31, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me this 31st day of January, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com