E-FILED
Wednesday, 02 February, 2005 12:34:22 PM
Clerk, U.S. District Court, ILCD

Case: 1:04cv1360

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

FILED
FEB - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Melissa A Murphy-Petros
CLAUSEN MILLER PC
Suite 1500
10 N LaSalle St
Chicago, IL 60603-1098

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:MCILL.ECF@usdoj.gov,Chambers.Evans@ilcd.uscourts.gov,Chambers.Mihm@ilcd.uscourts
Message-Id:<86417>
Subject:Activity in Case 1:04-cv-01360-MMM-CHE Robinson v. Sappington, et al "Notice
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CG, ilcd entered on 1/20/2005 at 9:25 AM CST and filed on 1/20/2005

**Case Name:**     Robinson v. Sappington, et al
**Case Number:**   1:04-cv-1360
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE of Hearing on Motion [290] MOTION to Compel: Motion Hearing set for 1/26/2005 at 10:30 AM by telephone (court will place call) before Judge Michael M. Mihm. (c: All Counsel)(CG, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1360 Notice will be electronically mailed to:**

Diane M Baron     dbaron@clausen.com, pkebr@clausen.com

John E Cassidy , III     jcassidy@cassidymueller.com, barity@cassidymueller.com

Terence J Corrigan     tcorrigan@atg.state.il.us, jginter@atg.state.il.us,tflinn@atg.state.il.us

Melissa M McGrath     mmcgrath@tnwlaw.com,

Karen L McNaught     kmcnaught@atg.state.il.us, jginter@atg.state.il.us,lbrewer@atg.state.il.us,

Andrew M Ramage     aramage@hinshawlaw.com, vscott@hinshawlaw.com

**1:04-cv-1360 Notice will be delivered by other means to:**

Robert E Gillespie
HINSHAW & CULBERTSON

Ste 200
400 S Ninth St
Springfield, IL 62701

Melissa A Murphy-Petros
CLAUSEN MILLER PC
Suite 1500
10 N LaSalle St
Chicago, IL 60603-1098

# NOTICE!!
# ATTENTION ALL ATTORNEYS

## Introducing CM/ECF - The Road to A Paperless Court

Case Management/Electronic Case Files (CM/ECF) is the new automated case management and electronic docketing system to be implemented in the U.S. District Court, Central District of Illinois. CM/ECF will make life easier for you because, with this new system, you will file and view court documents from your office, home, or anywhere you have access to the Internet, 24 hours a day. We expect to go live with CM/ECF on September 1, 2004. The Court will provide hands-on and on-line computer based training sessions prior to that date.

For the most current information about CM/ECF,
visit the court internet site at:

http://www.ilcd.uscourts.gov/ecf.htm

ADMINISTRATIVE PROCEDURES FOR FILING, SIGNING, AND VERIFYING PLEADINGS AND PAPERS BY ELECTRONIC MEANS for Civil and Criminal cases are no available on the above site.

Attorney registration will begin July 1, 2004. You must be ADMITTED to practice in the Central District of Illinois in order to register for ECF. Registration forms are available on the web site.

Attorney training will begin June 14, 2004. You may register on-line for training in Peoria, Urbana, Springfield, or Rock Island. A PACER login will be required for training. Visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.