IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) Plaintiff, vs. JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY) Defendant, MACON COUNTY, Defendant, MACON COUNTY CIRCUIT COURT, Defendant. | Case No. 1:04-cv-1360 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of February, 2005, she served a copy of Plaintiff's **MOTION TO BAR DEFENDANT, JUDGE WARREN A. SAPPINGTON'S PURPORTED AFFIDAVITS** on the attorneys of record for all Defendants in this matter at the addresses below by depositing same in a U.S. Mail Box with postage fully prepaid.

**Attorneys of Record**

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me
this 4th day of February, 2005.

*William Wade Hicks*
Notary Public

OFFICIAL SEAL
WILLIAM WADE HICKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03-07-07

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com