IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a/ MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> vs. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY) <br><br> Defendant, <br><br> and <br><br> MACON COUNTY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:04-cv-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO BAR ANY ADDITIONS TO DEFENDANT, MACON COUNTY'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL DISCOVERY**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder) by her counsel, Thomson & Weintraub, respectfully asks this Court to restrict Defendant, Macon County's responses to the Supplemental Discovery to the responses already provided by Macon County. In support Plaintiff states:

1. Defendant, Macon County has not provided to Plaintiff's counsel an attestation by an agent that their responses to Plaintiff's Supplemental Discovery served on Macon County on November 23, 2004, are true and correct.

2. Plaintiff's counsel has brought this deficiency to Defendant, Macon County's counsel on at least two (2) occasions.

1

3. The most recent occasion was on January 31, 2005, the last day for discovery in this matter.

4. On that date, Macon County's counsel indicated he would be providing the attestation to Plaintiff's counsel.

5. Plaintiff's counsel has received no further contact from counsel for Defendant, Macon County providing any indication when it intends to provide the attestation.

6. Plaintiff's counsel does not doubt that Macon County's counsel intends to do so. Nevertheless, Plaintiff should not have had to wait for a complete response beyond the discovery deadline, nor seek discovery responses from Defendants beyond the deadline.

7. Plaintiff's counsel is not seeking that Macon County's responses be barred in their entirety.

WHEREFORE, Plaintiff seeks a ruling that no changes shall be made to the discovery responses provided by Macon County and that Macon County shall provide verification within the next five (5) business days.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on February 4th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
Email: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 4th day of February, 2005.

_Angela M. Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008