IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a/ MELISSA SCHROEDER) <br><br> Plaintiff, <br> vs. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY) <br><br> Defendant, <br> MACON COUNTY, <br><br> Defendant. | Case No. 1:04-cv-1360 |

### PLAINTIFF'S RESPONSE TO MACON COUNTY'S
### THIRD MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(D)(2), Plaintiff, MELISSA ROBINSON (p/k/a Melissa Schroeder) by her counsel Thomson & Weintraub provides the following in response to Defendant, Macon County's Third Motion for Summary Judgment:

1.  Macon County's Third Motion for Summary Judgment should be stricken. Macon County raised the same issues in the past.

2.  The District Court rejected Macon County's First Motion for Summary Judgment and Macon County failed to oppose the Court's ruling that Macon County's Second Motion for Summary Judgment was moot.

3.  Macon County's Motion should be stricken because Macon County has provided no new authority, contrary to this Court's Order of January 11, 2005.

1

4. Because there are significant issues of material facts related to the issues raised in Macon County's Third Motion, summary judgment is unwarranted.

5. Macon County's Separation of Powers contentions have already been rejected by the Seventh Circuit Court of Appeals.

6. Moreover, the State principle of Separation of Powers cannot constrain this Court from determining that Macon County is a joint employer of Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court strike Macon County's Third Motion for Summary Judgment. Alternatively, Plaintiff respectfully requests that this Court deny Macon County's Motion for Summary Judgment. Plaintiff further requests all further relief this Court deems just.

Respectfully Submitted,
MELISSA ROBINSON,
Plaintiff,

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br><br>　　　　　　　　　Defendant,<br>MACON COUNTY,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 1:04-cv-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE AND NOTICE OF FILING

I hereby certify that on February 7th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Subscribed and sworn to before me
this 7th day of February, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458