IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON, (f/k/a MELISSA SCHROEDER) | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 99-2266 ) |
| JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY AND INDIVIDUALLY), | ) ) ) ) ) |
| Defendant, | ) ) |
| MACON COUNTY, | ) ) |
| Defendant, | ) ) |
| JOHN P. SCHONKWILER, CHIEF JUDGE, SIXTH JUDICIAL CIRCUIT, MACON COUNTY CIRCUIT COURT, MACON COUNTY, (IN OFFICIAL CAPACITY AND NOT INDIVIDUALLY). | ) ) ) ) ) ) |
| Defendant. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an enlargement of time, up to and including, February 14, 2005, within which to respond to Macon County's motion for summary judgment. In support thereof, the following statements are made.

1. Defendant's response to Macon County's motion for summary judgment is due in this matter on February 8, 2005.

2. The transcript of Macon County's Rule 30(b)(6) witnesses has not been received by the undersigned and is expected to be received by February 10, 2005.

3. The undersigned requires an additional three days to respond to Macon County's motion for summary judgment.

4. This motion is not made for the purpose of delay and no prejudice should come to any party in this case.

5. The undersigned contacted John Cassidy and he has no objection to this brief enlargement of time to respond to the motion for summary judgment.

WHEREFORE, for the above and foregoing reasons, defendant, Warren A. Sappington, respectfully requests additional time up to, and including, February 14, 2005, to respond to the motion for summary judgment filed by Macon County.

                    Respectfully submitted,

                    WARREN A. SAPPINGTON,

                    Defendant,

                    LISA MADIGAN, Attorney General,
                    State of Illinois,

| | |
|---|---|
| Karen L. McNaught Bar Number: 6200462 | Attorney for Defendant. |
| Terence J. Corrigan, #6191237 | |
| Attorneys for Defendant | |
| Office of the Attorney General | |
| 500 South Second Street | |
| Springfield, IL  62706 | |
| Telephone:  (217) 782-1841 | By:   s/ Karen L. McNaught |
| Fax: (217) 524-5091 | |
|     KAREN L. McNAUGHT | |
| E-mail: kmcnaught@atg.state.il.us | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER)<br><br>    Plaintiff,<br><br>    v.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY AND<br>INDIVIDUALLY),<br><br>    Defendant,<br><br>MACON COUNTY,<br><br>    Defendant,<br><br>JOHN P. SCHONKWILER, CHIEF JUDGE,<br>SIXTH JUDICIAL CIRCUIT, MACON<br>COUNTY CIRCUIT COURT, MACON<br>COUNTY, (IN OFFICIAL CAPACITY AND<br>NOT INDIVIDUALLY).<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO. 99-2266<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

I hereby certify that on February 7, 2005, I presented the foregoing Motion for Enlargement of Time to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

    Melissa McGrath
    www.thomsonandweintraub.com

    John E. Cassidy
    c_m@mtco.com

    Diane Baron
    dbaron@clausen.com

and I hereby certify that on February 7, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

        Respectfully submitted,

        /s/Karen L. McNaught
        Karen L. McNaught, #6200462
        Assistant Attorney General
        Attorney for Defendant(s)
        Office of the Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone:  (217) 782-1841
        Facsimile:  (217) 524-5091
        kmcnaught@atg.state.il.us