IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> v. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY AND <br> INDIVIDUALLY), <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> JOHN P. SHONKWILER, CHIEF JUDGE, <br> SIXTH JUDICIAL CIRCUIT, MACON <br> COUNTY CIRCUIT COURT, MACON <br> COUNTY, (IN OFFICIAL CAPACITY AND <br> NOT INDIVIDUALLY). <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 04-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RESPONSE TO PLAINTIFF'S MOTION TO BAR
## THE AFFIDAVITS OF JUDGE SAPPINGTON

COMES NOW the defendant, Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby responds to the plaintiff's motion to bar the affidavits of Judge Sappington. In support thereof, the following statements are made.

1. On or about January 3, 2005, plaintiff's counsel requested dates of availability from defense counsel to take the depositions of Macon County agents. *See* Exhibit #1.

1

2. The undersigned responded to that request. *See* Exhibit #2.

3. The depositions were not taken on any of those dates, because the deponents were unavailable. *See* Exhibit #3.

4. Plaintiff's counsel then set depositions of Macon County employees (*see* Exhibit #4), as well as depositions of rebuttal witnesses of Judge Sappington (*see* Exhibit #5) for January 31, 2005.

5. The undersigned advised plaintiff's counsel that she was scheduled to be at hearings in the matters of *Leiser Management Services Co. v. Illinois Department of Agriculture* (Grundy Co. 02-MR-33) and *Kinsella v. Illinois Department of Agriculture* (Grundy Co. 02-MR-45) on January 31, 2005, but that, in an effort to cooperate with the discovery process, she would not require plaintiff's counsel to reschedule the depositions, if plaintiff's counsel would agree to either take the depositions of the rebuttal witnesses of Judge Sappington after January 31, 2005, or use affidavits to the extent necessary.

6. The undersigned agreed to make the rebuttal witnesses available to plaintiff's counsel so that she could talk with them and the undersigned agreed to facilitate the affidavit process.

7. Plaintiff's counsel agreed to dispense with the depositions of the rebuttal witnesses of Judge Sappington. *See* Exhibit #6.

8. Plaintiff's counsel did not state what, if any, affidavits she wanted or that they had to be produced prior to January 31, 2005. *See* Exhibit #6.

9. Plaintiff's counsel made no effort to request a telephone conference with any of the potential rebuttal witnesses of Judge Sappington and made no effort to submit

2

proposed affidavits to the undersigned for signature by those witnesses.

10. On Friday, January 28, 2005, the undersigned contacted plaintiff's counsel late in the day to confirm that the depositions of Macon County witnesses would he held on Monday, January 31, 2005.

11. At approximately 4:50 p.m. on January 28, 2005, plaintiff's counsel announced that since no affidavits had been forthcoming, she was requiring the witnesses of Judge Sappington to appear on January 31, 2005.

12. The undersigned had no way of contacting the witnesses at that late time and date and advised plaintiff's counsel.

13. The undersigned also asked plaintiff's counsel what she wanted in the affidavits and she stated that she did not know.

14. The rebuttal witnesses for Judge Sappington for the affirmative defense of Macon County remain available to discuss potential testimony with plaintiff's counsel in the presence of the undersigned and, if necessary, submit affidavits.

15. However, without any cooperation from plaintiff's counsel, it will be very difficult to prepare proposed affidavits that plaintiff's counsel may find useful.

16. Further, until the testimony of the Macon County witnesses is elicited at trial, it will be extremely difficult to know what rebuttal, if any, will be needed.

17. The defense of Judge Sappington could be materially prejudiced, if not allowed to rebut the testimony of Macon County witnesses.

WHEREFORE for the above and foregoing reasons, defendant, Warren A. Sappington, respectfully requests this honorable Court to deny the relief requested by plaintiff.

                                  Respectfully submitted,

                                  WARREN A. SAPPINGTON,

                                      Defendant,

                                LISA MADIGAN, Attorney General,
                                State of Illinois,

                                      Attorney for Defendant,

Karen L. McNaught, #6200462
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706        BY: /s/Karen L. McNaught
(217)782-1841                             Karen L. McNaught
                                        Assistant Attorney General

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | ) NO. 04-1360 |
| JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br>    Defendant, | )<br>)<br>)<br>)<br>) |
| MACON COUNTY,<br>    Defendant, | )<br>)<br>) |
| MACON COUNTY CIRCUIT,<br>    Defendant. | )<br>) |

**Certificate of Service**

I hereby certify that on February 14, 2005, I presented the foregoing Response to Plaintiff's Motion to Bar the Affidavits of Judge Sappington to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Melissa McGrath            John Cassidy          Diane Baron
www.thomsonandweintraub.com    c_m@mtco.com    dbaron@clausen.com

and I hereby certify that on February 14, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught, #6200462
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us