**E-FILED**
Monday, 14 February, 2005  04:09:45 PM
Clerk, U.S. District Court, ILCD

LAW OFFICES

ALAN I. WEINTRAUB
KATHLEEN McDONALD KRAFT
GINA L. WOOD
MELISSA M. McGRATH
TERENCE B. KELLY
DREW QUITSCHAU

## THOMSON & WEINTRAUB

105 NORTH CENTER STREET
POST OFFICE BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
(309) 829-7069
FAX (309) 827-3458
*http://www.thomsonandweintraub.com*

CHESTER THOMSON
(1910-1977)

OF COUNSEL:
W. LOREN THOMSON

PARALEGAL:
JACOB D. MARSH

January 3, 2005

### Via Facsimile & US Mail

Ms. Karen McNaught
Assistant Attorney General
500 S. Second St.
Springfield, IL 62706
Fax: (217) 782-8767

*Re:    Schroeder v. Sappington, et. al*

Dear Ms. McNaught:

Please be advised I intend to depose Macon County agents on one of the following dates: January 12, 2005, January 13, 2005, January 18, 2005, or January 19, 2005.

Please advise by the close of this week if you are not available on any of these dates. Alternatively, I will schedule the depositions, likely by the close of this week.

Sincerely

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Melissa McGrath

MMM/amp
cc:    Ms. Melissa Robinson

