

## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

January 5, 2005

Melissa M. McGrath
Thomson & Weintraub
105 North Center Street
Post Office Box 3577
Bloomington, IL 61702-3577

**VIA FACSIMILE AND U. S. MAIL**

Re:   *Robinson v. Sappington*

Dear Ms. McGrath:

Please be advised that currently I am not available on January 12, 13, or 19, 2005.

Should you want to discuss this matter with me, you can contact me at (217) 782-1841 or send written correspondence to the Springfield address on the bottom of this letter.

Sincerely yours,
Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Karen L. McNaught
Assistant Attorney General

KLM/llb

c:  Diane Baron
    John Cassidy, III

