LAW OFFICES

# CASSIDY & MUELLER

323 COMMERCE BANK BUILDING
416 MAIN STREET

PEORIA, ILLINOIS 61602

(309) 676-0591

FAX (309) 676-8036

E-MAIL: c_m@mtco.com

DAVID B. MUELLER
JOHN E. CASSIDY, III
TIMOTHY J. CASSIDY
ANDREW D. (DREW) CASSIDY
CHRISTOPHER F. CASSIDY
GAY NELL G. GERMAN

JOHN E. (JACK) CASSIDY, JR.
(1924-2003)

JOHN E. CASSIDY, SR.
(1896-1964)

THOMAS W. KEHR
SIDNEY D. DAVIDSON
OF COUNSEL

January 14, 2005

VIA FACSIMILE AND U.S. MAIL

Melissa M. McGrath
Thomson & Weintraub
105 N. Center Street
Bloomington, IL 61701
309/827-3458

Karen L. McNaught
Assistant Attorney General
500 S. Second Street
Springfield, IL 62706
217/782-8767

Diane M. Baron
Clausen Miller, P.C.
10 S. LaSalle Street
Chicago, IL 60603-1098
312/606-7777

Robert Gillespie
Hinshaw & Culbertson
400 S. 9th Street, Ste 200
Springfield, IL 62701
217/528-0075

Terrence J. Corrigan
Attorney General
500 S. Second Street
Springfield, IL 62706
217/782-8767

Re: Robinson v. Sappington, et.al.
Our File No. 515

Dear Counsel:

I have made efforts to attempt to schedule the deposition of Larry Fichter and David Drobisch on January 18, 2005, the date that appears to be available for all counsel. Unfortunately, neither of my witnesses is available on that date. I have learned that Larry Fichter is available on January 31, 2005, and February 2, 3, 4, 7 and 8th. David Drobisch is available on January 19th in the morning and on the same days that Larry Fichter is available in February. I recognize that the federal court has a discovery cutoff date of January 31, 2005, and my witnesses are available for their depositions within that time frame. I am also willing to make my witnesses available on the February dates because of the scheduling problem. I will be having my secretary, Brenda, contact each of you in the hopes that we can schedule both depositions. If anybody would like to discuss this matter with me, please feel free to give me a call.

Very truly yours,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

John E. Cassidy, III

JEC:baa

DEFENDANT'S EXHIBIT 3