E-FILED
Monday, 14 February, 2005 04:10:27 PM
Clerk, U.S. District Court, ILCD

E-FILED
Thursday, 20 January, 2005 02:02:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> vs. <br><br> JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY) <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> MACON COUNTY CIRCUIT COURT, <br><br> Defendant. | Case No. 1:04-cv-1360 |

## NOTICE OF DEPOSITION

Pursuant to FRCP Rule 30(b)(6), Plaintiff, MELISSA ROBINSON (p/k/a MELISSA SCHROEDER), will take the deposition by stenographic means, beginning on January 31, 2005, at 10:00 am ~~11:00 a.m.~~, and continuing until complete, at Thomson & Weintraub, 105 North Center Street, Bloomington, Illinois, of any and all persons which shall be produced by Defendant, WARREN A. SAPPINGTON, in his official capacity and/or individually, with information in any way related to Macon County's Affirmative Defense which it was permitted to add by Court Order dated October 22, 2004. The Deponent shall produce for inspection and copying, the following documents:



DEFENDANT'S EXHIBIT 5

1. Any and all documents related in any manner to Macon County's Affirmative Defense which the Court permitted it to add on October 22, 2004.

Subscribed and sworn to before me this ____ day of January, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on January 20, 2005, I electronically filed the foregoing Memorandum in Support of Plaintiff's Response to Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Malcom Reporting Service
1310 Ironwood CC Drive
Normal, Illinois 61761

Subscribed and sworn to before me this ____ day of January, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

**E-FILED**
Thursday, 20 January, 2005 02:05:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUDGE WARREN A. SAPPINGTON )<br>SIXTH JUDICIAL CIRCUIT, )<br>(IN OFFICIAL CAPACITY and INDIVIDUALLY) )<br>)<br>Defendant, )<br>)<br>MACON COUNTY, )<br>)<br>Defendant. )<br>)<br>MACON COUNTY CIRCUIT COURT, )<br>)<br>Defendant. ) | Case No. 1:04-cv-1360 |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the ___ day of January, 2005, she served a copy of the Plaintiff's Notice of Deposition on the attorneys of record for the Defendants at the addresses below via facsimile and by depositing same in a U.S. Mail Box with postage fully prepaid.

**Attorneys of Record**

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Malcom Reporting Service
1310 Ironwood CC Drive
Normal, Illinois 61761

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Subscribed and sworn to before me
this ___ day of January, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

"SEAL" I. Park
ate of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com