E-FILED
Monday, 14 February, 2005 04:10:38 PM
Clerk, U.S. District Court, ILCD

LAW OFFICES

ALAN I. WEINTRAUB
KATHLEEN McDONALD KRAFT
GINA L. WOOD
MELISSA M. McGRATH
TERENCE B. KELLY
DREW QUITSCHAU

## THOMSON & WEINTRAUB

105 NORTH CENTER STREET
POST OFFICE BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
(309) 829-7069
FAX (309) 827-3458
http://www.thomsonandweintraub.com

CHESTER THOMSON
(1910-1977)

OF COUNSEL:
W. LOREN THOMSON

PARALEGAL:
JACOB D. MARSH

January 26, 2005

<u>**Via Facsimile & US Mail**</u>

Ms. Karen McNaught
Assistant Attorney General
500 S. Second St.
Springfield, IL 62706
Fax: (217) 782-8767

Re:   Schroeder v. Sappington, et. al

Dear Ms. McNaught:

I write to confirm our telephone discussion of January 25, 2005. It is my understanding that the witnesses identified pursuant to any F.R.C.P. 30(b)(6) deposition are those disclosed in your response to the Supplemental Interrogatories which you responded to on January 25, 2005.

It is further my understanding that those witnesses who have already been deposed would add nothing to their deposition testimony with regard to the issues outlined in the Notice of Deposition pursuant to F.R.C.P. 30(b)(6). If that is the case, I would agree that if you obtain Affidavits concerning your 30(b)(6) witnesses stating the same, there would be no need to proceed to deposition on January 31, 2005.

Sincerely,
Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Melissa McGrath

MMM/amp
cc:   Ms. Melissa Robinson



DEFENDANT'S EXHIBIT 6