IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

```
MELISSA ROBINSON,                      )
(p/k/a MELISSA SCHROEDER),             )
                                       )
            Plaintiff,                 )
                                       )
       - vs -                          )  NO. 99-2266
                                       )
JUDGE WARREN A. SAPPINGTON,            )
SIXTH JUDICIAL CIRCUIT,                )
(IN OFFICIAL CAPACITY AND              )
INDIVIDUALLY),                         )
                                       )
            Defendant,                 )
                                       )
MACON COUNTY,                          )
                                       )
            Defendant,                 )
                                       )
JOHN P. SHONKWILER, CHIEF JUDGE,       )
SIXTH JUDICIAL CIRCUIT, MACON          )
COUNTY CIRCUIT COURT, MACON            )
COUNTY, (IN OFFICIAL CAPACITY          )
AND NOT INDIVIDUALLY),                 )
                                       )
            Defendant.                 )
```

DEPOSITION OF

MELISSA ROBINSON

1                MELISSA ROBINSON,
2   a witness, having been first duly sworn upon her
3   oath, testified as follows:
4              DIRECT EXAMINATION CONDUCTED
5              BY MR. GILLESPIE:
6       Q    Would you state your name for the record
7   please.
8       A    Melissa Lynn Robinson.
9       Q    May I call you Melissa?
10      A    I like Missy.
11      Q    Missy.  Okay.  Missy.  Missy, have you
12  ever had your deposition taken before?
13      A    No.
14      Q    Okay.  As you know, when they take a
15  deposition, this young woman here has to write down
16  what you say --
17      A    Right.
18      Q    -- so that it's necessary that you answer
19  the questions, and when you have a question that
20  calls for a yes or no, to answer it yes or no
21  rather than uh-huh or huh-uh so that the transcript
22  makes sense.  Is that okay with you?
23      A    Yes.
24      Q    If at any time you want to take a break

1   lost.

2   A    The gas. I was making I think a little
3   under what I was making at Macon County, and then
4   with the gas I considered that lost wages. The
5   insurance benefits weren't the same, and at the
6   county I had excellent insurance.

7   Q    How did it change? How did your
8   insurance benefits change?

9   A    At first I didn't have any insurance, and
10  then I could've gotten it with the Alliance, but I
11  would've had to pay an extraordinary amount of
12  money to get my daughters included into it, so I
13  didn't take it.

14  Q    Were your children sick at any time that
15  you had to make direct payment to a physician for?

16  A    No.

17  Q    And what about you, did you have any
18  medical expenses that you incurred?

19  A    I got really sick in December when I left
20  the county. I think stress can really wear your
21  body out, and I got really sick with vomiting, lost
22  about 20 pounds, refused to eat. I may have had to
23  pay some for the doctor. I don't recall. At that
24  point I was still covered under the county

```
 1   never, in the entire time that you were there, you
 2   never received any instruction from anybody with
 3   Macon County?
 4        A    Just Janice Shonkwiler, who always told
 5   me she was a county employee, not a state employee.
 6        Q    Okay.  Well, you were present at Judge
 7   Greanias's deposition, correct?
 8        A    Correct.
 9        Q    Okay.  And do you recall Judge Greanias
10   saying that Janice Shonkwiler was originally hired
11   as his legal secretary?
12        A    Yes.
13        Q    Okay.  And later she was named the
14   administrative assistant of the judicial branch of
15   Macon County, correct?
16        A    Correct.
17        Q    So basically Janice Shonkwiler was also
18   always within the judicial branch also.  Would you
19   agree with that?
20        MS. MCGRATH:  Objection as to any testimony
21   with regard to any legal conclusion she might draw.
22        MR. CASSIDY:  Well, I'm just asking her
23   understanding, not a legal conclusion.
24        A    It was always my understanding that the
```

                                                                    274

1   clerks were county employees, the court reporters
2   were state employees, with the exception of two
3   court reporters who were county employees.  I
4   always considered myself a county employee.
5        Q    Okay.  Let me ask you about that.  Who
6   told you you were a county employee?
7        A    Judge Sappington.
8        Q    Okay.  And in regard to being a county
9   employee, is that because that's where you received
10  your check from, the county?
11       A    I was told I was a county employee
12  because I fell under the county's insurance and
13  their IMRF.
14       Q    Okay.  So you receive your check from the
15  county, and you receive your benefits from the
16  county, is that correct?
17       A    To the best of my recollection.
18       Q    Is it safe to say that other than that
19  you had absolutely no other contact with the
20  county?
21       A    Correct.
22       Q    Okay.  That even though someone may have
23  told you you were a county employee, all control
24  was exercised outside of the county but rather