E-FILED
Friday, 18 February, 2005   04:12:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>    Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>    Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>    Defendant. | Case No. 1:04-cv-1360 |

**MOTION FOR LEAVE TO FILE TRANSCRIPT OF 30(b)(6) DEPOSITION AS A REPLY TO DEFENDANT, WARREN A. SAPPINGTON'S RESPONSE TO MOTION TO BAR [309]**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder) by her counsel, Melissa McGrath of Thomson & Weintraub seeks leave to file the attached transcript of what occurred when Defendant, Judge Warren A. Sappington's counsel did not produce her 30(b)(6) deposition witnesses on the day the depositions were scheduled. In support of this request Plaintiff states:

1. Defendant, Judge Warren A. Sappington's counsel has filed Response to the Plaintiff's Motion to Bar contending Defendant agreed to produce Affidavits at some unknown time in the future, Plaintiff's Counsel agreed to this arrangement and that Plaintiff's counsel agreed to prepare the Affidavits for Defendant's witnesses.

1

2. The transcript of the 30(b)(6) depositions contradicts these representations.

3. Assistant Attorney General Bilinsky states in the transcript concerning Defendant's failure to produce 30(b)(6) witnesses on the day of depositions, "My understanding is that we had agreed to produce Affidavits from the witnesses; that they had no additional information besides what was contained in their depositions."

4. When Plaintiff's counsel inquired when the Affidavits would be received, with the understanding that the 30(b)(6) depositions were taking place on the last day discovery, Assistant Attorney General Bilinsky stated, "My understanding is that I was to come and represent that we would be presenting the Affidavits from these four individuals, but I was not provided a specific timetable or schedule." Ex. 2 at page 4.

5. Defendant, Judge Warren A. Sappington's additional counsel, Diane M. Barron, further represented at the 30(b)(6) deposition that Defendant, Judge Warren A. Sappington intended to produce no additional witnesses pursuant to the 30(b)(6) Notice and the 30(b)(6) request was being handled by Affidavit.

6. The transcript further demonstrates that the Attorney General's Office understood it was obligated to prepare the Affidavits.

2

WHEREFORE, Plaintiff requests leave to file the transcript of the 30(b)(6) deposition of all persons which should have been produced by Judge Warren A. Sappington and further requests Plaintiff's Motion to Bar be granted.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

### NOTICE OF FILING

I hereby certify that on February 18th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this _____ day of February, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008