E-FILED
Wednesday, 23 February, 2005 09:44:11 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Melissa A Murphy-Petros
CLAUSEN MILLER PC
Suite 1500
10 N LaSalle St
Chicago, IL 60603-1098



FILED
FEB 2 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Evans@ilcd.uscourts.gov,Chambers.Mihm@ilcd.uscourts.gov,aramage@hinshaw
Message-Id:<97864>
Subject:Activity in Case 1:04-cv-01360-MMM-CHE Robinson v. Sappington, et al "Order
```

/Reply" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from KK, ilcd entered on 2/9/2005 at 12:47 PM CST and filed on 2/9/2005

**Case Name:**       Robinson v. Sappington, et al
**Case Number:**   1:04-cv-1360
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER granting [308] Motion for Extension of Time to File Response/Reply re [288] Third MOTION for Summary Judgment *of Macon County* Responses due by 2/14/2005. Entered by Judge Michael M. Mihm on 2/9/05. (KK, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1360 Notice will be electronically mailed to:**

Diane M Baron    dbaron@clausen.com, pkebr@clausen.com

John E Cassidy , III    jcassidy@cassidymueller.com, barity@cassidymueller.com

Terence J Corrigan    tcorrigan@atg.state.il.us, jginter@atg.state.il.us,tflinn@atg.state.il.us

Melissa M McGrath    mmcgrath@tnwlaw.com,

Karen L McNaught    kmcnaught@atg.state.il.us, jginter@atg.state.il.us,lbrewer@atg.state.il.us,

Andrew M Ramage    aramage@hinshawlaw.com, vscott@hinshawlaw.com,asaper@hinshawlaw.com

**1:04-cv-1360 Notice will be delivered by other means to:**

Robert E Gillespie

HINSHAW & CULBERTSON
Ste 200
400 S Ninth St
Springfield, IL 62701

Melissa A Murphy-Petros
CLAUSEN MILLER PC
Suite 1500
10 N LaSalle St
Chicago, IL 60603-1098