IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>　　　　　　　Defendant,<br>MACON COUNTY,<br><br>　　　　　　　Defendant,<br><br>MACON COUNTY CIRCUIT COURT,<br><br>　　　　　　　Defendant. | Case No. 1:04-cv-1360 |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the **24** day of February, 2005, she served a copy of the PRE-TRIAL ORDER pursuant to Local Rule 16.1(F) on the attorneys of record for all Defendants in this matter at the addresses below via Federal Express Overnight Delivery with postage fully prepaid.

**Attorneys of Record**

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Subscribed and sworn to before me
this _24th_ day of February, 2005.

_(signature)_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com