E-FILED
Thursday, 24 February, 2005  04:47:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> v. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> MACON COUNTY CIRCUIT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 04-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby requests that the trial date of April 4, 2005, be continued. In support thereof, the following statements are made.

1. The trial in this matter has been set for April 4, 2005.

2. Defendant, Warren A. Sappington, advised his counsel in December 2004 that he was to undergo surgery to repair a hole in his heart in or about January 2005.

3. The undersigned was notified by her client, Warren A. Sappington, on February 22, 2005, that the part to repair his heart had been recalled by the manufacturer.

4. According to the defendant, he has been advised that the part has now been allowed to be used and therefore he currently is scheduled for surgery on March 14, 2005.

5. Defendant has tendered a statement from one of his treating physicians regarding this procedure and the date of surgery. *See* Exhibit A.

6. The physician of defendant has advised a convalescence time of two to three months. *See* Exhibit A.

7. Defendant also supplied a Patient's Guide for the device, which estimates a convalescence time of three to six months. *See* Exhibit B, p. 10, question and answer 3.

8. The attendance of the defendant at trial is necessary, and he would be materially prejudiced if he would not be allowed to attend.

9. As such, defendant respectfully requests that the trial in this matter be continued.

10. The undersigned has contacted counsel in this matter and advised of the defendant's condition.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court continue the trial scheduled April 4, 2005.

> Respectfully Submitted,
>
> JUDGE WARREN A. SAPPINGTON,
>
> Defendant,
>
> LISA MADIGAN, Attorney General,
> State of Illinois,
>
> Attorney for Defendant.

Karen L. McNaught, #6200462
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Fax: (217) 524-5091

By: /s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER<br>     Plaintiff,<br><br>     v.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br>     Defendant,<br><br>MACON COUNTY,<br>     Defendant,<br><br>MACON COUNTY CIRCUIT,<br>     Defendant. | )<br>)<br>)<br>)<br>)  NO. 04-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

I hereby certify that on February 24, 2005, I presented the foregoing Motion to Continue Trial to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Melissa McGrath                John Cassidy              Diane Baron
www.thomsonandweintraub.com    c_m@mtco.com              dbaron@clausen.com

and I hereby certify that on February 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

 /s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us