# GREGORY L. TOTEL, M.D., S.C.

• FAA Medical Examiner
• Certified, American Board Of Internal Medicine
• Fellow, American College Of Physicians

AMANDA C. SHILS, B.S., M.T., P.A.-C.
CERTIFIED PHYSICIAN ASSISTANT

## INTERNAL MEDICINE
Physicians Plaza • Suite 201 • One Memorial Drive • Decatur, Illinois 62526
(217) 875-1090 • FAX (217) 875-1099



February 18, 2005

Lisa Madigan
Attorney General-State of Illinois
500 South Second Street
Springfield, Illinois 62706

RE:   JUDGE WARREN SAPPINGTON

Dear Attorney General:

This is to certify that the above-named patient is under my care. Judge Sappington has suffered a transient ischemic attack or TIA from a hole in his heart called a PFO. Judge Sappington is scheduled March 14 for an invasive catheterization procedure with manipulation and hardware in an attempt to close this hole between the upper chambers of his heart.

I would expect a convalescence time of two to three months to certify stability in his medical condition.

Very truly yours,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Gregory L. Totel, M.D., Ph.D.

GLT/fal

EXHIBIT
A