# Patient's Guide
# Transcatheter Closure of a Patent Foramen Ovale Using the AMPLATZER® PFO Occluder System

AGA Medical Corporation • 682 Mendelssohn Avenue • Golden Valley MN 55427 USA
[Tel] 763-513-9227    [Toll free] 888-546-4407
www.amplatzer.com

*This Guide is not intended as a substitute for consulting with your doctor. You should talk to your doctor about any questions or concerns you have about the diagnosis or treatment of your medical condition.*

Humanitarian Use Device - Authorized by Federal law for the non-surgical closure of a *patent foramen ovale* (PFO) in patients with recurrent *cryptogenic stroke* due to presumed *paradoxical embolism* through a patent foramen ovale and who have failed *conventional drug therapy*. The effectiveness of this device for use in this indication has not yet been demonstrated.


EXHIBIT B

Printed: 01/23/2004

# FREQUENTLY ASKED QUESTIONS

Q. *Will I experience pain from the procedure?*
A. You may experience some discomfort in the groin area where the incision was made to insert the catheter. You may also experience a sore throat from the echocardiogram imaging probe. These symptoms should go away within a few days to a week.

Q. *Will I be able to feel the implant?*
A. No, you will not be able to feel the implant.

Q. *What happens with an AMPLATZER PFO Occlusion device once it gets implanted?*
A. The device will remain permanently implanted in your body. It will take a matter of 3-6 months before the device is completely covered by tissue. At that point, the device will become a part of the wall of your heart and will only be visible by X-Ray.

Q. *What activities should be avoided after my procedure? When can they resume?*
A. All strenuous activity should be avoided for one month after the procedure. Even though you may feel ready to resume your normal activity, you should take it easy for at least one month.

Q. *What happens if I need an MRI (Magnetic Resonance Imaging)?*
A. Your AMPLATZER PFO Occluder device is *MRI* compatible. If an MRI is needed, the MRI staff should be informed about the presence of your implant. You will receive an identification card that you should always carry with you and show to medical personnel.

Q. *If I travel, can I go through metal detectors without setting off an alarm?*
A. Your AMPLATZER PFO Occluder device should not set off metal detector alarms. The AMPLATZER PFO Occluder is not magnetic. Once again, your identification card should be shown to airport security if necessary.

Q. *Can I have this procedure if I am pregnant?*
A. The risk of increased x-ray exposure must be weighed against the potential benefits of this technique. Your doctor will ensure that care will be taken to minimize the radiation exposure to the fetus and the mother.

Q. *What if I am a nursing mother?*
A. It is unknown if the device affects breast milk. You should discuss this issue with your doctor.