E-FILED
Thursday, 03 March, 2005  10:34:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY) and<br>MACON COUNTY,<br><br>Defendants. | Case No. 1:04-cv-1360 |

**OBJECTION TO MOTION TO CONTINUE TRIAL**

Plaintiff, Melissa Robinson (f/k/a Melissa Schroeder) by her counsel, Thomson & Weintraub, provides the following objection to Defendant, Judge Warren A. Sappington's ("Judge Sappington") Motion to Continue Trial:

1. Judge Sappington's motion establishes no reason for the Court to conclude Judge Sappington cannot participate in his trial.

2. Absent evidence in the record that Judge Sappington is physically or mentally incapable of proceeding to trial on April 4, 2005, his motion should be denied. Malone v. Foster Wheeler Construction, 2001 WL 1263664 (7th Cir., October 16, 2001).

3. There is no indication in Judge Sappington's motion that there has been any sudden change of his medical circumstances that require him to undergo the procedure on March 14, 2005, nor that indicates why he cannot postpone treatment until after trial.

4. Nor is there any indication why, if Judge Sappington decides to undergo the medical procedure on March 14, 2005, and as a result subjectively feels he is unable to proffer testimony, his deposition testimony will not be adequate. Schneider National Carriers, Inc. v. Carr, 903 F.2d 1154, 1158 (7th Cir. 1990).

5. Judge Sappington's motion relies on a heart condition as the basis for continuing the trial.

6. Judge Sappington's motion is not accompanied by an Affidavit from any medical professional, let alone a cardiologist.

7. Judge Sappington's motion is accompanied only by correspondence directed to the Attorney General's Office which was prepared by Dr. Gregory Totel, a close friend of Judge Sappington. (Ex. 1).

8. There is no indication in Dr. Totel's letter as to when Judge Sappington suffered his transient ischemic attack, treatments he is currently receiving, nor that Judge Sappington cannot continue his present treatment regimen until after trial.

9. Additional portions of the Patient's Guide attached as "Exhibit B" to Judge Sappington's motion address alternatives to the procedure Judge Sappington is reportedly scheduled to undergo on March 14, 2005. The Guide states, "Alternatives to the device and treatment*** continuing to take medication." Ex. 2, Page 13.

10. The Guide also provides: "One of the benefits of this procedure *** you may not need to be on lifelong drug therapy to prevent strokes." Ex. 2, Page 10.

11. The additional observations not included as an attachment to Judge Sappington's Motion to Continue, suggest Judge Sappington can continue to take medications and schedule his procedure after trial of this matter.

12. Finally, there is no support for Dr. Totel's qualifications with regard to determining a convalescence time if Defendant, Judge Sappington were to have the procedure at issue.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant, Judge Warren A. Sappington's Motion to Continue Trial.

Respectfully submitted,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 3rd day of March, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

## NOTICE OF FILING

I hereby certify that on March 3, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this ___ day of February, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008