IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MELISSA ROBINSON, )
(p/k/a/ MELISSA SCHROEDER) )
   )
   )
         Plaintiff, )
   vs. ) Case No. 1:04-cv-1360
   )
JUDGE WARREN A. SAPPINGTON )
SIXTH JUDICIAL CIRCUIT, )
(IN OFFICIAL CAPACITY) and )
MACON COUNTY, )
   )
         Defendants. )

### AFFIDAVIT

Having been duly sworn on oath, I depose and state as follows:

1. I am Melissa Robinson (p/k/a Melissa Schroeder) the Plaintiff in this case.

2. I was employed as Judge Sappington's Secretary and then Judicial Clerk from March 1994 until January 10, 1997.

3. While I worked with Judge Sappington, Judge Sappington had described Dr. Gregory L. Totel as "one of his closest friends."

Further affiant sayeth not.

_____
Signature redacted pursuant to
USDC-CDIL Adm. Proc. Rule II(I)(1)(f)

Melissa Robinson



PLAINTIFF'S
EXHIBIT
1
1:04-cv-1360

STATE OF ILLINOIS        )
COUNTY OF MCLEAN    )

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that I verily believe the same to be true.

                                                           Signature redacted pursuant to
                                                           USDC-CDIL Adm. Proc. Rule II(I)(1)(f)

                                                           Melissa Robinson

Subscribed and sworn before me
the this 3rd day of March, 2005.

_[signature]_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008



# A Patient's Guide

To Transcatheter Closure

Of A Patent Foramen Ovale

Using The AMPLATZER

PFO Occluder System

Rx Only

PLAINTIFF'S EXHIBIT 2  1:04-CV-1360

## What Are The Benefits Of This Procedure?

The benefits of having a device are:

1. Surgery to close your PFO is avoided. This results in:
   - Shorter hospital stay and recovery time
   - No chest scar

2. You may not need to be on life long drug therapy to prevent **strokes**.

## What To Expect During The Procedure?

What to expect before, during, and after the procedure will vary. Read this information carefully and discuss any questions or concerns you have with your doctor.

1. Your procedure will be performed in the heart catheterization laboratory, or "cath lab." You will lie on an X-ray table, and an X-ray camera will move over your chest during the procedure. The staff will monitor your heart by attaching several small sticky patches to your chest.

2. Your doctor will give you an anesthetic. It may be general or local. This will depend on the technique the doctor uses to place the device. There should not be significant discomfort.

3. Your doctor may place an **imaging probe** in your mouth and move it down into your esophagus. This imaging probe makes it possible for the doctor to see your heart up close with an **echocardiography** machine.

4. Your doctor will insert a **catheter** through a vein, and then navigate it through some of your body's largest veins until it reaches your heart. The doctor will perform a procedure **(angiogram)** to visualize your heart and the PFO.

5. Your doctor will then measure the pressure and oxygen content in different chambers of your heart.

6. The appropriate size device is screwed onto a cable, put into a special catheter and advanced through your PFO. Your doctor will then push the device out of the catheter until the discs of the device sit on each side of the PFO.

reactions, but do not stop taking them unless instructed to do so. Your doctor may be able to prescribe new medications that better suit you.

You will be required to take medication every day for the next 6 months to help prevent blood clots **(antiplatelet/anticoagulation)** and will be required to take antibiotics for certain medical procedures to minimize the risk of infection of the device. The decision to continue taking medication beyond 6 months is at the discretion of your doctor.

You will have to return to your doctor for periodic follow-up visits over the next year. It is important to keep all follow-up appointments that are scheduled for you.

## Alternatives To The Device And Treatment

- Surgery to close your PFO

- Continuing to take medication

- Treatment with a different HDE Approved Device

- No treatment