**E-FILED**
Monday, 07 March, 2005  09:39:17 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**FILED**

MAR - 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) ) ) ) | |
| Plaintiff, ) | |
| vs. ) ) | Case No. 1:04-cv-1360 Honorable Michael M. Mihm |
| JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY) ) ) ) ) | |
| Defendant, ) | |
| MACON COUNTY, ) ) | |
| Defendant. ) | |

### PRE-TRIAL ORDER

The Court held a pre-trial conference pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1.  Present at the conference: Melissa M. McGrath, of Thomson & Weintraub, Counsel for Plaintiff Melissa Robinson (p/k/a Melissa Schroeder); Karen L. McNaught, Chief, General Law Bureau, Office of the Attorney General, State of Illinois and Diane Barron, of Clausen Miller P.C., counsel for Defendant, Judge Warren A. Sappington; and John Cassidy, III, of Cassidy & Mueller, counsel for Defendant, Macon County.  The following action was taken:

## I. NATURE OF ACTION AND JURISDICTION

This is an action for relief under Title VII, of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et. seq.*, as amended by the Civil Rights Act of 1991.

Jurisdiction of the Court is invoked and venue in this Court is proper, pursuant to 42 U.S.C. § 2000e-5(f). Jurisdiction and venue of this Court are not disputed.

## II. JOINT STATEMENT

**A.    JURISDICTION**

    1.    42 U.S.C. § 2000e-5(f)(3).

**B.    UNCONTESTED ISSUES OF FACT**

    See Exhibit A attached and incorporated by reference.

**C.    UNCONTESTED ISSUES OF LAW**

    1.    Jurisdiction and venue of this Court are not disputed.

**D.    CONTESTED ISSUES OF FACT**

    1.    Whether Plaintiff was subjected to sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature which altered the terms and conditions of her employment.

    2.    Whether the conduct at issue was unwelcome.

    3.    Whether the conduct at issue occurred because Plaintiff was female.

    4.    Whether at the time the conduct occurred, Plaintiff believed that the conduct made her work environment hostile or abusive.

    5.    Whether the conduct at issue was sufficiently severe or pervasive that a reasonable person in Plaintiff's position would find Plaintiff's work environment to be hostile or abusive.

    6.    Whether Plaintiff suffered a tangible employment action.

    7.    If Plaintiff suffered no tangible employment action, whether the State of Illinois exercised reasonable care to prevent and correct any harassing conduct in the workplace.

2

8. Whether Plaintiff unreasonably failed to take advantage of opportunities provided by the State of Illinois to prevent or correct harassment, or otherwise avoid harm.

9. Whether Defendant, Macon County knew, or should have known about Defendant, Judge Warren A. Sappington's conduct.

10. Whether Defendant, Macon County was, together with the State of Illinois, a joint employer of Plaintiff.

11. Whether Macon County paid Plaintiff's salary.

12. Whether Janice Shonkwiler has been the Court Administrative Assistant in the Sixth Judicial Circuit, Macon County, Illinois, since December 1995 and in that capacity, has assisted court personnel, including Presiding Judge Greanias.

13. Whether Janice Shonkwiler gave Plaintiff direction.

14. Whether Janice Shonkwiler worked under Judge Greanias as the Court Administrative Assistant since December 1995.

15. Whether Janice Shonkwiler was an employee of the State of Illinois.

16. Whether Plaintiff was an employee of the State of Illinois.

17. Whether Defendant, Macon County, had sufficient control over the Plaintiff to establish an employment relationship.

18. Whether Defendant, Macon County, had sufficient control over Janice Shonkwiler to establish an employment relationship.

19. Whether Defendant, Macon County, had control over the Plaintiff's duties such that it could alter her employment environment.

3

20.    Whether Defendant, Macon County took reasonable steps to correct the situation.

21.    Whether Judge Warren A. Sappington was Plaintiff's direct supervisor.

22.    Whether for purposes of liability under Title VII, Judge Warren A. Sappington, sued in his official capacity, is at least one of Plaintiff's employers.

23.    Whether Judge John P. Shonkwiler, Chief Judge of the Sixth Judicial Circuit had responsibility to follow up on complaints about behaviors of a judge within the Circuit.

24.    Whether Presiding Judge John K. Greanias also had responsibility to follow up on complaints about behaviors of a judge within the Circuit.

25.    Whether Janice Shonkwiler was one of Plaintiff's supervisors.

26.    Whether there was a sexual harassment policy distributed by the State of Illinois to personnel between July 1996 through January 1997.

27.    Whether there was training concerning sexual harassment provided to individuals who worked at the Macon County Courthouse before June 2000.

28.    Whether Macon County provided retirement benefits for Plaintiff.

29.    While the courtrooms were located in the Ambassador building, whether Plaintiff placed her personal belonging in Judge Sappington's office and hung her coat in his office.

30.    Whether in July 1996, Judge Sappington asked Plaintiff how things were going and how her husband was doing. Plaintiff told him they were separated and she had requested a divorce.

31.    Whether Leona Miller worked as Judge Sappington's court reporter during some of the time Plaintiff was his judicial clerk, and saw Plaintiff and Judge Sappington on a daily basis while they were working there.

32.    Whether Michelle Creek knew Plaintiff and saw Plaintiff and Judge Sappington work

4

together.

