IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER) | ) )<br>) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.  04-1360 |
| JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY), | ) ) ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY, | ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY CIRCUIT, | ) ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO SUBMIT MOTION IN LIMINE,
IF NECESSARY ON PLAINTIFF'S ALLEGED DAMAGES ISSUES**

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Court order of March 4, 2005, hereby files this motion for an enlargement of time to submit a motion in limine, if necessary, on the issue of plaintiff's alleged damages.  In support thereof, the following statements are made.

1. A final pre-trial conference on the case at bar was held on March 4, 2005.

2. At the time of the final pre-trial conference, issues were discussed about the damages plaintiff had alleged in the final pre-trial.

3. Defendants requested this information during the original discovery deadline in or about 2001.

4. Plaintiff and her counsel sent additional information claimed to be supplemental to the issues on damages in January 2005.

5. Discovery was not reopened in 2004 or 2005 to depose plaintiff on those issues.

6. At the final pre-trial, this Court stated that it wanted the damages issues to be attempted to be resolved within seven days of the final pre-trial.

7. The parties have agreed upon a deposition of the plaintiff to commence on March 29, 2005, at 2:00 p.m. in Decatur, Illinois, to investigate the alleged issues of damages.

8. Defendants will be better able to evaluate if they can stipulate to these claimed damages or whether a motion in limine will be necessary after the deposition of the plaintiff.

9. This motion is not made for the purpose of delay, but rather is made to determine whether any stipulations to alleged damages can be made.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court to allow any motion in limine on the

issues of plaintiff's alleged damages until a reasonable time after the deposition of plaintiff has been taken.

                              Respectfully submitted,

                              JUDGE WARREN A. SAPPINGTON,

                                  Defendant,

                              LISA MADIGAN, Attorney General,
                              State of Illinois,

Karen L. McNaught, #6200462                  Attorney for Defendant.
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841                    By: /s/Karen L. McNaught
Fax: (217) 524-5091                                  Karen L. McNaught
                                                Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON | ) | |
| SIXTH JUDICIAL CIRCUIT, | ) | |
| (IN OFFICIAL CAPACITY), | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY, | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY CIRCUIT, | ) | |
|     Defendant. | ) | |

**Certificate of Service**

I hereby certify that on March 15, 2005, I presented the foregoing Motion for Enlargement of Time to Submit Motion in Limine, if Necessary on Plaintiff's Alleged Damages Issues to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Melissa McGrath          John Cassidy          Diane Baron
www.thomsonandweintraub.com     c_m@mtco.com     dbaron@clausen.com

and I hereby certify that on March 15, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

                          Respectfully submitted,

                          /s/Karen L. McNaught
                        Karen L. McNaught
                        Assistant Attorney General
                        Attorney for Defendant
                        Office of the Attorney General
                        500 South Second Street
                        Springfield, IL  62706
                        Telephone:  (217) 782-1841
                        Facsimile:  (217) 524-5091
                        kmcnaught@atg.state.il.us