E-FILED
Friday, 08 April, 2005 03:19:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>     Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>     Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>     Defendant. | Case No. 1:04-cv-1360 |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO TAKE JUDICIAL NOTICE**

Plaintiff, Melissa Robinson, by her counsel, Thomson & Weintraub, respectfully requests that the Court take Judicial Notice of the Illinois Municipal Retirement Fund ("IMRF") law which states, "All persons *** who receive earnings from general or special funds of a county for performance of personal service for official duties within the territorial limits of the county, are employees of the county."

Macon County contends it was not Plaintiff's joint employer. Under the IMRF Fund law Macon County cannot contest an employment relationship with Plaintiff.

Plaintiff submits the attached Exhibit 1, as the proposed text of the Judicial Notice concerning this matter.

WHEREFORE, Plaintiff respectfully asks this Court to take Judicial Notice of the IMRF law which establishes Macon County had an employment relationship with Plaintiff, Melissa Robinson.

> Respectfully requested,
> Melissa A. Robinson p/k/a Schroeder,
> Plaintiff,
> By: s/ Melissa M. McGrath
> Melissa M. McGrath Attorney Bar No. 6207263
> Attorney for Plaintiff
> Thomson & Weintraub
> 105 North Center Street
> Bloomington, Illinois 61701
> Phone: (309) 829-7069
> Fax: (309) 827-3458
> E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on April 8th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 8th day of April, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

2

## Judicial Notice

I have decided to accept as proved the fact that there is a State of Illinois law which defines who is an employee for purposes of receiving retirement benefits under the Illinois Municipal Retirement Fund. Under that law, "All persons *** who receive earnings from general or special funds of a county for performance of personal service for official duties within the territorial limits of the county, are employees of the county."

This law establishes that an employer/employee relationship exists between such employees and the county which pays their salaries. Therefore, Plaintiff was an employee of Macon County.

You must now treat this fact as having been proved for the purpose of this case.

Plaintiff's Instruction No. _____
Source: 40 ILCS 5/7-109(3) (West 2004)

Given:      _____
Refused:    _____
Modified:   _____

**Plaintiff's Exhibit 1**