**E-FILED**
Friday, 08 April, 2005  03:48:18 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

MELISSA ROBINSON,                )
(p/k/a/ MELISSA SCHROEDER)   )
                               )
                 Plaintiff,   )
                               )
    vs.                       )    Case No. 1:04-cv-1360
                               )
JUDGE WARREN A. SAPPINGTON  )
SIXTH JUDICIAL CIRCUIT,       )
(IN OFFICIAL CAPACITY) and    )
MACON COUNTY,             )
                               )
            Defendants.   )

### PLAINTIFF'S MOTION IN LIMINE TO BAR EXHIBITS PROFFERED BY
### DEFENDANT, JUDGE WARREN A. SAPPINGTON

Plaintiff, MELISSA ROBINSON (p/k/a MELISSA SCHROEDER), ("Plaintiff"), by her

attorneys Thomson & Weintraub,  moves *in limine*, to exclude certain inadmissable evidence as

follows[1]:

1.    **In Limine #1 - Rules of Practice of the Sixth Judicial Circuit:**
        **Judge Sappington's Exhibit 2:**

        <u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
        Outweighs Probative Value).

Exhibit 2 consists solely of Pages 3 and 4 of an apparent handbook for the Sixth Judicial

Circuit.  Exhibit 2 is dated November 1, 1992, is an incomplete document, and bears no

relevance to the issues in the matter.

---

   [1] Plaintiff has attached Judge Sappington's Exhibits which she seeks to have excluded.
To facilitate identification of these exhibits, Plaintiff has typed the exhibit number given by
Judge Sappington directly below their exhibit label.

2.      **In Limine #2 - Minutes of the Chief Judges Meeting on June 18, 1993:**
        **Judge Sappington's Exhibit 4:**

        Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
        Outweighs Probative Value).

Exhibit 4 is an incomplete document entailing a portion of minutes of a conference of

Chief Circuit Judges of the State of Illinois dated June 18, 1993.  Apparently significant to the

exhibit is a statement that the Court's recent policy against sexual harassment applies to all

judicial branch employees.  Counsel for Plaintiff is aware of no testimony which would establish

the minutes of this meeting, three (3) years before Plaintiff was sexually harassed is relevant.

Moreover, introduction of this exhibit would be overly prejudicial because it suggests to a jury a

sexual harassment policy was, in fact, in place.  Yet the evidence will establish although possibly

in place, no sexual harassment policy was distributed to any of the judicial clerks until after

Plaintiff was forced to resign.

3.      **In Limine #3 - Proposed Macon County Court Personnel Salary Schedule**
        **95-6:**
        **Judge Sappington's Exhibit 6:**

        Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
        Outweighs Probative Value).

Exhibit 6 represents merely a proposed salary schedule for staff, including Minute Clerks,

for the years 1995-1996.  Plaintiff's counsel is aware of no evidence the proposed salary schedule

was put into place and the prejudicial effect of the introduction of this exhibit is outweighed by

its probative value.

2

4.   **In Limine #4 - Position Description for Minute Clerk:
     Judge Sappington's Exhibit 7:**

     <u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
     Outweighs Probative Value).

Exhibit 7 is a job description titled, "Minute Clerk". There is no evidence Plaintiff was

provided a job description. In fact, testimony of Janice Shonkwiler and Judge Greanias was that

there were no job descriptions in place at the relevant times.

5.   **In Limine #5 - Position Description for Administrative Assistant:
     Judge Sappington's Exhibit 8:**

     <u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
     Outweighs Probative Value).

Exhibit 8 is a job description titled, "Administrative Assistant". There is no evidence

Janice Shonkwiler was provided a job description. In fact, testimony of Janice Shonkwiler and

Judge Greanias was that there were no job descriptions in place at the relevant times.

6.   **In Limine #6 - Personnel Positions:
     Judge Sappington's Exhibit 9:**

     <u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
     Outweighs Probative Value).

Exhibit 9 includes a statement as to how many Minute Clerks, Security Officers and

Bailiffs, Secretaries and Receptionists should be employed. This document is irrelevant as there

will be no evidence presented that it was in existence during the times relevant to Plaintiff's

lawsuit.

3

7. **In Limine #7 - Invoices for Services Rendered by Crown Toyota: Judge Sappington's Exhibit 11:**

<u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact Outweighs Probative Value).

Exhibit 11 entails receipts for services rendered to Judge Sappington's Toyota Camry in January 1996 through September 1996. Plaintiff cannot imagine the relevance of introducing these documents. Moreover, doing so would be a waste of significant judicial time.

8. **In Limine #8 - Ming Auto Body Invoice: Judge Sappington's Exhibit 12:**

<u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact Outweighs Probative Value). 8.

Exhibit 12 entails receipts for services rendered to Judge Sappington's Toyota Camry in February and March 1996. Plaintiff cannot imagine the relevance of introducing these documents to the jury. Moreover, doing so would be a waste of significant judicial time.

9. **In Limine #9 - Passenger Receipt for Warren Sappington: Judge Sappington's Exhibit 13:**

<u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact Outweighs Probative Value).

Exhibit 13 is a copy of Judge Warren A. Sappington's flight ticket to and from Tokyo in July 1996. It was after his travel to Tokyo that Judge Sappington began sexually harassing Plaintiff. Nevertheless introduction of a copy of his flight ticket is wholly irrelevant to actions that occurred thereafter. Additionally introduction of Exhibit 13 would prove to be a waste of significant judicial resources.

4

10. **In Limine #10 - Bill for Medical Services for Warren Sappington July 25, 1996:**
    **Judge Sappington's Exhibit 15:**

    Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact Outweighs Probative Value).

Exhibit 15 is a bill from Dr. Totel for services rendered on July 25, 1996, to Judge Warren Sappington. Judge Sappington's medical condition on July 25, 1996, is irrelevant and the prejudicial effect of introduction of this exhibit to the jury is outweighed by its probative value if it has any.

11. **In Limine #11 - Note from Sappington to Schroeders October 31, 1996:**
    **Judge Sappington's Exhibit 16:**

    Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact Outweighs Probative Value).

Exhibit 16 is a letter dated October 31, 1996, written by Judge Sappington to Plaintiff's father, Ralph and to her then spouse, Don, apparently related to work they performed on Judge Sappington's vehicle. Plaintiff's counsel cannot imagine the relevance of this document to Plaintiff's claims or any of the Defendants' defenses to the same. Moreover, this exhibit is an incomplete document. Finally, introduction of Exhibit 16 would waste valuable judicial resources.

12. **In Limine #12 - Docket Sheet for October 1996:**
    **Judge Sappington's Exhibit 21:**

    Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact Outweighs Probative Value).

Exhibit 21 is Docket Sheets for the month of October 1996, concerning Judge Sappington's courtroom. Plaintiff's counsel cannot imagine the relevance of this document to

5

Plaintiff's claims or any of the Defendants' defenses to the same. Moreover, this exhibit is an

incomplete document. Finally, introduction of Exhibit 21 would waste valuable judicial

resources.

**13.    In Limine #13 - Docket Sheet for November 1996:**
**Judge Sappington's Exhibit 22:**

<u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
Outweighs Probative Value).

Exhibit 22 is Docket Sheets for the month of November1996, concerning Judge

Sappington's courtroom. Plaintiff's counsel cannot imagine the relevance of this document to

Plaintiff's claims or any of the Defendants' defenses to the same. Moreover, this exhibit is an

incomplete document. Finally, introduction of Exhibit 22 would waste valuable judicial

resources.

**14.    In Limine #14 - Docket Sheet for December 1996:**
**Judge Sappington's Exhibit 23:**

<u>Bases for Exclusion</u>: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
Outweighs Probative Value).

Exhibit 23 is Docket Sheets for the month of December 1996, concerning Judge

Sappington's courtroom. Plaintiff's counsel cannot imagine the relevance of this document to

Plaintiff's claims or any of the Defendants' defenses to the same. Moreover, this exhibit is an

incomplete document. Finally, introduction of Exhibit 23 would waste valuable judicial

resources.

15.  **In Limine #15 - Letter of Judge Sappington April 4, 1996:**
     **Judge Sappington's Exhibit 24:**

     Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
     Outweighs Probative Value).

Exhibit 24 is a letter written by Judge Sappington to Chief Judge Shonkwiler dated April

4, 1996, disclosing Judge Sappington's view that his court reporter, Leona Miller, acted in an

insubordinate fashion on March 27, 1996.

Plaintiff's claims of sexual harassment relate to incident beginning on July 26, 1996.  As

such, Exhibit 24 is irrelevant.

16.  **In Limine #16 - Memo regarding Leona Miller 4-15-96:**
     **Judge Sappington's Exhibit 25:**

     Bases for Exclusion: Fed. R. Evid., 401(Relevance); 403(Prejudicial Impact
     Outweighs Probative Value).

Exhibit 25 is a memo apparently dictated by Chief Judge Shonkwiler dated April 15,

1996, in response to Judge Sappington's earlier concern about Leona Miller's insubordinate

behavior.  The exhibit concerns an incident in April 1996.  It does not involve Plaintiff.  It is not

relevant and would pose a waste of judicial time.

