E-FILED
Friday, 08 April, 2005  03:58:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> v. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> MACON COUNTY CIRCUIT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 04-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENLARGEMENT OF TIME TO SUBMIT DEFENDANT'S MOTIONS IN LIMINE

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure hereby moves this honorable Court for an enlargement of time to and including April 12, 2005, in which to submit all of his motions in limine. In support thereof, the following statements are made.

1.  Defendant's motions in limine on issues other than damages are due on or about April 8, 2005.

2.  Counsel for defendant Sappington is currently involved in preparing for a federal jury trial in the case of *Callahan v. Brueggemann, et al.*, pending in the United States District Court for the Central District of Illinois, Case No. 03-2167, but unexpectedly had to assist three other Special Assistant Attorneys General to represent the defendants.

3. This unexpected additional trial preparation caused the undersigned to be delayed in preparing motions in limine in the case at bar.

4. The trial in *Callahan v. Brueggemann, et al.*, pending in the United States District Court for the Central District of Illinois, Case No. 03-2167, was scheduled to commence on April 12, 2005, but has been continued to April 15, 2005.

5. The motion in limine on damages is due on April 12, 2005.

6. As such, a short extension would not prejudice the plaintiff.

7. Defendant respectfully requests this court allow an extension of time to file all motions in limine.

8. This motion is not made for the purpose of delay and is made in good faith.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court to grant his motion for an enlargement of time until April 12, 2005, in which to submit his motions in limine.

Respectfully submitted,

JUDGE WARREN A. SAPPINGTON,
   Defendant,
LISA MADIGAN, Attorney General,
State of Illinois,
   Attorney for Defendant.

By: /s/Karen L. McNaught
   Karen L. McNaught, #6200462
   Assistant Attorney General
   500 South Second Street
   Springfield, IL  62706
   Telephone:  (217) 782-1841
   Facsimile:  (217) 524-5091
   kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER<br>  Plaintiff,<br><br>    v.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br>  Defendant,<br><br>MACON COUNTY,<br>  Defendant,<br><br>MACON COUNTY CIRCUIT,<br>  Defendant. | )<br>)<br>)<br>)<br>)  NO.  04-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

I hereby certify that on April 8, 2005, I presented the foregoing Motion for Enlargement of Time to Submit Motions in Limine to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
|---|---|---|
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on April 8, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

 /s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us