IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, (f/k/a MELISSA SCHROEDER) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 04-1360 |
| JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY), | ) ) ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY, | ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY CIRCUIT, | ) ) | |
| Defendant. | ) | |

### MOTION IN LIMINE RELATED TO THE GENESIS OF THE RELATIONSHIP BETWEEN JUDGE SAPPINGTON AND HIS WIFE

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, hereby moves for an order excluding any evidence regarding the circumstances under which Judge Sappington met his current wife.

In support thereof, it is stated:

1. Judge Sappington and his wife have been married for over twenty-five years.

2. They met when she was employed as his secretary.

3. Such evidence could suggest to the jury that Judge Sappington has a history of making romantic advances upon his staff.

4. Such evidence is not admissible under the Federal Rules of Evidence.

5. Defendant, Macon County filed its motions in limine on April 8, 2005, and defendant, Warren A. Sappington, moves to adopt those motions which are designated as I, II, and VII.

6. Attached hereto and incorporated herein by reference is defendant's memorandum of law in support of his motion in limine.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court enter an order excluding any evidence regarding the circumstances under which Judge Sappington met his current wife.

Respectfully submitted,

JUDGE WARREN A. SAPPINGTON,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant.

By: /s/Karen L. McNaught
Karen L. McNaught, #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON | ) | |
| SIXTH JUDICIAL CIRCUIT, | ) | |
| (IN OFFICIAL CAPACITY), | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY, | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY CIRCUIT, | ) | |
|     Defendant. | ) | |

## Certificate of Service

I hereby certify that on April 11, 2005, I presented the foregoing Defendant Sappington's Motion in Limine to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
|---|---|---|
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on April 11, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

                        Respectfully submitted,

                        /s/Karen L. McNaught
                        Karen L. McNaught
                        Assistant Attorney General
                        Attorney for Defendant
                        Office of the Attorney General
                        500 South Second Street
                        Springfield, IL 62706
                        Telephone: (217) 782-1841
                        Facsimile: (217) 524-5091
                        kmcnaught@atg.state.il.us