**E-FILED**
Monday, 11 April, 2005 03:41:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> v. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), <br><br> Defendant, <br><br> MACON COUNTY, <br><br> Defendant, <br><br> MACON COUNTY CIRCUIT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 04-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO AMEND TO DESIGNATE
## STATE OF ILLINOIS AS DEFENDANT

COMES NOW the defendant, Judge Warren A. Sappington, in his official capacity, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, hereby moves this honorable court to change the name of defendant to the real party in interest. In support thereof, it is stated:

1. Plaintiff filed her complaint in the case at bar on November 1, 1999.

2. The remaining claim in the case at bar is against the State of Illinois, but originally was brought as naming Warren A. Sappington, in his official capacity.

3. As the Court of Appeals for the Seventh Circuit has noted, the real party in interest is the State of Illinois.

4.	Referring to an individual in their official capacity could be very confusing to the jury while instructing on the law.

5.	No prejudice will come to any of the parties if the case caption is changed to reflect that one of the defendants is the State of Illinois, rather than Warren A. Sappington in his official capacity.

6.	No prejudice will come to any of the parties if the Court and the parties refer to the real party in interest as the State of Illinois, rather than Warren A. Sappington, in his official capacity.

7.	A memorandum of law in support of the motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court change the name of defendant to the real party in interest, the State of Illinois.

>	Respectfully submitted,
>
>	JUDGE WARREN A. SAPPINGTON,
>
>	Defendant,
>
>	LISA MADIGAN, Attorney General,
>	State of Illinois,
>
>	Attorney for Defendant.
>
>	By: /s/Karen L. McNaught
>	Karen L. McNaught, #6200462
>	Assistant Attorney General
>	500 South Second Street
>	Springfield, IL  62706
>	Telephone:  (217) 782-1841
>	Facsimile:  (217) 524-5091
>	kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON | ) | |
| SIXTH JUDICIAL CIRCUIT, | ) | |
| (IN OFFICIAL CAPACITY), | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY, | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY CIRCUIT, | ) | |
|     Defendant. | ) | |

**Certificate of Service**

I hereby certify that on April 11, 2005, I presented the foregoing Defendant Sappington's Motion to Amend to Designate State of Illinois as Defendant to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
|---|---|---|
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on April 11, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

                                  Respectfully submitted,

                                  /s/Karen L. McNaught
                                Karen L. McNaught
                                Assistant Attorney General
                                Attorney for Defendant
                                Office of the Attorney General
                                500 South Second Street
                                Springfield, IL  62706
                                Telephone:  (217) 782-1841
                                Facsimile:  (217) 524-5091
                                kmcnaught@atg.state.il.us