IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, (f/k/a MELISSA SCHROEDER) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 04-1360 |
| JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY), | ) ) ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY, | ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY CIRCUIT, | ) ) | |
| Defendant. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND TO DESIGNATE STATE OF ILLINOIS AS DEFENDANT**

### I. FACTS

Plaintiff filed the instant lawsuit against, *inter alia*, Warren A. Sappington, in his official capacity. The remaining claim against Warren A. Sappington, in his official capacity is an alleged violation of Title VII (42 U.S.C. §2000e).

### II. ARGUMENT

In *Robinson v. Sappington*, 351 F.3d 317, 332 (fn.9)(7th Cir. 2003), the Seventh Circuit held that plaintiff has sought to hold the State of Illinois liable for the actions of, *inter alia*, Judge Sappington. The court reasoned that a Title VII claim must be brought against the employer. *Id. citing Williams v. Banning*, 72 F.3d 552, 553 (7th Cir. 1995). An official capacity suit is, in fact, a suit against the State. *Kentucky v. Graham*, 473 U.S. 159, 166-

67 (1985). As such, the real party in interest is the State of Illinois.

This Court will instruct the jury during the course of the trial. In referencing the defendant, it could be confusing to the jury to name the defendant as Warren A. Sappington in his official capacity, rather than naming the State of Illinois. No party will be prejudiced by referring to the State of Illinois, rather than individual in his official capacity.

### III. CONCLUSION

The State of Illinois rather than Judge Sappington, in his official capacity, should be named, since an official capacity claim brought against an individual is against the State. The case caption should be modified to reflect this change and all future references to official capacity claims should be made as referencing the State of Illinois.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court change the name of defendant to the real party in interest, the State of Illinois.

Respectfully submitted,

JUDGE WARREN A. SAPPINGTON,
   Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,
   Attorney for Defendant.

By: /s/Karen L. McNaught
   Karen L. McNaught, #6200462
   Assistant Attorney General
   500 South Second Street
   Springfield, IL  62706
   Telephone: (217) 782-1841
   Facsimile: (217) 524-5091
   kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON | ) | |
| SIXTH JUDICIAL CIRCUIT, | ) | |
| (IN OFFICIAL CAPACITY), | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY, | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY CIRCUIT, | ) | |
|     Defendant. | ) | |

**Certificate of Service**

I hereby certify that on April 11, 2005, I presented the foregoing Defendant Sappington's Memorandum of Law in Support of Motion to Amend to Designate State of Illinois as Defendant to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
|---|---|---|
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on April 11, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us