E-FILED
Friday, 29 April, 2005   10:29:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>                Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>                Defendant,<br><br>MACON COUNTY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:04-cv-1360<br>)  Honorable Judge Michael M. Mihm<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT, JUDGE WARREN A. SAPPINGTON'S MOTION TO AMEND TO DESIGNATE STATE OF ILLINOIS AS DEFENDANT**

Plaintiff, MELISSA ROBINSON (f/k/a MELISSA SCHROEDER) by her counsel Thomson & Weintraub, provides the following as her objection to the proposed amendment designating the State of Illinois as Defendant as opposed to Judge Warren A. Sappington in his official capacity:

1. Throughout these proceedings Judge Warren A. Sappington, in his official capacity, has been named as the proper Defendant.

2. The State of Illinois has never been designated as one of the Defendants.

3. Title VII defines "employer," in pertinent part, as "a person engaged in an industry affecting commerce who have fifteen or more employees *** and any agent of such a person." 42 U.S.C. § 2000e(b).

4. The Seventh Circuit Court of Appeals did not preclude Plaintiff from pursuing her claim against Defendant, Judge Warren A. Sappington, in his official capacity.

5. Nor does the case law relied upon by Judge Warren A. Sappington preclude Plaintiff from pursuing her claims against Judge Warren A. Sappington, in his official capacity.

6. Plaintiff would be prejudiced by naming Defendant as the State of Illinois and not Defendant as Judge Warren A. Sappington, in his official capacity because Judge Warren A. Sappington would not be seen as the Defendant by the jury.

7. The State of Illinois as the entity filling the Defense seat could bias a jury from making a fair assessment of Plaintiff's damages.

8. Plaintiff would be precluded from introducing numerous statements made by the real party opponent, Defendant, Judge Warren A. Sappington, in his official capacity related to comments he made to Plaintiff and comments he made to others in the workplace.

9. Plaintiff would be prejudiced by her inability to introduce numerous statements made by Defendant, Judge Warren A. Sappington to Judge Greanias, the presiding judge concerning Plaintiff's complaints of sexual harassment.

10. The jury can simply be instructed that the State of Illinois employed Plaintiff[1] and Judge Warren A. Sappington and that Judge Warren A. Sappington, in his official capacity shall be viewed as Plaintiff's employer.

---

[1] Depending on the evidence presented this instruction may inform the jury that the State of Illinois was Plaintiff's joint employer with Macon County.

2

WHEREFORE, Plaintiff, MELISSA ROBINSON respectfully requests that this Court deny Judge Warren A. Sappington's Motion to Amend the Identity of Defendant.

          Respectfully Submitted,
          MELISSA ROBINSON,
          Plaintiff,
         By: s/ Melissa M. McGrath
         Melissa M. McGrath Attorney Bar No. 6207263
         Attorney for Plaintiff
         Thomson & Weintraub
         105 North Center Street
         Bloomington, Illinois 61701
         Phone: (309) 829-7069
         Fax: (309) 827-3458
         E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 29th day of April, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

## NOTICE OF FILING

I hereby certify that on April 29th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 South Second St.
Springfield, IL 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458

Subscribed and sworn to before me this 29th day of April, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008