IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, <br> (p/k/a MELISSA SCHROEDER) <br> <br> Plaintiff, <br> vs. <br> <br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY) and <br> MACON COUNTY, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:04-cv-1360 <br> Honorable Judge Michael M. Mihm |

**PLAINTIFF'S RESPONSE TO DEFENDANT, JUDGE WARREN A. SAPPINGTON'S MOTION IN LIMINE RELATED TO RELATIONSHIP BETWEEN JUDGE SAPPINGTON AND HIS WIFE[1]**

Plaintiff, MELISSA ROBINSON (p/k/a MELISSA SCHROEDER) by her counsel, Thomson & Weintraub, provides the following in support of her response to Judge Warren A. Sappington's *Motion in Limine* Related to Relationship Between Judge Sappington and his Wife:

1. Plaintiff does not intend to introduce as a bad act, Judge Sappington's affair with his current wife while she was his legal secretary. Rather, Plaintiff anticipates introducing such testimony to establish Judge Sappington's motive, intent, plan, or opportunity. FRE 404(b)

---

[1] Plaintiff notes the caption of Judge Warren A. Sappington's Motion is inconsistent with the identity of the present parties in this matter. To the extent Judge Warren A. Sappington's caption is inconsistent, Plaintiff requests the appropriate caption be noted in the record. The present caption reads, "Melissa Robinson (f/k/a Melissa Schroeder) vs. Judge Warren A. Sappington, Sixth Judicial Circuit, (in official capacity) Defendant, and Macon County, Defendant.

1

2. Plaintiff anticipates Defendants will introduce testimony by Judge Sappington's wife that she threatened to divorce Judge Sappington if he did not stop working with Plaintiff.

3. Judge Warren A. Sappington's wife is expected to testify she believed Plaintiff was flirting with Judge Sappington.

4. Plaintiff also anticipates additional testimony from other witnesses which will be elicited by Defendants to suggest Plaintiff sought out the attention of Judge Sappington.

5. To allow Defendants to elicit such testimony while barring Plaintiff from rebutting such testimony would be unduly prejudicial toward Plaintiff.

WHEREFORE, Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder) respectfully requests that this Court deny Judge Warren A. Sappington's *Motion in Limine* as to his prior employment relationship with his current wife.

Respectfully submitted,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 29th day of April, 2005.

_Angela M. Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

## NOTICE OF FILING

I hereby certify that on April 29th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Chief, General Law Bureau
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 29th day of April, 2005.

_Angela M. Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008