E-FILED
Thursday, 12 May, 2005 04:22:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a MELISSA SCHROEDER)<br><br>Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY) and<br>MACON COUNTY,<br><br>Defendants. | Case No. 1:04-cv-1360<br>Honorable Judge Michael M. Mihm |

**REPLY TO MACON COUNTY'S OBJECTION TO
PLAINTIFF'S MOTION FOR LEAVE OF COURT TO TAKE JUDICIAL NOTICE**

Plaintiff, MELISSA ROBINSON (p/k/a MELISSA SCHROEDER), by her counsel, Thomson & Weintraub provides the following reply to Macon County's Objection to Plaintiff's Motion for Leave of Court to Take Judicial Notice (Doc. No. 341):

Macon County concedes in its memorandum that this Court can take judicial notice of the definition of an "employee" under the Illinois Municipal Retirement Fund ("IMRF") statute. The definition is relevant to whether a jury can conclude Macon County was Plaintiff's joint employer.

Aditionally, common law principles of joint employer control is not inconsistent with this Court concluding, at a minimum it should inform the jury about the definition of "employee" under the IMRF statute. Macon County directed this Court to a portion of the relevant provision of the IMRF statute.

1

The IMRF statute states:

> "(3) All persons, including, without limitation, public defenders and probation officers, who receive earnings from general or special funds of a county for performance of personal services or official duties within the territorial limits of the county, are employees of the county * * * not withstanding that they may be appointed by and are subject to the direction of a person or persons other than a county board or a county officer." ILCS 5/7-109(3) (West 2004).

It is anticipated that Macon County will present evidence that the Macon County Board provided no direction to Plaintiff. This evidence will be introduced to dissuade the jury from concluding Macon County was Plaintiff's joint employer. As such, the definition outlined above is relevant to that issue.

Not quoted by Macon County is additional language within paragraph 3:

> "It is hereby established that an employer-employee relationship under the usual common law rules exists between such employees and the county paying their salaries by reason of the fact that the county boards fix their rates of compensation, appropriate funds for payment of their earnings and otherwise exercise control over them." ILCS 5/7-109(3) (West 2004).

This language, at a minimum, affords this Court ample reason to grant Plaintiff's request that this Court take judicial notice of the definition of "employee" under the IMRF statute. It also could support a finding that as a matter of law Macon County cannot contest the fact it was Plaintiff's joint employer with the State of Illinois.

2

WHEREFORE, Plaintiff, MELISSA ROBINSON, respectfully requests that this Court grant her Motion for Leave of Court to Take Judicial Notice. (Doc. No. 322).

                                        Respectfully submitted,
                                        By: s/ Melissa M. McGrath
                                        Melissa M. McGrath Attorney Bar No. 6207263
                                        Attorney for Plaintiff
                                        Thomson & Weintraub
                                        105 North Center Street
                                        Bloomington, Illinois 61701
                                        Phone: (309) 829-7069
                                        Fax: (309) 827-3458
                                        E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 17th day of May, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

## NOTICE OF FILING

I hereby certify that on May 12, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Chief, General Law Bureau
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 12th day of May, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008