**E-FILED**
Thursday, 12 May, 2005  04:27:43 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a MELISSA SCHROEDER)<br><br>                    Plaintiff,<br><br>    vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY) and<br>MACON COUNTY,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:04-cv-1360
Honorable Judge Michael M. Mihm

### PLAINTIFF'S REPLY TO MACON COUNTY'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO BAR EXHIBITS PROFFERED BY DEFENDANT, MACON COUNTY[1]

Plaintiff, MELISSA ROBINSON (p/k/a MELISSA SCHROEDER), provides the following reply as her response to Macon County's Response to Plaintiff's Motion in Limine to Bar Exhibits Proffered by Defendant, Macon County (Doc. No. 342):

Plaintiff provides a reply only to Macon County's response related to Macon County's Exhibits 62 through 64, which consist of two State of Illinois court rulings and one Seventh Circuit court ruling.

In its response Macon County contends Lawrence Fichter, previous Macon County States Attorney, should be allowed to rely on these rulings and render an expert opinion "regarding the ability of Macon County to control judicial clerks working within the judiciary based upon

---

[1]These exhibits are also related to Plaintiff's Reply to Macon County's Response to Plaintiff's Motion in Limine No. 7 (Doc. No. 343). To the extent Plaintiff has not responded to additional objections raised by Defendants, Plaintiff stands on her In Limine Motions filed on April 8, 2005. (Doc. Nos. 321, 322, 323 and 324).

established Illinois and federal law at the time of harassment."

Lawrence Fichter has never been disclosed as an expert. The fact Lawrence Fichter, as the Macon County State's Attorney at the time of the harassment, may have advised Macon County of his opinion as the State's Attorney is not relevant to whether Macon County can be viewed as Plaintiff's joint employer. Moreover, Lawrence Fichter has not been established as an expert to render an opinion on Illinois and federal law.

WHEREFORE, Plaintiff respectfully requests Exhibits 62 through 64 be barred as requested in Plaintiff's initial *Motion in Limine* with regard to those Exhibits.

Respectfully submitted,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 12th day of May, 2005.

_____
Notary Public

**OFFICIAL SEAL**
**Angela M. Park**
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

2

## NOTICE OF FILING

I hereby certify that on May 12, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Chief, General Law Bureau
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 12th day of May, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

3