IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a MELISSA SCHROEDER)<br><br>             Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY) and<br>MACON COUNTY,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:04-cv-1360<br>)  Honorable Judge Michael M. Mihm<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S REPLY TO MACON COUNTY'S RESPONSE TO PLAINTIFF'S
MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY[1]**

Plaintiff, MELISSA ROBINSON, (p/k/a MELISSA SCHROEDER) provides the following in reply to Macon County's Response to Plaintiff's Motion in Limine to Exclude Certain Testimony. Specifically, Plaintiff replies to Macon County's response to in limine Numbers 2 and 7:

**IN LIMINE NO. 2, TESTIMONY CONCERNING RELATIONSHIP BETWEEN
MACON COUNTY AND THE JUDICIAL BRANCH**

Plaintiff has indicated in her Motion in Limine that she does not contest Presiding Judge Greanias' lay opinion testimony concerning the work relationship between Macon County and the Macon County Circuit Court. As such Plaintiff has not sought a ruling from this Court barring all testimony concerning the relationship between Macon County and the Macon County Circuit Court. Plaintiff seeks to bar testimony from judges other than Presiding Judge Greanias

---

[1]To the extent Plaintiff has not further replied to Defendants' Responses, Plaintiff stands on her In Limine Motions filed April 8, 2005. (Doc. Nos. 321, 322, 323 and 324).

1

because Judge Greanias arguably has specific knowledge about this issue through his supervisory role of certain personnel.

Additionally, Plaintiff respectfully disagrees with Macon County's contention the Seventh Circuit Court of Appeals did not reject Macon County's reliance on the Separation of Powers Doctrine for its argument it cannot be viewed as Plaintiff's joint employer. Plaintiff relies on footnote 14 of <u>Robinson v. Sappington</u>, 351 F.3d: 317, 339 (7th Circuit 2003). Presuming this Court concludes the observations in footnote 14 of the <u>Robinson</u> ruling represents dicta, such dicta provides guidance to this Court as to the ruling the Seventh Circuit Court of Appeals would make of Macon County's attempt to apply the Separation of Powers Doctrine to the joint employer theory is rejected by this Court.

Therefore, Plaintiff respectfully requests that this Court grant the relief requested in her Motion in Limine to Exclude Certain Testimony, specifically, in limine Number 2.

## IN LIMINE NO. 7, LAWRENCE FICHTER'S TESTIMONY[2]

As the Macon County State's Attorney, Lawrence Fichter was never involved in an investigation concerning claims of sexual harassment. Moreover, Macon County did not identify him as an expert in the area of constitutional law.

Additionally, testimony related to the constitutional law principle of Separation of Powers is not testimony such that lay opinion witness testimony is appropriate. Such testimony would have to be based on specialized or technical knowledge pursuant to Federal Rules of Evidence 702.

---

[2]This in limine is directly related to Plaintiff's Motion in Limine to Bar Macon County's Exhibits 62 through 64. (Doc. No. 323).

2

On April 20, 2000, a Discovery Order was entered by Magistrate Judge David G. Bernthal. (Ex. 1, Doc. No. 28). That Discovery Order set December 22, 2000, as a deadline for the Defendants to disclose experts and provide expert reports. At no time has Macon County identified Lawrence Fichter or any other witness as an expert in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court grant her relief sought in her Motion in Limine to Exclude Certain Testimony, specifically the relief requested in limine Number 7.

> Respectfully submitted,
> By: s/ Melissa M. McGrath
> Melissa M. McGrath Attorney Bar No. 6207263
> Attorney for Plaintiff
> Thomson & Weintraub
> 105 North Center Street
> Bloomington, Illinois 61701
> Phone: (309) 829-7069
> Fax: (309) 827-3458
> E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 12th day of May, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

3

## NOTICE OF FILING

I hereby certify that on May 12, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Chief, General Law Bureau
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 12th day of May, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008