IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>            Plaintiff,<br><br>    vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>            Defendant,<br>MACON COUNTY,<br><br>            Defendant. | Case No. 1:04-cv-1360<br>Honorable Michael M. Mihm |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, MACON COUNTY, by its attorneys, CASSIDY & MUELLER, and for its Motion to Dismiss Plaintiff's Complaint pursuant Rule 12(c) of the Federal Rules of Civil Procedure, states as follows:

1.  Plaintiff's Complaint against MACON COUNTY alleges a violation of Title VII which forbids discrimination against any individual with respect to his "…terms or conditions…of employment, because of…sex".  42 U.S.C. Section 2000E-2(a)(1).  Plaintiff's cause of action is a hostile environment claim alleging that the Defendant, JUDGE WARREN A. SAPPINGTON, harassed the Plaintiff in a severe and pervasive manner.

2.  At the time of the alleged harassment, JUDGE WARREN A. SAPPINGTON was an associate circuit court judge employed by the State of Illinois.  (See *Robinson v. Sappington*, 351 F. 3d fn. 9 (7th Cir. 2003)); Final Pre-Trial Order, Statement of Undisputed Facts, #2.

3.  MACON COUNTY was not the employer of the alleged harasser, JUDGE WARREN

A. SAPPINGTON. (Pre-Trial Order, Statement of Undisputed Facts, #27).

4. That under Title VII, the standard for employer liability under hostile work environment claims is determined by common law agency principles. See *Burlington Industries, Inc. v. Ellerth*, 524 U.S. 742 (1998); *Faragher v. City of Boca Raton*, 524 U.S. 775 (1998); and *Kolstad v. American Dental Association*, 527 U.S. 526, 541-42 (1999).

5. Because the Supreme Court has consistently declared that employer liability in Title VII hostile work environment claims must be determined by common law agency principles, MACON COUNTY cannot be liable under Title VII for harassment perpetrated by a non-employee since no agency relationship exists.

6. Neither the United States Supreme Court nor the Seventh Circuit has ever recognized employer liability under Title VII in a hostile work environment claim for harassment perpetrated by a non-employee. Furthermore, there does not appear to be any cases that have specifically considered employer liability for non-employee harassment since *Burlington, Faragher* and *Kolstad* declared that employer liability under hostile work environment claims must be based upon common law agency principles.

7. Since no agency relationship exists between MACON COUNTY and the alleged harasser, Associate Circuit Judge WARREN A. SAPPINGTON, no employer liability can exist against MACON COUNTY in this cause of action.

8. Filed with this Motion to Dismiss is a Memorandum of Law.

WHEREFORE, the Defendant, MACON COUNTY, respectfully prays for an order of this court dismissing Plaintiff's Title VII hostile work environment claim directed against MACON COUNTY, ILLINOIS.

CASSIDY & MUELLER,

        By:    <u>s/ JOHN E. CASSIDY, III</u>
                Attorneys for the Defendant,
                MACON COUNTY, ILLINOIS

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Diane Baron | dbaron@clausen.com, pkebr@clausen.com |
| Melissa McGrath | mmcgrath@tnwlaw.com |
| Karen McNaught | kmcnaught@atg.state.il.us, jginter@atg.state.il.us, lbrewer@atg.state.il.us |
| Terence J. Corrigan | tcorrigan@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us |
| Andrew M. Ramage | aramage@hinshawlaw.com, vscott@hinshawlaw.com |

                                                 s/     JOHN E. CASSIDY, III
                                                           CASSIDY & MUELLER
                                                           416 Main Street, Suite 323
                                                           Peoria, IL  61602
                                                           Telephone: 309/676-0591
                                                           Fax: 309/676-8036
                                                           E-mail: jcassidy@cassidymueller.com