IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>　　　　　　Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:04-cv-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO MACON COUNTY'S RECENT MOTIONS**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder) by her counsel, Melissa McGrath of Thomson & Weintraub respectfully seeks an additional seven (7) days to file her response to Defendant, Macon County's Motion to Dismiss Plaintiff's Complaint and Motion to Strike Jury Demand and Exclude Compensatory Damages. In support Plaintiff states:

1.　　On June 9, 2005, Macon County filed the Motions identified above.

2.　　As a result of computer problems in the law office of Plaintiff's counsel, Plaintiff's counsel was unable to retrieve the motions filed by Macon County until June 10, 2005.

3. Plaintiff's responses to Defendant's Motions are presently due on June 23, 2005.

4. Since receipt of Macon County's Motions Plaintiff's counsel has been unavailable to prepare her responses as a result of numerous depositions, court hearings and administrative proceedings.

5. Presently, Plaintiff's counsel is in trial June 22, 2005, through June 24, 2005.

6. Plaintiff's counsel has insufficient time to prepare her responses by the deadline previously set.

WHEREFORE, Plaintiff respectfully requests an extension of time to file responses to Defendant, Macon County's Motion to Dismiss Plaintiff's Complaint and Motion to Strike Jury Demand and Exclude Compensatory Damages, to June 30, 2005.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on June 21, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Subscribed and sworn to before me this 21 day of June, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com