**E-FILED**
Wednesday, 29 June, 2005  03:19:02 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:04-cv-1360 |
| JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY) | ) ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| MACON COUNTY, | ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S RESPONSE TO MACON COUNTY'S MOTION TO DISMISS AND MOTION TO EXCLUDE COMPENSATORY DAMAGES AND STRIKE JURY DEMAND

Plaintiff, Melissa Robinson, by her counsel, Thomson & Weintraub provides the following in response to Macon County's Motion to Dismiss and Motion to Exclude Compensatory Damages and Strike Jury Demand:

1. Macon County's "Motion to Dismiss" is a fourth Motion for Summary Judgment.

2. This Court and the Seventh Circuit Court of Appeals has already rejected the majority of Macon County's contentions raised in its recently filed Motion.

3. As such, the Law of the Case precludes Macon County from contending it cannot be liable because it had no agency relationship with Judge Warren A. Sappington.

4. Macon County should be precluded from contending it cannot be held to a vicarious liability standard.

6.    Macon County has never contended the negligence standard applied to its potential liability.

7.    Macon County should be precluded from contending the negligence standard applies to it at this juncture.

8.    Macon County's motions are too late.  This matter is set for trial August 15, 2005.

9.    Macon County could have raised the same issues six (6) years ago, in its first Motion for Summary Judgment, its Second Motion for Summary Judgment, its Third Motion for Summary Judgment or in the appeal to the Seventh Circuit Court of Appeals.

10.    Macon County's motions should be denied in their entirety.

11.    Alternatively, Macon County should be held to a negligence standard.

12.    Plaintiff can proceed with her compensatory damages and jury trial demand against Macon County because the intentional conduct at issue is that of Judge Warren A. Sappington and Macon County can be held liable for those behaviors as Plaintiff's employer.

WHEREFORE, Plaintiff, Melissa Robinson, respectfully requests that this Court deny Macon County's Motion to Dismiss and Motion to Exclude Compensatory Damages and Strike Jury Demand.  Pursuant to 28 U.S.C. § 1927, Plaintiff also seeks attorney fees incurred in this matter.

Respectfully Submitted,
MELISSA ROBINSON,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

**THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>                Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br><br>                Defendant,<br><br>MACON COUNTY,<br><br>                Defendant. | Case No. 1:04-cv-1360 |

**CERTIFICATE OF SERVICE AND NOTICE OF FILING**

I hereby certify that on June 29th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458

Subscribed and sworn to before me
this 29th day of June, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008