E-FILED
Wednesday, 29 June, 2005  03:48:53 PM
Clerk, U.S. District Court, ILCD

No. 02-3316

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MELISSA ROBINSON, ) | Appeal from the United States |
| (f/k/a MELISSA SCHROEDER), ) | District Court, Central District |
| Plaintiff, ) | of Illinois, Urbana Division |
| ) | |
| vs. ) | |
| ) | |
| JUDGE WARREN A. SAPPINGTON, ) | |
| SIXTH JUDICIAL CIRCUIT, ) | |
| (IN OFFICIAL CAPACITY AND ) | |
| INDIVIDUALLY), ) | Case No. 99-2266 |
| Defendant, ) | |
| ) | |
| MACON COUNTY, ) | |
| Defendant, ) | |
| ) | |
| JOHN P. SHONKWILER, CHIEF JUDGE, ) | David G. Bernthal, |
| SIXTH JUDICIAL CIRCUIT, MACON ) | Magistrate Judge |
| COUNTY CIRCUIT COURT, MACON ) | |
| COUNTY, (IN OFFICIAL CAPACITY ) | |
| AND NOT INDIVIDUALLY), ) | |
| Defendant. ) | |

---

## BRIEF AND ARGUMENT OF DEFENDANT-APPELLEE
## MACON COUNTY

---

JOHN E. CASSIDY, III
CASSIDY & MUELLER
323 Commerce Bank Building
416 Main Street
Peoria IL 61602
(309) 676-0591

COUNSEL FOR THE DEFENDANT-
APPELLEE, MACON COUNTY

Oral Argument Requested

Plaintiff's Exhibit 2