E-FILED
Friday, 01 July, 2005 01:56:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>　　　　　　Defendant,<br>MACON COUNTY,<br><br>　　　　　　Defendant. | Case No. 1:04-cv-1360<br>Honorable Michael M. Mihm |

**MOTION TO FILE REPLY TO PLAINTIFF'S RESPONSE TO
MACON COUNTY'S MOTION TO DISMISS AND MOTION TO
EXCLUDE COMPENSATORY DAMAGES AND MOTION FOR ORAL ARGUMENT**

NOW COMES the Defendant, MACON COUNTY, by its attorneys, CASSIDY & MUELLER, and for its Motion to File Reply to Plaintiff's Response and for its Motion for Oral Argument states as follows:

1.    That attached hereto and made a part hereof is MACON COUNTY'S proposed Reply to Plaintiff's Response to MACON COUNTY'S Motion to Dismiss and Motion to Exclude Compensatory Damages.

2.    That the issue of employer liability in a Title VII hostile work environment claim is extremely complex in that there are three categories of harassers: (1) supervisor of a plaintiff/victim; (2) co-workers; and (3) non-employee harassers.

3.    The United States Supreme Court has only decided the issue of employer liability concerning harassment by supervisors.

4.    Little or no decisions have been rendered regarding an employer's liability for

harassment perpetrated by non-employees since the Supreme Court's first pronouncement on employer liability in harassment cases in the *Ellerth* and *Faragher* cases.

5. The Supreme Court and the Seventh Circuit have never decided the standard of employer liability for harassment perpetrated by non-employees and no decision has ever decided the relationship between a Title VII plaintiff's right to compensatory damages under Section 1981(a) when harassment is perpetrated by a non-employee.

6. The issue of how non-intentional employer discrimination is established when a non-employee is the perpetrator of the harassment raises complicated issues of agency law, imputed liability and the fundamental issue of the standard of employer liability.

7. Plaintiff's response failed to address these substantive issues but instead relies upon technicalities regarding the timeliness of the motions and "law of the case" which were not addressed in MACON COUNTY'S initial motions.

8. Since Plaintiff has raised issues not heretofore addressed by MACON COUNTY, MACON COUNTY respectfully requests that the court allow it to file the attached reply addressing these matters.

9. Because of the novelty and complexity of the issues raised in MACON COUNTY'S two motions, MACON COUNTY respectfully requests the court to allow it to engage in oral argument on these two issues.

WHEREFORE, the Defendant, MACON COUNTY, respectfully prays that it be allowed to file the attached reply to Plaintiff's response *instanter* and that the court allow oral argument on these issues.

CASSIDY & MUELLER,

By:   s/ JOHN E. CASSIDY, III
Attorneys for the Defendant,
MACON COUNTY, ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Diane Baron | dbaron@clausen.com, pkebr@clausen.com |
| Melissa McGrath | mmcgrath@tnwlaw.com |
| Karen McNaught | kmcnaught@atg.state.il.us, jginter@atg.state.il.us, lbrewer@atg.state.il.us, bmyers@atg.state.il.us |
| Terence J. Corrigan | tcorrigan@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us, bmyers@atg.state.il.us |
| Andrew M. Ramage | aramage@hinshawlaw.com, vscott@hinshawlaw.com |

s/   JOHN E. CASSIDY, III
CASSIDY & MUELLER
416 Main Street, Suite 323
Peoria, IL 61602
Telephone: 309/676-0591
Fax: 309/676-8036
E-mail: jcassidy@cassidymueller.com