# Authorization for Release of Information

I authorize __Robert L Cokley, Ph.D_____ to release
                        (facility/therapist)

__psychosocial information and records_____
                  (specific nature of information to be disclosed)

about __Melissa Robinson_____ to
                    (recipient's name)

__Melissa M. McGrath, Thompson & Weintraub 105 N. Center St. P.O. Box 3577__
      (receiving agency/person) 309-829-7069    (address) Bloomington, IL 61702

for the purpose of __Verifying information_____.

This consent is valid until __3/5/02_____.
                              (month/day/year)

I understand that I may revoke this consent at any time and that the above-named person authorized to receive this information has the right to inspect and copy the information to be disclosed.

It has been explained to me that if I refuse to consent to this release of information, the following are the consequences:

(specify, if any) __no information will be released_____

                                                    __Melissa Robinson__
                                                          (signature)
_____
(minor recipient, 12-17 inclusive)                      __3-8-01__
__Sady Harris__                                           (date)
    (witness)                                   *Info. on Melissa Robinson only.
__3-8-01__
   (date)

If the signature is not of recipient, indicate legal relationship to recipient and legal basis on which consent is given for recipient.

NOTE TO RECEIVING AGENCY/PERSON: Under the provisions of the Illinois Mental Health and Developmental Disabilities Confidentiality Act, you may not redisclose any of this information unless the person who consented to this disclosure specifically consents to such redisclosure.

Under the Federal Act of July 1, 1975, Confidentiality of Alcohol and Drug Abuse Patient Records, no such records, nor information from such records may be further disclosed without specific authorization for such redisclosure.


DEFENDANT'S EXHIBIT A

December, 1990

3/19/98    #1

Melissa Lynn Robinson, 26 yr. B.A. 4 wks pfld
↳ Non Smoker        Working M.S.W. U of I
  Non Drug user

- Handicapped
  Soc/ed Asscn Independent living

Fred the John Robinson, 42 Attorney for City Peoria
  ↳ Married  ↳ former States Attorney, Woodford County.
  ↳ wife, Michelle Preikitis, 33 yr. (→ Remarried 2 mos. of P.
  ex-attorney Keyboard, Shifler

Donald Schroeder, 28 yr. Supervisor Misery Auto Body
  ↳ H.S. few College         Computer Systems -
    A very dependent when 1st married & grew independent
  ↳ Divorced husb Feb. 97, ~ 3/89 — (Separated July 96)
  Pt. unmarried age 17. Pt. pregnant much 19 yr.
  & baby died 5 mos after birth   to surgery. Shut
  Pt. fell @ 6 mos. preg.
  2 children:
    Abby 4 yr ♀              Lives w/ these
    Mickey 3 yr ♀            Stepchildren → physically aggressive child
                             Wesley 6 yr
                             Sean 8 yr

Pt. had been friends c Jon Robinson's wife, Michelle Robinson,
who divorced Jon. Pt. started see Jon Robinson after
Pt. judicial Secretary, Judge   Seppington 3 yrs..
Pt. informed Judge S. in July 96 & Judge started making inappropriate
& increasingly obsessed c Pt. Pt. informed Judge S. informed
her he was asking himself if he could crossing lives together
all weekend & decided he should be her (Pt's) protector.

Present: ① Dealing c̄ stress of Complaint Human
Rights Commission against Judge Say.
                    ↳ Attorney Wallace McGrath

② ☆ Step Son 6 yr. - Wesley - causing
conflict. ⎡ picks on Mickey
           ⎣ Poor Socialization Skills
Very aggressive, Mocks p

PY's Husb. protective, Wesley, & husb.
discussing child rearing practices c̄ Son.
R/ Think stepson needs counselling.

4/16/98

Melissa Robinson

Pt. having difficulty handling Wesley 6yr. who threw & hit Abby 4yr in face c̄ Abby's doll. Wes. admitted he intended hit

Pt. having conflict c̄ new husb. over child rearing practices c̄ Wes.

Husb. doesn't establish consequences c̄ Wes aggressive

Wes tried choke another girl @ school & girls mother called Sch. @ Holy Family. —

It sounds like Wes, brother, Michelle, is not pleased c̄ Jon remarrying Melissa. Melissa had friend of Michelle prior divorce for 3yrs.

x/ Husb. threatened to leave her if she can't w/o control Wes

4/23/98

Melissa
& Jordan

Discuss probs ≈ Wes.

John thinks Wes dislikes Missey

John tried to be Wes's buddy &

Tom & Sid — Steams

Wes learned to manipulate —

Wes has trouble handling his brother Sean 7yr.
mature

\* Social reinforcement Skills for accomplishment
  verses primary reinforcement

John thinks Wes gets under Melissa's

Differences in 1) Acceptable behav.
              2) Discipline Agree
              3) Establish

4/27/98      Melissa Robinson

Pt. comes in crying. Husb. was hostile č her last Thurs. evening. Husb. accused Pt. of yelling @ him (husb).

