**E-FILED**
Monday, 01 August, 2005 09:00:17 AM
Clerk, U.S. District Court, ILCD

1/2/02 Missy Robinson

stepson, Shawn, has been ignoring both girls. Shawn refuses to respond questions from girls & Pt. unless father present. Recently Shawn distant from father. Father acknowledge Shawn had been angry @ their house

1/7/02 Missy Robinson

Pt indecisive, ↑ anxiety in handling stepsons hostility to Pt. & girls. Pt. trying improve rel. ē stepsons toward the girls.




CONFIDENTIAL

4/8/02

Missey Robinson

Pt. ↑ depression stress after reading summary judgements ref. case anticipating trial in 4wks. Found out Friday after the case federal Judge Champaign dismiss case on summary judgements. Pt. overwhelmed not knowing what to do. indecisive

4/18/02 Missey Robinson

Pt. having problems handling conflict c̄ husb. over stepson.
Husb. has been belittling pt. while on hike. Pt. trying not blame herself for husb. hostile behavior toward pt.



CONFIDENTIAL

4/25/02 Missey Robinson

Pt. reports Husb apologized for ~~his~~ to her in a note.

Pt. plans to use paradoxical responses when husb is critical of her.

Husb. appears to be making positive progress in reducing hostility.



CONFIDENTIAL

5/30/02 Missy Robinson

Pt. feeling life on hold waiting for judge make decision.
Pt trying to work through daughters reluctancy to visit c father.

6/20/02 Missy Robinson

Pt. indecisive & anxiety. Pt. continues to talk c daughters over problems they are having with stepbrother, Sam.
The girls not wanting cause trouble c father.



CONFIDENTIAL

6/25/02) Wm. Robinson

Pt continues to work with girls over their problems c̄ step brother Sam.

Pt. & husb. getting along much better

Indecisive of handling ex husb. and conflict girls are having c̄ stepbrother. Fears ex husb. may over react &/or his new wife may take issue c̄ girls complaints,



CONFIDENTIAL

7/11/02 Miriam Robinson

Pt ↑ anxiety → over pending court decision & appeal process. Pt. worried abt. daughters not wanting to visit c father because conflict step brother to whom has been aggressive to them since the girl. Pt indecisive in handling ex husb

8/1/02 Miriam Robinson

Pt. having ↑ anxiety over appeal & children. Ex husb is giving up all visitation except every other weekend. Husb. used to get kids Now Summer every Weds & every other wkend Summer gets 2 wks, every Weds every other Thurs & other weekend. Daughter, Abbey, blaming herself. Stepbrother, Sam, 9 yr held Abbey head under water in pool, slammed Abbey's head into tree. Pt. related above incidents to ex husb. as girls informed Pt. Ex husb new wife hostile, verbally, to Pt.

00432

CONFIDENTIAL

8/15/02 Missay Robinson

Pt. hasn't heard anything about court appeals ↓ anxiety & feeling he realized it is just going to be protracted matter.

Feels ex-husband's wife is pushing him to DC visits c̄ daughters.



CONFIDENTIAL