LAW OFFICES

ALAN I. WEINTRAUB
KATHLEEN McDONALD KRAFT
GINA L. WOOD
TERENCE B. KELLY
MELISSA M. McGRATH
DREW QUITSCHAU

# THOMSON & WEINTRAUB

105 NORTH CENTER STREET
POST OFFICE BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
(309) 829-7069
FAX (309) 827-3458
*http://www.thomsonandweintraub.com*

CHESTER THOMSON
(1910-1977)

OF COUNSEL:
W. LOREN THOMSON

PARALEGAL:
JACOB D. MARSH

---

The information contained in this facsimile message is attorney privileged and/or confidential information and intended only for the use of the individual or entity named below. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify this office by telephone at the number above and return the original message to this office at the above address. Thank you.

---

### Facsimile Coversheet

**To:**              Ms. Karen McNaught

**Fax Number:**      217/524-5091

**From:**            ___ Alan I. Weintraub          _X_ Melissa M. McGrath
                     ___ Kathleen McDonald Kraft    ___ Susan Frances
                     ___ Terence B. Kelly           ___ Drew Quitschau
                     ___ Gina L. Wood
                     Other _____

**Date:**            July 27, 2005

**RE:**              Schroeder v. Sappington, et al

**Pages (including Cover Sheet):**   4 1

✔ Hard copy to follow        Hard copy <u>not</u> to follow

If there are any problems with this transmission, please contact __Shelly__ as soon as possible at (309) 829-7069. Thank You.



Illinois Attorney General
*GENERAL LAW DIVISION*

JUL 2 7 2005

SPRINGFIELD
**RECEIVED**



DEFENDANT'S EXHIBIT
D

LAW OFFICES

# THOMSON & WEINTRAUB

ALAN I. WEINTRAUB
KATHLEEN McDONALD KRAFT
GINA L. WOOD
TERENCE B. KELLY
MELISSA M. McGRATH
DREW R. QUITSCHAU

105 NORTH CENTER STREET
POST OFFICE BOX 3577
BLOOMINGTON, ILLINOIS 61702-3577
(309) 829-7069
FAX (309) 827-3458
http://www.thomsonandweintraub.com

CHESTER THOMSON
(1910-1977)

OF COUNSEL:
W. LOREN THOMSON

PARALEGAL:
JACOB D. MARSH

July 27, 2005

### Via Facsimile & US Mail

Ms. Karen McNaught
Chief, General Law Bureau
500 S. Second Street
Springfield, Illinois 62706
FAX: 217/782-8767

Ms. Diane Baron
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098
Fax: 312/606-7777

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602
Fax: 309/676-8036

Re:    *Schroeder v. Sappington, et al*

Dear Counsel:

Attached please find additional mental health records provided to me by Dr. Cokley. I believe some were provided earlier. I am providing them to you merely as an update to Plaintiff's Exhibit 21. Dr. Cokley had also provided to me the attached updated Vitae which will substitute for Plaintiff's Exhibit 20.

Sincerely,

Melissa McGrath

MMM/amp
Attachment
cc:    Ms. Melissa Robinson

## Vita on Robert L. Cokley, Ph.D

**PERSONAL INFORMATION** (rev. 07/25/05)

Date of Birth: February 10, 1942
Marital Status: Married
Business Address: 348 W. Prairie Ave., Ste 3, Decatur, IL 62522
Business Phone: (217) 422-0053

**EDUCATIONAL HISTORY**

Ph.D. degree, School of Social Work, University of Illinois, Champaign-Urbana, IL.
Major area of study – Mental Health. 1973-October 15, 1977

M.S.W. degree, Graduate School of Social Service, St. Louis University, St. Louis, MO. Major area of study – Mental Health. September 1966 – June 1, 1968

B.A. degree, Northern Illinois University, DeKalb, IL, with a major in Psychology.
September 1962 – August 5, 1965

Attended Purdue University, Calumet Campus, Hammond, IN 1960 – 1962 and 1964-1965.

**LICENSE/CERTIFICATION AND PROVIDERSHIPS**

Licensed Clinical Social Worker Doctorate #149-000865 issued 12/22/89
Clinical Social Worker Temporary License 5/30/89
Certified Social Worker, State of IL, 1969, 5/30/89
Clinical Social Worker, Medicare Provider 2/19/91
Illinois Sex Offender Management Board (SOMB) Evaluator/Treatment Provider (Adults and Juveniles) 2004
CIGNA, Connecticut General Life Ins. Co. – General Motors Mental Health Provider Preferred Healthcare Provider
Health Alliance
State of Illinois – Central Management Services Provider
Piney Ridge Center, Inc.
Magellan Services, Inc.
Blue Cross Blue Shield of Illinois
United Behavioral Systems (UBS)
Value Behavioral Health, Inc.
MEDCO Behavioral Care System Corporation
U.S. Behavioral Health
Personal Care
Value Options
CIGNA Behavioral
Private Healthcare Systems (PHCS)
Consociate Group
BCE Emergis
Humana
New Directions
United HealthCare
Aetna

REVISED
**PLAINTIFF'S EXHIBIT**
20
1:04-cv-1360

# Vita on Robert L. Cokley, Ph.D

## PROFESSIONAL ACTIVITIES, ASSOCIATIONS, CONTINUING EDUCATION AND HONORS

Attended "Sex Offending Processes and Management Skills – Topics: *Offending Processes including Offense Chains; Cycles; the Pathway Model and Beyond; *Internal Management Skills and Interventions; *Polygraph Use in Treatment and Supervision – The Containment Approach" Presenters: Mark Carich, Ph.D., LCPC, and Terry Campbell, M.S., LDDE, LCPC. Sponsored by Campbell's Forensic Services and Chestnut Health/Lighthouse Institute. Route 66 Hotel & Conference Center, Springfield. IL. 07/22/05 6 CEU Hours

