E-FILED
Tuesday, 02 August, 2005  03:07:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> vs. <br><br> JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY) <br><br> Defendant, <br><br> and <br><br> MACON COUNTY, <br><br> Defendant. | Case No. 1:04-cv-1360 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ATTACHED RESPONSE TO DEFENDANTS' MOTION TO BAR TESTIMONY BY DR. ROBERT COKLEY**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder), by her counsel, respectfully seeks leave to file the attached Response to Defendants' Motion to Bar Testimony by Dr. Robert Cokley. In support Plaintiff states:

1. On July 29, 2005, at hearing on the parties' motions in limine this Court reserved ruling on Macon County's in limine motion to exclude any evidence related to previous court proceedings in this matter. (V of Doc. No. 326)

2. At that time the Court indicated the parties could file further argument as to that in limine by the close of Monday, August 1, 2005.

3. Attorney McNaught's argument filed on August 1, 2005, seeks to bar certain testimony of Plaintiff's treating psychologist.

1

4. The evidence counsel seeks to bar is above and beyond the evidence Macon County sought to bar in its motion in limine.

5. Plaintiff seeks leave to file the attached response to the additional arguments raised by Defendant, Judge Warren A. Sappington's Motion to Bar Testimony By Dr. Robert Cokley [Doc. No. 359].

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on August 2, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. Terrence J. Corrigan
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 2 day of August, 2005.

_____
Notary Public

OFFICIAL SEAL
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

2