E-FILED
Tuesday, 02 August, 2005 03:14:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>Plaintiff,<br><br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>Defendant. | Case No. 1:04-cv-1360 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO ADD EXHIBIT

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder), by her counsel provides the following in support of her Motion for Leave to Add Exhibit:

1.  On July 29, 2005, this Court denied Plaintiff's Motion for Leave of Court to take Judicial Notice. (Doc. No. 345) of the portion of the IMRF Statute which states individuals who receive IMRF benefits are County employees and further states, "It is hereby established that an employer-employee relationship under the usual common law rules exists between such employees and the County paying their salaries***." 40 ILCS 5/7-109 (West 2005).

3.  This Court concluded that providing this to the jury as a judicially noticed fact would unduly bias Defendant, Macon County in this matter.

1

4.  Plaintiff respectfully seeks leave to add the IMRF Statute as an Exhibit for purposes of questioning witnesses about the existence and language of that Statute.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on August ___1___, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. Terrence J. Corrigan
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 1st day of August, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008