E-FILED
Monday, 08 August, 2005  11:42:04 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a/ MELISSA SCHROEDER) <br><br> Plaintiff, <br> vs. <br><br> JUDGE WARREN A. SAPPINGTON and <br> MACON COUNTY, <br><br> Defendant. | Case No. 04-1360 |

**MOTION TO ALLOW TESTIMONY BY VIDEOCONFERENCING**

COMES NOW the defendant, Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby submits his motion to allow testimony by videoconferencing. In support thereof, the following statements are made.

1. Angie Moeller has been subpoenaed by the plaintiff to testify in this case.

2. Ms. Moeller reported to the undersigned that she has not been at work for several months due to a pregnancy and a back injury.

3. Ms. Moeller advised the undersigned that she was physically unable to travel to Peoria to testify in the trial, because of the length of the journey.

4. However Ms. Moeller is available to testify by video conferencing from Decatur, Illinois.

5. The undersigned has been advised that videoconferencing at the Decatur Correctional Center in Decatur is available on August 16, 2005, at 1:30 p.m., when Ms. Moeller has been scheduled to testify.

6. The undersigned contacted the Office of the Clerk of the United States District Court for the Central District of Illinois in Peoria, and was advised that a deputy clerk would be able to make the appropriate video conferencing connections if the requisite information was provided and if the Court agreed to this motion.

7. The undersigned attempted to personally consult with plaintiff's counsel on Friday, August 5, 2005, but she was unavailable, so the undersigned left a message with her assistant of the medical condition of Ms. Moeller and the availability of the teleconferencing.

8. On August 6, 2005, plaintiff's counsel sent a letter objecting to the use of videoconferencing and suggested that the deposition be read instead.

9. The deposition is replete with hearsay and therefore is not the best source for testimony, which will require substantial editing by the parties prior to trial.

10. The undersigned did personally consult with counsel for the plaintiff on Monday, August 8, 2005, and plaintiff's counsel stated that her objection was that teleconferencing might give undue credence to the testimony of Angie Moeller.

11. However, this can be remedied by the Court giving an instruction that the jury should give the testimony the same consideration as if the witness had appeared personally in court.

12. The undersigned also contacted John Cassidy, counsel for Macon County, and he had no objection to Angie Moeller appearing by videoconferencing.

13. Angie Moeller has no objection to testifying by video conference from the Decatur Correctional Center on August 16, 2005, at 1:30 p.m.

14. No prejudice will come to any party, if Angie Moeller is allowed to testify by video conferencing.

15. Angie Moeller is not unavailable to testify; rather she is unable to appear in person because of a medical condition.

WHEREFORE, for the above and foregoing reasons, defendant, Warren A. Sappington, respectfully requests this honorable Court allow Angie Moeller to testify by

videoconferencing on Tuesday, August 16, 2005, at 1:30 from the Decatur Correctional Center.

        Respectfully submitted,

        WARREN A. SAPPINGTON,

          Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

        s/Karen L. McNaught
        Karen L. McNaught Bar Number: 6200462
        Assistant Attorney General
        Attorney for Defendant
        Office of the Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone:  (217) 782-1841
        Facsimile:  (217) 524-5091
        E-mail:  kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON and | ) | |
| MACON COUNTY, | ) | |
| Defendants, | ) | |

**Certificate of Service**

I hereby certify that on August 8, 2005, I presented the foregoing Motion to Allow Testimony by Videoconferencing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
|---|---|---|
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on August 8, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

        Respectfully submitted,

        /s/Karen L. McNaught
        Karen L. McNaught
        Assistant Attorney General
        Attorney for Defendant
        Office of the Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone:  (217) 782-1841
        Facsimile:  (217) 524-5091
        kmcnaught@atg.state.il.us