IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>   Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>   Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>   Defendant. | Case No. 1:04-cv-1360 |

**RESPONSE TO DEFENDANT, JUDGE WARREN A. SAPPINGTON'S MOTION TO ALLOW TESTIMONY BY VIDEOCONFERENCING**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder) by her counsel, Thomson & Weintraub, provides the following as her Response to Defendant, Judge Warren A. Sappington's Motion to Allow Testimony by Videoconferencing:

1.  Plaintiff objects to the introduction of videoconferenced testimony by Angela Moeller because such testimony could be viewed as more significant than that testimony presented by live witnesses.

2.  Defendant fails to inform this Court that he, too, subpoenaed Angela Moeller for testimony in this case.

3.  Defendant has known since March 2005, that he was to immediately disclose such a problem to opposing parties.

1

4. At the final pre-trial conference on March 4, 2005, this Court directed the parties to provide immediate notice to opposing parties if there was a dispute as to live testimony verses deposition testimony.

5. Defense counsel has known since at least, March 2005, that Angela Moeller may be unavailable for live testimony.

6. By letter dated March 15, 2005, Plaintiff's counsel noted this concern to Attorney for Defendant, Judge Warren A. Sappington.

7. On July 21, 2005, Plaintiff's counsel again asked Defense counsel about the availability of Angela Moeller for testimony.

8. In that correspondence Plaintiff's counsel proposed reviewing the objections in Angela Moeller's earlier deposition testimony.

9. Angela Moeller was deposed on November 14, 2001.

10. Her entire deposition testimony consists of only thirty-five (35) pages.

11. As such, Angela Moeller's deposition testimony would not require "substantial editing", contrary to Defendant's contention.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' request to allow testimony by videoconferencing and direct the parties to introduce Angela Moeller's testimony by deposition.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on August 8, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. Terrence J. Corrigan
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 8th day of August, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

3