IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, (p/k/a/ MELISSA SCHROEDER) Plaintiff, vs. JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT, (IN OFFICIAL CAPACITY) Defendant, MACON COUNTY, Defendant. | Case No. 1:04-cv-1360 Honorable Michael M. Mihm |

## MOTION TO VOLUNTARILY DISMISS AFFIRMATIVE DEFENSES

NOW COMES the Defendant, MACON COUNTY, by its attorneys, CASSIDY & MUELLER, and for its Motion to Voluntarily Dismiss Affirmative Defenses states as follows:

1. MACON COUNTY has filed an Affirmative Defense which states the following:

   "At all times relevant herein, MACON COUNTY, ILLINOIS, exercised reasonable care to prevent and correct promptly any sexual harassment behavior and the Plaintiff, MELISSA ROBINSON, unreasonably failed to take advantage of any preventative or corrective opportunity provided by MACON COUNTY, ILLINOIS."

2. The foregoing Affirmative Defense was recognized by the United States Supreme Court in *Burlington Industries, Inc. v. Ellerth*, 524 U.S. 742 (1999) wherein the standard of employer liability is vicarious liability.

3. The court has recently ruled that the *Burlington Industries* vicarious liability standard does not apply to this Defendant, MACON COUNTY, but, instead, a negligence standard applies.

WHEREFORE, the Defendant, MACON COUNTY, prays for an order of this court granting

MACON COUNTY'S request to voluntarily dismiss its Affirmative Defense.

                                        CASSIDY & MUELLER,

                              By:    s/ JOHN E. CASSIDY, III
                                          Attorneys for the Defendant,
                                          MACON COUNTY, ILLINOIS

### **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Diane Baron | dbaron@clausen.com, pkebr@clausen.com |
| Melissa McGrath | mmcgrath@tnwlaw.com |
| Karen McNaught | kmcnaught@atg.state.il.us, jginter@atg.state.il.us, lbrewer@atg.state.il.us, bmyers@atg.state.il.us |
| Terence J. Corrigan | tcorrigan@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us, bmyers@atg.state.il.us |
| Andrew M. Ramage | aramage@hinshawlaw.com, vscott@hinshawlaw.com |

                                                  s/    JOHN E. CASSIDY, III
                                                        CASSIDY & MUELLER
                                                        416 Main Street, Suite 323
                                                        Peoria, IL  61602
                                                        Telephone: 309/676-0591
                                                        Fax: 309/676-8036
                                                        E-mail: jcassidy@cassidymueller.com