# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, )<br>(p/k/a/ MELISSA SCHROEDER) )<br> )<br>    Plaintiff, )<br> vs. ) <br> ) <br>JUDGE WARREN A. SAPPINGTON )<br>SIXTH JUDICIAL CIRCUIT, )<br>(IN OFFICIAL CAPACITY) )<br> )<br>    Defendant, )<br>MACON COUNTY, )<br> )<br>    Defendant. ) | Case No. 1:04-cv-1360<br>Honorable Michael M. Mihm |

**MACON COUNTY'S PROPOSED CAUTIONARY INSTRUCTIONS**

Now comes the Defendant, MACON COUNTY, and respectfully submits the following proposed cautionary instructions to be read to the jury prior to opening statements:

1.    On Tuesday, August 9, 2005, a pre-trial telephone conference was held wherein the issues of "official capacity" and "separation of powers" were discussed.

2.    At said hearing the court directed the parties to submit proposed cautionary instructions on these two issue to be read to the jury prior to opening statements.

3.    That attached hereto as Exhibits A, B, and C are MACON COUNTY'S proposed cautionary instructions.

                            CASSIDY & MUELLER,


                        By:   s/ JOHN E. CASSIDY, III
                              Attorneys for the Defendant,
                              MACON COUNTY, ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Diane Baron            dbaron@clausen.com, pkebr@clausen.com

Melissa McGrath        mmcgrath@tnwlaw.com

Karen McNaught         kmcnaught@atg.state.il.us, jginter@atg.state.il.us, lbrewer@atg.state.il.us, bmyers@atg.state.il.us

Terence J. Corrigan    tcorrigan@atg.state.il.us, jginter@atg.state.il.us, tflinn@atg.state.il.us, bmyers@atg.state.il.us

Andrew M. Ramage       aramage@hinshawlaw.com, vscott@hinshawlaw.com

                         s/    JOHN E. CASSIDY, III
                              CASSIDY & MUELLER
                              416 Main Street, Suite 323
                              Peoria, IL  61602
                              Telephone: 309/676-0591
                              Fax: 309/676-8036
                              E-mail: jcassidy@cassidymueller.com