In this case one of the named defendants is Judge Warren A. Sappington in his "official capacity". An "official capacity" suit does not seek to impose personal liability. "Official capacity" suits represent another way of pleading against an entity of which the individual is employed. In this case, that entity is the State of Illinois. As a consequence, the claim against Judge Warren A. Sappington in his "official capacity" is not a suit against Judge Warren A. Sappington personally, but a suit against the State of Illinois.

*Kentucky v. Graham*, 473 U.S. 159, 165-166 (1985).
MACON COUNTY'S FIRST PROPOSED CAUTIONARY INSTRUCTION

In this case one of the named defendants is Judge Warren A. Sappington in his "official capacity". An "official capacity" suit does not seek to impose personal liability. "Official capacity" suits represent another way of pleading against an entity of which the individual is an agent. In this case, that entity is the State of Illinois. As a consequence, the claim against Judge Warren A. Sappington in his "official capacity" is not a suit against Judge Warren A. Sappington personally, but a suit against the State of Illinois.