E-FILED
Wednesday, 10 August, 2005  03:52:54 PM
Clerk, U.S. District Court, ILCD

Illinois' Constitution establishes separate and equal branches of government. "The Illinois Constitution contemplates only one unified court system operating statewide and does not contemplate nor does it authorize the exercise of any control over or permit the imposition of a burden on the judicial system by any local entity"

Quotations from *Warren v. Stone*, 958 F.2d 1419, 1423 (7th Cir. 1992)(superseded on other grounds as to public defenders, See *Sapineza v. Cook County Office of Public Defender*, 128 F.Supp.2d 563(N.D. Ill. 2001); citing with approval *Orenic v. State Labor Relations Bd*, 127 Ill.2d 453, 466, 470 (1989).

MACON COUNTY'S THIRD PROPOSED CAUTIONARY INSTRUCTION

Illinois' Constitution establishes separate and equal branches of government. "The Illinois Constitution contemplates only one unified court system operating statewide and does not contemplate nor does it authorize the exercise of any control over or permit the imposition of a burden on the judicial system by any local entity"