IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>      Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>      Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>      Defendant. | Case No. 1:04-cv-1360 |

## MOTION TO RECONSIDER

Plaintiff, Melissa Robinson p/k/a Melissa Schroeder, by her counsel, Thomson & Weintraub respectfully asks this Court to reconsider its ruling, precluding Plaintiff, Janice Shonkwiler or any other person from testifying that they believed they were a Macon County employee.

The Seventh Circuit Court of Appeals has considered such evidence in ruling on a joint employer issue. In Heinemeier v. Chemetco, Inc., 246 F3d 1078 (7th Cir. 2001) the Seventh Circuit considered evidence, in the form of an apartment application, that established the plaintiff believed herself to be an employee of one of the entities she sought to include as a defendant employer in her Title VII, sexual harassment, age discrimination and retaliatory discharge complaint. Heinemeier, 246 F3d at 1080. Plaintiff recognizes this Court has indicated control

1

will be an important factor in determining the joint employer issue. Nevertheless, as outlined in Heinemeier, such additional evidence is relevant and precluding this evidence is unduly prejudicial to Plaintiff's claims against Macon County.

Moreover, throughout pendency of this matter the District Court has consistently considered as a relevant fact whether Plaintiff and Janice Shonkwiler believed they were Macon County employees. In denying Macon County's Motion for Summary Judgement on March 23, 2001, although the Court noted Janice Shonkwiler's assertion that she was a County employee did not establish that fact, the Court considered that fact. (Order dated March 23, 2001, Doc. No. 113).

This Court in denying Macon County's Third Motion for Summary Judgment on February 25, 2005, observed that the beliefs of Plaintiff, Janice Shonkwiler and Judge Sappington, who told Melissa Robinson she was a Macon County employee, were part of the "factual mosaic to be considered." (Doc. No. 315, at page 5, pp.1).

WHEREFORE, Plaintiff respectfully requests that this Court permit witnesses to testify that they believed Macon County was their employer. Plaintiff respectfully requests that this Court allow such testimony.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on August 11, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 South Second St.
Springfield, IL 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Mr. Terence J. Corrigan
ILLINOIS ATTORNEY GENERAL
500 S Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me this 11th day of August, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

3