IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER) | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 04-1360<br>) |
| JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY), | )<br>)<br>)<br>) |
| Defendant, | )<br>) |
| MACON COUNTY, | )<br>) |
| Defendant, | )<br>) |
| MACON COUNTY CIRCUIT, | )<br>) |
| Defendant. | ) |

### MOTION TO ADD WITNESS TO WITNESS LIST

COMES NOW the defendant, Judge Warren A. Sappington, in his official capacity, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, hereby requests leave to add Richard Hopkins as a potential witness in this case. In support thereof, the following statement are made.

1.   Richard Hopkins was not listed as a witness in any of the initial disclosures of the parties.

2.   However, in plaintiff's deposition, she testified about an alleged event at which Richard Hopkins was present.

3.   Some time after the deposition, the undersigned attempted to contact Richard Hopkins to verify this information, but was unable to do so, because he had left

the Decatur area.

4. On August 12, 2005, the undersigned finally located Richard Hopkins.

5. If the plaintiff testifies to the events as she did in her deposition, the defendant, Warren Sappington, would be prejudiced, if he could not rebut this testimony.

6. Mr. Hopkins is out of state and on active military duty, but is willing to appear by video conferencing.

7. For these reasons, defendant, Warren Sappington, respectfully requests leave to add Richard Hopkins to the witness list and to allow him to testify as a rebuttal witness, if necessary.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court to allow Richard Hopkins to be added to the witness list and to allow him to testify as a rebuttal witness, if necessary.

Respectfully submitted,

JUDGE WARREN A. SAPPINGTON,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant.

By: /s/Karen L. McNaught
Karen L. McNaught, #6200462
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON | ) | |
| SIXTH JUDICIAL CIRCUIT, | ) | |
| (IN OFFICIAL CAPACITY), | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY, | ) | |
|     Defendant, | ) | |
| | ) | |
| MACON COUNTY CIRCUIT, | ) | |
|     Defendant. | ) | |

**Certificate of Service**

I hereby certify that on August 12, 2005, I presented the foregoing Motion To Add Witness to Witness List to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on August 12, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

    Respectfully submitted,

    /s/Karen L. McNaught
    Karen L. McNaught
    Assistant Attorney General
    Attorney for Defendant
    Office of the Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-1841
    Facsimile:  (217) 524-5091
    kmcnaught@atg.state.il.us