IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>      Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>      Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:04-cv-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE TO MOTION TO ADD WITNESS

Plaintiff, Melissa Robinson p/k/a Melissa Schroeder, by her counsel, Thomson & Weintraub respectfully objects to Defendant, Judge Warren A. Sappington's five year delay in identifying or locating a potential witness. In support of this objection Plaintiff states:

1. Plaintiff was deposed on March 12, 2001.

2. Defendant has provided this Court with no reasonable basis for the delay in attempting to locate this potential witness.

3. Defendant had nearly six years to anticipate Plaintiff's testimony.

4. Allowing the late addition of a witness into this matter would be unduly prejudicial to Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendant, Judge Warren A. Sappington's request to add a witness to the witness list at this late juncture.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on August 12, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 South Second St.
Springfield, IL 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Mr. Terence J. Corrigan
ILLINOIS ATTORNEY GENERAL
500 S Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me this 12th day of August, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

2