AO 187 (Rev. 4/82) — **EXHIBIT AND WITNESS LIST**

Robinson vs. Sappington

DISTRICT COURT: CDIL
DOCKET NUMBER: 04-1360
TRIAL DATE(S):

PLAINTIFF'S ATTORNEY: Melissa McGrath
DEFENDANT'S ATTORNEY: Karen McNaught
PRESIDING JUDGE: Mihm
COURT REPORTER: K. Hanna
COURTROOM DEPUTY: C. Lambie

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 2 | 8/15/05 | 8/15 | 8/15 | Diagram by J. Shonkwiler — Shonkwiler |
| | 4.5 group | 8/15/05 | 8/15 | 8/15 | |
| | 4.5 | 8/15/05 | 8/15 | 8/15 | Photographs re: Courtroom |
| | 3 | 8/15/05 | | | Note, "Judge, Missy is going home sick" |
| | 13 | 8/15/05 | 8/15 | 8/15 | 1/17/97 ltr to π from J. Shonkwiler w/check attached |
| | 1 | 8/15/05 | NOT ADMITTED | | J Shonkwiler Journal |
| | 10 | 8/16/05 | 8/16 | 8/16 | Bi-weekly rpt 12/6/96 — Robinson |
| | 8 | 8/16/05 | 8/16 | 8/16 | Bi-weekly rpt 10/11/96 |
| | 9 | 8/16/05 | 8/16 | 8/16 | Bi-weekly rpt 10/25/96 |
| | 12 | 8/16/05 | 8/16 | 8/16 | 12/3/96 ltr to π from Judge Greanias |
| | 11 | 8/16/05 | 8/16 | 8/16 | Scheduled Absence 11/22/96 |
| | 16b at | 8/16/05 | 8/16 | 8/16 | 12/3 Judge Sappington Retirement letter (handwritten revisions) (typed) |
| | 27 | 8/16/05 | 8/16 | 8/16 | 3/28/94 Employment eligibility verification signed by π |
| | 28 | 8/16/05 | 8/16 | 8/16 | 3/28/94 Flex Benefit Plan signed by π |
| | 24 | 8/16/05 | 8/16 | 8/16 | 12/6/96 Macon Co. Employee Status Change Sheet |
| | 33a | 8/16/05 | 8/16 | 8/16 | π's W-2's |
| | 33b | 8/16/05 | 8/16 | 8/16 | |
| | 36 | 8/16/05 | 8/16 | 8/16 | Counseling Expenses |
| | | 8/17/05 | | | NOT — Dr. ~~Eva Matter Medical Records~~ — Eva Muller |
| | 24 | 8/17/05 | 8/17 | 8/17 | Ltr of Sappington 4/4/96 — Judge Shonkwiler |
| | 25 | 8/17/05 | 8/17 | 8/17 | Memo re: Leona Miller 4/15/96 |
| | 5 | 8/17/05 | 8/17 | 8/17 | 9/11/96 Correspondence from J. Shonkwiler to Leona Miller |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

Robinson vs. Sappington      CASE NO. 04-1360

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| no obj | 6 | 8/17/05 | 8/17 | 8/17 | 9/16/96 Correspondence from J Shonkwiler to Leon Miller — Judge Shonkwiler |
| no obj | | 8/17/05 | 8/17 | 8/17 | Sappington exhibit — Procedural Rule 1.5 |
| obj | | 8/22/05 | | | Macon Co. Personnel Handbook, Revised 6/87 — Grennias |
| obj | | 8/22/05 | | | Records from 1993 Conference of Chief Judges w/ Appendix — Maddox |
| no obj | 20 | 8/18/05 | 8/18 | 8/18 | Dr. Cokley's Vita — Cokley |
| obj | 3 | 8/23/05 | 8/23 | 8/24 | AOIC Admin Directive on Sexual Harassment Policy — Sappington |
| obj | 4 | 8/23/05 | 8/23 | 8/23 | (1st 6 pgs Redacted) Chief Judges meeting Minutes 6/18/93 |
| obj | 5 | 8/23/05 | 8/23 | 8/23 | 6th Judicial Circuit Administrative Order 95-6 |
| obj | 19 | 8/23/05 | 8/23 | 8/23 | Memo from Judge Davis  9-17-96 |
| obj | 20 | 8/23/05 | 8/23 | 8/23 | Memo from Judge Davis 11-15-96 |
| no obj | 26 | 8/23/05 | 8/23 | 8/23 | Ltr from Judge Shonkwiler 9-16-96 |
| obj | 27 | 8/24/05 | 8/24 | 8/24 | 12/2/96 + 12/13/96 Attendance records of π |
| obj | 18 | 8/24/05 | 8/24 | 8/24 | Letter confirming resignation |

※ Admitted exhibits
π - 13, 27, 28, 33a, 33b
Did Not Go To Jury
for deliberations.