Your Honor
    Do we need to sign all copies of Verdict form?

To: The Jury
From: Judge Mihm

    Please sign only 1 copy of the verdict form. Thank you.