E-FILED
Friday, 26 August, 2005  02:51:08 PM
Clerk, U.S. District Court, ILCD

## VERDICT FORM

1. Has the Plaintiff, Melissa Robinson, proven by a preponderance of the evidence that a hostile work environment resulting from sexual harassment by Judge Warren A. Sappington existed at her employment as a judicial clerk?

    _____ YES        \_\_X\_\_ NO

If your answer to Question 1 is NO, enter your verdict in favor of Defendant in Paragraph 5 of this Verdict Form. If your answer to Question 1 is YES, proceed to Question 2.

2. Has Plaintiff proven by a preponderance of the evidence that she was constructively discharged from her job as a judicial clerk?

    _____ YES        _____ NO

If your answer to Question 2 is YES, proceed to Question 4 regarding damages. If your answer to Question 2 is NO, proceed to Question 3.

3. Has Defendant Warren A. Sappington, in his Official Capacity, proven the affirmative defense by a preponderance of the evidence?

    _____ YES        _____ NO

If your answer to Question 3 is YES, enter your verdict in favor of Defendant in Paragraph 5 of this Verdict Form. If your answer to Question 3 is NO, proceed to Question 4 regarding damages.

30

4. Having found in favor of Plaintiff, Melissa Robinson, by answering YES in response to Question 1 and also by answering YES in response to Question 2 or answering NO in response to Question 3, we assess damages as follows:

| | |
|---|---|
| Lost Wages | $_____ |
| Past Counseling | $_____ |
| Future Counseling | $_____ |
| Transportation Costs | $_____ |
| Past Emotional/Physical Pain and Suffering | $_____ |
| Future Emotional/Physical Pain and Suffering | $_____ |
| TOTAL | $_____ |

_____
Foreperson

_____

_____

_____

_____

_____

_____

31

5. Having found in favor of Defendant, Warren A. Sappington, in his Official Capacity, by answering NO in response to Question 1 or answering YES in response to Question 3, we enter our verdict in favor of Defendant, Warren A. Sappington, in his Official Capacity.

_____
s/Juror #1
Foreperson

_____
s/Juror #2

_____
s/Juror #3

_____
s/Juror #4

_____
s/Juror #5

_____
s/Juror #6

_____
s/Juror #7

_____
s/Juror #8

32