# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

Melissa Robinson
f/k/a
Melissa Schroeder

vs.   Case Number: **04-1360**

Warren A. Sappington, Judge, Sixth Judicial Circuit (In Official Capacity and Individually); John P. Shonkwiler, Chief Judge, Sixth Judicial Circuit, Macon County Circuit Court, Macon County (In Official Capacity and Not Individually); The County of Macon; Janice Shonkwiler

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on August 25, 2005.

**DECISION BY THE COURT**. This action came before the Court. The issues have been plead and and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Dft John P. Shonkwiler is dismissed pursuant to the order entered on June 19, 2002, granting summary judgment. **FURTHER ORDERED AND ADJUDGED** that Janice Shonkwiler is removed as a miscellaneous party pursuant to the Text Order entered on August 5, 2004. **FURTHER ORDERED AND ADJUDGED** that Defendant Macon County is dismissed pursuant to the minute entry entered on August 22, 2005, granting judgment as a matter of law. **FURTHER ORDERED AND ADJUDGED** that pursuant to jury verdict entered on August 25, 2005, judgment is entered in favor of Defendant Warren A. Sappington and against Plaintiff Melissa Robinson, plus costs of suit.

ENTER this 26th day of August, 2005

_____s/ John M. Waters_____
JOHN M. WATERS, CLERK


_____s/ C. Douglas_____
BY: DEPUTY CLERK