| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|
| *Read Instructions on Back:* | | | |
| 1. NAME<br>Melissa M. McGrath | 2. PHONE NUMBER<br>(309)829-7069 | 3. DATE<br>September 1, 2005 | |
| 4. MAILING ADDRESS<br>105 N. Center Street | 5. CITY<br>Bloomington | 6. STATE<br>IL | 7. ZIP CODE<br>61701 |
| 8. CASE NUMBER<br>1:04-cv-1630 | 9. JUDICIAL OFFICIAL<br>Attorney for Plaintiff | DATES OF PROCEEDINGS<br>10. FROM 8/15/2005 | 11. TO 8/25/2005 |
| 12. CASE NAME<br>Robinson v. Sappington, et. al. | | LOCATION OF PROCEEDINGS<br>13. CITY Peoria | 14. STATE IL |

15. ORDER FOR
☐ APPEAL       ☐ CRIMINAL            ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL               ☐ IN FORMA PAUPERIS      ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | **Please see attached.** | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

18. SIGNATURE

19. DATE

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# ATTACHMENT
# TRANSCRIPT ORDER

| Witness | Date(s) |
|---|---|
| Melissa Robinson<br>(Plaintiff's Case) Direct/Redirect Examination | 8/16/2005 |
| Ruth Young<br>(Plaintiff's Case) Direct/Redirect Examination | 8/18/2005 |
| Judge Warren A. Sappington<br>(Defendant's Case) Cross/Recross Examination | 8/23/2005 |
| Janice Shonkwiler<br>(Plaintiff's Case) Direct/Redirect Examination | 8/15/2005 |
| Jay Watts<br>(Plaintiff's Case) Direct/Redirect Examination | 8/18/2005 |
| Judge John K. Greanias<br>(Plaintiff's Case) Direct/Redirect Examination | 8/22/2005 |
| Judge John K. Greanias<br>(Defendant's Case) Plaintiff's Cross/Recross Examination | 8/24/2005 |
| Judge Shonkwiler<br>(Plaintiff's Case) Direct/Redirect Examination | 8/15/2005 |