IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY) and<br>MACON COUNTY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:04-cv-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR A NEW TRIAL**

Plaintiff, Melissa Robinson (f/k/a Melissa Schroeder) by her counsel, Thomson & Weintraub, respectfully asks this Court to grant a new trial pursuant to F.R.C.P 59(a) & (d) and 60(b). In support of this Motion Plaintiff states:

1.  The jury verdict in favor of Judge Warren A. Sappington finding Plaintiff failed to prove by a preponderance of the evidence that a hostile work environment resulted from Judge Warren A. Sappington's sexual harassment was against the great weight of the evidence.

2.  Allowing Judge Sappington to assassinate Melissa's character while basing his defense on facts based on his motives and intent clearly resulted in a verdict inconsistent with substantial justice.

3.  Allowing the State of Illinois to introduce into evidence the sexual harassment policy which was supposed to have guided the judges behaviors, with absolutely no evidence the policy had been adequately distributed and it had never been given to Plaintiff, allowed the jury

1

to consider evidence which resulted in an injustice.

WHEREFORE, as a matter of substantial justice this Court should grant Plaintiff a new trial.

>Respectfully submitted,
>By: s/ Melissa M. McGrath
>Melissa M. McGrath Attorney Bar No. 6207263
>Attorney for Plaintiff
>Thomson & Weintraub
>105 North Center Street
>Bloomington, Illinois 61701
>Phone: (309) 829-7069
>Fax: (309) 827-3458
>E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this 2nd day of September, 2005.

_Angela M. Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

## NOTICE OF FILING

I hereby certify that on September 2nd, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 South Second St.
Springfield, IL 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Mr. Terence J. Corrigan
ILLINOIS ATTORNEY GENERAL
500 S Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me
this 2nd day of September, 2005

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com