IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MELISSA ROBINSON, )
(p/k/a/ MELISSA SCHROEDER) )
)
Plaintiff, )
)
vs. ) Case No. 1:04-cv-1360
)
JUDGE WARREN A. SAPPINGTON )
SIXTH JUDICIAL CIRCUIT, )
(IN OFFICIAL CAPACITY) )
)
Defendant, )
)
and )
)
MACON COUNTY, )
)
Defendant. )

**PLAINTIFF'S MOTION TO SUPPLEMENT MOTION FOR NEW TRIAL**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder), by her counsel, Thomson & Weintraub moves to supplement her Motion for New Trial. In support Plaintiff states:

1. On September 2, 2005, Plaintiff filed a Motion for New Trial along with a supporting Memorandum.

2. Within the supporting Memorandum at footnote 1, Plaintiff sought leave to supplement her Memorandum in support of her Motion For New Trial by citation to the transcripts of the trial.

3. Plaintiff now files a Motion to formally request leave to supplement her Memorandum with citation to the transcript of the trial within twenty-one (21) days after Plaintiff's counsel receives those transcripts from the Court Reporter.

1

4. Those transcripts have been requested from the Court Reporter.

WHEREFORE, Plaintiff, Melissa Robinson respectfully seeks twenty-one (21) days after receipt of the trial transcripts to supplement her Memorandum in Support of Motion for New Trial with citation to the trial record.

> Respectfully submitted,
> Melissa A. Robinson p/k/a Schroeder,
> Plaintiff,
> By: s/ Melissa M. McGrath
> Melissa M. McGrath Attorney Bar No. 6207263
> Attorney for Plaintiff
> Thomson & Weintraub
> 105 North Center Street
> Bloomington, Illinois 61701
> Phone: (309) 829-7069
> Fax: (309) 827-3458
> E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on September 8, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. John Cassidy<br>CASSIDY & MUELLER<br>323 Commerce Bank Bldg.<br>416 Main Street<br>Peoria, IL 61602 | Ms. Diane M. Barron, Esq.<br>Clausen Miller PC<br>10 South La Salle Street<br>Chicago, Illinois 60603-1098 |
| Ms. Karen McNaught<br>Assistant Attorney General<br>ILLINOIS ATTORNEY GENERAL'S OFFICE<br>500 S. Second Street<br>Springfield, Illinois 62706 | Mr. Terrence J. Corrigan<br>Illinois Attorney General<br>500 South Second Street<br>Springfield, Illinois 62706 |

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

Subscribed and sworn to before me this 8th day of September, 2005.

_Anla M Park_
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

2