IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>    Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>    Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:04-cv-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT SHONKWILER'S MOTION TO ENFORCE JUDGMENT[1]**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder) by her counsel, Thomson & Weintraub, provides the following as her Response to Defendant Shonkwiler's Motion to Enforce Judgment:

1. Defendant Shonkwiler provides no explanation for his delay in seeking enforcement of the judgment.

2. More important, however, all costs incurred by Defendant Shonkwiler were incurred before the Seventh Circuit Court of Appeals ruling on December 9, 2003.

---

[1] Plaintiff also directs this Court to her initial Response to Defendant Shonkwiler's Bill of Costs, filed on November 6, 2002.

1

3. At no time before briefing in the Seventh Circuit Court of Appeals did Defendant Shonkwiler contend he should be dismissed from the lawsuit.

4. Had he done so on an earlier occasion the costs Defendant Shonkwiler incurred would have been unnecessary.

5. Defendant Shonkwiler should not be granted costs at this juncture when he sat back, from 1999 until December 2003, incurring costs and attorney fees having raised no argument that he should be dismissed from the case.

WHEREFORE, for the reasons outlined above as well as the reasons outlined in Plaintiff's Response to Defendant's Bill of Costs filed on November 6, 2002, Plaintiff respectfully requests that this Court deny Defendant Shonkwiler's Motion to Enforce Judgment.

Respectfully requested,
Melissa A. Robinson p/k/a Schroeder,
Plaintiff,
By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

## NOTICE OF FILING

I hereby certify that on September 20th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 South Second St.
Springfield, IL 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Mr. Terence J. Corrigan
ILLINOIS ATTORNEY GENERAL
500 S Second Street
Springfield, Illinois 62706

Mr. Andrew S. Ramage
Hinshaw & Culbertson
400 S 9th St, Suite 200
Springfield, Illinois 62701

Subscribed and sworn to before me this 20th day of September, 2005.

Angela M. Park
Notary Public
"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com