# United States District Court

CENTRAL DISTRICT OF ILLINOIS

MELISSA ROBINSON
f/k/a MELISSA SCHROEDER,

V.

JUDGE WARREN A. SAPPINGTON

**BILL OF COSTS**

Case Number: 04-1360

Judgment having been entered in the above entitled action on August 26, 2005 (Date) against Melissa Robinson f/k/a Melissa Schroeder, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $300.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $5,175.70 |
| Fees and disbursements for printing | $3,510.18 |
| Fees for witnesses (itemize on reverse side) | $2,153.74 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $277.87 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$11,417.49** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
See attached Certificate of Service

Signature of Attorney: s/Karen L. McNaught

Name of Attorney: Karen L. McNaught

For: Judge Warren A. Sappington (Name of Claiming Party)   Date: September 23, 2005

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
Clerk of Court        Deputy Clerk        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| Janice Shonkwiler | 3 | $120.00 | | | | | $120.00 |
| Angie Moeller | 1 | $40.00 | | | | | $40.00 |
| Scott Diamond | 1 | $40.00 | | | | | $40.00 |
| Judge Shonkwiler | 2 | $80.00 | | | 2 | $154.78 | $234.78 |
| Melanie Millaman | 1 | $40.00 | | | | | $40.00 |
| Julie Jewell | 1 | $40.00 | | | | | $40.00 |
| Wendy Reeves | 1 | $40.00 | | | | | $40.00 |
| John Greanias | 3 | $120.00 | | | 3 | $226.44 | $346.44 |
| Nathan Maddox | 1 | $40.00 | | | | | $40.00 |
| Jack Ahola | 1 | $40.00 | | | | | $40.00 |
| Leona Miller | 2 | $80.00 | | | 2 | $126.10 | $206.10 |
| Jane Evey | 1 | $40.00 | | | 1 | $76.30 | $116.30 |
| Jennifer Cavaness | 1 | $40.00 | 1 | $76.93 | 1 | $216.00 | $332.93 |
| Cheryl Sappington | 1 | $40.00 | 1 | $132.69 | 1 | $69.66 | $242.35 |
| Richard Hopkins | 1 | $40.00 | | | | | $40.00 |
| Lisa Holder-White | 1 | $40.00 | | | 1 | $69.66 | $109.66 |
| | | | | | | TOTAL | $2,028.56 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs... shall be allowed as of course to the prevailing party unless court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)

   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party... [by mail], 3 days shall be added to the prescribed period."

Rule 58 (In Part)

   "Entry of the judgment shall not be delayed... in order to tax costs...."

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| Ruth Young | 1 | $40.00 | | | 1 | $1.73 | $41.73 |
| Peggy Schwangle | 1 | $40.00 | | | 1. | $3.45 | $43.45 |
| University of Illinois | 1 | | | | | | $40.00 |
| | | | | | | TOTAL | $125.18 |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs... shall be allowed as of course to the prevailing party unless court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party... [by mail], 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed... in order to tax costs...."

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Robinson v. Sappington* |
| | ) | USDC-CD IL No. 04-1360 |
| COUNTY OF SANGAMON | ) | |

## **AFFIDAVIT**

I, Karen L. McNaught, having first been duly sworn upon oath, do hereby depose and state:

1.    I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2.    The fee to the Clerk of the United States Supreme Court in the amount of $300.00 was necessarily incurred when the Defendant sought a writ of certiorari in this case.

3.    The deposition transcripts were used in preparing for this cause and were necessary to address the issues that were pending at the time the depositions were taken.

4.    The fees and disbursement for printing were necessarily incurred during the appeal in this cause to the United States Supreme Court.

5.    The fees for the attendance, subsistence, and mileage were incurred by the witnesses or the State of Illinois for the attendance at trial.

6.    The fees for exemplification and/or 1,850 copies of papers were necessarily obtained for use in this case and the rate of the copying charge is $0.14 per page, except for the bill from Capitol Blueprint Company in the amount of $18.87, which is itemized accordingly in the exhibits attached hereto.

7.    Because of the distance of travel for witnesses Jennifer Cavaness and Cheryl Sappington, it was necessary for each to have hotel accommodations during the trial.

8. The aforementioned costs were necessarily incurred in this case and are correct and the services for which fees have been charged were actually and necessarily performed.

9. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Karen L. McNaught

Subscribed and sworn to before me this 23rd day of September, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Notary Public

OFFICIAL SEAL
LISA D. WEITEKAMP
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MELISSA ROBINSON, )
(f/k/a MELISSA SCHROEDER )
    Plaintiff, )
)
v. ) NO. 04-1360
)
JUDGE WARREN A. SAPPINGTON and )
MACON COUNTY, )
    Defendants, )

### Certificate of Service

I hereby certify that on September 23, 2005, I presented the foregoing Bill of Costs to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| Melissa McGrath | John Cassidy | Diane Baron |
|---|---|---|
| www.thomsonandweintraub.com | c_m@mtco.com | dbaron@clausen.com |

and I hereby certify that on September 23, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us