FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

Kathy Gazda, Admin. Office of IL Courts
900 South Spring
Springfield, IL 62704

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number   2a. TIN Type<br>37 1082378 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME      FIRST NAME      MIDDLE INITIAL<br>OR BUSINESS NAME<br>ASSOCIATED        COURT RPTRS<br>PO BOX 684<br>TAYLORVILLE ILLINOIS  62568 | 4. Voucher No_____<br>5. Voucher Date_____<br>6. Appropriation Account Code<br>7. Invoice Number_____<br>8. Invoice Date_____ |

Disposition of Copies
1 Comptroller    5-Agency
2-Agency
3-Agency
4-Remittance Copy

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Deposition transcript of Ruth Young | | | | $362.40 |
| Appearance charge | | | | $ 75.00 |
| | | | | |
| Robinson v. Sappington, et al., Case No. 99-2266 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | $437. | 40 |
| | | | | | | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | $437.40 | |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Rec  Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent        / Date        Clerk        (Date)

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for t use of this agency and that the expenditure for such goods or servic was authorized and lawfully incurred, that such goods or services me all the required standards set forth in the purchase agreement or contra to which this voucher relates; and that the amount shown on this vouch is correct and approved for payment. If applicable, the reporting r quirements of Section 5.1 of 'An Act to create the Bureau of the Budg and to define its powers and duties and to make an appropriation', a proved April 16, 1969, as amended, have been met,

Agency Head (Signature

ASSOCIATED COURT REPORTERS
P.O. Box 684
Taylorville, Illinois 62568
1-800-252-9915   *   217-824-5717
Fax:  217-287-1157

STATEMENT DATE:  10-05-01
Invoice #:  M2178

To:
STATE OF ILLINOIS
By Ms. Karen McNaught
Attorney at Law
500 South Second Street
Springfield, Illinois  62706

RE:
Case No. 99-2266, MELISSA ROBINSON vs JUDGE WARREN SAPPINGTON, etal.

| DATE TAKEN | CHARGES |
|---|---|
| September 27, 2001 | |
| Appearance charge | $   75.00 |
| 151 pages (org) dep of Ruth Young | 362.40 |
| Total: | $  437.40 |

THANK YOU!

EMPLOYER I.D. NO. 37-1082378

# Invoice Voucher

The preparation instructions for vendors are on the back of the last Copy

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Cathy Gazda Adm Office of IL Courts
900 South Spring Street
Springfield IL 62704

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br><br>371082378 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME    FIRST NAME    MIDDLE INITIAL<br>OR BUSINESS NAME | |
| Disposition of Copies<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | ASSOCIATED COURT REPORTERS<br>P O BOX 684<br>TAYLORVILLE IL 62568 | |

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code
7. Invoice Number M21103
8. Invoice Date 12/28/01

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Melissa Robinson v. Judge Warren Sappington, No. 99-2266 | | | | |
| Deposition of Peggy Schwengel taken on 12/13/01 | | | | $340.10 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | $340 | 10 |
| | | | | | | 16. Discount/ Deduction | |
| | | | | | | 17. Total Amount | $340.10 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |

26. For Agency Use Only

Certification of Receiving Agency

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Re                                                       Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

He___

(Date)                              Agency Head (Signature)

COPY 1

```
               ASSOCIATED COURT REPORTERS
                      P.O. Box 684
                Taylorville, Illinois 62568
              1-800-252-9915  *  217-824-5717
                   Fax:  217-287-1157
```

STATEMENT DATE:   12-28-01
Invoice #:   M21103

To:
STATE OF ILLINOIS
By Ms. Karen McNaught
Attorney at Law
500 South Second Street
Springfield, Illinois  62706

RE:
Case No. 99-2266, MELISSA ROBINSON vs JUDGE WARREN SAPPINGTON, etal.

| DATE TAKEN | CHARGES |
|---|---|
| December 13, 2001 | |
| Appearance charge | $   82.50 |
| 112 pages (org) dep of Peggy Schwengel | 257.60 |
| Total: | $  340.10 |

THANK YOU!

EMPLOYER I.D. NO. 37-1082378

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

The preparation instructions for vendors are on the back of the last Copy

Cathy Gazda Adm Office of IL Courts
900 South Spring Street
Springfield IL 62704

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  371184223 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee   LAST NAME   FIRST NAME   MIDDLE INITIAL   OR BUSINESS NAME | | | 5. Voucher Date_____  6. Appropriation Account Code |
| Disposition of Copies  1 Comptroller    5-Agency  2-Agency  3-Agency  4-Remittance Copy | Hanagan Reporting Service  4336 Lilac Lane  Mt. Vernon IL 62864 | | | 7. Invoice Number 4802  8. Invoice Date 12/17/01 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Melissa Robinson v. Judge Warren Sappington, No. 99-2266   Deposition of Jennifer Cavaness taken on behalf of plaintiff 12/5/01 | | | | $85.10 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | $85 | 10 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $85.10 | |

26. For Agency Use Only

Certification of Receiving Agency

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Recr
Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Hea

Clerk

(Date)                Agency Head (Signature)

COPY 1

HANAGAN REPORTING SERVICE

CERTIFIED SHORTHAND REPORTING
NOTARY PUBLIC
FEIN 37-1184223

NEW ADDRESS:        4336 LILAC LANE
                    MT. VERNON, IL 62864
                    618-244-0216

INVOICE NO. 4802

TO: Ms. Karen McNaught          DATE: December 17, 2001
    Assistant Attorney General
    500 S. Second St.
    Springfield, IL 62706

RE: MELISSA ROBINSON vs. JUDGE WARREN A. SAPPINGTON; No. 99-2266

Deposition of Jennifer Cavaness taken on behalf of the plaintiff: 12/5/01

|  |  |
|---|---|
| Copy, 68 pages | $ 81.60 |
| Postage | 3.50 |
|  | $ 85.10 |

REPORTER: STARLA D. JAY, CSR, RPR

PAYMENT DUE UPON RECEIPT. THANK YOU!