FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

Kathy Gazda Adm Office of IL Courts
900 South Spring Street
Springfield IL 62704

The preparation instructions for vendor are on the back of the last copy.

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number   2a. TIN Type  [redacted] | Important  See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee   LAST NAME   FIRST NAME   MIDDLE INITIAL  OR BUSINESS NAME | |
| Disposition of Copies  1 Comptroller   5-Agency  2-Agency  3-Agency  4-Remittance Copy | Kitty Malcom d/b/a Malcom Reporting Service  1310 Ironwood CC Drive  Normal IL 61761 | |

4. Voucher No _____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number  3893
8. Invoice Date  1/8/02

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Melissa Schroeder v. Warren Sappington, et al.  USDC-CD IL No. 99-2097 | | | | |
| 11/14/01 Depositions of James Hendrian, Jack Ahola, Angela Moeller and Julia Jewell | | | | $230.45 |
| 12/13/01 Depositions of David Drobisch, Lisa White and Jay M. Watts | | | | $239.45 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | 22. Obligation No. | 23. F | 24. Payment Amount | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $469 | 90 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $469.90 | |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Rec_____ Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

He_____

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

(Date)                    Agency Head (Signature)

COPY 1

INVOICE NO: 3837

Kitty Malcom d/b/a MALCOM REPORTING SERVICE
1310 Ironwood CC Drive
Normal, IL 61761
309/454-3378

TAX ID: ▓▓▓▓
DATE: 12/07/01

TO:   Ms. Karen McNaught, Atty.
      Attorney General's Office
      500 So. Second Street
      Springfield, IL  62706

RE:   MELISSA SCHROEDER v. WARREN SAPPINGTON, et al
      USDC # 99-2097

INVOICE
_____

DESCRIPTION                              AMOUNT
_____

COURT REPORTING SERVICES

11/14/01   DEPOSITIONS OF JAMES HENDRIAN, JACK AHOLA,
           ANGELA MOELLER & JULIA JEWELL
           141 pgs @ 1.50, 15 word index pages @1.00,
           Mail 3.95

           DUE UPON RECEIPT              $ 230.45

THANK YOU!
--------------------------------------------------

*** THIS INVOICE IS DUE UPON RECEIPT ***

INVOICE NO: (3893)
Kitty Malcom d/b/a MALCOM REPORTING SERVICE
1310 Ironwood CC Drive
Normal, IL 61761
309/454-3378

TAX ID: ▮
DATE: 01/08/02

TO:     Ms. Karen McNaught
        Asst. Atty. General
        Office of the Attorney General
        500 So. Second Street
        Springfield, IL  62706

RE:     MELISSA SCHROEDER v. WARREN SAPPINGTON, et al
        USDC (Urbana div.)# 99-2097

I N V O I C E

---

| DESCRIPTION | AMOUNT |
|---|---|
| COURT REPORTING SERVICES | |
| 12/13/01 DEPOSITIONS OF DAVID DROBISCH, LISA WHITE and JAY M. WATTS (copies of transcripts: 147 pgs @ 1.50, word index pages, 15 @ 1.00, U.S. Mail 3.95 ) | |
| DUE UPON RECEIPT | $ 239.45 |

THANK YOU!
--------------------------------------------------

*** THIS INVOICE IS DUE UPON RECEIPT ***

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

..thy Gazda Adm Office of IL Courts
900 South Spring Street
Springfield IL 62704

The preparation instructions for vendors are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TW Type<br><br>363536544 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee<br>LAST NAME    FIRST NAME    MIDDLE INITIAL<br>OR BUSINESS NAME<br><br>SPHERION | 4. Voucher No _____<br>5. Voucher Date _____<br>6. Appropriation Account Code<br><br>7. Invoice Number 4328030316 |
| Disposition of Copies<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | P O BOX 100186<br><br>ATLANTA GA  303840186 | 8. Invoice Date  11/25/01 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Job No. 17816  Case No. 23514<br>Robinson v. Sappington, No. 99-2266 | | | | 95.75 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 95 | 75 |
| | | | | | 16. Discount/ Deduction | | |
| | | | | | 17. Total Amount | $95.75 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | Certification of Receiving Agency | | |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Receiving Officer      Date      Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head      (Date)      Agency Head (Signature)

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

COPY 1

# INVOICE



ASSISTANT ATTORNEY GENERAL
500 S. SECOND STREET
SPRINGFIELD, IL 62706
ATTN.: KAREN McNAUGHT, ESQ.

| Invoice # | Invoice Date |
|---|---|
| 4328030316 | 11/25/2001 |

**REMIT TO:**
P.O. Box 100186
Atlanta, GA 30384-0186

Firm ID:   ATTORNE    Case Ref:

| Job Number | Case Number | Case Name |
|---|---|---|
| 17816 | 23514 | ROBINSON-VS-SAPPINGTON |

MULLER, EVA C. M.D.              Job Date(s):  11/08/2001

ONE COPY OF THE TRANSCRIPT                                $88.25

EXHIBITS                                                  $5.50

SHIPPING & HANDLING                                       $2.00

                                     Total Amount Due:    $95.75

****Please note our new remittance address****

BALDWIN COURT REPORTING
& LEGAL VIDEO SERVICES
107 East Allen Street, Suite 101
Springfield, IL  62704
217-788-2835

**Due Upon Receipt**

Please pay this amount:        $95.75

Spherion - Chicago
(312) 553-0733
Federal ID:  36-3536544

v. 3.45.15