# Invoice Voucher

FORM C-13-5 PART (Rev. 4-96)
STATE OF ILLINOIS

ADMIN OFFICE OF ILLINOIS COURTS
840 SOUTH SPRING
SPRINGFIELD IL 62704

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee   LAST NAME   FIRST NAME   MIDDLE INITIAL  OR BUSINESS NAME | 4. Voucher No. _____  5. Voucher Date _____  6. Appropriation Account Code |
| Disposition of Copies  1 Comptroller   5-Agency  2-Agency  3-Agency  4-Remittance Copy | DEBBIE A STEWART  700 McADAM DRIVE  TAYLORVILLE IL 62568 | 7. Invoice Number  2777  8. Invoice Date  12/13/01 |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| In Re: Melissa Robinson p/k/a Melissa Schroeder v. Sappington, et al. USDC-CD IL No. 99-2266 | | | | |
| 12/5/01 Laser Copy of Deposition, Exhibits and Postage | | | | 45.30 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 45 | 30 |
| | | | | | 16. Discount/ Deduction | | |
| | | | | | 17. Total Amount | $45.30 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | Certification of Receiving Agency | | |

26. For Agency Use Only

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services met all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent

(Date)   Agency Head (Signature)

Please make checks payable to:
Debbie A. Stewart, CSR
Stewart-Haines Court Reporting
700 McAdam Drive
Taylorville, Illinois 62568

# Invoice

Number: 2777

Date: December 13, 2001

**Bill To:**

Ms. Karen L. McNaught
Illinois Attorney General's Office
500 South Second Street
Springfield, IL 62706

**Firm Name:**

Ms. Karen L. McNaught
Illinois Attorney General's Office
500 South Second Street
Springfield, IL 62706

Taxpayer I.D. Number: ▮▮▮▮▮

| Date | Description | Pages/Hours | Rate | Amount |
|---|---|---|---|---|
| 12-05-01 | Laser Copy of Deposition of Heather Houser | 32.00 | 1.25 | 40.00 |
| 12-05-01 | Copy of Deposition Exhibits | 14.00 | 0.20 | 2.80 |
| 12-14-01 | Postage | 1.00 | 2.50 | 2.50 |

In Re: Melissa Robinson, p/k/a Melissa Schroeder -vs- Judge Warren A. Sappington, et al.
U.S. District Court - Urbana Division Case No. 99-2266.
Your Client: State of Illinois, Judges Sappington and Shonkwiler.

Total  45.30

THANK YOU!
WE APPRECIATE YOUR BUSINESS!
DEBBIE A. STEWART, CSR/RPR
STEWART-HAINES COURT REPORTING
Phone (217) 287-7308 or (800) 252-1684

TO ENSURE PROPER CREDIT:
Please return a copy of Invoice with your payment
or refer to Invoice Number on your check
THANK YOU!


FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

Kathy Gazda, Adm. Office of IL Courts
900 South Spring
Springfield, IL 62704

The preparation instructions for vend are on the back of the last Copy



| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  338 66 9644 | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee  LAST NAME     FIRST NAME    MIDDLE INITIAL  OR BUSINESS NAME  ADVANTAGE    REPORTING    SVC  920 SOUTH SPRING  SPRINGFIELD ILLINOIS 62704 | | | 5. Voucher Date _____  6. Appropriation Account Code  7. Invoice Number_____  8. Invoice Date _____ |
| Disposition of Copies  1 Comptroller   5-Agency  2-Agency  3-Agency  4-Remittance Copy | | | | |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Copy of Transcript of Dr. Robert Cokley taken on September 27, 2001; Index, Exhibits and Postage  Re: Robinson v. Sappington, et al. Case No. 99-2266 | | | | $244.85 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | | 23. F | 24. Payment Amount | | $244 | 85 |
| | | | | | | | 16. Discount/ Deduction | | |
| | | | | | | | 17. Total Amount | | $244.85 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | | | |

