# Invoice Voucher

FOR., , 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Kathy Gazda, Admin. Office of IL Courts
900 South Spring
Springfield, IL 62704

The preparation instructions for vend are on the back of the last copy

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No _____ |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME    FIRST NAME    MIDDLE INITIAL<br>OR BUSINESS NAME<br>MALCOLM    KITTY<br><br>1310 IRONWOOD CC DRIVE<br><br>NORMAL ILLINOIS 61761 | | | 5. Voucher Date _____<br>6. Appropriation Account Code _____<br>7. Invoice Number _____<br>8. Invoice Date _____ |
| Disposition of Copies<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | | | | |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Transcript of the continued discovery deposition of Warren A. Sappington on 06/27/01, including exhibits and postage<br><br>Re: Schroeder v. Sappington, No. 99-2097 | | | | $61.50 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | | | | $61. | 50 |
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 16. Discount/ Deduction | |
| | | | | | | 17. Total Amount | $61.50 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |
| 26. For Agency Use Only | | | | | Certification of Receiving Agency | | |

I certify that the goods or services specified on this voucher were for t use of this agency and that the expenditure for such goods or servic was authorized and lawfully incurred, that such goods or services me all the required standards set forth in the purchase agreement or contra to which this voucher relates; and that the amount shown on this vouch is correct and approved for payment. If applicable, the reporting r quirements of Section 5.1 of 'An Act to create the Bureau of the Budg and to define its powers and duties and to make an appropriation', a proved April 16, 1969, as amended, have been met,

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Clerk

Head of Unit or Authorized Agent    (Date)    Agency Head (Signature

```
                                1

              INVOICE NO: 3655

   Kitty Malcom d/b/a MALCOM REPORTING SERVICE
              1310 Ironwood CC Drive
                 Normal, IL 61761
                  309/454-3378


                        TAX ID: ███████
                        DATE: 07/26/01


TO:   Ms. Karen McNaught
      Asst. Atty. General
      500 So. Second Street
      Springfield, IL 62706


RE:   MELISSA SCHROEDER v. JUDGE WARREN A.
      SAPPINGTON, et al
      USDC (Central, IL) 99-2097

                   I N V O I C E
```

| DESCRIPTION | AMOUNT |
|---|---|
| COURT REPORTING SERVICES | |
| 06/27/01 CONTINUED DISCOVERY DEPOSITION OF WARRINGTON A. SAPPINGTON (reg copy with Index) 38 pgs @ 1.50, 4 exhibits @ .25, $3.50 First class mail | |
| DUE UPON RECEIPT | $ 61.50 |

THANK YOU!
-----------------------------------------------

         *** THIS INVOICE IS DUE UPON RECEIPT ****

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Kathy Gazda, Adm. Office of IL Courts
900 South Spring
Springfield, IL 62704

The preparation instructions for vend are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TM Type<br>37 1082378 | Important — See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME / FIRST NAME / MIDDLE INITIAL<br>OR BUSINESS NAME<br>ASSOCIATED  COURT  RPTRS<br>PO BOX 684<br>TAYLORVILLE ILLINOIS 62568 | 4. Voucher No_____<br>5. Voucher Date _____<br>6. Appropriation Account Code<br>_____<br>7. Invoice Number_____<br>8. Invoice Date _____ |
| Disposition of Copies<br>1 Comptroller      5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | | |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Deposition of John Robinson | | | | $278.40 |
| Deposition of Dr. Eva Muller | | | | $ 49.00 |
| Deposition of Nathan Maddox | | | | $ 39.20 |
| Appearance Charge | | | | $105.00 |
| Re: Robinson v. Sappington, et al., No. 99-2266 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | 22. Obligation No. | 23. F | 24. Payment Amount | 15. Subtotal | $471.60 |
|---|---|---|---|---|---|---|---|
| | | | | | | 16. Discount/ Deduction | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $471.60 |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Clerk

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for t use of this agency and that the expenditure for such goods or servic was authorized and lawfully incurred, that such goods or services me all the required standards set forth in the purchase agreement or contra to which this voucher relates; and that the amount shown on this vouch is correct and approved for payment. If applicable, the reporting r quirements of Section 5.1 of 'An Act to create the Bureau of the Budg and to define its powers and duties and to make an appropriation', a proved April 16, 1969, as amended, have been met.

