FORM C-13 5 PART (Rev. 4-95)
STATE OF ILLINOIS

**Invoice Voucher**

Kathy Gazda, Admin. Off. of IL. Courts
900 South Spring
Springfield, IL 62704

The preparation instructions for vendors are on the back of the last copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type | Important — See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee LAST NAME / OR BUSINESS NAME   FIRST NAME   MIDDLE INITIAL  ZEITLER   REPORTING   SERVICE | |
| Disposition of Copies  1 Comptroller   5-Agency  2-Agency  3-Agency  4-Remittance Copy | RR2 BOX 156AA  HEYWORTH ILLINOIS 61745 | |

4. Voucher No.____
5. Voucher Date ____
6. Appropriation Account Code ____
7. Invoice Number ____
8. Invoice Date ____

| 10. Give Complete Description At Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Deposition Transcripts of Shonkwiler | | | | $171.60 |
| Deposition Transcripts of Sappington | | | | $100.80 |
| Re: Robinson v. Sappington | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | |
|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | $272.40 |
| | | | | | | 16. Discount/ Deduction |
| | | | | | | 17. Total Amount $272.40 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Clerk

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

(Date)   Agency Head (Signature)

COPY 1

## Zeitler Reporting Service

RR2 Box 156AA
Heyworth, Illinois 61745
(309) 473-3949

# Invoice

Number: 1459
Date: August 01, 2000

Bill To:
Ms. Karen McNaught
Assistant Attorney General
500 South Second Street
Springfield, IL 62706

Ship To:

Shipped Via
Priority Mail

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Copy Transcript (Per Page) (Shonkwiler) | 143.00 | 1.20 | 171.60 |
| Copy Transcript (Per Page) (Sappington) | 84.00 | 1.20 | 100.80 |

Re: Melissa Robinson v. Judge Warren Sappington
Depositions of Janice Shonkwiler on 7/19/00
and Cheryl Sappington on 7/20/00

Total    272.40

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $272.40 | $0.00 | $0.00 | $0.00 | $272.40 |

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

# Invoice Voucher

athy Gadza, Adm. Office of Illinois Courts
900 South Spring
Springfield, IL 62704

The preparation instructions for vendors are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br><br>■■■5095 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME       FIRST NAME   MIDDLE INITIAL<br>OR BUSINESS NAME<br>MALCOLM        REPORTING    SERVICE | |
| Disposition of Copies<br>1 Comptroller       5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 1625 GREGORY STREET<br><br>MACOMB ILLINOIS 62706 | |

4. Voucher No_____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number_____
8. Invoice Date _____

| 10. Give Complete Description At Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Deposition transcript of Judge John K. Greanias<br><br>Re: Robinson v. Sappington, et al., No. 99-2097 | | | | $210.95 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | $210. | 95 |
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $210.95 | |

26. For Agency Use Only

Certification of Receiving Agency

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

_____
Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

(Date)        Agency Head (Signature)

COPY 1

```
                                    INVOICE NO: 3410

          Kitty Malcom d/b/a MALCOM REPORTING SERVICE
                        1625 Gregory Street
                        Normal, IL 61761-2325
                           309/454-3378


                                    TAX ID: ▮▮▮▮▮▮
                                    DATE: 02/11/01


TO:     Ms. Karen McNaught
        Asst. Attorney General
        Office of the Attorney General
        500 South Second Street
        Springfield, IL 62706


RE:     MELISSA ROBINSON v. JUDGE WARREN SAPPINGTON,
        et al
        USDC (Urbana) # 99-2097


                        I N V O I C E
```

| DESCRIPTION | AMOUNT |
|---|---|
| COURT REPORTING SERVICES | |
| 01/27/01  DEPOSITION of JUDGE JOHN K. GREANIAS (regular copy w/Index; 138 pgs @ $1.50, mailing of $3.95) | |
| DUE UPON RECEIPT | $ 210.95 |

THANK YOU!

------------------------------------------------------------

***** THIS INVOICE IS DUE UPON RECEIPT ****

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

:hy Gadza, Adm.Office of IL Courts
900 South Spring
Springfield, IL  62704

The preparation instructions for vendors are on the back of the last Copy

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number | 2a. TIN Type | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No. |
|---|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee  LAST NAME    FIRST NAME    MIDDLE INITIAL OR BUSINESS NAME  MALCOLM      REPORTING      SVC | | | 5. Voucher Date  6. Appropriation Account Code |
| Disposition of Copies  1 Comptroller  5-Agency  2-Agency  3-Agency  4-Remittance Copy | 1310 IRONWOOD CC DRIVE  NORMAL ILLINOIS  61761 | | | 7. Invoice Number  8. Invoice Date |

| 10. Give Complete Description At Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Discovery deposition of John Davis (86 deposition pages and 24 pages of exhibits; and postage) | | | | $138.95 |
| Re: Robinson v. Sappington, USDC-CD No. 99-2266 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | |
|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | $138.95 |
| | | | | | 16. Discount/ Deduction | |
| | | | | | 17. Total Amount | $138.95 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | |

26. For Agency Use Only

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Rec_____ Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent          Date

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

(Date)                    Agency Head (Signature)

COPY 1

```
                              INVOICE NO: 3459

              Kitty Malcom d/b/a MALCOM REPORTING SERVICE
                          1310 Ironwood CC Drive
                            Normal, IL 61761
                              309/454-3378


                                      TAX ID: ███████
                                      DATE: 03/05/01


TO:      Ms. Karen McNaught
         Asst. Attorney General
         ATTORNEY GENERAL'S OFFICE
         500 So. Second Street
         Springfield, IL 62706
         (217) 782-5819

RE:      MELISSA ROBINSON f/k/a SCHROEDER v. JUDGE
         WARREN SAPPINGTON, et al
         USDC (Urbana) 99-2266


                           I N V O I C E
_____

DESCRIPTION                                    AMOUNT
_____

           COURT REPORTING SERVICES

02/13/01   DISCOVERY DEPOSITION OF JOHN DAVIS
           (regular copy with Word Index - 86 pgs @
           $1.50, copies of exhibits - 24 pgs @ .25,
           $3.95 U.S. Mail)
                                               _____
           DUE UPON RECEIPT                    $ 138.95
                                               _____
THANK YOU!
-----------------------------------------------------------

       ***** THIS INVOICE IS DUE UPON RECEIPT ****
```