# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Kathy Gazda, Adm. Office of IL Courts
840 S. Spring
Springfield, IL 62704

VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1.

2. Taxpayer Identification Number  2a. TIN Type

Important — See instructions on back of page 5 for completion of boxes 2 and 2a

3. Vendor or Payee
LAST NAME    FIRST NAME    MIDDLE INITIAL
OR BUSINESS NAME
STEWART      DEBBIE

700 McADAM DRIVE
TAYLORVILLE ILLINOIS 62568

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number _____
8. Invoice Date _____

Disposition of Copies
1 Comptroller   5-Agency
2-Agency
3-Agency
4-Remittance Copy

10. Give Complete Description At Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount
--- | --- | --- | --- | ---
Deposition of Melissa Robinson (296 pages) | | | | $370.00
Copies of exhibits (33 pages) | | | | $ 6.60
Re: Robinson v. Shonkwiler, et al, No. 99-2266 | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | | 15. Subtotal | $376.60 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 16. Discount/ Deduction | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | 17. Total Amount | $376.60 |

Certification of Receiving Agency

26. For Agency Use Only

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Clerk

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

(Date)                                    Agency Head (Signature)

COPY 1

<u>INVOICE NUMBER 32301TL5</u>

Please make checks payable to:
DEBBIE A. STEWART, CSR/RPR
STEWART-HAINES COURT REPORTING
700 McAdam Drive
Taylorville, Illinois  62568
Phone: (217) 287-7308
Soc. Sec. No. ███████

DATE: 3-23-01

INVOICE #: 32301TL5

TO:  Ms. Karen L. McNaught
     State of Illinois
     Office of the Attorney General
     500 South Second Street
     Springfield, Illinois  62706

STATEMENT OF CHARGES
*********************

| DATE | PAGES | PAGE RATE | DESCRIPTION | CHARGES |
|---|---|---|---|---|
| 3-12-01 | 296 | 1.25 | Copy, deposition of Melissa Robinson | $370.00 |
|  | 33 | .20 | Copy of exhibits | $ 6.60 |
|  |  |  | Total | $376.60 |

IN RE:  Melissa Robinson (p/k/a Schroeder) vs.
        Judge Sappington, Macon County & Judge Shonkwiler
CASE NO. 99-2266
YOUR CLIENT:  Defendant Judge Warren A. Sappington &
              Judge John P. Shonkwiler

THANK YOU!
TAMARA C. LEESMAN
DEBBIE A. STEWART
SANDRA K. HAINES
CERTIFIED SHORTHAND REPORTERS

# Invoice Voucher

by Gadza Admin Office of IL Courts
900 South Spring Street
Springfield IL 62704

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

The preparation instructions for vendors are on the back of the last Copy

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type  [redacted] | Important See instructions on back of page 5 for completion of boxes 2 and 2a |

4. Voucher No_____

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1.

3. Vendor or Payee
LAST NAME       FIRST NAME       MIDDLE INITIAL
OR BUSINESS NAME

MALCOLM REPORTING SERVICE
1310 IRONWOOD CC DRIVE
NORMAL IL 61761

5. Voucher Date _____
6. Appropriation Account Code

Disposition of Copies
1 Comptroller   5-Agency
2-Agency
3-Agency
4-Remittance Copy

7. Invoice Number_____
8. Invoice Date  4/7/01

| 10. Give Complete Description At Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| RE: Melissa Schroeder v. Judge Warren Sappington, et al. USDC-CD IL No. 992097 | | | | |
| 3/13/01 Deposition of Warren A. Sappington | | | | 305.75 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 305 | 75 |
| | | | | | 16. Discount/ Deduction | | |
| | | | | | 17. Total Amount | $305.75 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |

26. For Agency Use Only

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

R/
Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent

Clerk

(Date)                  Agency Head (Signature)

COPY 1

INVOICE NO: 3506

Kitty Malcom d/b/a MALCOM REPORTING SERVICE
1310 Ironwood CC Drive
Normal, IL 61761
309/454-3378

TAX ID: ▮▮▮▮▮▮▮
DATE: 04/07/01

TO:   Ms. Karen McNaught
      Asst. Atty. General
      Office of the Attorney General
      500 So. Second Street
      Springfield, IL 62706
      217/782-5819

RE:   MELISSA SCHROEDER v. JUDGE WARREN
      SAPPINGTON, et al
      USDC (Urbana) No. 99-2097

### I N V O I C E

| DESCRIPTION | AMOUNT |
|---|---|
| COURT REPORTING SERVICES | |
| 03/13/01 DEPOSITION OF WARREN A. SAPPINGTON regular copy, 195 @ 1.50, 33 exhibits @ .25, U.S. Mail $5) | |
| DUE UPON RECEIPT | $ 305.75 |

THANK YOU!

***** THIS INVOICE IS DUE UPON RECEIPT ****

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

The preparation instructions for vendors are on the back of the last Copy

athy Gazda, Adm. Office of IL Courts
900 South Spring
Springfield, IL 62704

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type | Important — See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT. 30ILCS 540/1. | 3. Vendor or Payee   LAST NAME   FIRST NAME   MIDDLE INITIAL   OR BUSINESS NAME   MALCOLM   KITTY   MALCOLM REPORTING SERVICE   1310 IRONWOOD CC DRIVE   NORMAL ILLINOIS 61761 | 4. Voucher No_____ 5. Voucher Date_____ 6. Appropriation Account Code  7. Invoice Number_____ 8. Invoice Date_____ |
| Disposition of Copies  1 Comptroller  5-Agency  2-Agency  3-Agency  4-Remittance Copy | | |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| 05/11/01 Deposition of John P. Shonkwiler (regular copy) 59 pgs @ $1.50; $7.50 copies of exhibits; $3.95 mail  Re: Robinson v. Sappington, et al., No. 99-2266 | | | | $100.95 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | | 15. Subtotal | $100.95 |
|---|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | |
| | | | | | | 16. Discount/ Deduction | |
| | | | | | | 17. Total Amount | $100.95 |
| 20. Total Exp. | | | 25. Total Payment Amount | | | | |

26. For Agency Use Only

Approved for Payment

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent

Clerk

(Date)

Agency Head (Signature)

COPY 1

```
                                    INVOICE NO: 3580

         Kitty Malcom d/b/a MALCOM REPORTING SERVICE
                     1310 Ironwood CC Drive
                        Normal, IL 61761
                         309/454-3378


                                  TAX ID: ███████
                                  DATE: 05/29/01

TO:    Ms. Karen McNaught
       Asst. Atty. General
       500 So. Second Street
       Springfield, IL 62706


RE:    Melissa Robinson v. Warren Sappington, et al
       USDC # 99-2266

                        I N V O I C E
```

| DESCRIPTION | AMOUNT |
|---|---|
| COURT REPORTING SERVICES | |
| 05/11/01 DEPOSITION OF JUDGE JOHN P. SHONKWILER (regular copy) 59 pgs @ 1.50, $7.50 copies of exhibits, $3.95 mail) | |
| DUE UPON RECEIPT | $ 100.95 |

THANK YOU!

---------------------------------------------

*** THIS INVOICE IS DUE UPON RECEIPT ****