E-FILED
Friday, 23 September, 2005, 04:37:14 PM
Clerk, U.S. District Court, ILCD

# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Administrative Office of IL Courts
3101 Old Jacksonville Road
Springfield IL 62704-6488

| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type  371082378 | Important See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____ |
|---|---|---|---|
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee  LAST NAME   FIRST NAME   MIDDLE INITIAL  OR BUSINESS NAME | | 5. Voucher Date_____  6. Appropriation Account Code |
| Disposition of Copies  1 Comptroller   5-Agency  2-Agency  3-Agency  4-Remittance Copy | ASSOCIATED COURT REPORTERS  POST OFFICE BOX 684  TAYLORVILLE IL 62568 | | 7. Invoice Number kb2561  8. Invoice Date 082005 |

10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount

Re: Melissa Robinson v. Sappington, USDC-CD IL No. 04-1360

Deposition of Jayne Evey taken August 19, 2005

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | 22. Obligation No. | 23. F | 24. Payment Amount | 15. Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 162 | 50 | |
| | | | | | | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount | $162.50 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | Certification of Receiving Agency | | |

26. For Agency Use Only

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Re Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Clerk

Head of Unit or Authorized Agent   Date

(Date)   Agency Head (Signature)

COPY 1



Area Wide Reporting ice
(Paulson Reporters, L. ,
301 W. White
Champaign, Illinois 61820
(217) 356-5119
1-800-747-6789

**Tax I.D. #37-1191539**

INVOICE: # 77653
DATE: 8/20/05

Ms. Karen L. McNaught, Attorney
Attorney General, State of Illinois
500 South Second Street
Springfield IL 62706

Case Name: Robinson v. Sappington, et al.          Case # 1:04-CV-1360

| Date | Name | Description | Qty | Amount |
|---|---|---|---|---|
| 8/19/05 | Jayne Evey | Transcript (copy) | 57 pages | $142 |
| 8/20/05 | | E-Mail Transcript | 1 | $20 |

Thank You For Choosing Area Wide Reporting Service          BALANCE DUE    $162

TERMS NET 30 DAYS
Accounts over 45 days are subject to service charges, 12% per year
PLEASE RETURN YELLOW COPY WITH PAYMENT

| | | | 22. Obligation No. | 23. F | 24. Payment Amount | | 162 | 50 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 16. Discount/ Deduction | | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | 17. Total Amount | $162.50 | |

26. For Agency Use Only                               Certification of Receiving Agency

_____
Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

Rec  Signature redacted pursuant to            Clerk
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent        Date       (Date)            Agency Head (Signature)

# Invoice Voucher

The preparation instructions for vendors are on the back of the last Copy

FORM C-13 5-PART (Rev. 4-96)
STATE OF ILLINOIS

Administrative Office of IL Courts
3101 Old Jacksonville Road
Springfield IL 62704-6488

| | | | |
|---|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br><br>371082378 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a | 4. Voucher No_____<br><br>5. Voucher Date _____ |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME    FIRST NAME    MIDDLE INITIAL<br>OR BUSINESS NAME<br><br>ASSOCIATED COURT REPORTERS | | 6. Appropriation Account Code<br><br>7. Invoice Number kb2561 |
| Disposition of Copies<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | POST OFFICE BOX 684<br><br>TAYLORVILLE IL  62568 | | 8. Invoice Date  082005 |

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Melissa Robinson v. Sappington, USDC-CD IL No. 04-1360<br><br>Deposition of Richard Hopkins taken August 19, 2005 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | |
|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. F | 24. Payment Amount | 328  50 |
| | | | | | 16. Discount/ Deduction | |
| | | | | | 17. Total Amount | $328.50 |
| 20. Total Exp. | | | 25. Total Payment Amount | | Certification of Receiving Agency | |

26. For Agency Use Only

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

Rec  Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)    Clerk

Head of Unit or Authorized Agent    Date    (Date)    Agency Head (Signature)

ASSOCIATED COURT REPORTERS
P.O. Box 684
Taylorville, Illinois 62568
1-800-252-9915  *  217-824-5717
Fax:  217-287-1157

STATEMENT DATE:  8/20/05
Invoice #:  KB25-61

To:
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
Ms. Karen McNaught
Bureau Chief
General Law
500 S. Second St.
Springfield, Illinois 62706

RE:
Case No. 04-1360
MELISSA ROBINSON, (f/k/a MELISSA SCHROEDER vs.
JUDGE WARREN A. SAPPINGTON SIXTH JUDICIAL CIRCUIT
(IN OFFICIAL CAPACITY), MACON COUNTY

| DATE TAKEN | CHARGES |
|---|---|
| August 19, 2005 | |
| Appearance charge | $ 80.00 |
| 71 pages (org) expedited dep of RICHARD HOPKINS | $248.50 |
| Total: | $328.50 |

THANK YOU!

EMPLOYER I.D. NO. 37-1082378

ASSOCIATED COURT REPORTERS

# Invoice Voucher

The preparation instructions for vendors are on the back of the last Copy

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Administrative Office of IL Courts
3101 Old Jacksonville Road
Springfield IL  62568

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TIN Type<br><br>371082378 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME    FIRST NAME    MIDDLE INITIAL<br>OR BUSINESS NAME | |
| Disposition of Copies<br>1 Comptroller    5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | ASSOCIATED COURT REPORTERS<br>POST OFFICE BOX 684<br>TAYLORVILLE IL  62568 | |

4. Voucher No_____
5. Voucher Date_____
6. Appropriation Account Code
7. Invoice Number CLD2515
8. Invoice Date 040705

| 10. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Re: Robinson v. Sappington, USDC-CD IL No. 04-1360<br><br>Deposition of Melissa Robinson taken 03/29/05 | | | | |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | 22. Obligation No. | 23. F | 24. Payment Amount | 15 Subtotal | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 438 | 60 |
| | | | | | | 16. Discount/ Deduction | | |
| | | | | | | 17. Total Amount | $438.60 | |
| 20. Total Exp. | | | 25. Total Payment Amount | | | Certification of Receiving Agency | | |

26. For Agency Use Only

Approved for Payment

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met.

_1/13/05_    Clerk

Re  Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Head of Unit or Authorized Agent    Date    (Date)    Agency Head (Signature)

ASSOCIATED COURT REPORTERS
P.O. Box 684
Taylorville, Illinois 62568
1-800-252-9915  *  217-824-5717
Fax:  217-287-1166

STATEMENT DATE:  4-7-05
Invoice #:  CLD2515

To:

Illinois Attorney General
By Karen McNaught
Attorney at Law
500 South Second Street
Springfield, Illinois 62706

RE Case No. 04-1360 Melissa Robinson vs. Judge Warren Sappington

DATE TAKEN                                                          CHARGES
March 29th, 2005

Appearance Fee                                                      105.00
139 pages (org) dep of Melissa Robinson                             333.60

                                                     Total:  $      438.60

THANK YOU!

EMPLOYER I.D. NO. 37-1082378