# Invoice Voucher

FORM C-13 5 PART (Rev. 4-96)
STATE OF ILLINOIS

Kathy Gadza, Adm. Office of Illinois Crts
840 S. Spring
Springfield, Illinois 62704

| | | |
|---|---|---|
| VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 3 AND 5 FOR COMPLETION OF BOX 3 | 2. Taxpayer Identification Number  2a. TM Type<br><br>325 46 3121 | Important<br>See instructions on back of page 5 for completion of boxes 2 and 2a |
| PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE ILLINOIS PROMPT PAYMENT ACT, 30 ILCS 540/1. | 3. Vendor or Payee<br>LAST NAME       FIRST NAME       MIDDLE INITIAL<br>OR BUSINESS NAME<br>McNAUGHT      KAREN           L | |
| Disposition of Copies<br>1 Comptroller      5-Agency<br>2-Agency<br>3-Agency<br>4-Remittance Copy | 500 SOUTH SECOND STREET<br><br>SPRINGFIELD ILLINOIS  62706 | |

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number _____
8. Invoice Date _____

| 10. Give Complete Description At Articles/Services Rendered or Attach Itemized Vendor Invoice | 11. Quantit | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Reimbursement for payment of copies made by Capitol Blueprint Company and personally paid by Karen L. McNaught | | | | $18.87 |

| 18. Exp. Obj. | 19. Exp. Amount | Comp Use Only | | | 15 Subtotal | |
|---|---|---|---|---|---|---|
| | | | 22. Obligation No. | 23. | 24. Payment Amount | $18. 87 |
| | | | | | 16. Discount/ Deduction | |
| | | | | | 17. Total Amount | $18.87 |
| 20. Total Exp | | | 25. Total Payment Amount | | | |

26. For Agency Use Only

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1969, as amended, have been met,

Approved for Payment

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Re  Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Cler

Head of Unit or Authorized Agent

(Date)                                                          Agency Head (Signature)

COPY 1

# Capitol Blueprint Company

DIGITAL COLOR COPIES
AMMONIA PRINTS
XEROX COPIES
SIZE NO LIMIT
ARCHT. & ENGR. SUPPLIES

1313 SOUTH 1st STREET
SPRINGFIELD, ILLINOIS 62704
Telephone 523-1003 – 523-9743
Fax 523-7770

OVERSIZE COLOR
DIGITAL PRINTING
LAMINATING
MOUNTING
PLOTTING

INVOICE NO. 18909

FURNISHED TO: Karen McNaught

INVOICE NO. 18909
DATE 8-4-00

YOUR ORDER NO. 782-5819

| NO. OF ORIGINALS | TOTAL PRINTS | DESCRIPTION | KIND OF WORK | SQ. FT. PRINTS | PRICE | EXTENSION | TOTAL |
|---|---|---|---|---|---|---|---|
| 2 | 2 | | Bond | 12' | .50 | 6.00 | |
| | 16 | | Addl. | 96' | .12 | 11.52 | |
| 1 | 9 | | Xerox | 8 | .15 | 1.35 | |
| | | | | | | | 18.87 |

Pd Cash # 426

EXHIBIT 6H

# REQUEST FOR ADVANCE OF FUNDS
## STATE OF ILLINOIS
## OFFICE OF THE ATTORNEY GENERAL

CR4173

| Date | Bureau/Division |
|---|---|
| December 3, 2001 | General Law |

Case Name and Number: Robinson v. Sappington, et al., No. 99-2266

Court: U.S. District Court, Central District of Illinois

An advance of $43.45 Forty-three &45 / 100 dollars) is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee* $12.45    Peggy Schwangle
                                    NAME OF WITNESS

☐ Advancement of Fee               _____
                                    TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence

Purpose

Make Check Payable to    Peggy Schwangle
                         NAME OF WITNESS/COURT

Requested by: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Approved by: _____
             BUREAU CHIEF OR DESIGNEE

IF OVER $200 -

Approved by:

---

SPECIAL ADVANCE FUND 08-87          70-2189/719        4173
OFFICE OF THE ATTORNEY GENERAL      0217026016
500 S. 2ND ST.
SPRINGFIELD, IL 62706               DATE 12-3-01

PAY TO THE ORDER OF  Peggy Schwangle              $ 43.45

Forty three 45/100                                 DOLLARS

National City.                      VOID IN 120 DAYS
National City Bank of
Springfield, Illinois    Signature redacted pursuant to
MEMO  Genkw 124          USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

⑆071921891⑆

EXHIBIT 6H

# REQUEST FOR ADVANCE OF FUNDS
## STATE OF ILLINOIS
### OFFICE OF THE ATTORNEY GENERAL

| Date | Bureau/Division |
|---|---|
| September 7, 2001 | General Law Bureau |

| Case Name and Number |
|---|
| Schroeder v. Sappington, et al., Case No. 99-2266 |

| Court |
|---|
| U.S. District Court, Central District |

An advance of $41.73 , Forty-one &73 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*        Ruth Young
                                 NAME OF WITNESS

☐ Advancement of Fee
                                 TYPE OF FEE

☐ Purchase of Evidence

   Type of Evidence

   Purpose

Make Check Payable to            Ruth Young
                                 NAME OF WITNESS/COURT

Requested by
CB#4077                          Signature redacted pursuant to
Approved by 9/7/01  JH           USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
                                 BUREAU CHIEF OR DESIGNEE

IF OVER $200

App.    SPECIAL ADVANCE FUND  08-87          70-2189-183        4077
        OFFICE OF THE ATTORNEY GENERAL          719
        500 S. 2ND ST.                       0217025016
        SPRINGFIELD, IL  62706               DATE  9/7/01

PAY TO THE
ORDER OF   Ruth Young                        $ 41.73

Forty-one and 73/100                         DOLLARS

National City,                               VOID IN 120 DAYS
National City Bank
Springfield, Illinois     Signature redacted pursuant to
MEMO                      USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

⑇071192189⑇

EXHIBIT 6H

# REQUEST FOR ADVANCE OF FUNDS
## STATE OF ILLINOIS
## OFFICE OF THE ATTORNEY GENERAL

| Date | Bureau/Division |
|---|---|
| November 9, 2001 | General Law |

Case Name and Number: Schroeder v. Sappington, et al., No. 99-2266

Court: United States District Court, Central District

An advance of $40.00 Forty &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*  University of Illinois at Springfield
                            NAME OF WITNESS

☐ Advancement of Fee        _____
                            TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence  _____

Purpose  _____

Make Check Payable to  University of Illinois at Springfield
                       NAME OF WITNESS/COURT

Requested by [signature] 4158
Approved by [signature] 11/13/01

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

BUREAU CHIEF OR DESIGNEE

IF OVER $200 -

---

SPECIAL ADVANCE FUND 08-87
OFFICE OF THE ATTORNEY GENERAL
500 S. 2ND ST.
SPRINGFIELD, IL 62706

70-2189/719 183
0217026015

4158

DATE Nov. 13, 2001

PAY TO THE ORDER OF  University of Illinois at Springfield    $ 40.00

Forty and no/100 ——————— DOLLARS

National City.
www.nationalcity.com
National City B
Springfield, Illinois

MEMO [signature]

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

VOID IN 120 DAYS

Deputy

⑆0719218⑆

Rev. 2/99