E-FILED
Friday, 23 September, 2005 04:38:35 PM
Clerk, U.S. District Court, ILCD

FORM C-13 – 7 PART (REV. 5-86)

# Invoice Voucher

STATE OF ILLINOIS

The preparation instructions for vendo are on the back of the last copy.

VENDOR AND STATE AGENCY SEE IMPORTANT INSTRUCTIONS ON BACK OF COPIES 6 AND 7 FOR COMPLETION OF BOX 3

**Name and Location of State Agency or Institution**

2. Vendor Number-FEIN/SSN: 36-2582404
Zip Code: 60610
Type Code: 01

3. Vendor or Payee
LAST NAME OR BUSINESS NAME / FIRST NAME / MIDDLE INITIAL

Midwest Law Printing Co.
318 W. Grand Avenue, 4th Floor
Chicago, IL 60610

Disposition of Copies
1-Comptroller
2-Agency
3-Agency
4-Remittance Copy
5-Agency
6-Agency
7-Returned by Vendor

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code Number
7. Invoice Number: 41159
8. Invoice Date: April 19, 200_

10. Give Complete Description of Articles or Services Rendered

Ordered 4/15/2004
Warren A. Sappington, etc., et al.
v. Melissa Robinson
Petition for Writ of Certiorari
U.S. Supreme Ct.

| Description | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Brief | 40 | 94 | 30.00 | 2820.00 |
| Cover | 40 | 1 | 100.00 | 100.00 |
| Index | 40 | 4 | 35.00 | 140.00 |
| Additional Copies (inside pg) | 19 | 94 | .00 14 | 250.04 |
| Additional Copies (index pg) | 19 | 4 | .00 14 | 10.64 |
| Additional Covers | 19 | 1 | 1.50 | 28.50 |
| Additional Binding | 19 | 1 | 1.50 | 28.50 |
| Blue Appendix Page | 59 | 1 | 1.00 | 59.00 |
| Filing and serving | 1 | 1 | 30.00 | 30.00 |
| Postage | | | | 43.50 |

Richard S. Huszagh

8. Exp. Obj. | 19. Exp. Amount | Comp Use Only

16. Subtotal: 3510.18

22. Obligation No. | 23F | 24. Payment Amount

**PAID**

16. Discount/Deduction

17. Total Amount: 3510.18

0. Total Exp.
B. For Agency Use Only
25. Total Payment Amount

pproved for Payment

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of Section 5.1 of 'An Act to create the Bureau of the Budget and to define its powers and duties and to make an appropriation', approved April 16, 1968, as amended, have been met.

EXHIBIT 6H

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS


Pd 4-15-04 #8215 P.L.

| Date | Bureau/Division |
|---|---|
| April 15, 2004 | Civil Appeals |

Case Name and Number: Robinson v. Sappington, No. 02-3316

Court: U.S. Supreme Court

An advance of $300.00, three hundred & 00 / 100 dollars is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☐ Payment of Witness Fee*          _____
                                   NAME OF WITNESS

☒ Advancement of Fee               Filing Fee
                                   TYPE OF FEE

☐ Purchase of Evidence             _____

   Type of Evidence                _____

   Purpose                         _____

Make Check Payable to              Clerk of the U.S. Supreme Court
                                   NAME OF WITNESS/COURT

Requested by: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Approved by: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
BUREAU CHIEF OR DESIGNEE

---

ATTORNEY GENERAL STATE OF ILLINOIS      2-1900      8215
SPECIAL ADVANCE FUND                    0465089
100 W RANDOLPH ST., STE. 12-100         DATE 4-15-04
CHICAGO, IL 60601

PAY TO THE ORDER OF  Clerk of the U.S. Supreme Court   $ 300.00

Three hundred Dollars                                   DOLLARS

BANK≡ONE.
Bank One, NA
Chicago, Illinois 60670
www.bankone.com

MEMO  12667/Civi      Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

⑆0?10000⑆:

Rev. 2/14/03

Sep. 15. 2005  2:35PM   Hotel Pere Marquette            INVOICE        No. 5450   P. 1



