IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(p/k/a/ MELISSA SCHROEDER)<br><br>    Plaintiff,<br>vs.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY)<br><br>    Defendant,<br><br>and<br><br>MACON COUNTY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:04-cv-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO BILL OF COSTS**

Plaintiff, Melissa Robinson (p/k/a Melissa Schroeder), by her counsel, respectfully seeks leave of an extension of time to file a response to the Bill of Costs Taxed in favor of Judge Warren A. Sappington on September 26, 2005, in the amount of $11,417.49.[1] In support Plaintiff states:

  1. Plaintiff respectfully asks this Court to extend her deadline to file her objection to the Bill of Costs Taxed until after this Court rules on Plaintiff's Motion for a New Trial.

  2. Plaintiff filed her Motion for a New Trial on September 2, 2005, along with

---

[1] Plaintiff also filed a Response to Defendant, Judge Shonkwiler's Motion for Entry of Judgement and seeks leave to supplement that Response after the Court rules on Plaintiff's Motion for a New Trial.

1

a supporting Memorandum.

3.  On September 8, 2005, Plaintiff filed a Motion to Supplement her Motion for a New Trial with the transcript of the trial proceedings within twenty-one (21) days of receipt of those transcripts.

4.  On September 14, 2005, this Court granted Plaintiff's Motion to Supplement her Motion for a New Trial within twenty-one (21) days after the transcripts from the trial were received by Plaintiff.

5.  Defendant was granted twenty-one (21) days thereafter to file his response to Plaintiff's Motion.

6.  If this Court grants Plaintiff's Motion for a New Trial, taxing Defendant's Bill of Costs to Plaintiff would be improper.[2]

7.  Until this Court rules on Plaintiff's Motion for a New Trial taxing the Bill of Costs to Plaintiff is premature.

WHEREFORE, Plaintiff seeks an extension of time to file her objection to Defendant's Bill of Costs to fourteen (14) days after this Court rules on Plaintiff's Motion for a New Trial, presuming the motion were denied.

> Respectfully requested,
> Melissa A. Robinson p/k/a Schroeder,
> Plaintiff,
> By: s/ Melissa M. McGrath
> Melissa M. McGrath Attorney Bar No. 6207263
> Attorney for Plaintiff
> Thomson & Weintraub
> 105 North Center Street
> Bloomington, Illinois 61701
> Phone: (309) 829-7069
> Fax: (309) 827-3458
> E-mail: mmcgrath@tnwlaw.com

---

[2] Plaintiff believes taxing Defendant's Bill of Costs to her is improper for additional reasons which she will raise in her objections.

2

## NOTICE OF FILING

I hereby certify that on September 27th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. Terrence J. Corrigan
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me this 27th day of September, 2005.

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com