## NOTICE OF FILING

I hereby certify that on October 4th, 2005, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 South Second St.
Springfield, IL 62706

Ms. Diane M. Baron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Mr. Terence J. Corrigan
ILLINOIS ATTORNEY GENERAL
500 S Second Street
Springfield, Illinois 62706

Mr. Andrew S. Ramage
Hinshaw & Culbertson
400 S 9th St, Suite 200
Springfield, Illinois 62701

Subscribed and sworn to before me this 4th day of October, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

# TABLE OF CONTENTS

Testimony of Plaintiff, Melissa Robinson — Exhibit 1

Testimony of Ruth Young — Exhibit 2

Testimony of Janice Shonkwiler — Exhibit 3

Testimony of Defendant, Judge Warren A. Sappington — Exhibit 4

Testimony of Judge John K. Greanias — Exhibit 5

Testimony of Judge John P. Shonkwiler — Exhibit 6

Testimony of Jay Watts — Exhibit 7

# Exhibit 1

# Testimony of Plaintiff, Melissa Robinson

8

1   A   When I worked at the Ambassador in 1996, directly
2   behind me was Janice Shonkwiler. There was a table back
3   against the window in our work area and then Leona Miller
4   was on the other side of our open area. Then in front of
5   me, Ruth Young had a desk there.
6   Q   Before you -- strike that. Describe for the jury
7   your work relationship with Judge Sappington dating back
8   to 1994 when you began working with him.
9   A   When I began working with him in 1994, it was a very
10   professional relationship. I had a lot of respect for
11   Judge Sappington. I became pregnant right after I began
12   my employment there and he was very considerate to my
13   needs during that time. It was very -- I really truly
14   respected him.
15   Q   Were you proud to be working with Judge Sappington?
16   A   Yes.
17   Q   Did you take your job very seriously?
18   A   Yes.
19   Q   Did your relationship with Judge Sappington change
20   over time?
21   A   Yes.
22   Q   Was that as a result of conduct by Judge Sappington?
23   A   Yes.
24   Q   Would you tell me when, in your opinion, the
25   relationship changed as a result of his conduct, when it

```
1    Q    As close as you can tell me, what date are we talking
2    about?
3    A    I can give you about every single date of everything
4    that happened.
5    Q    Okay.  Well, let's go through these dates, okay?
6    A    Okay.
7    Q    What is the first date in July of 1996 when you first
8    believed that Judge Sappington's conduct changed?
9    A    After he returned on Friday, everything changed that
10   Monday.
11   Q    Okay.  When he returned on Friday, this was late July
12   1996?
13   A    Correct.
14   Q    Can you tell me what date on Friday?
15   A    He returned Friday, July 26.
16   Q    Okay.  Tell me about -- did you have any discussion
17   with Judge Sappington on July 26?
18   A    I did.  He came back.  He discussed his trip to China
19   with me, discussed his stepson Scott, discussed the
20   wedding that he participated in there in China.
21   Q    Did he ask you anything that you thought -- did he
22   ask you anything that you thought was personal?
23   A    He asked me how things were going with Don and I.
24   Q    Don was your husband then, Don Schroeder?
25   A    Yes.
```

11

```
 1   Q     What did you tell Judge Sappington?
 2   A     I told Judge Sappington -- I told Judge Sappington
 3   that after a lot of thought and consideration, I decided
 4   that I wanted a divorce from Don.
 5   Q     And how did Judge Sappington respond to that
 6   information?
 7   A     At first for a brief moment, there was concern and he
 8   asked me why and I just explained my ex-husband and I got
 9   married very young.  I was 17, had just turned 17.  I was
10   pregnant.  We had a child.  That child died.  And we had
11   grown apart.
12   Q     Okay.  And did Judge Sappington respond further when
13   you shared that information?
14   A     He asked me if anybody else was involved and I said,
15   "No."
16   Q     Okay.
17   A     That's as far as I remember on that day.
18   Q     When is the next time that you recall Judge
19   Sappington's conduct troubled you?
20   A     On Monday, July 29.
21   Q     Did you have some discussion with Judge Sappington on
22   that day?
23   A     Yes.
24   Q     Where did that discussion take place?
25   A     When I got to work -- I would usually arrive to work
```

14

1   you to look him into eyes?

2   A   On that date he just directed me to look him in the
3   eyes.

4   Q   Did he on July 29 make any other comments to you, any
5   offers to you about what he might be able to provide for
6   you?

7   A   Yes.

8   Q   What did he say?

9   A   I was upset about the article and I went back out to
10  my desk and I was working and he came back out and got me
11  and summoned me to his office again.  I went in there and
12  he again said, "I will believe what you have told me that
13  nobody else is involved until I find out otherwise and if
14  you wish, I will go and buy you a vibrator."

15  Q   How did you respond when Judge Sappington offered to
16  buy you a vibrator?

17  A   I told him that -- at that time he was still a friend
18  I felt.

19  Q   Did you say anything to Judge Sappington?

20  A   I did.  I told him that nobody else was involved, I
21  didn't needed a vibrator, that Don and I got married very
22  young, we grew apart within our relationship, probably
23  starting after the death of our daughter, and that sex
24  hadn't been an issue in our relationship for a very long
25  time.

