1   Brown's. One of the events that took place happened
2   during a weekend where he and Cheryl attended a corn boil
3   at Attorney Rex Brown's. He had said that he had thought
4   about it all weekend. In fact, at one point Cheryl walked
5   in and he was sitting at the kitchen table and he didn't
6   want to be around Cheryl. He was -- he just didn't want
7   to deal with her. He was busy thinking about that all
8   weekend.
9   Q   When you say "that", what do you mean?
10  A   My car being parked next to Frank's. And I, to this
11  day, have no idea what kind of car Frank drove then or
12  now.
13  Q   What else did Judge Sappington say to you in this
14  conversation on August 18?
15  A   At some point during that conversation, he calmed
16  down after I had told him that I had nothing to do with
17  Frank. And I'm almost positive that's the first time he
18  started talking about his mortality and his feelings for
19  me and that he didn't understand his feelings himself, but
20  he knew he needed to deal with them.
21  Q   Okay. In this discussion on August 18, did Judge
22  Sappington suggest to you in any manner that he was
23  remorseful about his feelings towards you?
24  A   No. No.
25  Q   At any time in August 1996, did Judge Sappington talk

```
 1    A    It was -- it was in August or September.
 2    Q    Okay.  Tell the jury about this incident, please.
 3    Where did Judge Sappington make this comment about your
 4    breasts first of all?
 5    A    I was in the bathroom which was right outside of his
 6    chambers.  I came out.  After the events that started
 7    taking place in August and September, I was already
 8    distancing myself from him.  I walked out of the bathroom.
 9    His chambers was adjacent to the bathroom.  There were
10    three attorneys and I don't remember who they were.  I
11    remember there were two men and one woman.  And I was
12    talking to them and he came out of his office and he
13    looked -- his face was very red and he demanded that I go
14    into his office.
15              I went in there and I said, "What?  What did I
16    do now?"  And he said that he didn't want me talking to
17    anyone.  He didn't care if it was a man or woman.  He
18    didn't want me talking to anyone.  I said, "What are you
19    talking about?"  He said, "Your nipples are hard.  I can
20    see.  The only reason they're talking to you is because
21    your nipples are hard."
22    Q    When Judge Sappington said that to you, how did that
23    make you feel?
24    A    I left his office immediately.  I was crying by the
25    time I got out to my car.  I went home.  I took a shower
```

24

```
 1   and I changed into a suit.  I was wearing a bra.  I was
 2   wearing a professional shirt.  I never dressed
 3   unprofessionally up there.  I don't now.  I'm sorry.  It
 4   was freezing up there.  I reacted.
 5   Q   Did you notice anyone else who had been looking at
 6   you in a manner because of your breasts?
 7   A   No.
 8   Q   How did Judge Sappington's comment about your
 9   breasts -- did it cause you to act any differently in
10   front of him thereafter?
11   A   I was so confused for so long.  Everything was just
12   spiraling out of control.
13   Q   What do you mean you were confused?
14   A   He had been such a good work mentor.  He was somebody
15   I truly cared for as a person and respected in his
16   profession and I respected him as a person.  When
17   everything happened, it was just like every day it was one
18   thing after another.
19   Q   Did Judge Sappington in August of 1996 share a story
20   with you about a previous client of his by the name of
21   Joyce Long?
22   A   Yes.
23   Q   Where did this discussion take place?
24   A   I think the Joyce Long discussion first took place --
25   he had told me about Joyce Long one time when he was
```

1    telling me about cases he had had when we were at the true
2    Macon County building, so I had heard her name before.
3    Q    Okay.  When did this discussion the second time he
4    mentioned Joyce Long occur?
5    A    It was right around the time that the Frank Byers
6    incident happened and it may have even been on that same
7    day.  I know that it happened again in September.  He was
8    discussing her with me on a couple of different occasions,
9    about how she -- that he believed what she said, that she
10   wasn't doing anything.  She may have been a client that he
11   defended during her divorce is what I recall, but that she
12   was promiscuous and that she ended up running around with
13   people and she ended up getting killed.
14   Q    When he told you of the story about Joyce Long, did
15   that cause you any concern?
16   A    It did in the context that he was discussing it with
17   me at the chain of events that were taking place on the
18   day he discussed it with me.
19   Q    Okay.  During August -- let me ask you about Frank
20   Byers first of all.  His name has come up a number of
21   times in this case.  Frank Byers was an attorney who
22   worked in the Macon County courthouse from time to time,
23   correct?
24   A    Correct.
25   Q    Did you have any relationship with Frank Byers

```
 1   outside of the courthouse?
 2   A    Never.  I've seen Frank Byers three times outside the
 3   courthouse.  One of those was at a book store with my
 4   ex-husband, Don.  One of those -- no.  The other two --
 5   the second one would have been after John and I were
 6   married at the Secretary's Day event in 1997, and the
 7   third time would have been when my parents took my stepson
 8   out for his birthday last year at Steak & Shake.
 9   Q    And you would have run into Frank Byers then?
10   A    We did run into Frank Byers, yes.
11   Q    In August of 1996, did Judge Sappington talk to you
12   about shaking your hand?
13   A    He didn't -- he did talk to me.  I'm not sure if he
14   talked to me in August or September.
15   Q    I'm sorry.  Let me ask you this.  Was there a time
16   period when Judge Sappington would shake your hand?
17   A    Sometime around August or September, I would be
18   sitting at my desk and he would come out of his chambers
19   and walk around to my desk.  The first time, I recall I
20   was standing by the coat rack and Ruth was there, Janice
21   was there and he shook my hand.  It was the first thing in
22   the morning.  I'm like, you know, what is this about?  And
23   I just thought it was weird.  But then he came that
24   evening and he did it again and he continued that pattern
25   in front of the people in the area I was working in for
```

