1   off sick. He came in to talk to Sappington. I was
2   leaving and I said, "I understand that Robin is sick and
3   if you need any help, just let me know." And Judge
4   Diamond later that day brought me some judgment orders to
5   enter for him.
6   Q   Now was it common for you to offer to assist other
7   judges?
8   A   Yes.
9   Q   When you offered to assist Judge Diamond, did Judge
10  Sappington have any overload that you weren't able to
11  handle?
12  A   No.
13  Q   Did you go on and assist Judge Diamond then?
14  A   Yes.
15  Q   Did Judge Sappington express any concern about you
16  going to assist Judge Diamond?
17  A   You know, I didn't ask Sappington. It was just
18  something that Scott walked into his office and I just
19  said, you know, "If you need help, let me know." He was
20  right there. If he objected to me doing it -- and when
21  Judge Diamond brought up the paperwork later, Sappington
22  had seen me working on it that day at my desk. He didn't
23  say anything. It was like later on when Judge Diamond
24  brought me another batch.
25  Q   Okay. And how much later on are we talking about? A

36

1    matter of days?

2    A    That didn't even go on for two days, so, yes, it was

3    a matter of days.

4    Q    And Judge Sappington then communicated to you in some

5    way that he was troubled by that?

6    A    I went into his office and told him that I was going

7    down to deliver some orders.

8    Q    You went into Judge Sappington's office and told

9    him --

10   A    That I was going down to take some files down to

11   Scott Diamond and that I was going to see if he had any

12   more work and Judge exploded.  He was at his desk.  He

13   threw a file across the desk.  His coffee cup had coffee

14   in it.  It spilled.  The file that he threw came across.

15   I was standing like over -- his desk is here.  There are

16   two chairs here.  I was standing here.  The book shelf was

17   here.  The file hit me, landed on the floor.  Everything

18   was spilled from it.  And he started yelling, "You will

19   not work for anybody else.  It's time that the people here

20   in this courthouse know that you're more than my

21   secretary."

22           And he went running -- or he went raging out of

23   the office and I heard a door slam.  And Christina Lees, I

24   think her name was, she was sitting outside of Patton's

25   office.  She came running in there and she goes, "What is

```
 1   going on?" I was crying. I couldn't leave his office
 2   because I was so emotional. I was crying. I was in there
 3   and it wasn't even a second -- it wasn't even a minute
 4   later, Christina got me calmed down a little. She went
 5   back out when she heard Sappington coming back. She had
 6   heard the office door close again from Judge Greanias'
 7   office and she came -- she left and he came back in and he
 8   goes, "You will not work for anybody else."
 9   Q    Did he appear angry?
10   A    Yes.
11   Q    How could you tell?
12   A    His face was red. He threw a file at me. He spilled
13   his coffee. He didn't care. He was out of control.
14   Q    How did that make you feel?
15   A    I was scared.
16   Q    Did you -- strike that. I take it after that you did
17   not offer to do any work for Judge Diamond?
18   A    No. I stayed at my desk. I didn't even go to court
19   every time court was in session. I stayed at my desk.
20   That was also -- okay. I remember what I forgot.
21   Q    I'm sorry. Well, let me back you up then. Let me
22   ask you if you recall any other incidents in September of
23   1996. Let me strike that question. Is it difficult for
24   you as you sit here today to try to remember specific
25   dates dating back to 1996?
```

38

1   A   Yes, it is.

2   Q   But are you doing the best you can?

3   A   Yes, I am.

4   Q   What is the next incident that you recall when Judge

5   Sappington's conduct caused to you to be fearful?

6   A   That happened in September. I got my months mixed

7   up. That's what just happened. But on October 3 was the

8   next incident that I recall after the Judge Diamond

9   incident.

