1   September 18 when Judge Sappington relayed a discussion he
2   had concerning you sitting on his face.  Do you recall
3   that testimony?
4   A    Yes.
5   Q    Did Judge Sappington bring that topic up to you after
6   that day?
7   A    He brought it up to me the next day.
8   Q    What did -- first of all, where were you when he
9   brought it up?
10  A    I was delivering files to his office that were going
11  to be on the setting that afternoon.  I dropped them off
12  at his desk.  He wasn't in there when I got in there.  I
13  think he was in the bathroom because when he came out, he
14  had a paper towel or -- yeah, I think a paper towel.  And
15  he wasn't upset at all.  He said, "Do you remember what we
16  discussed yesterday?"  I said, "Yes."  He goes, "I just
17  want you to be very aware that what we discussed
18  yesterday, nothing will happen until after your divorce is
19  final."
20  Q    Did you say anything to Judge Sappington?
21  A    I left.
22  Q    How did Judge Sappington's comment make you feel when
23  he told you that?
24  A    Violated, sick, angry.
25  Q    Did Judge Sappington raise any issue -- strike that.

63

1   Who was Leona Miller?

2   A   His court reporter, had been his court reporter for
3   many, many years.

4   Q   At some point did Judge Sappington raise concerns
5   about Leona Miller keeping a book about you and he?

6   A   I heard about it. He told me about it.

7   Q   Can you tell the jury when this happened, what month?

8   A   It happened in August or September. I don't remember
9   a specific date.

10  Q   What did Judge Sappington say to you about this book?

11  A   Ruth and I had gone to lunch. We had gone back in
12  from lunch. I was sitting at my desk. He came out and
13  got me and asked me to go to his chambers. I went into
14  his chambers and he was laughing, stating that somebody
15  told him Leona was keeping a little black book. He never
16  told me who discussed this with him. He never told me who
17  told him about it.

18          I said, "She's always kept a little black book.
19  She keeps it to write all her transcripts and her extra
20  money. She's always done that." He goes, "No. I'm told
21  she has a black book that describes you and I and our
22  involvement." I said, "So what? There's nothing.
23  There's nothing. What does it matter?" I said, "I don't
24  think she is, but what does it matter?"

25  Q   Did you become aware then of a time when Judge

64

1   Sappington raised a concern about this book to Judge
2   Greanias?
3   A    I don't think it was that he raised a concern.  He
4   raised a ruckus.  I was at my desk.  I was on the
5   telephone with Tom Little, who is now a judge in Macon
6   County, discussing a case with him that he needed to set.
7   Q    When was this in relation to when the judge told you
8   about the book?
9   A    Minutes.  Minutes.  I had left his office.  There was
10  nothing about the book that concerned me.  I had left his
11  office.  I had gone out to my desk.  I returned Tom
12  Little's call because he had left it over the lunch hour.
13  I was on the phone with Tom.  Sappington came out
14  red-faced at that point, pounded on Leona's door and said,
15  "I want to see you in Judge Greanias' office right now and
16  I want that little black book of yours."
17  Q    Now you're shaking your finger.  Was the judge
18  shaking his finger when he was --
19  A    Yes.
20  Q    -- trying to speak or directing this to Leona Miller?
21  A    Yes.  His face was red.  He was shaking visibly and
22  he was shaking his finger at Leona.  They went into Judge
23  Greanias' office.  I don't know if he had talked to Judge
24  Greanias before that or not.  Leona was crying before she
25  got into Judge Greanias' office and she was certainly

1    crying when I saw her later on that afternoon.

