72

1   Wednesday or Thursday and, when I did, I needed to report
2   to Janice and that she was transferring me to Judge
3   Diamond and that she was given directives to keep
4   Sappington away from me.
5   Q   So you took a few days off?  Was that administrative
6   leave?
7   A   Yes.
8   Q   Was that paid leave?
9   A   It was paid administrative leave.
10  Q   When you returned, I believe you indicated you
11  returned the following Wednesday?
12  A   I believe it was Wednesday.  I believe it was the
13  16th, the day that I met with Janice.
14  Q   When you returned, did you sense anything different
15  about how Janice Shonkwiler treated you?
16  A   Janice was very professional, very cool.  She asked
17  me to discuss with her the events that I discussed with
18  Sappington.  I had also discussed with -- or the
19  conversation I had with Judge Greanias, she asked me to go
20  over all those events.  I had spoken to Judge Greanias,
21  too, about the Karen Hearn-Slover incident in the
22  courtroom and she already knew about that when she and I
23  talked on the 16th and she knew about the probate case,
24  him grabbing my face, saying "I'm going to kill you if you
25  shack up with anyone."

1  Q    When you spoke with her on October 16, how do you
2  know she knew about those incidents before that?
3  A    I had told her about the Karen Hearn-Slover incident
4  at the time it happened and at that time she thought it
5  was weird.  She even commented, asking if it was a warrant
6  situation or something like that.  And I told her, "No, it
7  was not."  And she asked me on that day if I took that as
8  a threat and if I took the threat of -- after the probate
9  case as a threat and I told her, "Yes, I did."
10 Q    When did you tell -- when did you have this
11 conversation with Janice where you told her you thought
12 this whole incident was a threat and the probate incident
13 was a threat?
14 A    I believe I first told her that I considered it a
15 threat on the 16th.  I had told her about both the
16 incidents on the 4th after she saw me upset on the 3rd.
17 Q    Okay.  When you had this discussion with Janice on
18 the 16th, does she tell you who to contact about any other
19 problems you might have?
20 A    She told me from that point forward I needed to
21 discuss all of my concerns or issues with her and she
22 would discuss them with Judge Greanias.
23 Q    Does she send you to work for Judge Diamond?
24 A    I was transferred to Judge Diamond.
25 Q    Judge Sappington's courtroom was on which floor?

```
1    A    His courtroom was on the sixth floor.  His chambers
2    was on the eighth.
3    Q    Okay.  Judge Diamond's courtroom was on which floor?
4    A    His courtroom and his chambers were on the sixth
5    floor.
6    Q    When she sent you to work with Judge Diamond, did
7    they move your actual desk area down to Judge Diamond's
8    chambers area?
9    A    No.
10   Q    How long did you work with Judge Diamond?
11   A    I worked for him for approximately one week.
12   Q    Okay.  While you worked for Judge Diamond, did that
13   alleviate some of your concerns about Judge Sappington's
14   conduct?
15   A    Yes.  Judge Sappington stayed away from me after I
16   came back in October.  He kept his distance and that
17   alleviated a lot of concerns.
18   Q    Did you enjoy working with Judge Diamond?
19   A    Yes.
20   Q    You indicated you only worked there for a little over
21   a week.  What happened after that period of time?
22   A    I showed up to work that -- I believe it was on a
23   Monday morning and Janice was waiting there.  She was like
24   standing by her desk, but she immediately approached my
25   desk when I got into the secretarial area and she stated
```

75

1   that she had spoken with Robin Johnson, who was Judge
2   Diamond's clerk, and that she was not happy about the
3   transfer, she refused to work for Judge Sappington, and
4   that I would be going back to work for Judge Sappington
5   and did I have any questions.
6   Q    When Janice Shonkwiler told you you would be going
7   back to work for Judge Sappington, did you feel that you
8   had any choice as far as whether you returned to work for
9   him or not?
10  A    I was not given a choice.
11  Q    When Janice asked you if you had any questions, what
12  was your response?
13  A    I asked her why this was being done and, again, she
14  said Robin was not happy with the situation. I believe
15  Robin may have not even been at work when they transferred
16  me. She may have been on medical leave still from the
17  time that happened in September. I don't know if Robin
18  ever worked with Judge Sappington or not. I was just told
19  she refused and they were switching me back and I was to
20  tell her if any issues occurred.
21  Q    When you were told that you had to go back to work
22  for Judge Sappington, how did that make you feel?
23  A    Well, I felt as though if I had any issues from that
24  point forward, my job was in jeopardy. I felt afraid of
25  him still.