33.    Whether in the Ambassador building, Judge Steadman's and Judge Sappington's courtrooms were right next to each other.

34.    Whether Plaintiff had lunch and candy in Judge Sappington's chambers and brought in mail order coffee.

35.    Whether when Christian Lees worked for Judge Patton, she saw Plaintiff daily.

36.    Whether Christina Lees saw Plaintiff bring baked goods for Judge Sappington.

37.    Whether Wendy Reeves recalls Plaintiff was upset about being transferred from Judge Sappington.

38.    Whether Plaintiff told Wendy Reeves that Plaintiff and Judge Sappington were "like family" and "like a father" to her.

39.    Whether Judge Patton observed that Plaintiff would bring donuts, cookies or cake to Judge Sappington.

40.    Whether Macon County had no control over the specific amount of compensation or fringe benefits paid to any non-judicial employee of the courts, including the Plaintiff and Janice Shonkwiler.

41.    Whether damages information disclosed on January 31, 2005, was timely disclosed.
42.    cell of claimed damages.

**E.    CONTESTED ISSUES OF LAW**

1.    Whether Defendant, Judge Warren A. Sappington, in his official capacity, violated the anti-discrimination provisions of Title VII by sexually harassing Plaintiff.

2.    Whether Defendant, Macon County violated the anti-discrimination provisions of Title VII when it failed to protect Plaintiff from Judge Warren A. Sappington's sexual harassment.

5

3.     Whether Defendant, Macon County, was a joint employer of the Plaintiff and Janice Shonkwiler.

4.     Whether Defendant, Macon County, had any control over the conduct of judicial employees of the State of Illinois.

5.     Whether Defendant, Macon County, had control over the working environment of the non-judicial employees of the State of Illinois.

6.     Whether any of the damages for which recovery is sought by the Plaintiff were cause in fact or were proximately caused by acts or omissions on the part of the Defendant, Macon County.

7.     Whether Macon County's acts or omissions constituted a constructive discharge.

8.     If Janice Shonkwiler is determined to be a joint employee whether her actions upon learning of the alleged harassment were unreasonable under the circumstances.

9.     Whether the conduct of Judge Warren A. Sappington can be considered as the conduct of Macon County.

10.     Whether the conduct of Presiding Judge John K. Greanias and Chief Judge John P. Shonkwiler can be considered as the conduct of Macon County.

11.     Whether the conduct of Judge John Davis can be considered as the conduct of Macon County.

12.     Whether the conduct of Judge Diamond can be considered as the conduct of Macon County.

13.     Whether Macon County can only be liable for such damages as were proximately caused by its failure to take reasonable steps to correct the injurious conduct after it knew or should have known of that conduct.

6

14.    Whether Macon County is liable for any damages which are claimed by the Plaintiff until such time as Macon County knew or should have known of the conduct.

15.    Whether Macon County had control over the amount of compensation or fringe benefits paid to any non-judicial employee of the courts, including the Plaintiff and Janice Shonkwiler.

16.    Whether the amount of compensation paid to non-judicial employees of the courts and the fringe benefits to which they are entitled is determined solely by the judiciary.

17.    Whether the fact that Macon County pays salaries of non-judicial employees in the judicial branch at the Macon County Court does not in constitutional or statutory terms make the county their employer. Rather, the state, personified by the chief judge of each circuit, is the employer. Orenic v. Illinois State Labor Relations Board, 127 Ill. 2d 453, 475, 480 (ill. 1989), (cited with approval in Warren v. Stone, 958 F.2d 1419 (7th Cir. 1992); Drury v. County of McLean, 89 Ill. 2d 417, 425 (1982).

18.    Whether under Illinois law, Macon County's obligation to pay the salaries of some non-judicial court employees is subject to the court's ultimate power to insure reasonable adequacy. Orenic, 127 Ill. 2d 453, 480; 705 ILCS 35/25.

19.    Whether under Illinois law, except paying salaries in amounts determined by the judicial, the counties are entitled to any other role in regards to the court's non-judicial employees that might be considered the role of a joint employer. Orenic, 127 Ill. 2d 453, 480.

20.    Whether an individual can be sued in his official capacity for alleged violations of Title VII (42 U.S.C. §2000e *et seq.*).

21.    Whether the Plaintiff can recover the damages as alleged.

22.    Whether an employer can be liable for sexual harassment of a non-employee.

7

### F.    JURY DEMAND

1.    Plaintiff has demanded a trial by jury.

## III.  PLAINTIFF'S STATEMENT

### A.    ITEMIZED STATEMENT OF DAMAGES

1.    Plaintiff will be seeking the following relief in this case:

| | |
|---|---|
| **Lost Wages** | **$      4,800.00** |
| **Counseling** | **$    11,000.00** |
| **Medical Insurance** | **$    27,560.00** |
| **Retirement Benefits** | **$    79,490.88** |
| **Transportation Costs** | **$      2,400.00** |
| **Vehicle Depreciation** | **$      2,000.00** |
| **Physical or Emotional Pain and Suffering** | **$1,300,000.00** |
| **TOTAL DAMAGES SOUGHT:** | **$1,427,250.88** |

## IV.  WAIVER OF CLAIMS OR DEFENSES

1.    By failing to raise as an affirmative defense Macon County has waived the defense that it should be held to the standard which applies when the alleged harasser is a non-employee.