<div style="margin-left:40%">

Respectfully submitted,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

</div>

Subscribed and sworn to before me
this _____ day of April, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

7

## NOTICE OF FILING

I hereby certify that on April _____, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Chief, General Law Bureau
500 S. Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this _____ day of April, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

8

# Rules of Practice

## of the

# Circuit Court

# Sixth Judicial Circuit



COUNTIES OF
**CHAMPAIGN, DEWITT, DOUGLAS
MACON, MOULTRIE and PIATT**

As Adopted by the
Judges of the Sixth Judicial Court

Effective: November 1, 1992

RODNEY A. SCOTT
Chief Judge

-i-



DEFENDANT'S
EXHIBIT
SAPPINGTON
2

Sappington
2

**(b) Assignments by the Presiding Judge.** The Presiding Judge within each county shall assign judicial duties to the circuit and associate judges regularly assigned to that county by the Chief Judge.

## 1.5 COURT PERSONNEL

**(a) Court complement.** A full court complement consists of the judge, courtroom clerk, and sheriff or bailiff when court is in session. A full complement shall be maintained at all times unless waived by the court for good cause.

**(b) Courtroom clerk.** The courtroom clerk shall be the Circuit Clerk or a Deputy Circuit Clerk authorized to swear witnesses. The clerk shall attend court when court is in session unless excused on a case-by-case basis by the judge presiding in the particular courtroom. The clerk shall obtain all necessary files and record sheets for cases to be heard that day, swear witnesses, maintain custody of all exhibits which have been marked for identification until further order of court, and perform such other duties as may be directed by the court.

**(c) Sheriff-Bailiff.** The sheriff or bailiff shall open and close court, preserve order in the courtroom, attend upon the jury when placed in his custody, and perform such other duties as may be directed by the court.

## 1.6 JUDICIAL MEETINGS

**(a) Quarterly meetings.** The circuit judges shall meet at least quarterly each year to discuss and take such action as may be required in connection with the business of the Court of the Sixth Judicial Circuit. Such meeting may include the associate judges and circuit clerks of the Sixth Judicial Circuit. The associate judges of the circuit shall meet as a group, and with the circuit judges at least once annually. Such quarterly meetings of the circuit judges shall be on the first Thursday of February, May, August and November of each year. The Chief Judge shall give, in writing, at least twenty-eight (28) days notice of the time and location of such quarterly meetings.

**(b) Special meetings.** Special meetings may be called at any time by the Chief Judge or by a majority of the circuit judges within the Sixth Judicial Circuit upon seven (7) days notice to all circuit judges.

## 1.7 JUDICIAL REPORTS

**Reports.** In addition to other reports that may be required by the Supreme Court, Administrative Office of the Illinois Courts, Chief Judge and Presiding Judge, the following reports shall be submitted:

**(a) Clerk's Monthly Case Activity Report.** By the Clerk of the Court to the Chief Judge, Presiding Judge and Administrative Office of the Illinois Courts by the 8th day of the following month.

**(b) Clerk's Semi-Annual Report of Pending Cases.** By the Clerk of the Court, semi-annually, for the periods ending June 30 and December 31, to the Presiding Judge, Chief Judge and Administrative Office of the Illinois Courts, on or before July 15th and January 15th of each year.

> **(c) Judge's Monthly Report of Daily Judicial Service.** By all judges of the circuit to the Presiding Judge, Chief Judge and Administrative Office of the Illinois Courts by the 5th day of the following month.

**(d) Circuit Court Summary Attendance Report.** By all court reporters and the Chief Judge's administrative assistant by the 6th day of the following month.

**(e) Judge's Semi-Annual Report of Pending Cases.** By all judges of the circuit, semi-annually, for the periods ending June 30 and December 31, of all felony cases pending over 180 days and all law jury cases (over $15,000) pending more than two years, to the Presiding Judge and Chief Judge, on or before July 30th and January 31st of each year.

**(f) Judge's Monthly Report of Cases under Advisement.** A judge who takes a motion or hearing on the final issues under advisement for 60 days or more shall report, in writing, to the Chief Judge and the Presiding Judge of such action on or before the 8th day of the following month. The report shall contain the case name, number, county, the matter under advisement, the date taken under advisement, and the date of next hearing pursuant to Rule 1.8 of these Rules.

**(g) Annual Jail Report.** The Presiding Judge of each county shall insure that either the grand jury, a committee of not less than three of its members, or a citizens committee of not less than five persons appointed by the Chief Judge shall, on or before September 1st of each year, examine the county jail and examine its condition and treatment of the prisoners and file a report with the Presiding Judge. A copy of the report shall be transmitted by the Clerk of the Court to the County Clerk, who shall submit the report to the County Board at its next meeting.

**(h) State's attorney's report of fees, etc.**

**(1)** Unless otherwise ordered by the Chief Judge, the state's attorneys for the counties comprising the Sixth Judicial Circuit shall report to the Presiding Judge of their respective counties the payment and collection of all fees, fines, forfeitures and penalties on the second Monday of January in each year.

**(2)** Each State's Attorney shall satisfy the Court by voucher or otherwise that all fees, fines, forfeitures and penalties by them collected have been duly paid over to the County Treasurer, as required by Section 4-2005, Chapter 34, Illinois Revised Statutes, 1989, and said State's Attorneys shall have no further interest in conviction fees, fines, forfeitures and penalties or monies collected by virtue of such office.

**(3)** The court shall note the filing of the report and fix a day certain not less than 30 days thereafter when objections in writing may be filed to such report by any one or more tax payers of the county. Notice of such hearing shall be given once at least twenty-one (21) days before such hearing by publication in a newspaper of general circulation in such county.

**(4)** In the event objections are filed to such report, a hearing shall be had upon such report and objections, at such time and in such manner as the Court shall direct and after such hearing the Court may approve

-3-



DOUG BOWIE

$F6$

# THE CONFERENCE OF CHIEF CIRCUIT JUDGES

## Administrative Office of the Illinois Courts

Supreme Court Building
Springfield 62701-1791

**CONFERENCE OF CHIEF CIRCUIT JUDGES**

30 N. Michigan #2017
Chicago, IL 60602-3658

June 18, 1993
Embassy Suites Hotel
Chicago, Illinois

<u>Minutes</u>

The Conference of Chief Circuit Judges met at the Embassy Suites Hotel in Chicago, Illinois on Friday, June 18, 1993. The following members were present:

| | |
|---|---|
| First Circuit: | Hon. Stephen L. Spomer |
| Second Circuit: | Hon. Thomas Sutton for Chief Judge James M. Wexstten |
| Third Circuit: | Not present |
| Fourth Circuit: | Hon. Michael R. Weber |
| Fifth Circuit: | Hon. Ralph S. Pearman |
| Sixth Circuit: | Hon. Rodney A. Scott |
| Seventh Circuit: | Hon. J. David Bone for Chief Judge Jeanne Scott |
| Eighth Circuit: | Hon. Robert L. Welch |
| Ninth Circuit: | Hon. Richard C. Ripple |
| Tenth Circuit: | Hon. Donald C. Courson |
| Eleventh Circuit: | Hon. Charles E. Glennon |
| Twelfth Circuit: | Hon. Edward F. Masters |
| Thirteenth Circuit: | Hon. Alexander T. Bower |
| Fourteenth Circuit: | Hon. Jeffrey W. O'Connor |
| Fifteenth Circuit: | Hon. John W. Rapp, Jr. |
| Sixteenth Circuit: | Hon. Gene L. Nottolini |
| Seventeenth Circuit: | Hon. John Nielsen for Chief Judge Harris H. Agnew |
| Eighteenth Circuit: | Hon. Anthony M. Peccarelli |
| Nineteenth Circuit: | Hon. John R. Goshgarian |
| Twentieth Circuit: | Not present |
| Twenty-First Circuit: | Hon. Daniel W. Gould |
| Cook County: | Hon. Donald O'Connell for Chief Judge Harry G. Comerford |
| Supreme Court Liaison: | Not present |

Present from the Administrative Office of the Illinois Courts (AOIC) were:

Robert E. Davison, Director;



DEFENDANT'S
EXHIBIT
SAPPINGTON
4

Sappington
4

Nathan Maddox, Associate Director, Court Services Division; and
Mary Ellen McGrath, Attorney, Court Services Division.

As the first order of business, Conference Chairman John W. Rapp, Jr.
called the meeting to order and introduced the guests and the substitute judges.
He noted that Judge Sutton, who was substituting for Judge Wexstten, would be
taking over as Chief Judge of the 2nd Circuit. Both Judge Wexstten and Judge
Riley were unable to attend, as they were being interviewed in Washington for
federal judgeships. As the first order of business, the minutes of the May 21,
1993 meeting were approved as submitted.

## I.  Child Support Committee Update

## II.  Court Reporting Committee Update

## III.  Automated Traffic Tickets

2

## VI.  Administrative Office Report

Director Davison informed that he has been restructuring the office so that it can better serve the judges and courts of Illinois.  He has informed his staff that he would like all internal changes and policies sent to him by September, so that he can review them and ask the Supreme Court to act on them.  After that, he expects the office to devote its full attention to serving the Court.

General discussion ensued on several topics, among them: ██████ ██████████████████████████; and the Court's recent policy against sexual harassment.  On the latter issue, Director Davison stated that the policy applies to all judicial branch employees.

In conclusion, Mr. Davison informed that the Supreme Court had granted a stay in the court reporters' case.

## VII.  New Business

### VIII.  Next Meeting

The next meeting of the Conference of Chief Circuit Judges is scheduled for Friday, July 30, 1993 at the Ramada Renaissance Hotel in Springfield, Illinois, commencing at 9:30 a.m. and adjourning at 12:00 noon, with lunch to follow.