↑ Conflict č husb. over Stg 2 Dom, Wes,

Wes denied → (Mickey & Abbey) 3 yr. attended to his B.D. party.

Pt. thinks husb may be an alcoholic.

R/s another had rejected pt. for as long Pt. can recall.

1/8/98                                    Melissa Robinson

Pt. bringing list of conjugal / conflictual.

Wife, Father, Competitor

Pt. indecisive abt Future ō husb.
& conflict over Children


6/8/98                          Melissa Robinson
                                    & Jon
Pt. having conflict husb's ex-wife, Michelle, accusing
Missy ~~&~~ of neglect ref. situation Galleria ref.
~~Missy~~ Michael getting lost.
Shane backed wes
Jon feels wife ~~can~~'t accept wes,
   that they wouldn't force each other to change
   If he has an idea, Missy always has another.
Who is going to control marriage, The join family,
   the ~~~~ Child Rearing Practices

6/11/98    Missey

Pt indecisive abt. divorce

Pt. unable handle pressure
Husb. + arguementative behav-
over children.

---

6/18/98    Missey

Husb. blaming Missey for all their
conflict.
Pt. unable handle conflict over
child rearing practice issues c̄ her
children & ~~~~ Stepchildren.
Major altercation Tues. Noc., John accusing
Pt. of mistreating Wes (Stepson). John
thinks Missey is undermining his authority c̄
his sons, Wes & Shawn.
? who is in control of Marriage  Central Issue
Missey or John.

7/1/98                    Messy

Pt. thinks husb, John, making effort.

Conflict over Childrearing

Pt. going Class ~~M~~ June 15-Aug 1st 14 classes
& Weds Noc. 6-10p
↳ Social Work Intervention.
Test every Mon & Weds

Pt. working 8-4:30       Sail (Soyland Access
                          to independent h.s. deg)

Husb threatened by


7/15/98                    Messy

Pt. having ↑ conflict c̄ husb. that husb's said came
1st & him (Pt) last.
Pt. does all the ~~mowing~~ of grass, laundry,
~~dress~~ all housework, & all cooking & Husb.
spends time reading private books. 20 Bks
in series 500 page each & husb reread books x 6
in 3 yrs. (Husb escaping into books & ignoring
~~Rx wife~~ & stressors over children &
conflict c̄ Pt.) Husb. made 3 different comments
~~it~~ indicating if wife (Pt) wasn't around he would
hope it was quick & painless.

7/29/98            Melissa

Pt. has been "detaching" more & more from husb.

Husb's drinking ↑ in past 2 wks.

Pt. received A - Social Work Interventions

Aug 2# Resch All of Pech. Soc.W. K Easter IV, Human Behav I
        Statistics                                    Iowa Univ
                                                      Correspondence

Hearings are pending.

8/26/98            Melissa Robinson

Pt. has noticed husb. has a pattern of ignoring & & hostile when husb. has the boys.

Pt indecisive

9/8/98                                Melissa Robinson

Pt. reports some ↓ in conjugal conflict however, pt. fears husb. will return to aggressive hostile behavior.

Pt. worried abt. 5yr. daughter, Abbey, who doesn't want visit father → Don & new stepmother of (3 mos.) (↑ sexual.)

10/1/98                               Melissa Robinson

Pt. upset c̄ ex-husb., Don, who was verbally threatening her (Pt.) re: visitation. Husb. not following the visitation schedule as ordered by the Court.

Pt. continues c̄ litigation c̄ Judicial Inquiry Board.

10/15/98   Melissa Robinson

Ex husb's wife ~~Don Pauschrödder~~ [Don Pauschrödder] demanded Pt. to turn the children over to her. 2 wks ago. Attorney Jay Watts, Pt. filed petition to modify child support & visitation.

Ex husb. threating to take custody away from Pt.


10/29/98   Melissa Robinson

Pt. fearful of Judge Sappington's reaction to Judicial inquiry Board. Pt. advised to before & after for possible physically irrational &/or violent behavior to her if Judge Sappington sees no way out. Pt. to inform husb. of Judge Sappington's possible violent behavior potential.

Ex husb. refusing to pay anything for girls.

12/10/98        Melissa

R's exhusb. resigned from Saffery's. Business & will work for American Family. Spfld. Pt. having to go back court Spfld. ref Child Support

Pt having ↑ conflict c̄ husb. who has been hostile

John drinking St. Louis c̄ friends & verbally attacking Pt...

1/19/99 → Melissa Robinson

R. under a lot stress from exhub; Dar, battling her over children. Oldest Daughter, Abigail, depressed fa. not calling her.