Attended "Autism and Asperger's Disorder – An Update on Understanding and Interventions" Presented by Dr. Fred Volkmar (Child Psychiatrist), Co-Sponsored by The Human Services Education Council, Inc, Memorial Behavioral Health Group, and The Autism Project at The Hope School, in cooperation with the National Association of Social Workers-IL, Springfield District, Springfield, IL. 04/15/05 6 CEU Hours

Attended "To Tell the Truth: The Use of the Polygraph with Juvenile Sex Offenders and the Latest in Polygraph Research" Presented by Kim English. Sponsored by Twin Cities Behavioral Health, ISU Bone Student Center, Normal, IL. 04/08/05 6 CEU Hours

Attended "Anger: Effectively Managing a Necessary Emotion" Presented by Margaret Wehrenberg, Psy.D. Licensed Clinical Psychologist in the State of Illinois. Sponsored by AATP Seminars, Prairie Heart Institute St. John's Hospital Springfield, IL. 12/10/04 3 CEU Hours

Attended "Uncovering Anxiety & Depression Disorder" Presented by Haydn Michael Thomas, M.D., President, Medical Director of CTT. Inc. Sponsored by ADM, Chestnut Health Systems, New Directions Behavioral Health, Decatur Memorial Hospital and St. Mary's Hospital. ADM Global Training Center, Decatur, IL. 10/28/04

Attended "Community Initiatives on Depression" Presented by Maureen T. Hennessey, Ph.D., Executive Vice-President/Chief Clinical Officer New Directions Behavioral Health. Sponsored by ADM, Chestnut Health Systems, New Directions Behavioral Health, Decatur Memorial Hospital and St. Mary's Hospital, ADM Global Training Center, Decatur, IL. 10/28/04

Attended " Addiction As A Solution To Trauma- Understanding Addiction Interaction Disorder, Trauma Bonds, and Sexual Addiction" Presented by Patrick J. Carnes, Ph.D., CAS Co-Sponsored by The Human Services Education Council, Inc., Memorial Behavioral Health Group; in cooperation with the National Association of Social Workers-IL. Springfield District. Wedeberg Conference Center at Memorial Medical Center, Springfield, IL. 10/29/04 6 CEU Hours.

Attended "Trendy Drugs of Abuse" Presented by Trinka Porrata for Prairie Center Health Systems, Inc. Sponsored by Project X Training Course. Normal, IL. 10/08/04 5 CEU Hours.

Attended "Asperger's Syndrome and Autism Spectrum Disorders in Children and Adolescents" Presented John M. Ortiz, Ph.D. Sponsored by Health Education Network, LLC. Bloomington, IL. 09/29/04 6 CEU Hours.

Attended "Emotion-Focused Therapy" Presented by Gary R. Hill, Psy. D., LMFT, CADC, Wilmette, IL. and Northwestern University, Evanston. Sponsored by Academy of Addictions Treatment Professionals. Prairie Heart Institute, St. John's Hospital, Springfield, IL. 06/11/04 6 CEU Hours

Attended "Issues in the Management of Depression" Presented by Dr. David E. Goldman, JD, DO, FCLM. Sponsored by GlaxoSmithKline Pharmaceuticals. Decatur Country Club, Decatur, IL. 03/25/04

Attended "Clinical Pearls in the Treatment of Migraine" Presented by Dr. Mark Green, Clinical Professor of Neurology at Columbia University, New York, N.Y., Co-Director of the Headache Center at Columbia University. Sponsored by GlaxoSmithKline Pharmaceuticals. Country Club of Decatur, IL. 8/13/03

2

## Vita on Robert L. Cokley, Ph.D

Attended " Survey of ADHD Through the Life Cycle" Presented by Jerold J. Kreisman, M.D., Associate clinical Professor Allied Behavioral Consultants, Inc., St. Louis, MO. Sponsored by Shire US. Hickory Point Banquets, Forsyth, IL. 7/29/03

Attended "Updates On Depression Diagnosis and Care for the Family Practice Provider" Presented by Dr. Linda Derum. Sponsored by GlaxoSmithKline Pharmaceuticals. Marcia's Waterfront, Decatur, IL. 7/3/03

Attended "Refining the Management of Depression: Single Isomers and the Next Generation of Antidepressants" Presented by Gordon Robinson, M.D. Sponsored by Forest Pharmaceuticals, Inc. Marcia's Waterfront, Decatur, IL. 04/15/03

Attended "Current Concepts in the Treatment and Management of ADHD" Presented by Craig Clark, M.M. Child & Adolescent Psychiatrist, Clinical Professor, Vanderbilt University Medical School, Sponsored by McNeil Pharmaceutical, Jimmy Ryans, Decatur, IL. 04/09/03

Attended "ADHD Over A Lifetime: Nature and Management" Presented by Russell A. Barkley, Ph.D. Sponsored by The Human Services Council, Inc. Wedeberg Conference Center at Memorial Medical Center, Springfield, IL. 04/04/03 6 CEU Hours

Attended "Current Options in the Treatment of Depression" Presented by Dr. David Goldman, JD, DO, FCLM (also an accomplished magician), Springfield, IL. Sponsored by GlaxoSmithKline, Marcia's Waterfront Restaurant, Nelson Park, Decatur, IL. 04/01/03

Attended "What You Don't Know CAN Hurt You" Presented by Sandra G. Nye, J.D., MSW, Chicago, IL. Sponsored by Human Services Education Council, Inc., National Association of Social Workers of IL.-Springfield District, Catholic Charities of Diocese of Springfield, IL., Signature INN, Springfield, IL. 01/31/03 6.5 CEU Hours

Attended ADHD: New Concepts, New Treatment" Presented by William Jones III, M.D., Mishawaka, IN. Sponsored by Shire US Pharmaceuticals, Chancellor Hotel, Champaign, IL. 09/22/02

Attended "Isomer Science and New Treatment Strategies for Depression" Presented by David Goldman, D.O., Psychiatrist, Springfield, IL. Sponsored by Forest Pharmaceuticals, Blu Phoenix, Decatur, IL. 09/17/02.