26. For Agency Use Only

Certification of Receiving Agency

Approved for Payment

I certify that the goods or services specified on this voucher were for t use of this agency and that the expenditure for such goods or servic was authorized and lawfully incurred, that such goods or services me all the required standards set forth in the purchase agreement or contra to which this voucher relates; and that the amount shown on this vouch is correct and approved for payment. If applicable, the reporting r quirements of Section 5.1 of 'An Act to create the Bureau of the Budg and to define its powers and duties and to make an appropriation', a proved April 16, 1969, as amended, have been met,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Receiving Officer          Date          Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head

(Date)                    Agency Head (Signature



**ADVANTAGE REPORTING SERVICE**
920 S. SPRING
SPRINGFIELD, ILLINOIS 62704
PHONE (217) 789-2744

NO. 015330

STATE OF ILLINOIS
ASSISTANT ATTORNEY GENERAL
KAREN L. MCNAUGHT, ESQ.
500 South Second Street
Springfield, Illinois   62706

October 12, 2001
Tax I.D.#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
Case No. 99-2266

IN RE:  MELISSA ROBINSON VS JUDGE WARREN SAPPINGTON, ET AL.  The deposition of **Dr. Robert Cokley,** taken on September 27, 2001, in Decatur, Illinois.

Copy of Transcript,                           $244.85
Index, Exhibits
& Postage
If paid by November 12,
2001, pay $224.85

                ***THANK YOU FOR YOUR BUSINESS***

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

The preparation instructions for vend are on the back of the last Copy

Kathy Gazda, Adm. Office of IL Courts
900 South Spring
Springfield, IL  62702

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No. _____ |
| --- | --- | --- | --- | --- |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee  LAST NAME    FIRST NAME    MIDDLE INITIAL  OR BUSINESS NAME  STEWART-HAINES    COURT    RPTG  700 MCADAM DRIVE  TAYLORVILLE ILLINOIS  62568 | | | 5. Voucher Date _____  6. Appropriation Account Code  7. Invoice Number _____  8. Invoice Date _____ |
| Disposition of Copies  1 Comptroller   5-Agency  2-Agency  3-Agency  4-Remittance Copy | | | | |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
| --- | --- | --- | --- | --- |
| Copy of the deposition transcript of Melissa Robinson taken on July 30, 2001  Re: Robinson v. Sappington, et al., No. 99-2266 | | | | $115.00 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | $115. | 00 |
| | | | | | | 16. Discount/ Deduction | |
| | | | | | | 17. Total Amount | $115.00 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |

26. For Agency Use Only

Certification of Receiving Agency

Approved for Payment

I certify that the goods or services specified on this voucher were for t use of this agency and that the expenditure for such goods or servic was authorized and lawfully incurred, that such goods or services me all the required standards set forth in the purchase agreement or contra to which this voucher relates; and that the amount shown on this vouch is correct and approved for payment. If applicable, the reporting r quirements of Section 5.1 of 'An Act to create the Bureau of the Budg and to define its powers and duties and to make an appropriation', a proved April 16, 1969, as amended, have been met,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

R_____    Date    Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

(Date)    Agency Head (Signatu

<u>INVOICE NUMBER 080601TL5</u>

Please make checks payable to:
DEBBIE A. STEWART, CSR/RPR
STEWART-HAINES COURT REPORTING
700 McAdam Drive
Taylorville, Illinois  62568
Phone: (217) 287-7308
Soc. Sec. No. ███

DATE:  8-6-01

INVOICE #:  080601TL5

TO:   Ms. Karen L. McNaught
      State of Illinois
      Office of the Attorney General
      500 South Second Street
      Springfield, Illinois  62706

STATEMENT OF CHARGES
*********************

| DATE | PAGES | PAGE RATE | DESCRIPTION | CHARGES |
|---|---|---|---|---|
| 7-30-01 | 92 | 1.25 | Copy, deposition of Melissa Robinson | $115.00 |
| | | | Total | $115.00 |

IN RE:  Melissa Robinson (p/k/a Schroeder) vs.
        Judge Sappington, Macon County & Judge Shonkwiler
CASE NO. 99-2266
YOUR CLIENT:  Defendant Judge Warren A. Sappington &
              Judge John P. Shonkwiler

THANK YOU!
TAMARA C. LEESMAN
DEBBIE A. STEWART
SANDRA K. HAINES
CERTIFIED SHORTHAND REPORTERS