Head of Unit or Authorized Agent     Date     (Date)     Agency Head (Signature

ASSOCIATED COURT REPORTERS
P.O. Box 684
Taylorville, Illinois 62568
1-800-252-9915  *  217-824-5717
Fax:  217-287-1157

STATEMENT DATE:  11/27/01
Invoice #:  KB21-95

To:
OFFICE OF THE ATTORNEY GENERAL
Ms. Karen L. McNaught
Assistant Attorney General
3000 Montvale
Springfield, Illinois  60706

RE:
Case No. 99-2266
MELISSA ROBINSON, f/k/a  MELISSA SCHROEDER vs.
JUDGE WARREN A. SAPPINGTON, et al.

| DATE TAKEN | CHARGES |
|---|---|
| November 8th & 15th, 2001 | |
| Appearance charge | $105.00 |
| 116 pages (org) dep of JOHN ROBINSON | $278.40 |
| 35 pages (copy) dep of DR. EVA MULLER | $ 49.00 |
| 28 pages (copy) dep of NATHAN MADDOX | $ 39.20 |
| Total: | $471.60 |

THANK YOU!

EMPLOYER I.D. NO. 37-1082378

ASSOCIATED COURT REPORTERS

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Kathy Gazda, Adm. Office of IL Courts
900 South Spring
Springfield, IL 62704

The preparation instructions for vend are on the back of the last Copy

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No. |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 301LCS 540/1. | 3. Vendor or Payee LAST NAME / OR BUSINESS NAME  FIRST NAME  MIDDLE INITIAL  MALCOM  REPORTING  SRVC  1310 IRONWOOD CC DRIVE  NORMAL ILLINOIS 61761 | | | 5. Voucher Date  6. Appropriation Account Code  7. Invoice Number  8. Invoice Date |
| Disposition of Copies  1 Comptroller  5-Agency  2-Agency  3-Agency  4-Remittance Copy | | | | |

| 9. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| 10/12/01  Depositions of Leona Miller, Melenie Milliman and Wendy Reeves | | | | |
| 10/22/01  Depositions of Robin Johnson, Kelly Geisler, Timothy Steadman and Scott Diamond | | | | |
| 10/25/01  Depositions of Jerry Patton, Christina Lees, Gina Jones, Paul Francis and Michelle Creek | | | | $474.00 |
| Re: Robinson v. Sappington, et al., No. 99-2266 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | $474.00 |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | |
| | | | | | | 16. Discount/Deduction | |
| | | | | | | 17. Total Amount | $474.00 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Receiving Officer _____ Date _____ Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for t use of this agency and that the expenditure for such goods or servic was authorized and lawfully incurred, that such goods or services me all the required standards set forth in the purchase agreement or contra to which this voucher relates; and that the amount shown on this vouch is correct and approved for payment. If applicable, the reporting r quirements of Section 5.1 of 'An Act to create the Bureau of the Budg and to define its powers and duties and to make an appropriation', a proved April 16, 1969, as amended, have been met.

(Date)   Agency Head (Signature

INVOICE NO: 3799

Kitty Malcom d/b/a MALCOM REPORTING SERVICE
1310 Ironwood CC Drive
Normal, IL 61761
309/454-3378

TAX ID: ▮▮▮▮▮▮
DATE: 11/20/01

TO:  Ms. Karen McNaught
     Asst. Attorney General
     500 So. Second Street
     Springfield, IL 62706

RE:  MELISSA SCHROEDER v. WARREN SAPPINGTON, et al
     USDC #99-2097

I N V O I C E

| DESCRIPTION | AMOUNT |
|---|---|
| COURT REPORTING SERVICES  10/12/01 DEPOSITIONS OF LEONA MILLER, MELENIE MILLIMAN, WENDY REEVES  10/22/01 DEPOSITIONS OF ROBIN JOHNSON, KELLY GEISLER, TIMOTHY STEADMAN & SCOTT DIAMOND  10/25/01 DEPOSITIONS OF JERRY PATTON, CHRISTINA LEES, GINA JONES, PAUL FRANCIS, MICHELLE CREEK (condensed copies)(298 pgs @ 1.50, 38 pgs word index @ .50, estimated $8.00 U.S. mail) | |
| DUE UPON RECEIPT | $ 474.00 |

THANK YOU!
-----------------------------------------------

          *** THIS INVOICE IS DUE UPON RECEIPT ***