# Hotel
## PÈRE MARQUETTE

501 Main Street • Peoria, IL 61602 • (309) 637-6500

RATES DO NOT INCLUDE APPLICABLE SALES OCCUPANCY OR OTHER TAXES

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 706 | CAVANESS, JENNIFER | 69.00 | DUPLICATE | 13:20 | 3043 |
| TYPE | FIRM OR GROUP | PLAN | ARRIVE | | |
| KC | ADMIN OF IL COURT | TRN4 | 08/22/05 | | |
| ROOM CLERK | 500 S 2ND STREET SPRINGFIELD IL 62704 | METHOD OF PAYMENT | AX DB R/T VOUCHER | | |
| | ADDRESS | | | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 08/22 | ROOM       706, 1 | 69.00 | | |
| 08/22 | TAX        706, 1 | 7.93 | | |
| 08/23 | CASH | .00 | | |
| 08/29 | TRANSFER CL 129 | | 76.93 | |
| | | | | .00 |

### Please Leave Your Room Key!

**TERMS: PAYMENT DUE UPON RECEIPT. A FINANCE CHARGE OF 1½% PER MONTH (18% PER ANNUM) WILL BE ADDED TO AMOUNTS OVER 30 DAYS PAST DUE. PAYMENT WILL BE APPLIED AGAINST UNPAID FINANCE CHARGES FIRST.**

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

FIRM _____  ADDRESS _____
CITY _____  STATE _____  ZIP _____   GUEST SIGNATURE _____

EXHIBIT 6H

# OFFICE OF THE ATTORNEY GENERAL
# REQUEST FOR ADVANCE OF FUNDS
# STATE OF ILLINOIS

| Date | Bureau/Division |
|---|---|
| August 9, 2005 | General Law |

| Case Name and Number |
|---|
| Robinson v. Sappington, No. 04-1360 |

| Court |
|---|
| United States District Court |

An advance of $256.00 (Two Hundred Fifty Six &00 / 100 dollars)
is required under the authority of 15 ILCS 205/4a for:

(Check one and fill in the blanks)

☒ Payment of Witness Fee*    Jennifer Cavaness
                              NAME OF WITNESS

☐ Advancement of Fee
                              TYPE OF FEE

☐ Purchase of Evidence

Type of Evidence

Purpose

Make Check Payable to    Jennifer Cavaness
                         NAME OF WITNESS/COURT

---

Requested by: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)    :nce J. Corrigan

Approved by: Signature redacted    en L. McNaught
             BUREAU CHIEF OR DESIGNEE

---

IF OVER $250 -

Approved by: Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Chief of Staff; Deputy Chief of Staff, Chief Deputy Attorney General; or Deputy Chief of Staff, Administration

Rev. 8/25/04

## Mark Twain Hotel - DT Peoria

225 NE Adams Street
Peoria, IL 61602
(309) 676-3600
www.marktwainhotels.com

Page 1 of 1

**Warren Sappington**
500 S 2nd St
Springfield, IL 62706

| Room: | Folio: | CheckIn: | CheckOut: | Balance |
|---|---|---|---|---|
| 812 | 85216 | 08/14/2005 | 08/18/2005 | 0.00 |
| Master Folio | | Weekday: 119.00  Weekend: 119.00 | | |

| Date: | Room | Description | Charges: | Credits: | Balance |
|---|---|---|---|---|---|
| 08/14/2005 | 808 | Room | 119.00 | 0.00 | 119.00 |
| 08/14/2005 | 808 | Hotel Tax Payable - 11.500% | 13.69 | 0.00 | 132.69 |
| 08/15/2005 | 812 | Room | 119.00 | 0.00 | 251.69 |
| 08/15/2005 | 812 | Hotel Tax Payable - 11.500% | 13.69 | 0.00 | 265.38 |
| 08/16/2005 | 812 | Room | 119.00 | 0.00 | 384.38 |
| 08/16/2005 | 812 | Hotel Tax Payable - 11.500% | 13.69 | 0.00 | 398.07 |
| 08/17/2005 | 812 | Room | 119.00 | 0.00 | 517.07 |
| 08/17/2005 | 812 | Hotel Tax Payable - 11.500% | 13.69 | 0.00 | 530.76 |
| 08/18/2005 | 812 | VISA/Mastercard - XXXXXXXXXXXX07108  AP: 020017 | 0.00 | 530.76 | 0.00 |

AW/1
08/18/2005   08:28 AM

Visit us at www.marktwainhotel.com!!!!