1   Q    Now did Judge Sappington -- he could observe,
2   couldn't he, how this question made you feel?
3   A    I was upset.  I wasn't crying, but I was upset and he
4   laughed.
5   Q    Before these discussions that were initiated or these
6   comments, this conduct by Judge Sappington concerning
7   sexual devices or your personal life, did you and Judge
8   Sappington discuss certain personal issues from time to
9   time?
10  A    Sappington tried to discuss them with me.
11  Q    Okay.
12  A    He -- not necessarily before July.  I mean, he knew
13  about -- he knew about my dad.  He knew about the girls'
14  godmother, Cecilia.  He knew about my family.  He knew
15  Don.  He had met my daughters.  He was a part of my life.
16  Q    Okay.  So there had been some discussions about
17  personal issues as you worked with him?
18  A    Correct.
19  Q    In general, from July of 1996 where we started,
20  July 26, and you left the -- when was your last day at
21  work?
22  A    I didn't document my last day, but my last day was
23  December 18.  I showed up for half a day.
24  Q    Okay.  Did Judge Sappington's conduct change
25  throughout that entire time, from July of 1996 until you

```
1    left your job at the courthouse?
2    A    Yes.
3    Q    How would you describe his conduct if you were to
4    have to use one word?
5    A    Frightening.
6    Q    Did you believe his conduct was obsessive?
7    A    Yes.
8    Q    Let's go back to July of 1996.  Did Judge Sappington
9    begin to make any comments about your physical appearance?
10   A    Yes, he did.
11   Q    What comments did he make to you?
12   A    He called me beautiful.
13   Q    How often would Judge Sappington refer to you as
14   beautiful?
15   A    In July, probably only once.  Starting in August, it
16   became much more regularly until I would say it was
17   probably 50, 75 times before I left employment.  It was a
18   daily basis.
19   Q    Did you, by the way, ever call yourself a fat little
20   cow to Judge Sappington?
21   A    I think most people who know me and love me and care
22   about me would say I'm one of the most confident people
23   that they know.  I never called myself a fat little cow.
24   I did call myself Shamu when I was pregnant.
25   Q    Okay.  Any other comments that Judge Sappington would
```

```
 1    make about your personal appearance other than that you
 2    were beautiful -- and he had indicated that 50 or 75 times
 3    I think you have indicated.  Did he refer to you in any
 4    other manner that offended you?
 5    A    Yes.
 6    Q    And what did he refer to you as?
 7    A    A goddess, a blond goddess and a blond Demi Moore.
 8    Q    How often did Judge Sappington refer to you as a
 9    goddess?
10    A    The first time I recall was on that Monday, July 29.
11    Q    Tell me what Judge Sappington said to you when he
12    referred to you as a goddess on that date.
13    A    It was in relation to after he offered to buy me the
14    vibrator, he informed me that I was beautiful.  He did
15    originally make reference to the fact that his new
16    daughter-in-law was a goddess.  He made that reference
17    that very first time and he said, "You are a blond
18    goddess", and he called me beautiful.
19    Q    Okay.  How often between -- strike that.  Did he call
20    you a goddess periodically from July of 1996 until what
21    time period?
22    A    So much ended in October, but I do recall him making
23    that statement again in November.  I would say a total of
24    20, 25 times through that time period.
25    Q    Now let's go back to July.  When Judge Sappington
```

1   started the next incident.
2   Q   Okay.  Tell me what happened.  What did Judge
3   Sappington say to you when you were in his chambers on
4   August 18?
5   A   I went into his chambers and he threw a pad of paper
6   at me.  It landed across the desk and probably tapped -- I
7   wasn't sitting down at that point.  I looked at the pad of
8   paper and I couldn't decipher his writing.  I didn't know
9   what was going on.
10  Q   Okay.
11  A   He told me that on Friday he observed my car in the
12  parking lot past 5:00 o'clock and that he saw Attorney
13  Frank Byers' car parked next to mine and demanded to know
14  if I was in a relationship with Frank Byers.
15  Q   When you say he threw the pad, did it touch you in
16  any way or --
17  A   Yes.  It -- he threw it with enough force it went
18  across the desk and hit me before it stopped.  It didn't
19  hurt me or anything.
20  Q   So he appeared angry?
21  A   Yes.
22  Q   Was his face beat red?
23  A   Yes.
24  Q   What did you say to Judge Sappington?
25  A   I told him I had no idea what he was talking about.

```
1    I tried to justify it.  I stated that, again, Don and I,
2    we hadn't divorced.  We had an in-house separation.  We
3    were dealing with visitation issues with the daughters
4    during that time and I spent that Friday afternoon after
5    work -- I finished work about 4:30, 4:40 and called my
6    parent's body shop where my husband worked at that time
7    and I spoke with him about the plans for the weekend.  I
8    did not leave the courthouse, the building, until probably
9    right at 5:00 and during that entire time when I was
10   upstairs on my telephone at my desk, Judge Greanias was up
11   there and Melanie Milliman was up there and I told him
12   that and then all of a sudden he was fine and he laughed.
13   Q    So you indicated to Judge Sappington that --
14        MR. CORRIGAN:  Objection to the leading
15   question.
16        THE COURT:  Sustained.  You can introduce topics
17   with leading questions, but when you get to the substance
18   of something, you need to avoid leading questions.
19   Q    What do you mean when you say Judge Sappington was
20   fine once you told him that you had been up at the office?
21   A    He calmed down.  His face was no longer red.  His
22   voice was no longer shaking.  And he started telling me
23   that through the course of that weekend he had been
24   thinking all weekend about my car parked next to Frank's.
25   That may be the weekend that he had a corn boil at Rex
```