1   about a two-week period.
2           So it was the end of August, first part of
3   September, that he summoned me to his office and he said,
4   "I want to explain why I've been doing that. I've been
5   giving a lot of consideration to why I started that
6   practice and I've come to the conclusion that I was doing
7   it for physical gratification purposes of touching you and
8   I will no longer shake your hand because I realize that's
9   not appropriate."
10  Q   What did you say to Judge Sappington when he told you
11  that?
12  A   I was stunned. I think that's the first time I
13  realized that in his mind the situation was going --
14  things had been so bizarre for a while. That's the first
15  time I realized that he was having feelings that I did not
16  reciprocate.
17  Q   Because by the time this discussion took place in
18  August about the handshaking, am I correct that the judge
19  had already offered to purchase you a vibrator?
20  A   Correct.
21  Q   He was calling you beautiful?
22  A   Correct.
23  Q   Fairly regularly?
24  A   Correct.
25  Q   He was referring to you as a goddess?

```
1    A    Correct.
2    Q    He had already talked to you about --
3              MR. CORRIGAN:  Objection to the leading
4    questions.
5              THE COURT:  Sustained.  Move on.
6    Q    What is the next time you recall, Melissa, Judge
7    Sappington's conduct troubling you?
8    A    It would have been September 9.
9    Q    What did Judge Sappington -- what happened on
10   September 9?
11   A    We were listening to a probate case involving a minor
12   who had funds in a trust fund.  The mother was there
13   requesting funds be removed from the trust fund so that
14   she could use them for whatever purposes.  I even think
15   there was a trip involved.  But I believe during her
16   testimony to Judge, she indicated that she was not
17   working, that she was living with a boyfriend.  That was
18   the second boyfriend she had lived with, which she also
19   described in her testimony.  I don't recall what Judge's
20   decision was.
21             I went upstairs via the stairway with Judge, not
22   thinking anything about anything that had just happened in
23   the courtroom.  I put the file on his desk.  He took my
24   arm, he turned me around, he grabbed my face and he told
25   me, "I will kill you if I ever find out you're shacking up
```

1   with someone, especially with those two beautiful
2   daughters of yours."
3   Q    What did you do after Judge Sappington demonstrated
4   that conduct in his chambers?
5   A    I was shaken.  I informed him that what I did with my
6   life was my business, that it was none of his business,
7   and I walked out of the room.
8   Q    There have been discussions -- strike that.  Before
9   this conduct that Judge Sappington started to demonstrate
10  in late July of 1996 that troubled you, had you gone to
11  lunch with Judge Sappington?
12  A    I think I had gone to lunch with him more on an
13  irregular basis after we moved over to the Ambassador.
14  There was no place to eat.  The lunches actually started
15  at some point when we would be over at St. Mary's Hospital
16  holding mental health hearings and those mental health
17  hearings would extend on to lunch and we would go to lunch
18  from there.  Most times when we went to lunch, Ruth was
19  with us.
20  Q    Okay.  When you say "Ruth", that's Ruth Young?
21  A    Yes.
22  Q    Why would Ruth be with you at lunch times?
23  A    Ruth and I were very good friends.  Her and
24  Sappington seemed to get along decently and we would just
25  go to lunch.  Sometimes it was Ruth and I by ourselves and