10  Q   Okay. Where did the October 3 incident take place?

11  A   On October 3, I remember Sappington questioning me

12  why I was taking time off on Friday, October 4. I

13  remember on that date, on the 3rd, I let him know I would

14  be off the afternoon of the 4th because I almost always

15  take that day off. I take off on May 31 and October 4

16  because October 4 marked the death date of my first

17  daughter and I would take flowers out to her cemetery

18  and --

19  Q   Okay. Okay. So what happened on October 3 that

20  caused you concern?

21  A   It wasn't long after that -- he had asked me after

22  lunch why I was taking off. He didn't seem like he was in

23  a strange mood when he asked me about that at all. I was

24  working at my desk and it was right before 4:00 o'clock

25  that he came to my desk and he seemed angry again and he

39

1    told me that I need to do be downstairs in the courtroom
2    in five minutes.
3    Q    Now at that time was there court in session?
4    A    No.
5    Q    Did you go down to the courtroom within the five
6    minutes that Judge Sappington ordered you be down there?
7    A    I went across and I went to the restroom.  I used the
8    restroom up in our area and he saw me go down.  He saw me
9    leave the restroom area and head for court and he
10   proceeded behind me to go to the courtroom.  He went
11   downstairs and, "I said what are we doing?"  He said,
12   Assistant Jack -- Assistant State's Attorney Jack Ahola is
13   going to come here and talk to you."
14   Q    Okay.  When he indicated that to you, did you have
15   any idea why Assistant State's Attorney Jack Ahola would
16   come talk to you?
17   A    No.
18   Q    Did Assistant State's Attorney Ahola appear in the
19   courtroom?
20   A    Yes, he did.
21   Q    What happened then?
22   A    He looked at me, he looked at Sappington, and
23   Sappington asked him to describe to me the murder of Karen
24   Hearn-Slover, which he did in great detail.
25   Q    Karen Slover was a woman who was murdered who had

```
1    lived in Decatur, correct?
2    A    Correct.  She was murdered and her investigation was
3    going on at the time these incidents -- at the time he
4    called me down to the courtroom that day.
5    Q    Tell the jury about what Judge Sappington had
6    Assistant State's Attorney Ahola tell you.
7    A    He told him to describe to me what happened to Karen
8    Hearn-Slover and Jack looked at me again and he looked at
9    Judge and he said, "The investigation is still ongoing.
10   We don't know who murdered her.  We know that she was shot
11   in the back of the head."  I believe he said twice, but I
12   can't confirm that.  She was beheaded.  She was burned.
13   She was dismembered.  Parts of her body were left between
14   Moultrie and Macon County because of the way the lake
15   system flowed.  They were put in different bags and ended
16   up at different places.  And about how her head was one of
17   the first pieces found.
18   Q    Once Assistant State's Attorney Ahola described Karen
19   Slover's murder to you, what happened next?
20   A    I sat there.  Jack spoke briefly with Judge.  He
21   wasn't asking for a warrant or anything.  And Jack left
22   the courtroom.  When I went down to the courtroom, I
23   didn't have my keys.  To take me -- where I sit -- if I
24   was sitting here -- my desk was here.  There was a door
25   behind me that I almost always used and that would take me
```

41

```
 1    to Judge Tim Steadman's courtroom.  I didn't have my keys,
 2    so I had to walk past him.  He got up and he pulled his
 3    chair in and I thought he was going to let me pass.  He
 4    grabbed my arm.  And I was so angry.  I was so upset.
 5    Why?  Why, hours after I had told him I was taking the day
 6    off the following day to reflect on my daughter's memory,
 7    why did he have to do that to me?  He grabbed my arm and I
 8    was so mad I turned around and I said, "Why did you do
 9    that to me?"  And he told me I was beautiful, I was naive,
10    and that I would face the same rape and murder that she
11    experienced.
12    Q    Did you get an opportunity to leave the courtroom
13    then?
14    A    I did.
15    Q    Did you leave -- I'm sorry.  Did you leave through
16    the doorway that was behind Judge Sappington that you had
17    then walked towards?
18    A    I had to leave out the entrance to the courtroom.  I
19    didn't have my keys to go into the other area.
20    Q    Did you talk to anyone -- after this incident
21    concerning Jack Ahola and Karen Slover, did you talk to
22    anyone about that incident on that day?
23    A    Not on that day.  I went upstairs and I got my purse.
24    I was crying.  That was one of the times Janice observed
25    me crying.  I got my purse and I just left and I left the
```