2    Q    Shortly thereafter did Leona transfer to work for a
3    different judge as a court reporter?
4    A    I was told by Judge Sappington that Leona wrote a
5    letter to Judge Shonkwiler expressing concerns regarding
6    Judge Sappington.  I believe he even showed me a copy of
7    the letter and he told me that she was being transferred.
8    He was very glad of that.
9    Q    Was there a time in September that Judge Sappington
10   commented about kissing you?
11   A    It was during that incident.  He called me back into
12   his office after they had come out of Judge Greanias'
13   office.
14   Q    When you say "that incident", are you talking about
15   the Leona Miller incident when he spoke to Judge Greanias?
16   A    Yes.  Yes.  That all happened at the same time and
17   the same day.
18   Q    Okay.  Tell the jury about the comment that Judge
19   Sappington made about kissing you?
20   A    He called me into his office.  Leona was upset.  I
21   had seen her.  She was upset.  I believe she had to leave
22   work early that day.  He called me into his office and
23   stated he would like nothing more than to take me out in
24   front of everybody and publicly kiss me and let everyone
25   know that I was more than a secretary to him.

1   Q    How did that make you feel when Judge Sappington said
2   that to you?
3   A    I responded -- I believe I told him I was his clerk.
4   I believe I told him I had no reciprocal feelings for him.
5   And I believe during that time I also told him he already
6   stated to me that he would not continue to inflict his
7   feelings for me onto me and he needed to deal with them.
8   Q    After the incident in the courtroom -- and I'm going
9   to take you back. You talked about an incident in the
10  courtroom on October 11, I believe, concerning Frank
11  Byers, correct?
12  A    Right.
13  Q    Did you report Judge Sappington's behaviors to anyone
14  other than your discussion with Janice Shonkwiler on that
15  day?
16  A    Yes, I did.
17  Q    To whom?
18  A    I was provided Judge Greanias' telephone number and
19  after I got home and got myself together, I called Judge
20  Greanias. He was on vacation.
21  Q    What did you say to Judge Greanias?
22  A    I called and the phone was answered by Judge Greanias
23  within the first ring. I didn't say anything. I assume
24  he had caller I.D. and he just said, "Missy, is that you?"
25  And I started crying. And he said, "Do you want to meet

```
1    somewhere?  Do you want to meet so we can talk face to
2    face?  Do you want to meet for lunch?"  I said, "No, I
3    can't."  He said, "Did" -- he goes, "Tell me what happened
4    today because I know something happened today."
5    Q    I'm sorry.  Did Judge Greanias indicate to you, "Tell
6    me what happened today because I know something happened
7    today"?
8    A    Yes.
9    Q    Then what did you say to Judge Greanias?
10   A    It took a while to get everything out, but I told him
11   everything.
12   Q    What did you tell Judge Greanias?
13   A    I told Judge Greanias what happened that day with
14   Frank Byers and I felt like I had to justify myself again.
15   I said, "Judge Greanias, I have no relationship with Frank
16   Byers."  And he says, "That's none of my business and it's
17   none of Judge Sappington's business either."  He goes,
18   "Tell me what happened when Judge Sappington left the
19   courtroom."  And I said, "I don't know.  He came out.  He
20   was very red-faced.  He was shaking his finger at Frank.
21   They went up to his chambers."  I said, "I went up the
22   other way so I didn't have to see him."
23            I told Judge Greanias that I left the note for
24   Judge Sappington.  He asked me to describe some of the
25   other events that happened.  I told him about the sit on
```

```
 1    your face comment.  I told him about the comment that was
 2    made that he was going to kill me if I ever shacked up
 3    with anybody, especially my two beautiful daughters.  I
 4    told him -- at that time I believe there had already been
 5    a plane incident where Judge Sappington flew over my home,
 6    my family's home while I was there.  I told him about
 7    Frank parking his car next to me.  I told him about the
 8    nipples incident.  I told him everything.
 9    Q   Did Judge Greanias -- what did Judge Greanias say to
10    you?
11    A   Judge Greanias said to me that he knew something was
12    going on.  He had seen me upset in the workplace.  I told
13    him -- he asked me why I hadn't come to him before and I
14    told him that Judge Sappington and I were close
15    previously.  I felt like he was going through issues and I
16    was protecting him.  He said, "You shouldn't protect
17    anybody but yourself."  He asked me -- I was very
18    emotional at that point after I had told him everything.
19    He asked me -- he goes, "I want to know why you refused to
20    work for Judge Diamond."
21    Q   When Judge Greanias asked you about refusing to work
22    for Judge Diamond, did that refer back to when you offered
23    to assist Judge Diamond back in September?
24    A   That referred back to two weeks previous when I was
25    assisting Judge Diamond.
```