1   Q    While you were working with Judge Sappington, your
2   desk, am I correct, is located actually outside Judge
3   Greanias' office?
4   A    Correct.
5   Q    And Judge Sappington's chambers are a little ways
6   down the hall, correct?
7   A    Correct.
8   Q    Now after you returned from this short administrative
9   leave, would you still see Judge Greanias coming and going
10  from his office?
11  A    Yes.
12  Q    Did you sense that -- did you believe Judge Greanias
13  treated you any differently after you returned from that
14  leave?
15  A    Judge Greanias would always ask me how I was doing,
16  how my daughters were doing, how things were. He would
17  comment about the weather, stuff like that. He was very
18  non-communicative. There was no communication. There
19  wasn't -- he couldn't even look at me.
20  Q    This was -- you're indicating he could not look at
21  you and he was non-communicative after you returned from
22  leave?
23  A    Correct.
24  Q    After you returned from your leave, did Judge
25  Greanias ever talk to you about -- did Judge Greanias ever

```
 1    ask you how you were doing?
 2    A    No, not until after I resigned.
 3    Q    You mentioned briefly an incident with Judge
 4    Sappington flying over your parents' home.  Can you give
 5    the jury an idea of when that happened before you begin to
 6    describe it?
 7    A    I do recall talking to Judge Greanias about that and
 8    it had been a very recent event.  It happened, I would
 9    say, in October, late September.  I was supposed to be
10    gone that weekend.  My mom and I and my two daughters and
11    my sister were supposed to go to Missouri for my cousin
12    Kim's wedding.
13    Q    Okay.  Your parents' home is located where?
14    A    In the country in Warrensburg.
15         THE COURT:  I couldn't hear your answer.
16    A    In the country in Warrensburg.
17    Q    Were you aware of Judge Sappington -- did Judge
18    Sappington have a license to fly a plane at that time?
19    A    I don't think he could fly it by himself.  He had to
20    fly with somebody.  He was still training or whatever it
21    is.
22    Q    So what happened at your parents' home?
23    A    I had already communicated with both of my parents
24    and with Don things that were going on.  When I showed up
25    at my mom's home that day, I was upset.  The wedding came
```

```
 1    Monday I was very cautious.  I was in his office giving
 2    him the setting for that morning.  He asked me what I did
 3    over the weekend.  I was like, "Oh, this and that."  I
 4    asked him what he did.  He said, "Well, I was flying and I
 5    flew over your mom's home.  You've always talked about the
 6    flowers, so I went over there and I flew over her home."
 7    Q    Did you say anything to Judge Sappington then?
 8    A    No.  I was scared.
 9    Q    You just indicated to the jury that when you returned
10    to work for Judge Sappington, your relationship was poor.
11    What do you mean by your relationship was poor with Judge
12    Sappington?
13    A    We did not communicate.  We did not communicate.  I
14    would go to court when I had to.  When he didn't need me,
15    I would stay at my desk.
16    Q    And how would you decide when he would need you and
17    when he wouldn't need you?
18    A    He would come out to the desk and let me know.
19    Q    Were there things that you were assigned to do at
20    your desk during that time?
21    A    Not really.  I was given less and less.  I would
22    study.
23    Q    In part because you were given less and less work by
24    Judge Sappington?
25    A    Correct.  And previously he would let me study at
```