## V.  EXHIBITS ATTACHED

The following are attached as exhibits to this Order and are made a part hereof:

A.    Stipulation of Uncontested Facts and Issues of Law (signed by all parties)

B.    Plaintiff's Witness List

C.    Defendants' Witness List

D.    Plaintiff's Exhibit List

E.    Defendants' Exhibit List

    F.      Joint Exhibit List

    G.     Joint Proposed Jury Instructions (None)

    H.     Plaintiff's Proposed Jury Instructions

    I.      Defendant's Proposed Jury Instructions (Defendant, Macon County)[1]

## V. GENERAL ADDITIONAL ACTIONS TAKEN

The following additional action was taken:

IT IS UNDERSTOOD BY THE PARTIES THAT:

The parties have no expert witnesses. ⟩ *Judge Drenias — Larry Fester*

Any Trial Briefs or Motions in limine shall be submitted no later than fourteen (14) days prior to the commencement of the trial.

A party may supplement a list of witnesses or exhibits only upon good cause shown in a motion filed and served upon the other parties prior to trial; except that, upon the development of testimony fairly shown to be unexpected, any party may, with leave of court, call such contrary witnesses or use such exhibits as may be necessary to counter the unexpected evidence, although not previously listed, and without prior notice of any other party.

It is mutually estimated that the length of trial will not exceed seven (7) full days.

This pre-trial order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice. Such modification may be made either on motion of counsel for any party or on the Court's own motion.

Any additional proposed jury instructions shall be submitted to the Court within five days before the commencement of the trial, but there is reserved to counsel for the respective parties the right to submit supplemental proposals for instructions during the course of the trial or at the

---

[1]Defendant, Judge Warren A. Sappington seeks leave to send jury instructions two (2) weeks before the date of trial.

conclusion of the evidence on matters that could not reasonably have been anticipated.

IT IS SO ORDERED.

ENTERED: ___3/4/05___                    ___S/ Michael  m.  mihm___

The Honorable Michael M. Mihm
Judge, Central District of Illinois


APPROVED AS TO FORM AND SUBSTANCE:

___S/ m  mᶜGrath___

Melissa M. McGrath,
Attorney for the Plaintiff

___S/ K.  McNaught___

Karen L. McNaught,
Attorney for the Defendant, Judge Warren A. Sappington

___S/ D. Barton___

Diane M. Barton,
Attorney for the Defendant, Judge Warren A. Sappington

___S/J. Cassidy___

John E. Cassidy, III,
Attorney for the Defendant, Macon County

10

## **EXHIBIT A**

### **STIPULATION OF UNCONTESTED FACTS**

1.    Plaintiff is female.

2.    Judge Warren A. Sappington was a State of Illinois employee.

3.    Plaintiff was employed as Judge Warren A. Sappington's Secretary and then Judicial Clerk from March 28, 1994, until January 10, 1997.

4.    Judge Warren A. Sappington was an Associate Judge in the Sixth Judicial Circuit at the Macon County Courthouse from September 1977 until December 10, 1998.

5.    During all relevant times herein, Judge John P. Shonkwiler was the Chief Judge of the Sixth Judicial Circuit Court for the State of Illinois and was located in the Piatt County Courthouse.

6.    During all times relevant herein, Judge John Greanias was the Presiding Judge in the Sixth Judicial Circuit at the Macon County Courthouse.

7.    During all times relevant herein, Judge Scott Diamond was an Associate Judge in the Sixth Judicial Circuit at the Macon County Courthouse.

8.    Judge Jerry Patton was a Judge in the Sixth Judicial Circuit at the Macon County Courthouse for 26 ½ years, retiring in 2000.

9.    Judge James Hendrian was a Judge in the Sixth Judicial Circuit at the Macon County Courthouse for 14 years.

10.    Macon County provided Plaintiff insurance benefits.

11.    Macon County provided Plaintiff workers compensation benefits.

12.    During all times relevant herein, Judge Paul Francis was a Circuit Court Judge in the Sixth Judicial Circuit at the Macon County Courthouse.

11

13.   Gina Jones is a court reporter who was assigned to Judge Patton in 1996.

14.   Christina Lees is a judicial clerk and was assigned to Judge Patton in August 1996.

15.   Leona Miller is a court reporter and was assigned to Judge Sappington from December 1980 until September 12, 1996.

16.   Angela Moeller was assigned as Judge Steadman's judicial clerk from 1998 to 1992 and was assigned to Judge Francis from 1992 to 1997.

17.   Wendy Reeves has worked as a court reporter and was assigned to Judge Francis while Plaintiff was a judicial clerk.

18.   Michelle Creek was assigned to Judge Steadman as a judicial clerk in 1996.

19.   Robin Johnson has been a secretary/judicial clerk for 19 years. She was Judge Diamond's secretary/judicial clerk from 1983 to 1999.