Respectfully submitted,

*Mary Ellen McGrath*

Mary Ellen McGrath, Esq.
Conference Secretary

MEM:me

PROPOSED MACON COUNTY COURT PERSONNEL SALARY SCHEDULE 1995 -1996*

(WITHOUT COLA in 95-96)

(YEAR OF SERVICE IN THE COURT SYSTEM OR EQUIVALENT)

|  | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|---|
| MACON COUNTY COURT REPORTER: | 22,000 | 23,540 | 24,952 | 26,200 | 27,248 | 28,065 | 28,626 |
| ADMINISTRATIVE ASSISTANT: | 20,000 | 21,400 | 22,684 | 23,818 | 24,771 | 25,514 | 26,024 |
| MINUTE CLERK: | 17,000 | 18,190 | 19,281 | 20,245 | 21,055 | 21,687 | 22,121 |
| COURT RECEPTIONIST: | 15,000 | 16,050 | 17,013 | 17,864 | 18,578 | 19,136 | 19,518 |

* Step increases are a declining percentage each year--from 7% to 2%, average 3.9%.

P.S.   State of Illinois Court Reporter 1994 - 1995 salary range is $___2___ to $46,000.
Macon County Court Reporter 1994 - 1995 range is $21,552 to $22,661.
Presiding Judge's Secretary's 1994 - 1995 salary is $18,993.
Macon County Clerk Steno. 1994 - 1995 salary range is $15,500 to $19,900.'
Illinois Supreme Court, Secretary, Grade 9, ranges from $16,277 to $23,799.
Champaign County Minute Clerk range is $19,302 to $26,125.
Macon County Probation Department 1995 salary range for administrative Assistant is $19,250 to $28,875.
Macon County Probation Department 1995 salary range for Automation Management Analyst is $18,250 to $27,375.
Macon County Probation Department 1995 salary range for Support Staff is $15,500 to $23,250.



DEFENDANT'S
EXHIBIT
SAPPINGTON
6

Sappington
6

## MINUTE CLERK

**NATURE OF WORK:**

Under the direction and supervision of a Judge in the Circuit Court performs a variety of administrative, secretarial and clerical duties requiring independent judgment to ensure efficient administration of the judicial system. Organizes the workload of the courtroom and court files on a daily basis in order for it to run efficiently, and makes accurate computer docket entries in court on each file instantaneously.

**ILLUSTRATIVE EXAMPLES OF WORK:**

1. Acts as receptionist; receives, announces and directs visitors, answers non-technical questions; explains and delivers various forms to the general public; assists the public in completing various forms and explains standard procedures, rules and regulations.

2. Receives, opens, reads, sorts, and routes all incoming mail; classifies and initiates the filing of all correspondence in the appropriate Court files; prepares clearly understood letters in response to diversified inquires; mails various outgoing settings, orders, correspondence and other items; signs outgoing letters for the supervisor as authorized.

3. Maintains files of important correspondence, settings, special assignment material and various statistical records and reports.

4. Compiles information for periodic reports; checks correctness of form and content of communications, correspondence and documents requiring the signature of the Judge.

5. Acts as secretary to a Judge; takes and transcribes extensive and complex dictation, minutes of meetings, testimony of hearings in a Court not of record and legal memorials of the Court's orders; and, operates typewriters, computers, calculators, duplicating equipment and other related office equipment.

6. Prepares and reviews requisitions, vouchers and forms; and prepares reports relating to divisional operations.

7. Schedules motions, hearings and trials according to established schedules which adhere to designated priorities established by the Judge to fulfill his assignments.



DEFENDANT'S EXHIBIT SAPPINGTON

Sappington
7

- 2 -

8.  Maintains effective systems for records storage, document preparation and legal research. This includes maintaining an accurate, current and continuous record of forms pertaining to laws, codes, rules and regulations; keeping legal research books current with regular additions of supplements and new page insertions.

9.  Gets and delivers files to court on schedule and returns them to appropriate offices on a timely basis.

10. Inspects Court files each day to determine whether pleadings and other documents to be considered by the Court that day are in the file and arranged in the order desired by the Court.

11. Arranges and maintains court files in the order the cases are to be heard; makes instantaneous entries in files; file-stamps various documents to be filed and/or admitted; submits proffered documents for signature; and, ensures the smooth flow of files through the court system.

12. Attends court room hearings, motion hearings and trials to record information and testimony on the computer.

13. Marks exhibits, prepares Exhibit List and inventories exhibits.

14. Maintains jury cards, calls roll, directs jurors when and where to appear, swears jury, witnesses, bailiffs and polls jury during jury trials.

**DESIRABLE REQUIREMENTS:**

**EDUCATION:**

Knowledge, skill and mental development equivalent to completion of four years of high school plus courses in paralegal studies, accounting and personnel management, shorthand or speedwriting, legal secretarial studies, computers and typing. One year of progressively responsible paralegal experience in a legal setting or an acceptable equivalent combination of training and experience.

**EXPERIENCE:**

1.  Requires ability to take and transcribe dictation and use a computer accurately (90 wpm).

2.  Requires thorough knowledge of Business English, Spelling and Commercial Arithmetic.

- 3 -

3.  Requires basic knowledge of office methods, policies and procedures.

4.  Requires elementary knowledge of bookkeeping principles and familiarity with accounting procedures.

## SIGNIFICANT RESPONSIBILITIES:

In addition to the tasks set forth above a Minute Clerk must have the ability to maintain satisfactory working relationships with other employees and the general public, and to deal with the public relations problems courteously and tactfully.

## TENURE:

Serves at the pleasure of the Presiding Judge.

## ADMINISTRATIVE ASSISTANT

**NATURE OF WORK:**

Co-ordinates the Court's daily administrative affairs, under the direction of the Presiding Judge.

**ILLUSTRATIVE EXAMPLES OF WORK:**

1. Serves as a liaison between the Presiding Judge, Chief Judge, Administrative Office, the Probation Department(s), local governmental units and community service organizations.

2. Serves as a representative of the Court in media relations, develops press releases, etc. Receives visiting Judges and Justices, State Representatives and City and County Departmental Heads; screens callers and incoming correspondence for priority, importance, and necessity; announces and directs visitors; makes and cancels appointments; maintains and develops public relations through telephone and personal contact and related correspondence; supplies routine non-technical information to various persons upon request.

3. Administers personnel policies and procedures applicable to County paid employees. Recruits and trains non-judicial court-related personnel. This includes, clerical staff, law librarians, court attendants, jury staff, etc. on county payrolls. Records vacation, sick leave, salary and other personnel information forms and monthly reports. Handles all personal and confidential matters presented to the Presiding Judge on a daily basis involving Department heads, personnel complaints, juror questions, routine matters requiring explanation or interpretation, and coordinating absences of Court Security Officers, Court Reporters and secretaries so all docket assignments are covered.

4. Maintains effective systems for records storage, document preparation and legal research. This includes maintaining an accurate, current and continuous record of forms pertaining to laws, codes, rules and regulations; keeping legal research books current with regular additions of supplements and new page insertions.

5. Under the direction of the Presiding Judge prepares the annual budget, grant applications and the capitol development budget; prepares payment orders for payout from various accounts; classifies vouchers; gathers data and prepares payroll records, financial statements, statistical reports and exhibits; performs minor accounting functions not requiring professional training.

DEFENDANT'S
EXHIBIT
SAPPINGTON
8

Sappington
8

- 2 -

6.  Acts as secretary to the Presiding Judge.  Receives, opens, reads, and routes all incoming mail; prepares clearly understood letters in response to diversified inquiries; signs outgoing letters for the supervisor as authorized.  Sets motion hearings requested through telephone calls or personal appearances and keeps an accurate calendar of all hearings, appointments, speaking engagements, and meetings.  Compiles and updates Court holiday schedules and two week jury trial schedules, Judges' Saturday Court schedule and other schedules and listings as set directed by the Presiding Judge.  Keeps a calendar of cases and other matters under advisement; proofreads orders entered by the court and notifies attorneys of final Court orders;  verifies and/or completes all noting in assigned files; and processes case reassignments. Operates computers, typewriters, dictaphones, calculators, FAX, copying and other related office equipment.

7.  Makes and cancels pretrial and trial allotments; reviews case files on monthly basis;  Prepares pretrial, court trial and jury trial setting sheets; distributes setting sheets to the county officers, Judges and Attorneys.  Prepares monthly conference schedule, notes conference time in file and mails schedule to all interested parties.

**DESIRABLE REQUIREMENTS:**

**EDUCATION:**

Knowledge, skill and mental development equivalent to completion of four years of high school plus two years of business college with courses in paralegal studies, accounting and personnel management, shorthand or speedwriting, legal secretarial studies, computers and typing.  Two years of progressively responsible paralegal experience, one of which was in a legal setting or an acceptable equivalent combination of training and experience.

**EXPERIENCE:**

1.  Requires two years progressively responsible paralegal experience.

2.  Requires thorough knowledge of Business English, Spelling and Commercial Arithmetic.

3.  Requires extensive knowledge of office methods, policies and procedures.

4.  Requires elementary knowledge of bookkeeping principles and familiarity with accounting procedures.

### MINUTE CLERKS

Each Circuit Judge shall recommend a level at which his respective minute clerk be compensated. Circuit Judges will assign job level to each of Associate Judge's minute clerks, after hearing recommendations of Associate Judges.