Attended "Attention to Life" Presented by Lawrence L. Kerns, M.D., Child and Adolescent Psychiatrist, Barrington, IL. Sponsored by Shire US Pharmaceutical, Marcia's Waterfront, Decatur, IL 06/27/02.

Attended " The Abusive Personality: New Methods of Assessment and Treatment in Domestic Violence" Presented by Donald Dutton, Ph.D. Sponsored by Specialized Training Services, Ramanda Plaza Hotel O'Hare, Rosemont, IL 06/04/02-06/05/02 14 CEU Hours.

Attended "Trauma-Based Disorders: Theory and Treatment Techniques." Presented by: Laura Noll Psy. D. Director of Masters and Johnson Trauma Based Disorders Program, Two Rivers Hospital Kansas City, MO. Sponsored by Danny Mullane BSN. MSA Renaissance Springfield Hotel, Springfield, IL. 04/25/02 3 CEU Hours

Attended "Predicting the Risk of Future Violence: Violence, Stalking and Threat Assessment". Sponsored by: Human Services Education Council, Inc. and Memorial Behavioral Health Group. Presented by: Reid Meloy, Ph.D. ABPP Memorial Medical Center, Springfield, Illinois. 11/29/01-11/30/01 12 CEU Hours.

3

# Vita on Robert L. Cokley, Ph.D

Attended "2001… an Odyssey of Enlightenment, Empowerment, and Recovery". Surviving Serious Mental Illness- The Inside Scoop on Coping, Dr. Frederick Frese; Anxiety and Mood Disorders Across the Female Reproductive Cycle, Dr. Laura Miller; Red Flags: A Childhood and Adolescent Depression Awareness & Intervention Program, Dr. Penny Frese; The Value of Atypical Antipsychotic Medications, Dr. David Levine; Psychiatric Treatment of Aggression in Children and Adolescents, Dr. David Decker; Keynote Address, Claire Frese will present "Childhood Depression – A Personal Story"; Stop the Revolving Door: Children and Adolescents with Multiple Psychiatric Disorders, Dr. Bette Ann MacIntoch. Sponsored by: NAMI Illinois 2001 Annual Conference, Crown Plaza Hotel, Springfield, IL. 10/19/2001 thru 10/21/2001  12.5 CEU Hours.

Attended "Violence Risk Assessment & Threat Assessment in Schools" Sponsored by: St. Mary's Hospital. Presented by: Randy Borum, Psy.D. Richland Community College, Decatur, Il.  09/13/2000 6 CEU hours.

Attended, "What Works in Therapy: Client-Directed Outcomes in Counseling" Sponsored by: Memorial Behavioral Health Group. Presented by: Scott Miller, Ph.D. Springfield, IL 4/13/00-4/14/00 12 CEU hours.

Attended, "Certification for Involuntary Commitment: A Workshop for L.C.S.W.'s, L.C.P.C.'s and Other Qualified Examiners." Sponsored by: St. Mary's Hospital. Presented by: Steve Rathnow, M.A., L.C.P.C., Decatur, IL 3/14/00, 2.0 CEU hours.

Attended, "Serotonin System in Depression: Recent Pharmacological Advances." Sponsored by: Bristol-Myers Squibb. Presented by: Thomas Lee, Dir. of Psychiatry, Silver Cross Hospital Joliet, IL Decatur, IL 9/7/99

Attended, "Advances in SSRI Therapy." Sponsored by: Forest Pharmaceuticals. Presented by: Dr. Gordon Robinson, St. John's Mercy Medical Hospital – St. Louis, MO, Decatur, IL 8/26/99

Attended, "Confidentiality: What's Secret, What's Not?" Sponsored by Training Education Coordinating Committee. Presented by: Sandra Kopels, JD, MSW, Urbana, IL 5/14/99, 3.0 CEU Hours.

Attended, "Testifying: What You Need To Know Before You Take The Stand." Sponsored by Training Education Coordinating Committee. Presented by: Julia Rietz, JD, Urbana, IL 5/14/99, 3.0 CEU hours

Attended, "Residential Placement Treatment for Children & Adolescents." Sponsored by St. Mary's Hospital, Decatur, IL. Presented by: John Duchene, L.C.S.W., Decatur, IL 3/23/99, 2.0 CEU hours

Attended, "Hope for High Risk & Rage-Filled Children." Sponsored by: Memorial Behavioral Health Group & Human Services Education Council, Inc. Presented by: Foster W. Cline, M.D., Springfield, IL 1/27/99, 6.0 CEU hours

Attended, "Mediation a Works in Process," Sponsored by: The Mediation Council of Illinois 1998 Annual Conference, Willowbrook, IL 5/1 & 5/2/98, 12.5 CEU hours

Attended, "Critical Incident Stress Management," Sponsored by: University of Illinois School of Social Work, Urbana-Champaign, IL 4/24/98, 6.5 CEU hours

Attended, "The Aging of the Brain, The Aging of the Mind." Presented by: Sanjiv Narayan, M.D., Springfield, IL 4/17/98, CEU 6 hours

Attended, "When the Chips Are Down: Behavior Management Strategies for Children and Adolescents with Attention Deficit Disorders or Learning Disabilities." Sponsored by: Ch.A.D.D. of Sangamon County, The Child and Adolescent Center Memorial Behavior Health Group; Speaker: Richard Lavoie; Springfield, IL, 3/7/98, CEU 2.5 hours