1    that probably started off more than anything.  If I
2    recall, Ruth at one point invited Judge to go to lunch and
3    that's probably when the three of us started going to
4    lunch.  That probably went on until after the China --
5    when he returned from China, Ruth would continue to go to
6    lunch with us, but there was more of a possessiveness and
7    it turned -- he would get angry sometimes when she would
8    go and she would sense that and then she would quit going.
9    I would actually call her on several occasions or stop at
10   her desk and say, "I want to you go to lunch with us."
11   Q    Okay.  The return from China is late July 1996; is
12   that correct?
13   A    Correct.
14   Q    Did your pattern of going to lunch with Judge
15   Sappington decrease at all from July of 1996 until you
16   left your position?
17   A    Yes.  In August when things just started getting
18   really bizarre, especially after he accused me and Frank,
19   I started using my lunch hour, saying I had to study, and
20   most times, I would say three, four times a week, I would
21   go to the Decatur Athletic Club and work out during the
22   lunch hour and use that as an excuse.
23   Q    When these, as you call them, bizarre behaviors
24   started in July of 1996, were there other ways that you
25   tried -- did you try to avoid contact with Judge

```
1    Sappington?
2    A    I did.  Can you say that question again?  I'm sorry.
3    Q    I'm sorry.  It was a wordy question.  Did you try to
4    avoid contact with Judge Sappington after his conduct
5    started to concern you?
6    A    Yes.  I would sit at my desk.  Several times when
7    would he go to court during that time period, I wouldn't
8    go with him.  He would use his court reporter, who changed
9    during that time.  At one point it was Leona.  At one
10   point it became Julie Jewell.  I would avoid him by
11   leaving early for lunch with Ruth or I would avoid him
12   by -- I remember a couple of times my father coming and
13   having lunch with me as well.
14   Q    You mentioned mental health hearings.  Did you and
15   Judge Sappington travel to the mental health center to
16   hold those hearings at times?
17   A    We did.
18   Q    Did there come a time when you stopped attending
19   those mental health hearings with the judge?
20   A    That's what I was trying to recall.  At some point we
21   quit traveling together when I felt uncomfortable and then
22   I requested to not attend them because I wasn't doing
23   anything there that needed to be put in the record and I
24   wasn't a court reporter.  So in the end, I didn't attend
25   any of them, which would have been previous to November
```

1    because November 1 was when the changes in the docket
2    happened. So I definitely didn't go in October because
3    during that time period other events had already occurred.
4    Q    Okay. You talked about the last incident with Judge
5    Sappington taking place on September 9 of 1996. What is
6    the next incident where Judge Sappington's conduct caused
7    you concern?
8    A    I recall on September 12 that we had a juvenile
9    hearing and it ended prior to lunch. I recall Richard
10   Hopkins standing in front of where the clerk sat, in front
11   of where I sat, and he was just chatting and Judge asked
12   him, "May I help you? Do you need anything?" And Richard
13   said, "No. I'm just chatting." And he said, "Then I'm
14   asking you to leave." Richard walked out the door and
15   Judge Sappington told me to lock the door behind him. I
16   thought that was odd because we typically did not lock the
17   courtroom door. Judge and I would exit behind the door
18   behind me. So I locked the door and he sat down again and
19   told me he wanted to talk to me.
20   Q    When Judge Sappington told you to lock the door, was
21   anyone else in the courtroom besides you and he?
22   A    No. No.
23   Q    What happened next?
24   A    He told me that he realized his behavior had
25   become -- I don't remember what word he used. He didn't

33

1   say "obsessive", but he said something along those lines
2   and that he was trying to deal with them.  He knew that
3   his feelings for me were not reciprocated, that he would
4   not let his feelings for me affect my job and that I
5   needn't worry about my job and I needn't worry about
6   resigning because of his feelings towards me.  If his
7   feelings became out of hand, he acknowledged that he would
8   resign, but that he was controlling his feelings and he
9   realized that he needed to control his feelings.
10  Q    How did the fact that Judge Sappington locked the
11  courtroom door with only the two of you in there, how did
12  that make you feel?
13  A    He was no longer somebody who I even knew anymore.
14  He -- in just a span of two months, he turned from
15  somebody who -- he certainly wasn't a father figure
16  because my father and I are very close.  He would be more
17  of a grandfather figure prior to those times.  I didn't
18  know who he was and I was fearful sitting in that
19  courtroom.  I did acknowledge that his feelings were not
20  reciprocated and he stated that he knew that and that he
21  was dealing with issues of mortality and he would not let
22  those issues affect me.
23  Q    Despite what Judge Sappington said to you on
24  September 12, his conduct continued to concern you,
25  correct?

34

1   A    Correct.
2            MR. CORRIGAN:  Objection, leading question.
3            THE COURT:  Sustained.  Move along.
4   Q    When is the next incident that you recall Judge
5   Sappington's conduct causing you concern?
6   A    I know an incident occurred again in September around
7   September 18.  I'm struggling to recall that incident.  I
8   remember them all so well.
9   Q    That's fine.  As best you recall, tell the jury what
10  the next incident is that you do remember.
11  A    A lot was going on.  Other incidents did happen in
12  September.  I don't recall what they were.
13  Q    Okay.  That's fine.
14  A    The next incident, right now as I'm thinking, began
15  probably -- I'm thinking this happened toward the end of
16  September, like around the 25th, with Judge Diamond.
17  Q    Okay. Had you offered -- strike that.  What happened
18  concerning an incident with Judge Diamond?
19  A    I had gone into his office and I had given him what
20  the court docket showed for that day.  I was getting ready
21  to leave his office when Judge Scott Diamond came in.  He
22  and Judge Diamond had been friends often and it was not
23  unusual at all for Judge Diamond to go up to his chambers
24  in the morning or throughout the day and have coffee and
25  talk to him.  I knew that Judge Diamond's secretary was