47

```
 1              Janice called me aside and told me that she had
 2    discussed again with Judge Greanias that she did not think
 3    it was right that I resigned.  She did not think it was
 4    right how I had to resign and that he told her to give me
 5    a copy of the sexual harassment statute and that
 6    Sappington's actions would be -- if warranted, they would
 7    have to be investigated by the judges or the Illinois
 8    Administrative Judicial Review Board.
 9    Q    Who did Janice indicate told her to give you the
10    sexual harassment policy?
11    A    Judge Greanias.
12    Q    By December 18 you had already resigned, right?
13    A    I did.  I resigned on November 27.
14    Q    Had you indicated that you would work through to a
15    certain date?
16    A    On November 27, I gave them a date of January 10,
17    which was when I was going to start school.
18    Q    Okay.  The last incident you've talked about to the
19    jury happened on October 3, 1996.  Can you tell the jury
20    when the next time was that Judge Sappington's conduct
21    caused you concern?
22    A    On October 4, the day that I had already put in to
23    leave early, which was the seven year anniversary of my
24    daughter's passing, I was very upset when I came to work
25    that day and I spoke with Ruth that day about what
```

1  happened. I spoke with Janice about the events on Karen
2  Slover that happened. Ruth and I wanted to go to lunch to
3  talk about it more, to help calm me down before I left to
4  go and get my flowers and everything to go to the
5  cemetery, and she told Sappington that we were leaving for
6  lunch and he goes, "Hold on. I'll get my jacket." She
7  said, "No. There are things that Missy and I need to talk
8  about over lunch."
9           And he was visibly angry. Ruth took me out of
10 there. She put her hand on my back and guided me out. We
11 left and we were walking down the street to go to the
12 Lincoln Lounge and she looked back and said, "He's looking
13 at us from the window." I could look up and the way the
14 sun was on that day, he was there. He was looking. When
15 we came back from lunch, he was still looking.
16 Q   How did that cause -- how did you feel when you noted
17 that Judge Sappington was looking out the window at you
18 coming and going?
19 A   It was -- it was frightening. It was -- at that
20 point it was much more obvious that it wasn't jealousy.
21 It was obsession. And I became fearful for that factor.
22 Q   Did the judge on October 4 talk to you about --
23           MR. CORRIGAN: Objection to the leading
24 question.
25           THE COURT: Well, she can introduce a topic this

1  way. I don't think that's inappropriate.

2  Q   Did the judge talk to you about your vehicle?

3  A   He noticed that it was in the parking lot. He knew
4  where I parked.

5  Q   Can you --

6  A   It was on October 4 that he came into the office.
7  First thing that morning after the Karen Hearn-Slover
8  incident, after I had spoken with Janice and Ruth, he came
9  into the office that day. I had a Jeep Grand Cherokee.
10 He came into the office and I was sitting at my desk and
11 he said, "I need your car this afternoon." I said,
12 "Excuse me?" He said, "I need your car. Cheryl and I
13 bought a television in Springfield and we need your car."
14 I told him that he could not use my car, that my husband
15 at the time, Don's father had just died days before, like
16 October 2 he passed away, and Don needed my Jeep to assist
17 he and his sister -- or his brother, Ken, and his sister,
18 Barb, in getting some stuff from his home.