1  Q  Okay.

2  A  Correct.

3  Q  What did you tell Judge Greanias about that?

4  A  I told Judge Greanias that I had never refused to

5  work for anybody, that I volunteered to do that work in

6  front of Judge Sappington, that Judge Sappington was aware

7  of it and it was after, like the second day, when Judge

8  Diamond brought me additional orders that he exploded.

9  And I expressed that I never told Judge Diamond -- I

10 hadn't seen Judge Diamond through that two-week period

11 because I was embarrassed to see Judge Diamond because I

12 agreed to help him and then he's being told that I'm

13 refusing to help him.

14 Q  When you explained the Diamond situation to Judge

15 Greanias, did he say anything more about that?

16 A  He stated that that made sense.

17 Q  Did Judge Greanias say anything more to you when you

18 talked with him on that day?

19 A  Judge Greanias indicated to me that there were

20 rumors, that he had known about the rumors for some time,

21 and I was surprised because I had never heard those

22 rumors. And he stated that he had previously had to talk

23 to Judge Sappington about his behavior towards me. And I

24 was not aware of that until Judge Greanias told me that.

25 And he said that he was going to go to bond court that

1    weekend, it was a holiday weekend, and he needed to check
2    the schedule to see if Sappington was going to be holding
3    bond court.  That was his month to do bond court.  He was
4    going to check to see if he was going to be there Saturday
5    or Sunday and that he was going to be there and that
6    things would effectively be dealt with this time once and
7    for all.
8    Q    Okay.  Did he make any comment -- did Judge Greanias
9    make any comment to you during this phone call about men
10   and women working together?
11   A    He did.
12   Q    What did he say?
13   A    He had asked me during that conversation what I felt
14   was going on with Judge Sappington.
15   Q    What had you told Judge Greanias?
16   A    That I believed, based on conversations that Judge
17   Sappington had had with me, that I believed he felt he was
18   in love with me, but I didn't believe he truly was.  I
19   felt he loved his wife and he was dealing with issues.
20   And Judge Greanias said -- he was quiet for a minute.  He
21   said, "I don't know if God ever intended men and women to
22   work together in the workplace."
23   Q    Did Judge Greanias tell you to take any time off when
24   you spoke with him in this discussion?
25   A    I was told to take administrative leave for the rest

```
 1    of the day Friday.  I was told Monday he would call me
 2    after he met with Judge Sappington over the weekend, but
 3    that I could expect to take several days off the following
 4    week before I returned to work and when I did return to
 5    work I would be transferred.
 6    Q    Did Judge Greanias -- Judge Greanias told you this in
 7    this conversation?
 8    A    Correct.
 9    Q    Did Judge Greanias indicate in this conversation who
10    you would be transferred to?  Do you recall?
11    A    I don't recall if he mentioned it.
12    Q    Okay.  Did you speak with Judge Greanias then the
13    following week as he directed or indicated he would call
14    you?
15    A    He did not call me.  I did not hear from him by
16    Monday night.  I was anxious all weekend.  I called him
17    Monday night.
18    Q    Tell me what you said to Judge Greanias in this phone
19    call.
20    A    I told him that I was calling him because I thought I
21    was going to hear from him today.  He indicated, yes, that
22    was true.  Judge Greanias was more distant, cooler on
23    Monday, indicated he was still going to be on vacation the
24    following week.  I needed to take off -- I needed to take
25    off that Tuesday and I believe I returned back to work
```