1    times too, if I had a test or something like that. Some
2    clerks would take books. Some clerks would study. As far
3    as I knew, I think I was the only one taking courses, so
4    he would allow me time to study.
5    Q    Were there any other ways from November forward that
6    you tried to avoid Judge Sappington's conduct other than
7    staying at your desk, studying?
8    A    I would still during that time go and work out at
9    lunch. I would wait to come in right at 8:30, which
10    typically previous to that I would come in as early as
11    7:30 sometimes to get caught up. And I would work on what
12    I needed to work on. I would stay at my desk. Janice,
13    after she became aware of things, she stayed at her desk a
14    lot more to figure out what was going on.
15    Q    Did Judge Sappington appear -- in November, did Judge
16    Sappington appear to be angered when you talked with male
17    attorneys or male workers, male individuals in the
18    workplace?
19    A    After I contacted Judge Greanias on October 11 and
20    after I returned back to his courtroom, it was a very cold
21    relationship. But one thing that had changed when I went
22    back into the courtroom with him, at times I would go back
23    into the courtroom and he would go to the bench and before
24    proceedings started he demanded nobody approach the clerk.
25    At that point he set a standard in the courtroom where

82

1    nobody was to approach the bench.  When he was on the
2    bench, he was shaking when he would communicate to the
3    attorneys in the room.  He was angry.
4    Q    As of November of 1996 -- strike that.  Were there
5    additional discussions with you before you resigned about
6    transferring?
7    A    There were numerous discussions with me.
8    Q    Let's try to go through them as best as possible in
9    sequential order.  When was the first discussion that you
10   had -- after you were moved back to Judge Sappington, when
11   was the first discussion you had about transferring you
12   somewhere else?
13   A    On November 20.
14   Q    And who did you have this discussion with?
15   A    Originally with Judge Sappington.
16   Q    Tell me what -- where did this discussion take place?
17   A    It took place in his chambers on around the 19th,
18   20th, that time range.
19   Q    What did Judge Sappington say to you during that
20   discussion?
21   A    That day he was more back to himself and we
22   actually -- starting that day, I mean I wasn't -- it was
23   like I was dealing with the old person I used to be with.
24   He came out to my desk and said, "I would like to talk to
25   you in my office."  I went back to his office.  He goes,

85

1    standing right there telling me what to tell her. I
2    asked --
3    Q    I'm sorry. In this meeting with Judge Greanias,
4    Judge Sappington and you, has Judge Sappington already
5    indicated to Judge Greanias that he authorized you to take
6    that action in his courtroom?
7    A    That's what Judge Greanias had stated and --
8    Q    Okay. Tell me -- I'm sorry. Go ahead as far as what
9    Judge Greanias told you in this meeting.
10   A    I asked Judge Greanias if I had done anything wrong.
11   He told me no, I had not, but he had a judge to protect
12   and these transfers would take care of that issue.
13   Q    Did Judge Greanias or Judge Sappington tell you where
14   you were going to be transferred to during that meeting?
15   A    Judge Sappington had already told me that I would be
16   transferred to Judge Francis.
17   Q    When had Judge Sappington told you that?
18   A    Before Judge Greanias came and got us.
19   Q    When you spoke with Judge Sappington before Judge
20   Greanias came in, did Judge Sappington say anything else
21   to you with regard to the transfer of -- transferring you
22   to Judge Francis?
23   A    He reminded me of conversations that he and I had had
24   previously regarding Judge Francis and Judge Francis was
25   rumored to have dated defendants and court staff.

```
1    Q    Now Judge Sappington had indicated to you in the past
2    this information about Judge Francis?
3    A    Yes.
4    Q    So before you go to meet with Judge Greanias, Judge
5    Sappington is reminding you about this information
6    concerning Judge Francis?
7    A    Yes.
8    Q    When you're meeting with Judge Greanias, Judge
9    Sappington and yourself, is there anything else you can
10   tell the jury that Judge Greanias said during that
11   meeting?
12   A    He said he had a judge to protect.  He stated -- I
13   don't know if it was on that date or not.  I don't think
14   he had discussed it.  I knew along that couple of day
15   period that everybody was very angry about the moves.
16   Q    Now when you say "that couple of day period", this
17   meeting -- am I correct this meeting takes place with
18   Judge Greanias, Judge Sappington and yourself -- I'm
19   sorry.  Did you indicate November?
20   A    It happened on November 20, but I also met with Judge
21   Greanias on the 21st, 22nd, 25th, 27th.
22   Q    We'll talk about those.  This meeting happened on the
23   20th.  How did you know people were upset by November 20
24   about this move?
25   A    I'm not positive if I knew on November 20 yet that
```