20.   Melenie Milliman has been a Court Technology Administrator since January 1995.

21.   Angela Moeller was a judicial clerk and knew Plaintiff.

22.   Julia Jewell has been  a court reporter since 1982 and began working with Judge Sappington in 1996.

23.   Ruth Young was a Judicial Clerk to Judge Greanias during the relevant time.

24.   While working for Judge Greanias, Ruth Young's work station was directly across from Plaintiff's.

25.   John Davis was not an employee of Defendant, Macon County.

26.   Judge Diamond was not an employee of the Defendant, Macon County.

27.   Judge Sappington was not an employee of Defendant, Macon County.

12

28.    Judge Greanias was not an employee of Defendant, Macon County.

AGREED:

s/ M. Mc Grath

Melissa M. McGrath,
Attorney for the Plaintiff

s/ K. McNaught

Karen L. McNaught,
Attorney for the Defendant, Judge Warren A. Sappington

s/ D. Barton

Diane M. Barton,
Attorney for the Defendant, Judge Warren A. Sappington

s/John Cassidy

John E. Cassidy, III,
Attorney for the Defendant, Macon County

13

## EXHIBIT B

### PLAINTIFF'S WITNESS LIST

| *Melissa Robinson (p/k/a Melissa Schroeder) v. Judge Warren A. Sappington, et. al.* | Case No.: 1:04-cv-1360 | | Page 1 of 2 |
|---|---|---|---|
| **Witness Name** | **Address** | **Expert** | **Adverse** |
| Jack Ahola | Decatur, IL 62522 | | ✗ |
| Frank Byers | Decatur, IL 62526-2717 | | |
| Dr. Robert Cokley | Decatur, IL 62522 | | |
| Michelle Creek | c/o Defendant's Counsel | | X |
| Judge John L. Davis | c/o Defendant's Counsel | | X |
| Judge Scott Diamond | c/o Defendant's Counsel | | X |
| David M. Drobisch | c/o Defendant's Counsel | | X |
| Lawrence Fichter | c/o Defendant's Counsel | | X |
| Judge Paul Martin Francis | c/o Defendant's Counsel | | X |
| Judge John K. Greanias | c/o Defendant's Counsel | | X |
| Judge James A. Hendrian | c/o Defendant's Counsel | | X |
| Julia Jewell | c/o Defendant's Counsel | | X |
| Christina Lees | c/o Defendant's Counsel | | X |
| Nathan Maddox | c/o Defendant's Counsel | | X |
| Leona Miller | c/o Defendant's Counsel | | X |
| Angela Moeller | c/o Defendant's Counsel | | X |
| Eva C. Muller, Ph.D. | Springfield, IL 62704 | | |
| Judge Jerry Patton | c/o Defendant's Counsel | | X |
| Wendy Reeves | c/o Defendant's Counsel | | X |

14

| *Melissa Robinson (p/k/a Melissa Schroeder)* *v. Judge Warren A. Sappington, et. al.* | Case No.: 1:04-cv-1360 | | Page 2 of 2 |
|---|---|---|---|
| John T. Robinson | Decatur, IL 62526 | | |
| Melissa Robinson | c/o Plaintiff's Counsel | | |
| Cheryl Sappington | c/o Defendant's Counsel | | X |
| Judge Warren A. Sappington | c/o Defendant's Counsel | | X |
| Peggy Schwengel | Decatur, IL 62526 | | |
| Janice Shonkwiler | c/o Defendant's Counsel | | X |
| Judge John P. Shonkwiler | c/o Defendant's Counsel | | X |
| Don Schroeder | 12 Oakwoods | | |
| Jay M. Watts | 13 Edgewood Court | | |
| Judge Lisa Renee Holder White | c/o Defendant's Counsel | | X |
| Ruth Young | Decatur, IL 62522 | | |

**EXHIBIT C**

**DEFENDANTS' WITNESS LIST**

| *Melissa Robinson (p/k/a Melissa Schroeder)* *v. Judge Warren A. Sappington, et. al.* | | Case No.: 1:04-cv-1360 | Page 1 of 4 |
|---|---|---|---|
| **DEFENDANT, JUDGE WARREN A. SAPPINGTON'S WITNESSES** | | | |
| **Witness Name** | **Address** | **Expert** | **Adverse** |
| Jennifer Cavaness | Murphysboro, Illinois | | |
| Michelle Creek | Decatur, Illinois | | |
| John L. Davis | Decatur, Illinois | | |
| Judge Scott Diamond | Decatur, Illinois | | |
| Jayne E. Evey | Monticello, Illinois | | |
| Paul Francis | Decatur, Illinois | | |
| Kelly Geisler | Decatur, Illinois | | |
| John K. Greanias | Decatur, Illinois | | |
| James A. Hendrian | Decatur, Illinois | | |
| Heather Houser | Champaign, Illinois | | |
| Julie Jewel | Decatur, Illinois | | |
| Gina Jones | Decatur, Illinois | | |
| Christina Lees | Decatur, Illinois | | |
| Robin Johnson | Decatur, Illinois | | |
| Nathan Maddox | Springfield, Illinois | | |
| Leona Miller | Decatur, Illinois | | |
| Melenie Milliman | Decatur, Illinois | | |
| Angie Moeller | Decatur, Illinois | | |
| Theodore Paine | Decatur, Illinois | | |
| Jerry Patton | Decatur, Illinois | | |

16

| Wendy Reeves | Decatur, Illinois | | |
|---|---|---|---|
| Melissa Robinson | Decatur, Illinois | | X |
| Cheryl Sappington | Decatur, Illinois | | |
| W. Arthur Sappington | Decatur, Illinois | | |
| Janice Shonkwiler | Decatur, Illinois | | |
| John Shonkwiler | Monticello, Illinois | | |
| Tim Steadman | Decatur, Illinois | | |