### SECURITY OFFICERS AND BAILIFFS

One full-time security officer should be assigned to each of the marital division courts. One security officer should be assigned to each of the felony courts. One security officer should be assigned to each of the arraignment and misdemeanor courts. For a total of six full-time security officers.

Each of the other courts should be maintained by a full-time civilian bailiff.

Metal detectors and x-ray units should be manned by non-deputy security personnel.

### SECRETARIES AND RECEPTIONISTS

One receptionist-secretary should be assigned to each of the floors of the newly remodeled building on which is located one or more courtrooms. That receptionist will be responsible for answering the phone, distributing mail and answering public inquiries for each of the judges assigned to that floor.

One full-time secretary should be employed for the benefit of the Presiding Judge.



DEFENDANT'S
EXHIBIT
SAPPINGTON
9

Sappington
9

- 3 -

## SIGNIFICANT RESPONSIBILITIES:

1. Requires ability to take and transcribe dictation and use a computer accurately (100 wpm).

2. Requires ability to compose tactful and intelligent correspondence.

3. Requires ability to prepare and maintain complex records and reports.

4. Requires ability to make decisions in accordance with laws, rules and regulations.

5. Requires ability to supervise a large clerical or stenographic staff, including the assignment and review of work.

6. Requires ability to work independently in meeting the public and answering questions relating to the Court's operation.

7. Requires ability to maintain satisfactory working relationships with other employees and the general public, and to deal with the public relations problems courteously and tactfully.

## TENURE:

Serves at the pleasure of the Presiding Judge.



**CROWN**
OLDS/TOYOTA

255 W. Pershing Road
P.O. Box 3370
Decatur, Illinois 62524-3370
(217) 872-5000
Service (217) 872-5050

52654                          S 5 6 3 2

WARREN SAPPINGTON              *INVOICE*
CHERYL SAPPINGTON
3246 VINING DR.               DUPLICATE T
DECATUR IL 62521                PAGE 1
HOME: 424-1442      BUS:

SERVICE ADVISOR:  126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT |
|---|---|---|---|---|---|
|  | 88 | TOYOTA CAMRY | JT2SV22J7J0001975 | MRSWAS | 75548/75548 |

| DEL DATE | PROD DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN88 |  |  | 17:00 19JAN96 |  | 0.00 |  | 19JAN96 |

| R.O. OPENED | READY | OPTIONS: DLR:12111 |
|---|---|---|
| 07:39 19JAN96 | 16:07 19JAN96 |  |

LINE OPCODE TECH TYPE HOURS                    LIST    NET    TOTAL
A CHECK HARD START
    43 R&I STARTER ASSEMBLY AND REBUILD STARTER
    247   CPT  2.50                              137.50  137.50
    ***********************************************************

P A I D

*THANK YOU*
CROWN OLDS/TOYOTA INC.
CASH        CHECK #

DEFENDANT'S
EXHIBIT
SAPPINGTON

*Thank You !*
Mr. Goodwrench
Genuine

**GM**
Parts

**TOYOTA**
QUALITY SERVICE
GENUINE PARTS

DISCLAIMER OF WARRANTIES
The seller, CROWN OLDS/TOYOTA, INC., herein expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 137.50 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 137.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 137.50 |

CUSTOMER COPY

Sappington
11

**CROWN** 
OLDS/TOYOTA

52654                     5 5 8 6 9                    255 W. Pershing Road
                        *INVOICE*                     P.O. Box 3370
WARREN SAPPINGTON                                      Decatur, Illinois 62524-3370
CHERYL SAPPINGTON                                      (217) 872-5000
3246 VINING DR.                PAGE 1                  Service (217) 872-5050
DECATUR IL 62521
HOME: 424-1442    BUS:         SERVICE ADVISOR:  126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 88 | TOYOTA CAMRY | JT2SV22J7J0001975 | MRSWAS | 75709/75709 | T456 |

| DEL DATE | PROD. DATE | WARR. EXP: | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN88 | | | 17:00 29JAN96 | | 0.00 | | 30JAN96 |

R.O. OPENED            READY:      OPTIONS:  DLR:12111

06:52 29JAN96  12:29 30JAN96                         LIST      NET     TOTAL

LINE OPCODE TECH TYPE HOURS

A S.O.P./ SWITCH
     43 REPLACE CLUTCH START SWITCH ASSEMBLY                    55.00    55.00
          247   CPT 1.00                                        55.00    55.00
     1 84520-12010 SWITCH ASSY,START            41.06   41.06   41.06
     1 94120-41000 NUT,PTO SHIFT ROD             0.63    0.63    0.63
          ************************************************

P A I D

*THANK YOU*
CROWN OLDS/TOYOTA, INC.
CASH       CHECK



*Thank You!*
*Mr. Goodwrench*
*Genuine*
GM Parts
**TOYOTA**
QUALITY SERVICE
GENUINE PARTS

CUSTOMER SIGNATURE

**DISCLAIMER OF WARRANTIES**
The seller, CROWN OLDS/TOYOTA, INC., herein expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 55.00 |
| PARTS AMOUNT | 41.69 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 96.69 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 3.02 |
| PLEASE PAY THIS AMOUNT | 99.71 |

**CUSTOMER COPY**

52654

5 6 6 3 7

**\*INVOICE\***

WARREN SAPPINGTON
CHERYL SAPPINGTON
3246 VINING DR.
DECATUR IL 62521
HOME: 424-1442     BUS:

PAGE 1



**CROWN**
OLDS/TOYOTA
255 W. Pershing Road
P.O. Box 3370
Decatur, Illinois 62524-3370
(217) 872-5000
Service (217) 872-5050

SERVICE ADVISOR: 126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TA |
|---|---|---|---|---|---|---|
| | 88 | TOYOTA CAMRY | JT2SV22J7J0001975 | MRSWAS | 76303/76303 | T10 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN88 | | | 17:00 19FEB96 | | 0.00 | | 19FEB96 |

| R.O. OPENED | READY | OPTIONS: | | |
|---|---|---|---|---|
| 10:19 19FEB96 | 14:27 19FEB96 | DLR:12111 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | CHECK CRUISE INOP | | | | | | | |
| | 43 ROAD TEST AND SET CRUISE SEVERAL TIMES—CHECKED | | | | | | | |
| | OK AT THIS TIME | | | | | | | |
| | 247 | CPT | 0.00 | | | | 0.00 | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Thank You!*
*Mr. Goodwrench*
*Genuine*

GM Parts

TOYOTA
QUALITY SERVICE
GENUINE PARTS

CUSTOMER SIGNATURE

**DISCLAIMER OF WARRANTIES**
The seller, CROWN OLDS/TOYOTA, INC., herein expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

52654                    5 9 1 5 3              **CROWN**
                                                OLDS / TOYOTA

WARREN SAPPINGTON                *INVOICE*        255 W Pershing Road
CHERYL SAPPINGTON                                 P O Box 3370
3246 VINING DR.                                   Decatur, IL 62524-3370
DECATUR IL 62521                 PAGE 1           (217) 872-5000
HOME: 424-1442    BUS:                            Service (217) 872-5050

                        SERVICE ADVISOR:  126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | |
|---|---|---|---|---|---|---|---|
| | 88 | TOYOTA CAMRY | | JT2SV22J7J0001975 | MRSWAS | 77441/77441 | T3 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN88 | | | 17:00 24APR96 | | 0.00 | | 30APR96 |

| R.O. OPENED | | READY | OPTIONS:   DLR:12111 | | |
|---|---|---|---|---|---|
| 08:39 24APR96 | 11:08 30APR96 | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A CHECK A/C INOP AT TIMES /// SEE NOTE | | | |
| SOP SPECIAL ORDER PART | | | |
| 9999  CPT  0.00 | | 0.00 | 0.00 |
| ************************************************* | | | |

| DISCLAIMER OF WARRANTIES | DESCRIPTION | TOTALS |
|---|---|---|
| The seller, CROWN OLDS/TOYOTA, INC., herein expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale. | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS. OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER SIGNATURE

**CROWN** OLDS/TOYOTA

255 W. Pershing Road
P.O. Box 3370
Decatur, Illinois 62524-3370
(217) 872-5000
Service (217) 872-5050

52654                          64139                          *INVOICE*

WARREN SAPPINGTON
CHERYL SAPPINGTON
3246 VINING DR.                                          PAGE 1
DECATUR IL 62521
HOME: 424-1442     BUS:

SERVICE ADVISOR:  126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT |
|---|---|---|---|---|---|
| | 88 | TOYOTA CAMRY | JT2SV22J7J0001975 | MRSWAS | 78789/78789 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN88 | | | 17:00 15AUG96 | | 0.00 | | 19AUG96 |