4

# Vita on Robert L. Cokley, Ph.D

Attended, "Last One Picked, First One Picked On: The Social Implications of Learning Disabilities and Attention Deficit Disorders," Sponsored by: Ch.A.D.D. of Sangamon County, The Child and Adolescent Center Memorial Behavioral Health Group; Speaker: Richard Lavoie; Springfield, IL 3/7/98, CEU 2.5 hours

Attended, "Anxiety, Personality, & Somatic Disorder: The Serotonin Connection," Speaker: Paul J. Markovitz, M.D., Ph.D., Decatur, IL 2/19/98

Attended, "Law in the Everyday Practice of Behavioral Health," Sponsored by: Behavioral Health Care Affiliates & St. Mary's Hospital, Speaker: Sandra G. Nye, J.D., M.S.W., Decatur, IL CEU 6 hours, 10/10 – 11/97

Attended, "Hormones & Headaches," Presented by: Cerenex Pharmaceuticals, Speaker: Dr. Merle Diamond, Dalton City, IL 7/17/97

Attended, "Solution-Oriented Brief Therapy," Presenter: Matthew Selekman, LCSW, Urbana, IL CEU 7 hours 5/9/97

Attended, "Differentiating Emotionally Disturbed from Conduct Disordered and/or Socially Maladjusted Youth," Presenter: Dr. Herbert C. Quay, Decatur, IL, CEU 12 hours, 10/18/96

Radio Interview with Brian Taylor, 105.1 (Live-105), for National Marriage Health Month, 9/13/96

Attended, "Conceptualization, Assessment, and Treatment of DSM-IV Personality Disorders", Presenter: Gary L. Lemmon, LCSW, BCD, Champaign, IL, CEU 6 hours, 4/19/96

Attended, "When What Should Help Doesn't: Diagnosis and Treatment of Children and Adolescents with Affective, Disruptive or Substance Abuse Disorders", Sponsor: Psychiatric Services – Memorial Medical Center, Presenters: David Decker, M.D. and Ronald Kanwischer, MA, C.A.D.C., Springfield, IL CEU 4.75 hours, 4/18/96

Attended, "Comprehensive Management of Migraine Headaches", Sponsor: Cerenex Pharmaceuticals, Decatur Memorial Hospital, Presenter: Dr. Roger Cady, Decatur, IL 10/25/95

Attended, "Scaling the Barriers to Effectiveness: A One Day Training in Sexuality", Sponsor: The Business and Professional Development Center, Lincoln Land Community College, Presenter: Linda Weiner, ACSW, Springfield, Il., CEU 6 hours, 11/4/94

Attended, "Solution – Focused Brief Therapy", Sponsor: MBCS/Illinois Biodyne, Presenter: John Walter, LCSW, Springfield, IL CEU 6 hours, 6/10/94

Attended, "Evaluation and Treatment of True and False Child Sex Abuse", Sponsor: David R. Lima, LISW, Speaker: Richard A. Gardner, M.D., Willowbrook, IL CEU 11 hours, 4/28/& 4/29/94

Attended, "Helping the Difficult Patient: Transforming Therapeutic Failure Into Success", Sponsor: TECC, Speaker: David D. Burns, M.D., Champaign-Urbana, IL CEU 6 hours, 4/22/94

Attended, "No Need to Panic: The Nature, Causes and Treatment of Panic Disorder and Its Complications, Lincoln Land Community College, Speaker: David Spiegel, M.D., CEU 6 hours, 1/27/94

11/24/93 – St. Mary's Treatment Center (Drug & Alcohol) Referral/Transfer Agreement for inpatient and outpatient services (St. Mary's Hospital, Decatur, IL).

Attended, "Confidentiality in the Courts; What to do until the lawyer comes," Sponsor: Mental Health Association of Macon County, Inc., Speaker: Judge John K. Greanias, St. Mary's Hospital, Decatur, IL 9/21/93

## Vita on Robert L. Cokley, Ph.D

Attended, "Relapse Prevention with Sex Offenders: Assessment and Treatment Techniques Conference – University of Illinois, School of Social Work at Urbana-Champaign – Sponsor: Illinois State University, CEU 6 hours, (Dean signed 2/9/93), 11/20/92

Attended, "Incest in the Family – Identification/Assessment/Treatment," Sponsor: Lincoln Land Community College, Springfield, IL CEU 6.5 hours 11/17/92

Attended, "Anxiety, Panic, and Fear: Clinical Approaches," N.A.S.W., Illinois Chapter – Sponsor; Champaign, IL, CEU 5.5 hours, 9/17/92

Attended, "Liability, Malpractice & Ethical Issues in Clinic," N.A.S.W. Illinois Chapter- Sponsor; Chicago, IL CEU 5.5 hours, 3/27/92

Attended, "Ethical & Legal Issues in Confidentiality," N.A.S.W., Illinois Chapter- Sponsor; Springfield, IL CEU 5 hours, 3/13/92

Attended, "A Systematic Approach to the Depressed Patient in the Primary Care Setting," Decatur Memorial Hospital, Decatur, IL 3/21/91

Attended, "Panic Disorder Teleconference," St. Mary's Hospital, Decatur, IL 1991

Attended, "Resolving Feelings of Anger, Guilt and Shame (dealing with the child within)," St. Louis, MO, David Grove Seminars, 5/4 – 5/5/90

Board Certified Diplomat in Clinical Social Work – American Board of Examiners in Clinical Social Work – 10/25/88

Attended, "Schizophrenia Workshop", St. Mary's Hospital, 400 N. Pleasant, Centralia, IL 62801, April 14-15, 1988

Diplomat in Clinical Social Work, NASW Register of Clinical Social Workers. August 14, 1987

Lecturer/Workshop "Stress Management via Thermal Biofeedback on How to Avoid Nuclear Melt Down of the Mind", July 20, 1987, National Regional Welding Supply Annual meeting, Holiday Inn Union Station, Indianapolis, IN

Visiting Lecture, University of Illinois, Graduate School of Social Work, January – May 1987 (Spring semester) Taught Family Therapy Seminar and Practicum

Ph.D. Alumni Symposium, Doctoral Conference, 1984 – Moderator, "Role of Computers in Direct Practice," School of Social Work, University of Illinois, Champaign-Urbana, IL, November 1-2 1984

State Legislative Liaison, NASW – Decatur Branch of Springfield Chapter for House Bill 1168 ("The Social Work Practice Act"), 1984

Ph.D. degree, University of Illinois, Degree title changed by action of the Board of Trustees, May 19, 1983. Doctor of Social Work degree awarded on October 15, 1977.