19 Q   Now were there times when the judge would ask to
20 trade cars with you?

21 A   Never before that time.

22 Q   Did you find that unusual then on that day?

23 A   Yes, I did, because he didn't ask me. He said, "I
24 need your car."

25 Q   How did that make you feel?

1  A    It made me feel as though he felt he had an ownership
2  over me.  It made me feel very uncomfortable.  By that
3  time I was feeling very unsafe.
4  Q    When you parked your car at work when you were at the
5  Ambassador, was the car parked where you had to park by a
6  parking meter?
7  A    Yes.
8  Q    Did you have to put money into that meter during the
9  day?
10 A    I did.
11 Q    Did Judge Sappington ever make any comments to you
12 about the parking meter and your car?
13 A    He knew where I parked.  He would often say, "Do you
14 need me to go down and plug your meter?"  "No, I don't."
15 And I don't think he ever did.  I never asked him to.
16 Q    Did that cause you any concern when you realized that
17 Judge Sappington would know where you parked?
18 A    Yes.
19 Q    How often did this happen that -- between July and
20 when you left that Judge Sappington would note to you that
21 he knew where you parked?
22 A    Well, he noted it to me when the Frank Byers incident
23 occurred, when Frank parked his car next to mine.  He knew
24 where I was parked then and he knew what time I left the
25 parking lot that night.  He made the same remark again on

52

1    petitions in the adoption files at some point during that
2    time, around the time he came back from China,
3    Sappington did.  Davis heard that the adoption petitions
4    were going into the file.  Whether they shouldn't have
5    gone in the file or they should have, I don't know, but
6    Davis was upset that these adoption petitions were going
7    into the file.  He was criticizing Sappington for giving
8    me judicial powers.
9    Q    How do you know that?
10   A    Richard Hopp told me that.
11         MR. CORRIGAN:  Objection to statements that were
12   based on hearsay.
13         THE COURT:  Sustained, unless you're offering it
14   for some other purpose other than the truth.
15         MS. McGRATH:  That's fine, Judge.
16         THE COURT:  What are you offering it for?
17         MS. McGRATH:  I'll move on.
18   Q    The incident on September 18, can you tell the jury
19   what happened?
20   A    I just explained to Richard what my belief was on why
21   Judge Davis was upset.  I didn't think anything about it.
22   I went upstairs and went to Judge Sappington's office and
23   told him what Richard Hopp had said.  As I was leaving his
24   office, he asked me if anything sexual was said by Richard
25   Hopp.  I turned around and said, "What are you talking

53

```
 1    about?  How did we go from talking about Judge Davis to a
 2    statement being said about a sexual comment?"
 3            And he told me -- he goes, "Well, you should
 4    probably know because I know that other judges have found
 5    out about a comment that I made to Judge Davis and I think
 6    you should know that comment because I know that it has
 7    gotten around."  I said, "Okay.  What was the comment?"
 8    He said, "Judge Davis asked me" -- he said, "Judge Davis
 9    asked me if I would let you sit on my face and I told him
10    'yes'."  And he said that he went back up to his office
11    and it wasn't five minutes later that Judge Francis came
12    to his office and said, "Did you tell Judge Davis you want
13    Missy to sit on your face?"  He goes, "Yes, I did."
14    Q    And Judge Sappington is telling you that he -- did
15    Judge Sappington tell you about Judge Francis coming up
16    and being involved in that discussion?
17    A    Yes.  I would have known about none of that had he
18    just not told me.
19    Q    Was anyone else present in the judge's chambers when
20    this took place?
21    A    No.
22    Q    When Judge Sappington told you what you just
23    disclosed to the jury, how did you respond?
24    A    Judge Sappington always talked about how he was a
25    religious man.  He discussed with me sometimes about how
```