1   everybody was upset. By the 21st I knew they were upset,
2   but I'm not sure that he told anybody until the 21st. I
3   thought he told me the evening before he told everybody
4   else.
5   Q   When you indicate that he told everyone, who are
6   referring to? Judge Greanias?
7   A   Judge Greanias.
8   Q   You indicated that you had another discussion about
9   the transfer on November 21?
10  A   I did.
11  Q   Was this discussion with Judge Greanias?
12  A   That discussion was during the daytime. It was with
13  Judge Sappington.
14  Q   Tell me what -- first of all, where did this
15  discussion take place?
16  A   That was -- as I stated, around November 19, 20, days
17  prior, Judge Sappington started acting much more like the
18  judge he used to be, the friend he used to be. We were
19  asked to go over and do misdemeanors for Judge Francis.
20  He was gone.
21      I went over there with him and we walked over
22  there. When we were over there, he expressed anger with
23  Judge Greanias for making the transfers. Judge Greanias
24  had made reference to the rumors going on when the three
25  of us met on the 20th and Judge Greanias also made

1   reference on the 20th that this move would benefit me as
2   well because he believed I had been psychologically abused
3   by Sappington.  And I stated I didn't think I had been
4   psychologically abused by Sappington and he responded by
5   saying, "I think when you get away from the situation, a
6   lot has happened, and you're going to realize you have
7   been psychologically abused."
8   Q    Okay.  Did you then speak with Judge Sappington on
9   the 21st --
10  A    Right.
11  Q    -- about the transfer again?
12  A    Correct.  We were over in courtroom 9 over -- it's
13  attached to the Macon County police department.  We were
14  over there and Judge Sappington expressed anger with Judge
15  Greanias for making the move.  He expressed anger with
16  Judge Greanias by saying I was psychologically abused.  He
17  didn't believe any of his actions towards me were
18  inappropriate or wrong.
19  Q    Judge Sappington told you that he didn't believe any
20  of his actions were inappropriate or wrong?
21  A    Correct.
22  Q    What else did Judge Sappington say to you?
23  A    During that same conversation before court started, I
24  asked Judge Sappington if there was anything he could do
25  to stop the transfers because sometime before that time I

```
 1   inappropriate.  Judge Greanias asked me how that made me
 2   feel.
 3   Q    What did you tell Judge Greanias?
 4   A    I believe I became visibly upset in front of Judge
 5   Greanias and I told him that I understood -- I was
 6   starting to understand -- I was starting to understand
 7   what he had referred to as psychological abuse on the 20th
 8   and that I wanted -- I was seriously contemplating that I
 9   would be taking the transfer because I needed my distance
10   from him after he told me he did not do anything
11   inappropriate to me.
12   Q    Okay.  On November 21 when you talked with Greanias,
13   did Judge Greanias say anything about what Judge
14   Sappington had said to you?
15   A    He did, but I don't recall what it was.
16   Q    Okay.  That's fine.  Anything else you recall Judge
17   Greanias saying during the November 21 discussion?
18   A    Not right now.
19   Q    By November 21, do you have any other information
20   that Judge Sappington is still looking at you out the
21   window?  Do you have any other information that Judge
22   Sappington is still looking at you out the window by
23   November 21?
24   A    I know on November 21, because it was my daughter's
25   birthday, that my car was still in the parking lot at 6:00
```