### DEFENDANT, MACON COUNTY'S WITNESSES

| Witness | Address | Expert | Adverse |
|---|---|---|---|
| Jack Ahola` | Decatur, IL | | X |
| Frank Byers | Decatur, IL | | X |
| Jennifer Cavaness | Murphysboro, Illinois | | X |
| Dr. Robert Cokley | 3Decatur, IL 62522 | | X |
| Michelle Creek | Decatur, Illinois | | X |
| John L. Davis | Decatur, Illinois | | X |
| Judge Scott Diamond | Decatur, Illinois | | X |
| David M. Drobisch | Decatur, Illinois | | |
| Jayne E. Evey | Monticello, Illinois | | X |
| Lawrence Fichter | Decatur, Illinois | | |
| Paul Francis | Decatur, Illinois | | X |
| Kelly Geisler | Decatur, Illinois | | X |
| John K. Greanias | Decatur, Illinois | | X |
| James A. Hendrian | Forsyth, Illinois | | X |

17

| | | | |
|---|---|---|---|
| Heather Houser | Champaign, Illinois | | X |
| Julie Jewel | Decatur, Illinois | | X |
| Gina Jones | Decatur, Illinois | | X |
| Christina Lees | Decatur, Illinois | | X |
| Robin Johnson | Decatur, Illinois | | X |
| Nathan Maddox | Springfield, Illinois | | X |
| Leona Miller | Decatur, Illinois | | X |
| Melenie Milliman | Decatur, Illinois | | X |
| Angie Moeller | Decatur, Illinois | | X |
| Eva C. Muller, Ph.D. | Springfield, IL | | X |
| Theodore Paine | Decatur, Illinois | | X |
| Jerry Patton | Decatur, Illinois | | X |
| Wendy Reeves | Decatur, Illinois | | X |
| John T. Robinson | Decatur, IL | | X |
| Melissa Robinson | Decatur, Illinois | | X |
| Cheryl Sappington | Decatur, Illinois | | X |
| W. Arthur Sappington | Decatur, Illinois | | X |
| Peggy Schwengel | Decatur, IL | | X |
| Don Schroeder | Petersburg, IL | | X |
| Janice Shonkwiler | Decatur, Illinois | | X |
| John Shonkwiler | Monticello, Illinois | | X |

| Tim Steadman | Decatur, Illinois | | X |
| Jay M. Watts | Decatur, IL | | X |
| Judge Lisa Renee Holder White | | | X |
| Ruth Young | Decatur, IL | | X |

**EXHIBIT D**

| PLAINTIFF'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| No. | Description | Admit Without Objection | Authentication Waived | Objection |
| 1 | J. Shonkwiler Journal | | | S/M.C. |
| 2 | Diagram by J. Shonkwiler | | | S/M.C. |
| 3 | Note, "Judge, Missy is going home sick." | | | |
| 4 | Diagram of Courtroom in January 29, 1996; Notice re: heating/air conditioning | | | |
| 4.5 | Photographs re: Courthouse | | | |
| 5 | September 11, 1996 Correspondence from Leona Miller to J. Shonkwiler | | | S/M.C. |
| 6 | September 16, 1996 Correspondence from J. Shonkwiler to Leona Miller | | | S/M.C. |
| 7 | Plaintiff's Journal | | | S/M.C. |
| 8 | Bi-weekly Report 10/11/1996 | | | S/M.C. |
| 9 | Bi-weekly Report 10/25/1996 | | | S/M.C. |
| 10 | Bi-weekly Report 12/6/1996 | | | S/M.C. |
| 11 | Scheduled Absence 11/22/1996 | | | S/M.C. |
| 12 | December 3, 1996 Letter to Plaintiff from Judge Greanias | | | S/M.C. |
| 13 | January 17, 1997 Letter to Plaintiff from J. Shonkwiler with check attached. | | | |
| 14 | Supreme Court of Illinois Sexual Harassment Policy and Procedure | | | |

| 15 | October 23, 1995<br>Circuit Administrative Order | | | |
|---|---|---|---|---|
| 16(a) | December 3, 1996<br>Judge Sappington Retirement<br>Letter (with handwritten revisions) | | | S/M.C. |
| 16(b) | December 3, 1996<br>Resignation Letter of Judge<br>Sappington typed by Plaintiff | | | S/M.C. |
| 16.5 | March 17, 1997<br>Letter to Janice Shonkwiler from<br>Judge Sappington | | | S/M.C. |
| 17 | October 29, 1998<br>Judge Sappington Retirement<br>Letter | | | S/M.C. |
| 18 | March 16, 1994<br>Letter from Judge Sappington<br>thanking secretary for application | | | S/M.C. |
| 19 | December 16, 1996<br>Letter from Judge Sappington to<br>Ms. Gregory re: application of<br>employment | | | S/M.C. |
| 20 | Dr. Robert L. Cokley Vita | | | S/M.C. |
| 21 | Dr. Robert L. Cokley Medical<br>Records | | | S/M.C. |
| 22 | Dr. Eva Muller Vita | | | S/M.C. |
| 23 | Dr. Eva Muller Medical Records | | | S/M.C. |
| 24 | December 6, 1996<br>Macon County Employee Status<br>Change Sheet | | | S/M.C. |
| 25 | January 17, 1997<br>Macon County Employee Status<br>Change Sheet | | | S/M.C. |
| 26 | Macon County Personnel<br>Handbook, Revised Edition June<br>1987 | | | |