R.O. OPENED          READY          OPTIONS:  DLR:12111

12:07 15AUG96  13:22 19AUG96

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| A S.O.P./ A/C INOP | | | |
| 43 REPLACED A/C COMPRESSOR, CLUTCH AND | | | |
| RECEIVER-DRYER; EVAC AND RECHARGE A/C SYSTEM | | | |
| 104   CPT  3.50 | | 175.00 | 175.00 |
| 1 88320-20590-84 REMAN A/C COMPRESSOR | 360.96 | 244.77 | 244.77 |
| 1 88471-10030 TANK,A/C RECEIVER | 51.26 | 40.82 | 40.82 |
| 1 88473-32020 BRACKET,RCVR TANK | 14.28 | 14.28 | 14.28 |
| 1 88716-32230 PIPE,CLR REFR.LIQUID | 14.64 | 14.64 | 14.64 |
| 1 90119-06186 BOLT | 1.15 | 1.15 | 1.15 |
| 1 91651-40625 BOLT,HEX,ARM SUP.SET | 1.15 | 1.15 | 1.15 |
| 1 91651-40845 BOLT | 1.76 | 1.76 | 1.76 |
| 2 1051 RO FREON | 26.51 | 23.00 | 46.00 |
| 1 88410-32060 CLUTCH ASSY,MAGNET | 194.20 | 136.75 | 136.75 |
| 1 90099-07125 RING,SNAP | 2.61 | 2.61 | 2.61 |
| 1 90099-07114 RING,SNAP | 1.36 | 1.36 | 1.36 |
| ********************************************* | | | |
| B LUBE,OIL,FILTER, TOP OFF FLUID LEVELS, CK TIRE PRESSURE | | | |
| LOF LUBE,OIL,FILTER, TOP OFF FLUID LEVELS, CK TIRE | | | |
| PRESSURE | | | |
| 104   CPT  0.50 | | 8.74 | 8.74 |
| 1 08922-02005 FILTER S/A,OIL | 4.95 | 4.95 | 4.95 |
| 1 OIL1 | 5.50 | 5.50 | 5.50 |
| ********************************************* | | | |

# PAID

THANK YOU
CROWN OLDS/TOYOTA, INC.
CASH _____    CHECK #

Thank You! for allowing us to
service your vehicle

Goodwrench Service

TOYOTA
QUALITY SERVICE   GENUINE PARTS

| STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|
| The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | 183.74 |
| | PARTS AMOUNT | 515.74 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 699.48 |
| | LESS | 0.00 |
| | SALES TAX | 37.39 |
| | PLEASE PAY THIS AMOUNT | 736.87 |

CUSTOMER COPY

**CROWN**
**OLDS / TOYOTA**

255 W. Pershing Road
P.O. Box 3370
Decatur, IL 62524-3370
(217) 872-5000
Service (217) 872-5050

52654

64139

\*ACCOUNTING\*

PAGE 1

WARREN SAPPINGTON
CHERYL SAPPINGTON
3246 VINING DR.
DECATUR IL 62521
HOME: 424-1442    BUS:

SERVICE ADVISOR:  126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 88 | TOYOTA CAMRY | JT2SV22J7J0001975 | MRSWAS | 78789/78789 | T725 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN88 | | | 17:00 15AUG96 | | 0.00 | | 19AUG96 |

R.O. OPENED        READY    OPTIONS:    DLR:12111

12:07 15AUG96  13:22 19AUG96

LINE OPCODE TECH TYPE A/HRS S/HRS          SALE    COMP    LIST    NET    TOTAL

A S.O:P:/ A/C INOP
   43 REPLACED A/C COMPRESSOR, CLUTCH AND
      RECEIVER-DRYER, EVAC AND RECHARGE A/C SYSTEM
      104  CPT  3.50  3.50          17500              175.00    175.00
   1 88320-20590-84 REMAN
     A/C COMPRESSOR            24477    0  360.96  244.77    244.77
   1 88471-10030 TANK, A/C
     RECEIVER                  4082    0   51.26   40.82     40.82
   1 88473-32020
     BRACKET, RCVR TANK        1428    0   14.28   14.28     14.28
   1 88716-32230 PIPE, CLR
     REFR.LIQUID               1464    0   14.64   14.64     14.64
   1 90119-06186 BOLT          115     0    1.15    1.15      1.15
   1 91651-40625
     BOLT,HEX,ARM SUP.SET      115     0    1.15    1.15      1.15
   1 91651-40845 BOLT          176     0    1.76    1.76      1.76
   2 1051 RO FREON             4600    0   26.51   23.00     46.00
   1 88410-32060 CLUTCH
     ASSY,MAGNET               13675   0  194.20  136.75    136.75
   1 90099-07125 RING, SNAP    261     0    2.61    2.61      2.61
   1 90099-07114 RING, SNAP    136     0    1.36    1.36      1.36

B LUBE,OIL,FILTER, TOP OFF FLUID LEVELS, CK TIRE PRESSURE
     LOF LUBE, OIL, FILTER, TOP OFF FLUID LEVELS, CK TIRE
         PRESSURE
      104  CPT  0.50  0.50          874                6.74      8.74
   1 08922-02005 FILTER
     S/A,OIL                   495     0    4.95    4.95      4.95
   1 OIL1                      550     0    5.50    5.50      5.50

| ACCOUNT | SALE | CONTROL | ACCOUNT | SALE | CONTROL |
|---|---|---|---|---|---|
| 46001 | 18374 | | 46702 | 51024 | |
| 49100 | 550 | | 32401 | 3739 | |
| 22000 | 73687 | \*\*\* | | | |

COST, SALE, & COMP TOTALS          69948          0

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

FILE COPY
**PAID**

THANK YOU
CROWN OLDS/TOYOTA, INC.
CASH ___ CHECK ___

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 183.74 |
| PARTS AMOUNT | 515.74 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 699.48 |
| LESS | 0.00 |
| SALES TAX | 37.39 |
| PLEASE PAY THIS AMOUNT | 736.87 |

ACCOUNTING COPY

AUG 1 9 1996

52654                    6 5 4 3 0

**CRO WN**
**OLDS/TOYOTA**

WARREN SAPPINGTON              *INVOICE*
CHERYL SAPPINGTON                              255 W. Pershing Road
3246' VINING DR.                               P.O. Box 3370
DECATUR IL 62521                PAGE 1          Decatur, Illinois 62524-3370
HOME: 424-1442    BUS:                         (217) 872-5000
                                               Service (217) 872-5050

Oldsmobile                                     TOYOTA

SERVICE ADVISOR: 126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
|       | 88 | TOYOTA CAMRY | JT2SV22J7J0001975 | MRSWAS | 79365/79365 | T252 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 01JAN88 |  |  | 17:00 18SEP96 |  | 0.00 |  | 18SEP96 |

| R.O. OPENED | READY | OPTIONS: | DLR:12111 |
|-------------|-------|----------|-----------|
| 06:50 18SEP96 | 14:31 18SEP96 |  |  |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|
| A S.O.P./ BLOWER |  |  |  |
| 43 REPLACE HEATER FAN BLOWER RESISTOR |  |  |  |
| 104  CPT  1.00 |  | 55.00 | 55.00 |
| 1 87138-32030 RESISTOR,HTR BLOWER | 54.50 | 54.50 | 54.50 |
| ***************************************************** |  |  |  |
| B CHECK A/C INOP - LIGHT FLASHES |  |  |  |
| 43 REPAIR PRESSURE SWITCHES UNDER BATTERY |  |  |  |
| 104  CPT  0.00 |  | 0.00 | 0.00 |
| ***************************************************** |  |  |  |

# P A I D

*THANK YOU*
CROWN OLDS/TOYOTA, INC.
CASH          CHECK

VISA

*Thank You!*   *for allowing us to*
*service your vehicle*

**GM.Goodwrench Service**

**TOYOTA**

**QUALITY SERVICE**   **GENUINE PARTS**

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 55.00 |
| PARTS AMOUNT | 54.50 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 109.50 |
| LESS | 0.00 |
| SALES TAX | 3.95 |
| PLEASE PAY THIS AMOUNT | 113.45 |

CUSTOMER COPY

# CROWN OLDS/TOYOTA

255 W. Pershing Road
P.O. Box 3370
Decatur, Illinois 62524-3370
(217) 872-5000
Service (217) 872-5050

**10004**                    **6 5 7 7 6**

WARREN A SAPPINGTON                    *INVOICE*
CHERYL E SAPPINGTON
3246 VINING DR
DECATUR IL 62521                       PAGE 1
HOME: 428-8773      BUS: 424-1442

SERVICE ADVISOR: 126 ROBIN R BURCHAM

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| GREEN | 95 | TOYOTA CAMRY | 4T1SK12E4SU870486 | | 23870/23870 | T394 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 19NOV94 | | | 17:00 26SEP96 | | 0.00 | | 26SEP96 |

| R.O. OPENED | READY | OPTIONS: STK:T07064 DLR:12111 |
|-------------|-------|--------------------------------|
| 06:39 26SEP96 | 10:41 26SEP96 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|
| A CHECK HOOD LOOSE | | | |
|    NC ADJUST HOOD STOPS | | | |
|     15 CPT 0.00 | | 0.00 | 0.00 |
| ************************************************** | | | |
| B CHECK KEY BROKE OFF IN TRUNK | | | |
|   43 REMOVED CENTER TAIL LIGHT ASSEMBLY & REMOVED | | | |
|    TRUNK LOCK ASSEMBLY-DISASSEMBLED & REMOVED | | | |
|    BROKEN KEY STEM | | | |
|     15 CPT 1.50 | | 55.00 | 55.00 |
| ************************************************** | | | |
| C CHECK TIRES / ROTATE - BALANCE | | | |
|   RBT ROTATE & BALANCE TIRES | | | |
|     15 CPT 1.00 | | 29.95 | 29.95 |
| NOTE: SCREW IN LEFT FRONT TIRE | | | |
| ************************************************** | | | |
| D MAKE TWO EXTRA KEYS | | | |
|   KEY MAKE EXTRA KEYS | | | |
|    9999 CPT 0.00 | | 0.00 | 0.00 |
|    2 1052 CUT KEYS | 6.93 | 6.93 | 13.86 |
| ************************************************** | | | |