Attended Seminar, "Post Traumatic Stress Syndrome, Viet Nam Vets", Central Illinois Veteran's Center, St. Mary's Hospital, Alcohol Drug Abuse Program, October 1981.

Attended Seminar, "A Successful Psycho physiologic Treatment for Essential Hypertension", The Menninger Foundation, Kansas City, MO, April 1981

Attended Clinical Biofeedback Workshop, The Menninger Foundation, Topeka, Kansas, March 1981

6

## Vita on Robert L. Cokley, Ph.D

Lecturer, SIU School of Medicine, Family Practice Center, Decatur, IL, Behavioral Conference, CME Credit Program. "A Pragmatic Approach to Marriage Counseling", February 1981.

Attended Seminar, "DSM III", SIU School of Medicine, Department of Psychiatry, Dr. Norris at Adolf Meyer Mental Health Center, Decatur, IL April 1980

Lecturer, SIU School of Medicine, Family Practice Center, Decatur, IL Behavioral Science Conference, CME Credit Program: "Evaluation of Social Programs, Considerations for Clinicians" (Efficiency Versus Effectiveness and Usefulness of Multivarient Analysis) February 1980.

State Legislative Liaison, NASW – Decatur Branch of Springfield Chapter, for House Bill 1101 ("Third Party Payments for Clinical Social Work Services"), 1979

Training in Scientific Hypnosis, Ethical Hypnosis Training Center, Chicago, IL, November 1977

Member NASW, Register of Clinical Social Workers, 1976 – Present

Representative to Area Health Education System for Region 3B Continuing education of the allied health professions, 1975

Member of Council on Social Work Education, 1975

Elected to the Honor Society of Phi Kappa Phi, University of Illinois Chapter, 1974

Admitted to Doctoral Student Status at the University of Illinois, School of Social Work, Champaign-Urbana, IL 1973

Attended National Institute of Mental Health Social Seminary on Drug Abuse, 1972

Attended Fourth Brief Psychiatry Conference, Chicago Medical School, 1972

Attended American Orthopsychiatric Association, Detroit, MI 1972

Attended National Conference on Social Welfare, Chicago, IL 1972

Attended Second Annual Conference on Children, 1972

Attended 24th Institute on Hospital and Community Psychiatry, St. Louis, 1972

President – Decatur Branch, N.A.S.W. of Springfield, IL, 1971

Member of Executive Committee of Springfield, N.A.S.W., Chapter, 1971

Scheduled participant in State of Illinois, Department of Corrections, 40th Annual Governor's Conference on Youth at University of Illinois, June 1971

Panelist in Marriage and Family Clinic and Dynamics of Family Living, March 1971

Attended National Conference on Social Welfare, 1971

Academy of Certified Social Workers, 1970 – Present

Vice President of the Decatur Branch of Springfield, IL Chapter of N.A.S.W. 1970

Executive Council of Springfield Chapter N.A.S.W., 1970

7

07/27/2005 16:07 FAX 13098297069 THOMSON&WEINTRAUB 010/041

# Vita on Robert L. Cokley, Ph.D

Elected delegate to the Council of Illinois Chapters, N.A.S.W., 1970

Attended Second Brief Psychotherapy Conference, Chicago Medical School, 1970

Attended Law, Psychiatry, and the Mentally Disorder Offender, S.I.U., Carbondale, IL, 1970

Certified Social Worker, State of Illinois, 1969 – 5/30/89

Original member of State of Illinois Study Group for a statewide N.A.S.W. Federation of State Chapter, 1969-1970

Received Community Service Award from the Decatur YMCA for helping organize and program an outreach YMCA Program for Decatur, 1969

N.A.S.W. Member, 1966 to Present

Purdue University Leadership Award, Selected from members of Purdue University Dean's List, 1961-1962

Vice President, Purdue University International Relations Club, 1961

## GRADUATE INSTRUCTION

University of Illinois, Graduate School of Social Work, Champaign-Urbana, Visiting Lecture. Taught – Family Therapy Seminar and Practicum (Spring semester) January – May 1987

University of Illinois, School of Social Work, Champaign-Urbana, Field Instructor

Illinois State University, Special Education Department ("Behavior Modification for Classroom Teachers").

Sangamon State University, (Individual Psychotherapy, Family Therapy and Group Therapy).

Eastern Illinois University (Family Therapy and Group Therapy).

University of Illinois – Department of Psychology, Doctoral Interns – Co-Instructor with Dr. Bernard Wagner.

Millikin University, Psychology Department of Undergraduate Interns.

## MEMBERSHIPS IN PROFESSIONAL AND CIVIC ORGANIZATIONS

National Association of Social Workers
The Academy of Certified Social Workers
N.A.S.W. Register of Clinical Social Workers
Council on Social Work Education
National Conference on Social Welfare
South Central Illinois Health Planning Council
Macon County Child Welfare Association Steering Advisory Committee
Centennial Elementary School Parents Organization – Co-President
Macon County Council Community Services
Certified Social Worker, State of IL, Dept. of Registration and Education.