1   he was involved in a small group. I asked him why he
2   would say a comment like that. Why would he say something
3   like that and leave himself vulnerable for Cheryl to hear?
4   Up until that point, I was really trying to keep
5   everything undercover because I didn't think he knew what
6   he was doing.
7          I said, "Why would you do that?" And I said,
8   "What are you going to do if Cheryl finds out that you
9   made that statement?" He said, "I'll lie." And I said,
10  "You know, you're always talking about how religious you
11  are. Maybe you should get down on your hands and knees
12  and start begging for forgiveness because I'm not giving
13  it to you." And I left.
14  Q   Were you crying?
15  A   Yes. I was crying by the time I got out of his
16  office.
17  Q   Did you believe Judge Sappington understood that the
18  comment upset you?
19  A   He laughed. After he said it, he laughed. He didn't
20  care. He didn't care about what he was doing to me.
21         THE COURT: Excuse me. Find a place in the next
22  five minutes to stop.
23         MS. McGRATH: Judge, now would be a good time.
24         THE COURT: Okay. You may step down. We're
25  going to be in recess today until 1:30, so please be back

```
1    in the jury room shortly before 1:30.  Protect yourself,
2    please, from any conversation or information.  Thank you.
3
4                         (Noon Recess)
5
6                      * * * * * * * * * *
7                    RESUMED DIRECT EXAMINATION
8    BY MS. McGRATH:   (Of Melissa Robinson)
9    Q    Missy, this morning you talked about an incident when
10   you offered to assist Judge Diamond.  Were you aware of
11   whether Judge Greanias became aware that Judge Sappington
12   was concerned about your offer?
13   A    Can you reask that?
14   Q    Yes.  That was a terrible question.  Do you know if
15   Judge Sappington went to speak with Judge Greanias about
16   you assisting Judge Diamond?
17   A    I observed Judge Sappington heading in that
18   direction.  Judge Sappington indicated to me when he came
19   back to his office that he had spoken with Judge Greanias
20   and Judge Greanias confirmed that during a telephone
21   conversation he and I had.
22   Q    We're going to get to that conversation shortly.  You
23   talked -- the last conduct by Judge Sappington that we
24   talked about occurred in October 3, that incident
25   concerning Jack Ahola in the courtroom.  What is the next
```

```
 1    incident where Judge Sappington's conduct caused you
 2    concern?
 3    A    I'm sorry.  I'm distracted.  I see Judge Diamond out
 4    there.  The next incident that caused me concern would
 5    have occurred on October 11, 1996.
 6    Q    And where did this incident take place?
 7    A    It took place in courtroom number 3, Judge
 8    Sappington's courtroom.
 9    Q    Can you tell the jury what happened?
10    A    They were having a hearing that morning and I believe
11    it would have been a juvenile hearing.  I had sworn in a
12    witness.  The witness was on the stand.  Frank Byers came
13    in and indicated he needed to change a hearing date.  I
14    went ahead and directed him to meet me in Tim Steadman's
15    chambers.  This was the second time I left the courtroom
16    that day.  Another -- two other attorneys had already come
17    in and asked me to leave the bench that morning to change
18    another hearing date.
19         I let Frank into Judge Steadman's chambers.  I
20    recall Kelly Geisler being in there.  I recall Shelly
21    Creek being in there.  Frank indicated he needed to change
22    the hearing date because he was taking a vacation with his
23    family.  I told him he needed to talk to Judge Davis
24    because Sappington was no longer hearing -- I think it was
25    a divorce case -- as of November 1 and he needed to see
```

```
1    Judge Davis.  I was getting ready to go back into the
2    courtroom when Judge Sappington came out of the
3    chambers -- came out of the courtroom into Judge
4    Steadman's chambers.
5    Q    Okay.  How did Judge Sappington look when he came
6    into the chambers, when he left the courtroom and came
7    into chambers where you and Mr. Byers were discussing the
8    change in the schedule?
9    A    The door crashed against the wall.  He was very red.
10   He was shaking.  He started pointing at Frank like that
11   (demonstrating) and demanding that he go upstairs to his
12   chambers right now.
13   Q    When you say "like that", you're shaking your finger
14   as if Judge Sappington -- did Judge Sappington shake his
15   finger at Frank Byers?
16   A    Judge Sappington shook his finger at Attorney Byers
17   and demanded that he go upstairs to Judge Sappington's
18   chambers.
19   Q    And what did you do after Judge Sappington and Byers
20   left the area?
21   A    I was upset.
22   Q    Why?
23   A    I felt as though Judge Sappington was not fulfilling
24   his word in dealing with his emotions.  I felt as though
25   he was targeting Frank because he parked his car next to
```