| 27 | March 28, 1994<br>Employment eligibility verification<br>signed by Plaintiff | | | S/M.C. |
|---|---|---|---|---|
| 28 | March 28, 1994<br>Flexible Benefits Plan signed by<br>Plaintiff | | | |
| 29 | November 30, 1995 Notification of<br>salary increase | | | S/M.C. |
| 30 | November 25, 1996 Notification of<br>salary increase | | | |
| 31 | November 20, 1999<br>Herald & Review Article | | | S/M.C. |
| 32 | Mortality Table | | | S/M.C. |
| 33<br>(33a-<br>33p) | Plaintiff's W-2's 1996 - 2004 | | | S/M.C. |
| 34 | August 3, 1998<br>Notice of Substantial Evidence<br>(IDHR) | | | S/M.C. |
| 35 | Medical Insurance Expenses | | | S/M.C. |
| 36 | Counseling | | | S/M.C. |
| 37 | Physical Therapy | | | S/M.C. |
| 38 | Lost Retirement Benefits | | | S/M.C. |
| 39 | Total Damages Calculations | | | S/M.C. |
| 40 | Plaintiff's Response to<br>Defendant's Interrogatories | | | S/M.C. |
| 41 | Defendant Shonkwiler's Answers<br>to First Set of Interrogatories | | | S/M.C. |
| 42 | Defendant Shonkwiler's Answers<br>to Plaintiff's Second Set of<br>Interrogatories | | | S/M.C. |
| 43 | Macon County's Answer to<br>Plaintiff's First Set of<br>Interrogatories | | | S/M.C. |

| 44 | Macon County's Answer to Plaintiff's Second Set of Interrogatories | | | S/M.C. |
| 45 | Defendant Sappington's Answers to Plaintiff's First Set of Interrogatories | | | S/M.C. |

| DEMONSTRATIVE EXHIBIT LIST FOR PLAINTIFF | | | | |
|---|---|---|---|---|
| Case Name: Robinson v. Sappington, et. al. | | Case No. 1:04-cv-1360 | | Page 1 of 1 |
| No. | Description | Admit Without Objection | Authentication Waived | Objection |
| | Jury Instructions[2] | | | S/M.C. |
| | Bi-Weekly Reports dated 10/11/1996, 10/25/1996, 12/6/1996 | | | S/M.C. |
| | J. Shonkwiler Journal | | | S/M.C. |
| | Photographs re: Courthouse | | | S/M.C. |
| | Letter to Plaintiff from Judge Greanias dated December 3, 1996 | | | S/M.C. |
| | Total Damages Calculations | | | S/M.C. |
| | Lost Retirement | | | S/M.C. |
| | Medical Insurance Expenses | | | S/M.C. |
| | Counseling Expenses | | | S/M.C. |
| | Judge Sappington Retirement Letter dated December 3, 1996 | | | S/M.C. |
| | October 29, 1998, Judge Sappington Retirement Letter | | | S/M.C. |
| | List of State of Illinois Judges | | | S/M.C. |
| | List of Other Employees | | | S/M.C. |
| | Timeline of Sexual Harassment | | | S/M.C. |
| | Timeline of Plaintiff's Reports of Sexual Harassment | | | S/M.C. |

---

[2]Plaintiff reserves the right to use any instruction tendered to the jury as a demonstrative exhibit.

## EXHIBIT E

## DEFENDANTS' EXHIBIT LIST

| DEFENDANT, JUDGE WARREN A. SAPPINGTON'S EXHIBIT LIST[3] | | | | |
|---|---|---|---|---|
| No. | Description | Admit Without Objection | Authentication Waived | Objection |
| 1 | Macon County, Illinois Personnel Handbook | Yes (P) | Yes (P) | |
| 2 | Rules of Practice of the Sixth Judicial Circuit | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay |
| 3 | AOIC Administrative Directive on Sexual Harassment Policy | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay, Prejudicial |
| 4 | Minutes of the Chief Judges meeting on June 18, 1993 | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay |
| 5 | Sixth Judicial Circuit Administrative Order 95-6 | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay, Prejudicial |
| 6 | Proposed Macon County Court Personnel Salary Schedule 95-96 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay (Objection - Macon County) |

---

[3]NOTE: Defendants do not agree that all of these documents are relevant. However, depending upon what evidence or testimony is elicited by the plaintiff and the rulings of the Court, it may be necessary to introduce these or other documents to rebut or explain the allegations of the plaintiff and her witnesses.

Page 25

| 7 | Position Description for Minute Clerk | NO (P) (M.C.) | NO (P) | Relevance, Foundation, Hearsay (Objection - Macon County) |
|---|---|---|---|---|
| 8 | Position Description for Administrative Assistant | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay (Objection - Macon County) |
| 9 | Personnel positions | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay (Objection - Macon County) |
| 10 | Diagram of temporary court | Yes (P) | Yes (P) | |
| 11 | Invoices for services rendered by Crown Toyota | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay |
| 12 | Ming Auto Body Invoice | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay |
| 13 | Passenger receipt for Warren Sappington | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay |
| 14 | Itinerary for the Sappingtons | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay, |
| 15 | Bill for medical services for Warren Sappington July 25, 1996 | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation, Hearsay, Prejudicial |
| 16 | Note from Sappington to Schroeders October 31, 1996 | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation |

| 17 | Photograph of sculpture | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation |
|----|------------------------|--------|--------|---------------------------------------------|
| 18 | Memo from Judge Greanias regarding resignation 12-3-96 | Yes (P) | Yes (P) | |
| 19 | Memo from Judge Davis with attachments 9-17-96 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation (Objection - Macon County) |
| 20 | Memo from Judge Davis with attachment 11-15-96 | NO (P) | NO (P) | Objection Plaintiff - Relevance, Foundation |
| 21 | Docket sheet for October 1996 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation (Objection - Macon County) |
| 22 | Docket sheet for November 1996 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation (Objection - Macon County) |
| 23 | Docket sheet for December 1996 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation (Objection - Macon County) |
| 24 | Letter of Judge Sappington April 4, 1996 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation (Objection - Macon County) |
| 25 | Memo regarding Leona Miller 4-15-96 | NO (P) (M.C.) | NO (P) | Objection Plaintiff - Relevance, Foundation (Objection - Macon County) |
| 26 | Letter from Judge Shonkwiler 9-16-96 | Yes (P) (M.C.) | Yes (P) | (Objection - Macon County) |

| **DEFENDANT, MACON COUNTY'S EXHIBIT LIST** |

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|-----|-------------|-------------------------|-----------------------|-----------|
| 1 | J. Shonkwiler Journal | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 2 | Diagram by J. Shonkwiler | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 3 | Note, "Judge, Missy is going home sick." | Yes (P) | Yes (P) (S) | |
| 4 | Diagram of Courtroom. in January 29, 1996; Notice re: heating/air conditioning | Yes (P) | Yes (P) (S) | |
| 4.5 | Photographs re: Courthouse | Yes (P) | Yes (P) (S) | |
| 5 | September 11, 1996 Correspondence from Leona Miller to J. Shonkwiler | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 6 | September 16, 1996 Correspondence from J. Shonkwiler to Leona Miller | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 7 | Plaintiff's Journal | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 8 | Bi-weekly Report 10/11/1996 | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 9 | Bi-weekly Report 10/25/1996 | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 10 | Bi-weekly Report 12/6/1996 | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 11 | Scheduled Absence 11/22/1996 | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 12 | December 3, 1996 Letter to Plaintiff from Judge Greanias | Yes (P) | Yes (P)  (S) | |
| 13 | January 17, 1997 Letter to Plaintiff from J. Shonkwiler with check attached. | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| 14 | Supreme Court of Illinois Sexual Harassment Policy and Procedure | Yes (P) | Yes (P) (S) | |
| 15 | October 23, 1995 Circuit Administrative Order | Yes (P) | Yes (P) (S) | |
| 16(a) | December 3, 1996 Judge Sappington Retirement Letter (with handwritten revisions) | Yes (P) | Yes (P) (S) | Objection - State of Illinois |
| | | | | |

| 16(b) | December 3, 1996 Resignation Letter of Judge Sappington typed by Plaintiff | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 17 | October 29, 1998 Judge Sappington Retirement Letter | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 18 | March 16, 1994 Letter from. Judge Sappington thanking secretary for application | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 19 | December 16, 1996 Letter from Judge Sappington to Ms. Gregory re: application of | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 20 | Dr. Robert L. Cokley Vita | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 21 | Dr. Robert L. Cokley Medical Records | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 22 | Dr. Eva Muller Vita | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 23 | Dr. Eva Muller Medical Records | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 24 | December 6, 1996 Macon County Employee Status Change Sheet | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 25 | January 17, 1997 Macon County Employee Status Change Sheet | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 26 | Macon County Personnel Handbook, Revised Edition June 1987 | Yes (P) | Yes (P) (S) | |
| 27 | March 28, 1994 Employment eligibility verification signed by Plaintiff | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 28 | March 28, 1994 Flexible Benefits Plan signed by Plaintiff | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 29 | November 30, 1995 Notification of salary increase | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 30 | November 25, 1996 Notification of salary increase | Yes (P) | Yes (P)  (S) | |
| 31 | November 20, 1999 Herald & Review Article | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 32 | Mortality Table | Yes (P) | Yes (P) (S) | Objection - State of Illinois) |
| 33 | Plaintiff's W-2's 1996 - 2004 | Yes (P) | Yes (P) (S) | Objection - State |

| | | | | bf Illinois) |
|---|---|---|---|---|
| 34 | August 3, 1998 Notice of Substantial Evidence (IDHR) | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 35 | Medical Insurance Expenses | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 36 | Counseling | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 37 | Physical Therapy | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 38 | Lost Retirement Benefits | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 39 | Total Damages Calculations | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 40 | Plaintiff's Response to Defendant's Interrogatories | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 41 | Defendant Shonkwiler's Answers to First Set bf Interrogatories | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 42 | Defendant Shonkwiler's Answers to Plaintiff's Second Set of Interrogatories | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 43 | Macon County's Answer to Plaintiff's First Set of Interrogatories | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 44 | Macon County's Answer to Plaintiff's Second Set of Interrogatories | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 45 | Defendant Sappington's Answers to Plaintiff's First Set of Interrogatories | Yes (P) | Yes (P) (S) | Objection - State bf Illinois) |
| 46 | Warren and Cheryl Sappington's Notes: re: Complaints | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation, Prejudicial, Hearsay Objection - State bf Illinois) |
| 47 | W. Sappington's Phone Records | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation |
| 48 | W. Sappington's Crown Olds Car Repair Records | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation Objection - State bf Illinois) |