## P A I D

THANK YOU
CROWN OLDS/TOYOTA, INC.
CASH OR CHECK

Thank You!  for allowing us to
service your vehicle

Goodwrench Service

TOYOTA

QUALITY SERVICE    GENUINE PARTS

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 84.95 |
| PARTS AMOUNT | 13.86 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 98.81 |
| LESS | 0.00 |
| SALES TAX | 1.00 |
| PLEASE PAY THIS AMOUNT | 99.81 |

**CUSTOMER COPY**

When you get a ding, see the experts at
# M I N G   A U T O   B O D Y
### THE REPAIR SPECIALISTS
2850 N. Jasper St.
Decatur, IL  62526
(217) 877-6546
Fax: (217)877-9130

FED ID #37-0990752  UDL #12825

## Estimate Report #13195  by DON SCHROEDER on 02-13-96

**ART SAPPINGTON**
3246 VINING DR.

DECATUR, IL 62521
Phone: 424-1442
95 TOYOTA CAMRY
VIN: 4T1SK12E4S0820486
Mileage: 14465
Options:

| | Style | : 4 DOOR | Insurer | : COUNTY OF MACON, IL |
|---|---|---|---|---|
| | Lic. Plate: CES CPA | | Adjuster : | |
| | Paint Code: | | Appraiser: | |
| | Prod. Date: | | Claimant : | |
| | Profile | : NO TAX | Insured : | |
| | Deductible: | 0.00 | Policy # : | |
| | | | Claim # : | |

| # | Labor Op | Description | Price | Labor | Paint | Labor Group | Price Group |
|---|---|---|---|---|---|---|---|
| 1 | REPAIR | HOOD PANEL | 0.00 ± | 1.0 ± | 3.2 | BODY | EXISTING ± |
| 2 | ADL LABOR | BUFF ROOF, DECK LID, FT. & RR. BUMPERS | 0.00 | 1.5 ± | 0.0 | BODY ± | |
| 3 | ADL OPER | CLEAR COAT | 0.00 | 1.3 ± | 0.0 | REFINISH | |

± Judgement Item

| Summary | Add'l Lbr | Sublet | Totals | | |
|---|---|---|---|---|---|
| BODY | 2.5 @ 32.00 | | 80.00 | SHOP MATERIALS | 1.00 |
| REFINISH | 4.5 @ 32.00 | | 144.00 | PAINT MATERIALS | 90.00 |
| | | | | HAZARDOUS WASTE | 1.13 |
| Non-Taxed Labor | | | 224.00 | Non-Taxed Costs | 92.13 |

Labor ( 7.0 units)    224.00
Add'l Costs/Materials    92.13

## Grand Total          316.13

This business is required to be licensed by the Sec. of State, pursuant to Illinois revised statutes, Chapter 95 1/2, Section 5-301.  Any complaints as to the quality of service obtained here may be brought to the attention of the Attorney General.

ESTIMATE RECALL NUMBER: 02-13-96 13:23:20
EstiMate Plus is a trademark of Mitchell International
Copyright 1991-1996  All Rights Reserved



DEFENDANT'S EXHIBIT
SAPPINGTON
12

Sappington
12

# MING AUTO BODY

2850 North Jasper Street
Decatur, Illinois 62526
Phone (217) 877-6546
FED. ID #37-0090752-UDL 12825

| | | | Written By | J. A |
| --- | --- | --- | --- | --- |
| | | | Received | PM |
| Date 3-7-96 | | | Promised | PM |
| | | | Ins. Co. | |
| Name Cat | | | Ins. Phone | |
| Address 3248 | | | Claim No. | |
| | City | | | Adjuster |
| Home Phone | Business Phone | | Odometer In | |
| | | License | | Odometer Out |
| | Make | Model | Year | Color |

**INSTRUCTIONS**

☒ Repair as Per Estimate Form

OPER 103

☒ Refinish as Per Estimate Form

**Open Items**

Paid 3/7/96
316.13 Ck# 2359

**NOT RESPONSIBLE FOR ANY PERSONAL ITEMS LEFT IN VEHICLE.**

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate the above vehicle for purposes of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on the above vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. STORAGE WILL BE CHARGED FORTY-EIGHT HOURS AFTER REPAIRS ARE COMPLETED. IN THE EVENT LEGAL ACTION IS NECESSARY TO ENFORCE THIS CONTRACT, I WILL PAY REASONABLE ATTORNEY'S FEES AND COURT COSTS.

SIGNED ®

**Terms: STRICTLY CASH Unless Arrangements Made.**

This business is required to be licensed by the Secretary of State, pursuant to Illinois revised statutes, Chapter 95½, Section 5-301. Any complaints as to the quality of service obtained here may be brought to the attention of the Attorney General.

| | HOURS | | AMOUNT |
| --- | --- | --- | --- |
| LABOR | 7.0 | | 224.00 |
| PARTS | | | |
| FREIGHT | | | |
| PAINT MAT. | | | 40.00 |
| BODY MAT. | | | 1.00 |
| TOWING | | | |
| STORAGE | | | |
| SUBLET | | | |
| EPA/WASTE DISPOSAL | | | |
| SUBTOTAL | | | |
| TAX | | | |
| GRAND TOTAL | | | 316.13 |

**REPAIR ORDER** 42095

| DESCRIPTION & PARTS NUMBER | | AMOUNT |
| --- | --- | --- |
| **PARTS INDEX** A-Aftermarket R-New R-Rebuilt | | |
| | | |
| Total Parts | | |
| Labor | | |
| Freight | | |
| Sublet | | |

PAGE:0

SAPPINGTON/WARREN MR            MILEAGE PLUS: 00309 60031

----------------------------------------------------------------

| 11JUL TH | ✈ | UNITED TOKYO/NARITA BEIJING | FLIGHT: 853 DEPART: 615P ARRIVE: 940P | CLASS: Y | SEAT: 29J |

SURFACE TRANSPORTATION

| 24JUL WE | ✈ | UNITED SINGAPORE TOKYO/NARITA | FLIGHT: 890 DEPART: 730A ARRIVE: 315P | CLASS: Y |

---

THANK YOU FOR CHOOSING UNITED AIRLINES

PAGE:0

SAPPINGTON/WARREN MR            MILEAGE PLUS: 00309 60031

----------------------------------------------------------------

| 10JUL WE | ✈ | UNITED EXP SPRINGFLD IL CHICAGO/OHARE | FLIGHT: 5950 DEPART: 600A ARRIVE: 644A | CLASS: VIA: GREAT LAKES AVIAT | SEAT: 2B |
| 10JUL WE | ✈ | UNITED CHICAGO/OHARE SAN FRANCISCO | FLIGHT: 807 DEPART: 800A ARRIVE: 1010A | CLASS: |
| 10JUL WE | ✈ | UNITED SAN FRANCISCO TOKYO/NARITA | FLIGHT: 837 DEPART: 140P ARRIVE: 425P 11JUL | CLASS: Y | SEAT: 34B |

TICKET: 016 2198192907-0
FARE:           USD13.9



DEFENDANT'S EXHIBIT SAPPINGTON 13

Sappington
13





**PASSENGER TICKET AND BAGGAGE CHECK**
**PASSENGER RECEIPT**

UNITED AIRLINES

2198192907

THIS IS YOUR RECEIPT

NOT VALID FOR TRANSPORTATION

**SAPPINGTON/WARREN MR**     MILEAGE PLUS: 00309 60031     PAGE: 03

| Date | | Carrier | Flight | | Class | Seat |
|------|---|---------|--------|---|-------|------|
| 24JUL WE | ✈ | UNITED TOKYO/NARITA SAN FRANCISCO | FLIGHT: 852 DEPART: 535P ARRIVE: 1050A | | CLASS: Y | SEAT: 27B |
| 24JUL WE | ✈ | UNITED SAN FRANCISCO CHICAGO/OHARE | FLIGHT: 150 DEPART: 500P ARRIVE: 1052P | | CLASS: | SEAT: 22B |
| 25JUL TH | ✈ | UNITED EXP CHICAGO/OHARE SPRINGFLD IL | FLIGHT: 5953 DEPART: 830A ARRIVE: 925A | | CLASS: VIA: GREAT LAKES AVIAT | SEAT: 2C |

PATIENT FINANCIAL HISTORY BY OF SERVICE
GREGORY L. TOTEL, M.D., S.C.
Accounts 2370 - 2370  Dates 07/25/96 - 09/25/96

| Acct | Date | Dec # Name | Dr# Procedure | | Diag | Units | Amount |
|------|------|-----------|---------------|---|------|-------|--------|
| | | | Previous Balance : | | | | 0.00 |
| 2370 | SAPPINGTON,WARREN | | | | | | |
| | 07/25/96 | 0  SAPPINGTON,WARREN | 2  97811  PROF SERVICE ESTAB-MINIMAL | 558.9 | 1.00 | 13.62 |
| | 07/25/96 | 0  SAPPINGTON,WARREN | 2  30002  CHEM PROFILE A | 558.9 | 1.00 | 45.50 |
| | 07/25/96 | 0  SAPPINGTON,WARREN | 2  85024  CBC W/DIFF | 558.9 | 1.00 | 31.31 |
| | 07/25/96 | 0  SAPPINGTON,WARREN | 2  36001  VENIPUNTURE | 558.9 | 1.00 | 10.00 |
| | | | | | | 4.00 | 100.32 |

TOTALS FOR ACCOUNT 2370   PAYMENTS :   0.00  ADJUSTS :   0.00  CHARGES :  100.32   100.32
                          REFUNDS:      0.00

                                        0.00              0.00            100.32      100.32

**GREGORY L. TOTEL, M.D., S.C.**

One Memorial Drive, Suite 201
Decatur, Illinois 62526


DEFENDANT'S
EXHIBIT
SAPPINGTON
15

Sappington
15

DEFENDANT'S
EXHIBIT
SAPPINGTON
16

October 31, 1996
Halcewell

Ralph & Don

Apparently Don left the bill for painting our front door and side panel in his truck when he came to see Nissa Tuesday, Oct 29, 1996.

Further the bills that were to be mailed did not arrive.

In addition, it would appear that you may have either a virus or something in your computer system. When it comes

Consequently, I have enclosed a check to be applied against the estimated charges.

Incidentally, you need not send a receipt.

Finally, I really appreciate your efforts on our behalf and this my good fortune to know you.

Cordially

16

```
1/22/97  8:38:07  GAL/JIMS 3.4   DOKPRT       DOCKET 10/01/1996 TO 10/31/1996           GAL/353-9509
```

```
------------------------------------------------------------------------------------------------------
ASE NUMBER         LITIGANT/SUBTYPE              ATTORNEY(S)                            BOND
ATE  TIME          AGENCY            AO ID       OFFICER                         JUDGE           R
     CLOSED=*      CHARGE                CLASS INC STATUTE              OWED      M/A  PAID     TI
------------------------------------------------------------------------------------------------------
996P 000277
0/02  9:00 M 001 COOPER, MICHELE - MINOR         PRO SE                          SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000026        County Crm & Juv             LAWRENCE  R FICHTERM
0/02  9:30*M 001 SHELLEY, ASHLEY - NEGLECTED     LISA WHITE                      SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000049        County Crm & Juv             LAWRENCE R FICHTERM
0/02  9:30*M 001 FOSTER, SHYEANN - NEGLECTED                                     SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000068        County Crm & Juv             LAWRENCE R FICHTERM
0/02  9:30*M 002 MCGEE, JOSEPH JR - NEGLECTED/ABUSED LISA WHITE                  SAPPINGTON
0/02  9:30*M 003 MCGEE, ROSALIE - NEGLECTED/ABUSED                              SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000023        County Crm & Juv             FICHTER, LAWRENCE RM
0/03  9:30*M 001 SINKLER, BRANDON - NEG/ABUSE    LISA WHITE                      SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000052        County Crm & Juv             LAWRENCE R FICHTERM
0/03  9:30*M 001 CROWE, ASHLEY NICOLE - NEG/DEP  LISA WHITE                      SAPPINGTON
------------------------------------------------------------------------------------------------------
989P 000156P 001 IN THE GUARDIANSHIP OFM
0/04  9:00          VERSUS                                                       SAPPINGTON
            D 001 LOFLAND, CHRISTOPHER LYNN (1-28-89) JOHNSON, JAMES
------------------------------------------------------------------------------------------------------
996JA000060        County Crm & Juv             LAWRENCE R FICHTERM
0/04  9:30*M 001 JELKS, CIERRA A-NEG                                             SAPPINGTON
------------------------------------------------------------------------------------------------------
994P 000110
0/07  9:00 M 001 LOCKART, VANESSA LYNN - MINOR   FRANK H BYERS                   SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000004        County Crm & Juv             LAWRENCE R FICHTERM
0/08  1:30*M 001 LOWRY, GAVIN _ NEGLECTED        LISA WHITE                      SAPPINGTON
------------------------------------------------------------------------------------------------------
995P 000269
0/09  9:00 W 001 HOLMBERG, DREW H - DISABLED PERSON BICKES, CURT                 SAPPINGTON
------------------------------------------------------------------------------------------------------
996P 000279
0/09  9:00 M 001 RIVERS, TERESA A                                                SAPPINGTON
------------------------------------------------------------------------------------------------------
996JA000016        County Crm & Juv             LAWRENCE R FICHTERM
0/09  9:30*M 002 WEAVER, CHRISTOPHER - NEG;ABUSED                                SAPPINGTON
0/09  9:30*M 003 WEAVER, MELANIE - NEG;ABUSED                                    SAPPINGTON
0/09  9:30*M 004 WEAVER, KENNETH III - NEG;ABUSED                                SAPPINGTON
0/09  9:30*M 005 WEAVER, JACOB - NEG;ABUSED                                      SAPPINGTON
0/09  9:30*M 006 WEAVER, GREGORY - NEG;ABUSED                                    SAPPINGTON
------------------------------------------------------------------------------------------------------
996MH000060
0/10  8:30*W 001 DELVA, DAVID - NO FEE                                           SAPPINGTON
------------------------------------------------------------------------------------------------------
995P 000071
0/10  1:30 E 001 AUSTIN, MARGUERITE - DECEASED   REX BROWN                       SAPPINGTON
------------------------------------------------------------------------------------------------------
996P 000045
0/11  9:00 E 001 SCHWEINBOLD, NELL M - DECEASED  BROWN, REX                      SAPPINGTON
------------------------------------------------------------------------------------------------------
996P 000284
0/11  9:00 M 001 ARBOGAST, MATTHEW - MINOR       PRO SE                          SAPPINGTON
------------------------------------------------------------------------------------------------------
996P 000288
0/16  9:00 M 001 WHITCHURCH, KOLANE J                                            SAPPINGTON
------------------------------------------------------------------------------------------------------
996P 000228
0/18  9:30 W 001 NICKELL, JOHN S - DISABLED PERSON                               SAPPINGTON
------------------------------------------------------------------------------------------------------
984P 000250P 001 GUARDIANSHIP OF,M
0/21  9:00          VERSUS                                                       SAPPINGTON
            D 001 LAWRENCE, RA KIA MONIQUE (6-7-84)  PRO SE
------------------------------------------------------------------------------------------------------
995P 000323
0/21  9:00 M 001 ROBBINS, DUSTIN GUYAN - MINOR   WALLER, RUTH                    SAPPINGTON
```

DEFENDANT'S
EXHIBIT
SAPPINGTON

Sappington
21

```
1/22/97  8:38:07 GAL/JIMS 3.4   DOKPRT        DOCKET 10/01/1996 TO 10/31/1996           GAL/353-9509
```

```
                                                                                                  BOND
CASE NUMBER       LITIGANT/SUBTYPE              ATTORNEY(S)
DATE  TIME        AGENCY              AO ID     OFFICER                            JUDGE          R
      CLOSED=*    CHARGE                 CLASS INC STATUTE           OWED          M/A  PAID      TI
-----------------------------------------------------------------------------------------------------
1995P 000323      CONTINUED FROM PREVIOUS PAGE.
-----------------------------------------------------------------------------------------------------
1995P 000431
10/21  9:00*M 001 JAMES, TAE C S - MINOR        PRO SE                            SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996P 000309
10/21  9:00 M 001 SPEER, RYAN D  - MINOR                                          SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000017      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:00*M 001 WILLIAMS, ZACHARY - NEGLECTED LISA WHITE                        SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996P 000133
10/23  9:00 D 001 FLETCHER, R V - DECEASED      ED COSTA                          SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996P 000175
10/23  9:00 W 001 BIRT, SARAH JANET - DISABLED                                    SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996P 000323
10/23  9:00 W 001 WILLIAMS, CAROLINE A - D A    FRANK BYERS                       SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000047      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 PORTER, MALIK - NEGLECTED                                       SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000050      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 HALL, DANIELLE-NEG                                              SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000061      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 DOOLIN, AMBER MARIE - NEGLECTED                                 SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000062      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 REDMON, DONALD                                                 SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000065      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 SUTTON, RASHEKA JANEE' - NEG                                    SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000068      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 PLATO, CLARENCE E-NEG                                           SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000078      County Crm & Juv             LAWRENCE R FICHTERM
10/23  9:30*M 001 KIRKSEY, PRECIOUS-NEGLECT     RICHARD HOPKINS                   SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000036      County Crm & Juv             LAWRENCE R FICHTERM
10/23  1:30*M 001 KELP, BRYSON N (NEGLECT/DEPENDENT) LISA WHITE                   SAPPINGTON
-----------------------------------------------------------------------------------------------------
1995P 000251
10/24  9:00 E 001 SIMROTH, FLORENCE C - DECEASED JAMES E FUSON                    SAPPINGTON
-----------------------------------------------------------------------------------------------------
1995P 000257
10/24  9:00 E 001 PARKS, EMORY W - DECEASED     PARISH, DARREL                    SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996JA000048      County Crm & Juv             LAWRENCE R FICHTERM
10/24  1:30*M 001 BRITT, MICHAEL - NEGLECT/ABUSED                                 SAPPINGTON
-----------------------------------------------------------------------------------------------------
1991P 000389P 001 GUARDIANSHIP OFM
10/25  9:00       VERSUS                                                          SAPPINGTON
          D 001 JONES, JAMES DARREL              PRO SE
-----------------------------------------------------------------------------------------------------
1996AD000046
10/25  9:30*D 001 IMPOUNDED                      JIM BRINKOETTER                   SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996AD000047
10/25  9:30*D 001 IMPOUNDED                      JIM BRINKOETTER                   SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996AD000048
10/25  9:30*D 001 IMPOUNDED                      JIM BRINKOETTER                   SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996AD000049
10/25  9:30*D 001 IMPOUNDED                      BRINKOETTER, JAMES                SAPPINGTON
-----------------------------------------------------------------------------------------------------
1996CF000541      County Crm & JuvM
```

1/22/97  8:38:07  GAL/JIMS 3.4   DOKPRT      DOCKET 10/01/1996 TO 10/31/1996                    GAL/353-9509

```
--------------------------------------------------------------------------------------------------------
CASE NUMBER        LITIGANT/SUBTYPE                          ATTORNEY(S)                     BOND
DATE  TIME         AGENCY              AO ID                 OFFICER                    JUDGE        R
      CLOSED=*     CHARGE                    CLASS INC STATUTE              OWED        M/A  PAID   TI
--------------------------------------------------------------------------------------------------------
1996CF000541       CONTINUED FROM PREVIOUS PAGE.
10/25 11:00*D 001 JACKSON, LEONARD                          WHITE, LISA                    SAPPINGTON
--------------------------------------------------------------------------------------------------------
1995F 001546P 001 IMPOUNDED                                 WATTS, JAYM
10/28  9:00*       VERSUS                                                                  SAPPINGTON
            D 001 IMPOUNDED                                 JAY WATTS
--------------------------------------------------------------------------------------------------------
1993P 000357
10/28  9:00 M 001 ELLIS, NICHOLE SUZANNE                                                   SAPPINGTON
10/28  9:00 M 002 RAY, HEIDI ROCHELLE                       FULLER,HOPP, MCCARTHY, QUIGG ETAL  SAPPINGTON
10/28  9:00 M 003 ROY, WILLIAM ANDREW II                    FULLER, HOPP, MCCARTHY, QUIGG, ETAL SAPPINGTON
10/28  9:00 M 004 RAY, HEIDI ROCHELLE                                                      SAPPINGTON
10/28  9:00 M 005 ROY, WILLIAM ANDREW                                                      SAPPINGTON
--------------------------------------------------------------------------------------------------------
1996P 000197
10/28  9:00 E 001 LITTRELL, RAYMOND MONTE                   BROWN, BRETT                   SAPPINGTON
--------------------------------------------------------------------------------------------------------
1996P 000190
10/31  9:00 M 001 FELTES,  MICHAEL - MINOR                  RHONDA HEINZ                   SAPPINGTON
--------------------------------------------------------------------------------------------------------
```

```
1/22/97 11:45:54  GAL/JIMS 3.4   DOKPRT       DOCKET 10/01/1996 TO 10/31/1996           GAL/353-9509
```

| CASE NUMBER | LITIGANT/SUBTYPE | | ATTORNEY(S) | | BOND | |
| DATE TIME | AGENCY | AO ID | OFFICER | | JUDGE | R |
| CLOSED=* | CHARGE | CLASS INC | STATUTE | OWED | M/A PAID | TI |
|---|---|---|---|---|---|---|
| 1993J 000189 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/01 1:30*D 001 | ROARK, ASHLEY - NEG; DEP | | LISA WHITE | | SAPPINGTON | |
| 1993J 000549 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/01 1:30*M 001 | MCGEE, FELICIA - NEGLECTED/ABUSED | | RICHARD HOPKINS | | SAPPINGTON | |
| 1992J 000080 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/02 9:30*D 001 | GOODRICH, LATAVIA - NEGLECT/ABUSE | | LISA WHITE | | SAPPINGTON | |
| 1994J 000050 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/02 9:30*M 001 | CARTER, SHEKERIA - NEGLECTED | | LISA WHITE | | SAPPINGTON | |
| 1995J 000299 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/02 9:30*M 001 | AUSTIN, TASHIKA - NEGLECTED | | WHITE, LISA | | SAPPINGTON | |
| 1993J 000509 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/02 10:00*M 001 | COGGINS, LASHUNDA - TRUANT | | LISA WHITE | | SAPPINGTON | |
| 1994J 000464 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/03 1:30*M 001 | DUBROC, JESSICA - NEGLECTED | | LISA WHITE | | SAPPINGTON | |
| 1994J 000192 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/08 9:30*M 001 | BEARLEY, ANGELA - NEGLECT/ABUSED | | LISA WHITE | | SAPPINGTON | |
| 1993J 000101 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/09 9:30*D 001 | OWENS, TROY - NEGLECT/ABUSE | | LISA WHITE | | SAPPINGTON | |
| 1994J 000002 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/09 9:30*M 001 | JACKSON, KIMBERLY - NEGLECTED/ABUSE | | LISA WHITE | | SAPPINGTON | |
| 1994J 000064 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/09 9:30*M 001 | AUSTIN, KEITH - NEG/ABUSED | | LISA WHITE | | SAPPINGTON | |
| 1994J 000232 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/09 9:30*M 001 | HAMMER, MISTY - NEGLECTED;DEP | | LISA WHITE | | SAPPINGTON | |
| 1996J 000054 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/09 1:30*M 001 | COMPTON, DANIEL - DEP | | | | SAPPINGTON | |
| 1992J 000322 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/10 9:30*D 001 | BLACK, ASHLEY - NEG/ABUSED | | LISA WHITE | | SAPPINGTON | |
| 1995J 000538 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/10 9:30*M 001 | BENTON, BRENDA - TRUANT | | | | SAPPINGTON | |
| 1996J 000002 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/10 9:30*M 001 | BRYSON, CHRISTOPHER - TRUANT | | | | SAPPINGTON | |
| 1996J 000008 | County Crm & Juv | | FICHTER, LAWRENCE RM | | | |
| 10/10 9:30*M 001 | ERNST, BRANDY - TRUANT | | | | SAPPINGTON | |
| 1996J 000018 | County Crm & JuvM | | LISA WHITE | | SAPPINGTON | |
| 10/10 9:30*M 001 | BRADFORD, SHANE - TRUANT | | | | | |
| 1994J 000428 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/11 9:30*M 001 | MATTOX, CARRIE - NEGLECTED/ABUSED | | LISA WHITE | | SAPPINGTON | |
| 1992J 000169 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/16 9:30*D 001 | JOHNSON, KETURAH - NEG/DEP | | MAYA FOMBELLE | | SAPPINGTON | |
| 1993J 000092 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/16 9:30*D 001 | O'NEAL, ANTONIO - NEGLECT | | FOMBELLE, MAYA | | SAPPINGTON | |
| 1993J 000102 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/16 9:30*D 001 | CECIL, CHRISTOPHER - NEGLECT/ABUSE | | LISA WHITE | | SAPPINGTON | |
| 1994J 000114 | County Crm & Juv | | LAWRENCE R FICHTERM | | | |
| 10/16 9:30*M 001 | COLBERT, JARED - NEGLECTED | | LISA WHITE | | SAPPINGTON | |

1/22/97 11:45:54  GAL/JIMS 3.4   DOKPRT       DOCKET 10/01/1996 TO 10/31/1996        GAL/353-9509

| CASE NUMBER<br>DATE  TIME<br>CLOSED-* | LITIGANT/SUBTYPE<br>AGENCY<br>CHARGE | AO ID<br><br>CLASS INC | ATTORNEY(S)<br>OFFICER<br>STATUTE | OWED | BOND<br>JUDGE<br>M/A  PAID | R<br><br>TI |
|---|---|---|---|---|---|---|
| 1991J 000436<br>10/23  9:30*D 001 | County Crm & Juv<br>NORTH, CASSANDRA - NEG;DEP | | LAWRENCE R FICHTERM<br>HOPKINS, RICHARD | | SAPPINGTON | |
| 1994J 000025<br>10/23  9:30*M 001 | County Crm & Juv<br>PATTERSON, ANESHA - NEGLECTED/ABUSE | | LAWRENCE R FICHTERM<br>LISA WHITE | | SAPPINGTON | |
| 1994J 000117<br>10/23  9:30*M 001 | County Crm & Juv<br>BINKLEY, NATHAN - NEGLECTED | | LAWRENCE R FICHTERM<br>LISA WHITE | | SAPPINGTON | |
| 1995J 000126<br>10/23  9:30*M 001 | County Crm & Juv<br>WOODLAND, TIFFANY - NEGLECT/ABUSE | | FICHTER, LAWRENCE RM<br>KEVIN KEHOE | | SAPPINGTON | |
| 1995J 000274<br>10/23  9:30*M 001 | County Crm & Juv<br>FREEMAN, ZIMORRY - DEP/NEGLECT | | FICHTER, LAWRENCE RM<br>LISA WHITE | | SAPPINGTON | |
| 1994J 000174<br>10/23  1:30*M 001 | County Crm & Juv<br>KELP, KAYLA R - NEGLECTED | | LAWRENCE R FICHTERM<br>LISA WHITE | | SAPPINGTON | |
| 1995J 000249<br>10/28  8:45*M 001 | County Crm & Juv<br>RIVERA, ARNOLD - TRUANT | | FICHTER, LAWRENCE RM | | SAPPINGTON | |
| 1995J 000485<br>10/28  8:45*M 001 | County Crm & Juv<br>CRAWFORD, JARRETT - TRUANT | | LAWRENCE R FICHTERM. | | SAPPINGTON | |
| 1995J 000542<br>10/28  8:45*M 001 | County Crm & Juv<br>MERTZ, JENNIFER - TRUANT | | LAWRENCE R FICHTERM | | SAPPINGTON | |
| 1996J 000031<br>10/28  8:45*M 001 | County Crm & Juv<br>ARMOUR, RHASHEDD-TRUANT | | LAWRENCE R FICHTERM | | SAPPINGTON | |