8

# Vita on Robert L. Cokley, Ph.D

## RESEARCH ACTIVITIES, PROJECTS, AND GRANTS

Dissertation: Robert Loren Cokley, "Ideology of Social Workers in State Subsidized Community Mental Health Centers." (Unpublished Ph.D. dissertation, University of Illinois, Champaign-Urbana, IL, June 8, 1977)

Consultant: Mandrill Program (Federally funded drug abuse program) affiliated with Illinois State University, 1972-73.

Consultant: HEW Grant, The Student Drug Education Coordinating Committee, Illinois State University, Normal, and IL 1971-72.

Consultant and Evaluator: Continuation Project #5637-1, A Drug Abuse Rehabilitation Program for Adolescents. September 1970-August 1971

Consultant: H.E.W., Federal Assistance for the handicapped Child, Title #1 Project#4858-1 from June 1970 to September 1970. Title of Project: IMPACT (Integration and Motivation through PACE, Action, and Community Training). Description of Project: A program for drug abuse rehabilitation for adolescents in a residential behavior modification program for teenagers.

## PROFESSIONAL POSITIONS

November 1968 – Present

Psychotherapist and Consultant, Associated with Orlando Cabrera, M.D. (1968-1984), Robert E. Fuller, M.D. (1979-1981), Thomas E. Radecki, M.D. (1981-1991), Dale W. Sunderland, M.D. (1992-Present), all Board Certified or Board Eligible Psychiatrists. Mental Health services: Individual, group, and family therapy, marriage counseling, biofeedback specialist, treatment of dual diagnosis for drug and alcohol, qualified mental health examiner under Illinois Department of Mental Health Code, consultant to community organizations for adults, adolescents, children and families, Employee Assistance Services, Illinois Sex Offender Management Board (SOMB) Evaluator/Treatment Provider for adults and juveniles and forensic evaluations and consultations. Current Address: 348 W. Prairie Ave., Ste 3, Decatur, IL 62522

November 1990 – Present

Allied Health Professional – Decatur Memorial Hospital Psychiatric Unit with private practice privileges under supervision of a staff psychiatrist. Decatur Memorial Hospital, 2300 N. Edward St., Decatur, IL 62526

1969 – Present

Staff Affiliate to St. Mary's Hospital, Psychiatric Unit and St. Mary's Drug and Alcohol Treatment Unit, with private practice privileges under the supervision of a staff psychiatrist. St. Mary's Hospital, 1800 E. Lakeshore Dr., Decatur, IL 62525

1973 – 1978

Director of Adolescent Services and Director of Social Work Services, (Mental Health Administrator IV.) Developed, directed, implemented, coordinated and evaluated the MI and MR adolescent treatment services program and all social work services at the Adolf Meyer Mental Health Center (AMMHC) both having an intramural and extramural component which services Region 3B. Trained, supervised, oriented and recruited a multi-disciplinary professional and non-professional staff, provided internship with universities. Directed and supervised all social work services, provided on the unites and/or in the community by unit

9

### Vita on Robert L. Cokley, Ph.D

staff on the Adult, Adolescent and Rehabilitation services at AMMHC; reviewed and approved documented social work services policy, treatment, discharge and aftercare plans and responsible for assisting the local community in the organization and development of sufficient support services to maintain and improve the patients functioning upon return to the community in accordance with the Standards of the Joint Commission on Accreditation of Hospitals. Assisted the superintendent and subregion staff in planning, coordinating and developing a wide range of treatment programs for adolescents in Region 3B. Coordinated and consulted with community based agencies in Region 3B on Social Work and Adolescent Services.

Prepared and formulated policies for entire facility and Region 3B through memberships on the following: AMMHC, Executive Council, Professional Standards Committee, Research Committee for Research and Chairman of Social Work Services Governance Committee. Adolf Meyer Mental Health Center, 2310 E. Mound Rd., Decatur, IL 62526. Supervised by Dale L. Kelton, Ph.D., Acting Superintendent (Supervisor) Norris Hansel, M.D., Board Certified Psychiatrist.

September 1973 – December 1973

Assistant Director of Adolescent Services and Director of Social Work Services (Social Worker V): Supervised by Bernard Wagner, Ph.D., Registered Psychologist, Exceptional Children Program Executive. Under the direction of the Director of Adolescent Services, I assisted in developing, implementing, and evaluating the MI and MR adolescent treatment services program at the Adolf Meyer Center which has an intramural and extramural component which services Region 3B. I assisted in the direction and the coordination of the multi-unit residentially based treatment program. I trained, supervised, orientated, and recruited a multi-disciplinary professional and non-professional staff. I formulated and conducted a wide range of training programs for both DMH and community based personnel working with adolescents; provided internship programs for mental health professionals. I assisted subregion staff in planning and developing a wide range of programs designed to meet the needs of MI and MR adolescents in Region 3B.

Coordinated the activities of the adolescent services with the services offered at Adler Center and by the subregion.

Prepared training and research grants and theoretical papers for journals. I supervised on a Center wide basis, the AMMHC Educational and Assessment/Psychological Services to the Adult, Adolescent and Rehabilitation Services. I directed and supervised all social work services provided on the units and/or in the community by unit staff on the Adult, Adolescent and Rehabilitation services at AMMHC; reviewed and approved documented social work services polity, treatment, discharge and aftercare plans and responsible for assisting the local community in the organizations and development of sufficient support services to maintain and improve the patients functioning upon return to the community in accordance with the Standards of the Joint Commission on Accreditation of Hospitals. Adolf Meyer Mental Health Center, 2310 E. Mound Rd., Decatur, IL 62526

April 1973 – September 1973

Assistant Director of the Program for Adolescents and Community Education (P.A.C.E.) (Social Worker V) Supervised by Bernard Wagner, Ph.D., Registered Psychologist, Exceptional Children Program Executive. Under the direction of the Director of Adolescent Services, I assisted in developing, implementing, and evaluating the MI and MR adolescent treatment services program at the Adolf Meyer Center which has an intramural and extramural component which services Region 3B. I assisted in the direction and coordination of this multi-unit residentially based treatment program. I trained, supervised, orientated and recruited a multi-disciplinary professional and non-professional staff. I formulated and conducted a wide range of training programs for both DMH and community based personnel working with adolescents, provided internship programs for mental health professionals, I assisted subregion staff in planning and developing a wide range of programs designed to meet the needs of MI and MR adolescents in Region 3B. Coordinated the activities of the adolescent services with the services offered at Adler Center, and by the subregion. Prepared training and research grants and theoretical papers for journals. Adolf Meyer Center, 2310 E. Mound Rd., Decatur, Il 62526

10

# Vita on Robert L. Cokley, Ph.D

June 1972 – April 1973

Director of Community Education for P.A.C.E. (Social Worker V). Supervised by Bernard Wagner, Ph.D., Registered Psychologist, Exceptional Children Program Executive. Under his direction, I was responsible for formulation, developing and administering for the P.A.C.E. section, Community Programs for the treatment of emotionally disturbed and retarded adolescents. Served as consultant to community organizations in Zone VI having, or want to provide, Mental Health services to Youths, served as the functional supervisor and coordinator of P.A.C.E. personnel working on community programs. Adolf Meyer Center, 2310 E. Mound Rd., Decatur, IL 62526

November 1970 – January 1972

Coordinator Community Programs for the Adolescent Units (Social Worker IV)
Supervised by Bernard Wagner, Ph.D., Registered Psychologist, Exceptional Children Program Executive. Under the supervision of the Program Director of P.A.C.E. (a zone-wide treatment program for retarded, emotionally disturbed, and delinquent adolescents), I performed highly responsible administrative work in planning, coordinating, and directing programs in cooperation with community, social, religious, educational and other professional agencies and other organizations. Supervised, coordinated, evaluated and conducted training programs for all P.A.C.E. professional and para-professional personnel involved in all community programs.

June 1968-November 1970

Mental Health Programmer Worker III, promoted to Welfare Executive III on November 1, 1970 to November 23, 1970, reallocated to Social Worker IV on November 23, 1970. Supervised by Bernard Wagner, Ph.D., Registered Psychologist, Exceptional Children Program Executive and Charles F. Wright, A.C.S.W., Assistant Regional Administrator for Region 3B at the Adolf Meyer Center.

Performed individual, family, and group therapy, trained parents and residents, supervised and coordinated community based programs of adolescent services and initiated community-based programs providing service for adolescents.

Adolf Meyer Center, 2310 E. Mound Rd., Decatur, IL 62526

June 1967-September 1967

Social Worker I: Supervised by David Amonette, Chief Social Worker.
Responsible for admission, treatment planning, individual, group and family therapy for 44 patients, community lectures, discharge planning, family-care placement, liaison with community professionals such as doctors, lawyers, psychologists, and consultants. Alton State Hospital, Alton, Illinois.

1965 – 1966

Social Worker: Supervised by Christian Simonson, A.C.S.W., Chief Social Worker. Responsible for admission, treatment planning, individual and family casework for 300 assigned patients, discharge planning and liaison with community professionals in reference to the 300 severely and profoundly retarded children and their families, consultant for staff in hospital.
Warren G. Murray's Children's Center, Centralia, IL.

11

3/19/98

COPY

Melissa Lynn Robinson, 26 yr. B.A. 4 semesters
└ Non-smoker                        working M.S.W. U. of I.
   Non-drug user

                                    - Handicapped
                                    Seizure disorder, Independent living

2nd tier John Robinson, 42   Attorney for City Proctor.
└ Married   └ former States Attorney Macoupin County.
   Ex-wife, Michelle Preikstas 5-33 yr.  Kenwood Zuroa #8.
   20 attorney, Keyhaird, Shelley

Dawid Schroeder 28 yr.   Supervisor Mary Kochs Wochs
                                        Computer Systems
└ U.S. few College
   Avery dependent when [2] married & grew independent
└ Divorced hub Feb. 77, - 3/87 - (separated Feb. 76)
Pt. married age 18.  Pt. pregnant hub. 19 yr.
# baby died 5 mos. after birth.
- Pt. fell @ 6 mos. preg.   6 surgerys. Shut.
2 children

   Abby 4 yr. ♀          lives w/ other   physically
   Mickey 3 yr. ♂        Stepchildren     aggressive child
                         Wesley 6 yr.
                         Sean 8 yr.

Pt. had been friends w/ Jon Robinson's wife, Michelle Robinson
who divorced Jon. Pt. started See Jon Robinson ...
Pt. judicial Secretary, Judge ...  3 yrs.
# previously elected w/ Pt. & Judge started making inappropriate
... he was asking himself if he ...
all weekend  it shouted he allowed be her (Pt's) protector.

EXHIBIT
Cokley B
4.27.00  DC

REVISED
PLAINTIFF'S
EXHIBIT
21
1:04-cv-1360

CONFIDEN...

Parent. ① Dealing ~ stress of Complaint Human
Rights Commission against Judge Sop.
~ Attorney Miller the truth
② A Step Son Cya. - Wesley - causes
conflict. — [ picks on Mickey
Poor socialization skills
very aggressive, Mocks p

N's Husb. protective, Wesley, & Husb.
discussing child Rearing Practices ~ Son.
R/ Think stepson needs counseling.

CONFIDENTIAL

4/14/98                    Melissa Robinson

Pt. having difficulty handling Wesley 6yr. who threw & hit Abby 4yr in face c̄ Abby's doll. Wes admitted he intended hit

Pt. having conflict c̄ New husb. over child rearing practices c̄ Wes. Husb. doesn't establish consequences c̄ Wes aggressive

Wes bused choke another girl @ School 4 girls. Holy Family mother called Sch. ⊙ Holy Family —

It sounds like Wes, brother, Michelle, is not too pleased c̄ Jon remarrying Melissa. Melissa had friend of Michelle prior divorce for 3yrs.

x/ Husb. threatened to leave her if she cried w/o help Wes

70 2178

Melissa & Jordan

Discuss probls w Wes

John thinks Wes dislikes Melissa

John tried to be Wes's buddy &

Tom dSick — Skills

Wes learned to manipulate -

Wes has trouble handling his brother Sean

mature

① Social reinforcement ② Skills for accomplishment
verses. primary reinforcement

John thinks, Wes gets under Melissa's

Differences in 1) Acceptable behav.

2) Discipline Agree

3) Establish

CONFIDENTIAL

Melissa Robinson

Pt. comes in crying. husb. was
hostile ã her last Thurs. evening.
Husb. accuses ~ Pt. of yelling @ him (kids).

↑ Conflict ã husb. over Step-son, We s,

Was allowed → (Mickey & Abbey) attendance
to his B.D. party.

Pt. thinks husb. may be an alcoholic.

R/b mother had rejected pt. for adoption
Pt. can recall.

CONFIDENTIAL

07/27/2005 16:13 FAX 13098297069   THOMSON&WEINTRAUB   ☑019/041

Melissa Robinson

Pt. bringing list of conjugal / conflictual.

Wife, Siblings, Competitor

Pt. indecisive abt Future & husb.
& conflict over Children.

6/8/95        Mellisa Robinson
                  & Jon

Pt. having conflict husb's, excuse, Michelle, accusing
Missy ___ of neglect ref. situation Valleria ref.
Michel getting lost.
S have backed Wess
Jon feels wife can't accept Wes,
    that they wouldn't force each other to Change
    If he has an idea, Missey always has another.
Who is going to Control Marriage, The joint family,
The ___ Child Rearing Practices

CONFIDENTIAL

4/11/78    Missey

P/ indecisive abt. divorce

Pt. unable handle pressural
Husb. + argumentative behav.
over children.

6/18/78    Missey

Husb. blaming Missey for all their
conflict.
Pt. unable handle conflict over
child rearing practice issues ē her
children & stepchildren.
Major altercation Tues. Doc. John, accusing
Pt. of mistreating Wes (stepson). John
thinks Missey is undermining his authority ē
his sons, Wes & Shawn.
? who is in control of Marriage Central Issue
Missey or John.

CONFIDENTIAL

Mossey

H. Chinch husb, John, making effort.

Conflict over Childrearing

Pl. joining Class — June 15–Aug 1st, 14 classes, M & Weds, Noc. 6–10p
(Social Work Intervention.
Yes, every Mon & Weds

Pl. working 8–4:30    Sa: 1 (Soy had Access
                            (M independently hearing)

Husb threatened Pl.

~7/15/98        Mossey

Pl. leaving ↑ Conflict c̄ husb. That husb said came
1st & her (Pl) last.
Pl. does all the Mowing of grass, laundry,
all housework & all cooking & Husb.
spends time reading private books. 20 Bks
in Series 500 page each & husb reread books X6
in 3 yrs. (Husb escaping into books & ignoring
ex-wife & stressor over children &
conflict c̄ Pl.) Husb. made 3 different comments
indicating if wife (Pl) wasn't around he would
have it was quick & painless.

CONFIDENTIAL

11/27/98                    Melissa

M. has been detaching more & more
from mob.

Herb's drinking, ↑ in past 2wks

Pt. received A - Social Work Intervention

Aug 2# Resb allocated Soc.w.K Foster IV, Human Behav I
         Statistics                    Iowa univ
                                       Correspondence

Hearings are pending.


8/26/98                    Melissa Robinson

Pt. has noticed mob has a pattern of
ignoring & & hostile token when mob
has the boys.

Pt indecisive

CONFIDENTIAL

Melissa
Robinson

H. reports some ↑ in conjugal conflict however, pt. fears husb. will return to aggressive hostile behavior.

Pt. worried abt. 5yr. daughter, Abbey, who doesn't want visit. w/ father & new step-mother of (3 mos.) (w/ sexual.)

_10/1/98_       Melissa Robinson

Pt. upset ē ex-husb. Don, who was verbally threatening her (Pt.) re. visitation. Husb. not following the visitation schedule as ordered by the Court.

H. continues ē litigation ē Judicial Inquiry Board.

CONFIDENTIAL

9/1/98                    Melissa Robinson

-Don  →Paur Schroeder

Ex-husb's wife demanded Pt. to turn
the children over to her. 2 wks ago.

Attorney, Jay Watts, Pt. filed petition
& visitation       to modify child support

Ex-husb. threatening to take custody away from
Pt.

---

10/27/98          Melissa Robinson

Pt. fearful of Judge Seppington's
reaction to Judicial inquiring Board
Pt. advised its before a alter for
possible physically irrational &/or
violent behavior to her if the
Judge Seppington sees no way out.
Pt. to inform nucl. of Judge Seppington's
possible violent behavior potential

Ex-husb. refusing to pay anything for girls.

CONFIDENTIAL

12/10/78

*Melissa*

R/s ex husb. resigned from DeHbert's

Business & will work for American

Family. Spfld. Pt. having to go back

court Spfld. ref Child Support

Pt having ↑ conflict = husb. who has

been hostile

John drinking St. Louis = Friend's & verbally

attacking Pt.

CONFIDENTIAL

11/1/74    Melissa Robinson

Pt. under a lot stress from exhusb,
Don, watching her own children.
oldest's pregnant, Abb: girl, depressed for not
calling her.

CONFIDENTIAL