| 49 | Records from 1993 Conference of Chief Judges with Appendix of Various Circuits Harassment Policies | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Relevance, Foundation (Objection - State of Illinois) |
|---|---|---|---|---|
| 50 | Plaintiff's Sangamon State Univ. School Records | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Relevance, Foundation |
| 51 | Plaintiff's Employment File held by Judicial Branch | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Foundation |
| 52 | Plaintiff's Salary and Benefits File From the County | Yes (P) | Yes (P) (S) | |
| 53 | Rules of Practice of The Circuit Court of the Sixth Judicial Circuit | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Foundation, Relevance, Not Provided in Discovery |
| 54 | Illinois Municipal Retirement Fund Plan | Yes (P) | Yes (P) (S) | |
| 55 | Plaintiff's IDHR Complaint, No. 1997SF0777 | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Relevance, Foundation (Objection - State of Illinois) |
| 56 | Macon County's answer to Plaintiff IDHR Complaint | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Relevance, Foundation, Hearsay (Objection - State of Illinois) |
| 57 | Macon County's Answer to IDHR Questionnaire | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Relevance, Foundation, Hearsay (Objection - State of Illinois) |
| 58 | W. Sappington and Admin Office of Ill Courts Response to IDHR Questionnaire | NO (P) | NO (P)<br>Yes (S) | Objection Plaintiff - Relevance, Foundation, Hearsay |

| | | | | |
|---|---|---|---|---|
| | | | | Objection - State of Illinois |
| 59 | IDHR Investigation Report and Findings to Plaintiff's Complaint, No. 1997SF0777 | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation, Hearsay Objection - State of Illinois |
| 60 | IDHR Notice of Dismissal of Plaintiff's Complaint Against Macon County | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation, Hearsay, Prejudicial Objection - State of Illinois) |
| 61 | Memorandum from Judge Davis to Judge Greanias - 11/15/96 | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Foundation, Relevance Prejudicial |
| 62 | Case of Orenic v. Illinois State Labor Relations Board, 127 Ill. 2d 453, 480 (Ill. 1989) | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation Objection - State of Illinois) |
| 63 | Case of Warren v. Stone, 958 F. 2d 1419 (7th Cir. 1992) | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation Objection - State of Illinois |
| 64 | Case of Drury v. County of McLean, 89 Ill. 2d 417, 425 (1982 | NO (P) | NO (P) Yes (S) | Objection Plaintiff - Relevance, Foundation Objection - State of Illinois) |

## EXHIBIT F

## JOINT EXHIBIT LIST

| No. | Description | Admit | Authentication Waived |
|-----|-------------|-------|------------------------|
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |
|     |             |       |                        |

## EXHIBIT G

## JOINT PROPOSED JURY INSTRUCTIONS

| Joint Instruction No. | Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## EXHIBIT H

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

| No. | Description | Given | Refused | Withdrawn |
|---|---|---|---|---|
| 1 | Plaintiff's Claims and Defendants' Defenses | | | |
| 1.5 | Alternate: Plaintiff's Claims and Defendants' Defenses | | | |
| 2 | Title VII | | | |
| 3 | Preliminary Cautionary Instructions | | | |
| 4 | Multiple Claims; Multiple Defendants | | | |
| 5 | Reasonable Inferences Permitted | | | |
| 6 | No Inference from Judge's Questions | | | |
| 7 | Deposition Testimony | | | |
| 8 | Lawyer Interviewing Witness | | | |
| 9 | What is Not Evidence | | | |
| 10 | Evidence | | | |
| 11 | Stipulation | | | |
| 12 | Stipulation | | | |
| 13 | Stipulation | | | |
| 14 | Testimony of Witnesses (Deciding What to Believe) | | | |
| 15 | Absence of Evidence | | | |
| 16 | Burden of Proof | | | |
| 17 | General Supervisor Sex Harassment Instruction: With Tangible Employment Action | | | |
| 18 | Alternate Instruction General Supervisor Sex Harassment Instruction: With No Tangible Employment Action | | | |
| 19 | Joint Employer | | | |

| 19.5 | (Macon County) General Supervisor Sex Harassment Instruction: With Tangible Employment Action | | | |
|------|-----------------------------------------------------------------------------------------------|--|--|--|
| 19.75 | (Macon County) Alternative Instruction General Supervisor Sex Harassment Instruction: With No Tangible Employment Action | | | |
| 20 | (Macon County) Alternate General Sex Harassment Instruction By Third-Party | | | |
| 21 | Damages: General | | | |
| 22 | Damages | | | |
| 23 | Back Pay | | | |
| 24 | Mitigation | | | |
| 25 | Damages Arising in the Future - Extent and Amount | | | |
| 26 | Damages Arising in the Future - Mortality Table | | | |
| 27 | Damages Arising in the Future - Discount to Present Cash Value | | | |
| 28 | Communication with Court | | | |
| 29 | Instructions on Use of Verdict Forms | | | |
| 30 | Verdict Form A | | | |
| 31 | Verdict Form B | | | |

**EXHIBIT I**

**DEFENDANTS' PROPOSED JURY INSTRUCTIONS**

| Instruction No. | Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |