1    o'clock and I know on the 22nd he asked me why I was still

2    in my parking space at 6:00 o'clock in the evening.  It

3    was 6:00 or 7:00 and that was right at this time I was

4    leaving.

5    Q    Did that cause you any concern about Judge

6    Sappington's conduct again?

7    A    After he told me he had done nothing inappropriate on

8    the 21st and he made that comment to me on the 22nd, I

9    felt as though things were rapidly shifting back.

10   Q    Tell me about the next discussion that you had

11   concerning the transfer.  First of all, when did it

12   happen?

13   A    I had a discussion on the morning of November 22 with

14   Judge Greanias.

15   Q    Was that in Judge Greanias' chambers, if you recall?

16   A    I'm pretty certain that his door was open and I

17   knocked on his door and I went in and just had a brief

18   discussion with him.

19   Q    Tell me what you said during this discussion and what

20   Greanias said.

21   A    I made him aware that first thing that morning

22   Sappington had indicated he saw my car.  I told him that I

23   truly felt it was in my best interests for me to get away

24   from Judge Sappington but not to lose my benefits, my

25   medical benefits, since I was going through a divorce at

1   Judge Francis was doing during that time. And I was upset
2   by the remarks on the 21st that he had done nothing to me
3   that was inappropriate. I was upset about the fact he
4   knew where my car was again that evening. And I did not
5   go -- I told Judge Greanias that morning that I was not
6   going to go with Judge Sappington and the less I could
7   work with him now, the more comfortable I felt.
8           THE COURT: How much do you have left?
9           MS. McGRATH: Judge, perhaps another hour.
10          THE COURT: Okay. Then we'll take a 15 minute
11  break then. Do not discuss this case.
12                  (Recess taken)
13      (Following held out of the presence of the jury)
14          MS. McGRATH: Judge, we have Judge Diamond here
15  today. If we go until 4:00, I will go with Judge Diamond
16  then.
17          THE COURT: Do you anticipate his testimony will
18  be brief?
19          MS. McGRATH: I think it will be quite brief.
20  Then I will continue with Melissa tomorrow.
21          THE COURT: That's fine.
22      (Following held in the presence of the jury)
23          THE COURT: We have another situation where we
24  have to accommodate a scheduling issue and the parties
25  have very graciously agreed on these things and it's just

1  Q   Let me jump you back into the transfer discussions,
2  okay?
3  A   Okay.
4  Q   You have talked about discussions on November 20 and
5  21. Was there a discussion with Judge Sappington on
6  November 22 about the transfer?
7  A   November 22, he called me into his office in the p.m.
8  hours, so afternoon. He indicated to me that Judge
9  Greanias had let him know that he needed an answer as soon
10 as possible as to whether or not I was going to transfer
11 because if I was going to resign, no transfers would take
12 place.
13 Q   Now by this time have you noticed anyone else is
14 angered by the transfers in the courtroom? Let me reword
15 that. Strike that. By November 22 are other judicial
16 clerks treating you differently?
17 A   Yes.
18 Q   How so?
19 A   Nobody is really communicating with me. Nobody is
20 talking to me. It's a very cold atmosphere up there.
21 Q   Despite Judge Sappington's discussion with you in his
22 chambers on November 22, by then are you still considering
23 transferring to Judge Francis?
24 A   I spoke with Judge Greanias again immediately after
25 that conversation and told him I was really surprised

```
 1    because I had just told Judge Greanias that morning on the
 2    22nd that I was going to take the transfer and he seemed
 3    very happy about it.  He told me that he had been having
 4    closed door meetings with everybody involved, there was a
 5    lot of anger regarding the transfers and that he believed
 6    it was not in my best interests to take the transfer.  He
 7    could not tell me to resign, but that my life would become
 8    more problematic with how I would be treated over there
 9    and for the best interests of my children and my own
10    personal well being, that that transfer would not be good
11    for me.
12    Q    Okay.  At some point are you up at the courthouse on
13    a weekend in late November preparing for this transfer?
14    A    Correct.  I was going through a divorce.  I didn't
15    want to be out of a job.  I was still giving strong
16    indication and felt as though I would take the transfer.
17    I went up to the courthouse on November 24, which I
18    believe was on a Sunday.  I went up there at two different
19    times.  I went up there at 10:00 and I went up there at
20    4:00.  Even though my husband and I at that time were
21    talking divorce, we were close enough to communicate that
22    he knew where I was.
23    Q    So you were up at the courthouse on a Sunday on the
24    24th.  Does anything out of the ordinary happen?
25    A    I had been up there for about ten minutes and the
```

97

1   phone began ringing.  Again, the only person who knew I
2   was up there was my now ex-husband, Don Schroeder.  I
3   didn't feel comfortable answering the phone for some
4   reason, so I let it switch and see if anybody left a
5   message.  I picked up the phone afterwards.  There was a
6   message on the voice mail.
7   Q    Who was the message from?
8   A    It was from Judge Sappington.
9   Q    What did the message say?
10  A    It said he thought maybe I was up at the courthouse,
11  wanted to know if we wanted to meet, have a drink and talk
12  about the issues going on.
13  Q    Did that cause you concern?
14  A    Yes.
15  Q    When you left the courthouse on that day, did you
16  observe anything else that caused you concern?
17  A    Well, I was still sitting at my desk and I could hear
18  the elevator going up.  I had no idea who it was.  I took
19  the staircase and I left the courthouse very quickly.  I
20  had parked in the Jimmy Ryan's parking lot and there was a
21  maroon Camry sitting in front of the county clerk's office
22  right out on the main road and the license plates were
23  MRS WAS.
24  Q    Did you believe that vehicle then belonged to Judge
25  Sappington?

98

1   A   Yes.

2   Q   You talked with Judge Greanias again about the
3   transfer to Judge Francis after November 24?
4   A   I talked to Judge Greanias on the morning of the
5   25th.
6   Q   Tell me what Judge Greanias said to you and what you
7   said to him in this discussion.
8   A   I indicated to him -- first thing I indicated to him
9   was that Judge Sappington knew I was at the courthouse on
10  Sunday, the 24th, and that I had Ruth Young listen to the
11  message and that it was still on my voice mail and he told
12  me he would discuss that with Ruth Young.
13      He asked me what I had decided to do about the
14  transfers.  I told him that I was going to take the
15  transfer to Judge Francis.  He had me sit down in his
16  chambers and he told me that he had had numerous
17  conversations with Judge Francis, he had had numerous
18  conversations with everybody else involved in the
19  transfers, that Judge Francis would make my life a living
20  hell and that I needed to resign for my own welfare.
21  Q   Did you have any other reason to believe what Judge
22  Greanias was telling you as far as the fact that Judge
23  Francis did not want this transfer?
24  A   There had been two closed door meetings where I was
25  sitting outside of Judge Greanias' chambers when Judge

99

1    Francis came into the area.  He walked in and my desk was
2    right there.  He glared at me on both occasions.  He went
3    into Judge Greanias' chambers on both occasions.  He
4    slammed the door coming and going on both occasions.  And
5    it was immediately after Judge Francis left on the 25th,
6    he called me into his office and told me that Judge
7    Francis would make my life a living hell for the first six
8    months.
9    Q    Did you at any time ask Judge Greanias if there was
10   any other transfer that they could make?
11   A    I was crying at that time because he was telling me I
12   needed to resign.  I asked him on that date and I asked
13   him on another date if he would please move me to somebody
14   else and he said he would not do that because the only way
15   he could move me was to move me outside the courthouse at
16   the Ambassador and the only courtroom available to
17   facilitate that was courtroom 9 that was still in Macon
18   County, that he had a judge to protect and he thought it
19   was for my own protection as well.
20   Q    You have one final discussion with Judge Greanias --
21   strike that.  Do you have another discussion with Judge
22   Greanias about transferring you away from the conduct of
23   Judge Sappington?
24   A    On the 27th.  He had given me more time.  I didn't
25   want to commit to resigning on the 25th.  I was very

1    emotional in his office.  He told me would he give me more
2    time.  On the 27th, he again called me into his office.
3    He told me he had had a third meeting with Judge Francis,
4    that this move was not going to work.  He could not tell
5    me to resign, but he knew of no other option at that
6    point.  And on the 27th, he told me the transfer date
7    would be effective December 2.  The 27th was Wednesday and
8    it was over Thanksgiving, so the 22nd would have been the
9    next working day -- or the 2nd of December would have been
10   the next working day.
11   Q    In that meeting do you ask Judge Greanias if there's
12   any other option?
13   A    Yes I do.
14   Q    Does Judge Greanias have a discussion with you about
15   writing -- about you writing a resignation letter?
16   A    Yes.
17   Q    Tell me, what did Judge Greanias say to you?
18   A    On November 27, I had no options.  I resigned.  I was
19   crying.  Judge Greanias had been so unemotional through
20   all of that and that was the first time he really kind of
21   broke in showing some emotion and he looked at me and he
22   apologized.  He said, "I know this will be in your best
23   interests.  I need you to write a resignation letter for
24   me.  I want you to write that you're quitting for school
25   purposes, that you're quitting for family reasons."  And

1  then he looked at me and I just had my head down and I was
2  crying and he kind of touched the back of my back and he
3  said, "No." He goes, "Why don't you write in your letter
4  that you work for idiots who don't know how to deal with
5  the situation?" And he told me to stay there and get
6  myself composed and he walked out of the office.
7  Q   So you did that?
8  A   Yes.
9  Q   Then you went home?
10 A   Yes.
11 Q   Did you ever give Judge Greanias a resignation
12 letter?
13 A   No.
14 Q   You talked with Judge Greanias on December 2 again;
15 am I correct?
16 A   Yes.
17 Q   Tell me what Judge Greanias says on December 2.
18 A   The next conversation I remember having with him
19 occurred on the 2nd or 3rd.
20 Q   Okay.
21 A   And I may not be recalling things in sequence at this
22 point. He called me into his office and he called Janice
23 Shonkwiler into his office and Janice was on the telephone
24 and she wasn't able to come in there immediately, so he
25 had me in there and I was sitting and he asked me how I

1    was doing.  I became emotional and I told him how did he
2    think I was doing.  I resigned under duress.  He was
3    sympathetic.
4            Janice came into the office and he shut the door
5    and he said, "It's very obvious you're very emotional
6    about this.  I understand that you gave your resignation
7    date as January 10 when you were going to start back to
8    school.  I want you to know that I don't want you harmed
9    in any other way than you have already been harmed through
10   all of the events that have happened and if you need to
11   stay home until January 10, the county will continue to
12   pay you through that time and you will be cashed out on
13   all of your vacation time at the end."
14   Q    Now did you continue to try to go to work between
15   December 3 and --
16   A    I did.
17   Q    -- January 10?
18   A    I did.
19   Q    Were there dates that you were not able to go to
20   work?
21   A    Well, on December 3 we had that meeting.  By
22   December 6 they had already hired my replacement and
23   Janice notified me on December 6 that Lois Durbin had been
24   hired to be my replacement.  I left early several times
25   crying and I put on my time sheet that I left due to

103

1   stress. Judge Greanias at one point was reviewing my time
2   sheets. I remember him coming out to my desk after Janice
3   had submitted the time sheets to him and I remember him
4   just saying, "Don't forgot my offer," when it said
5   "leaving due to stress". I took that as his offer of not
6   coming to work. I just continued to write that I was
7   leaving due to stress. I would take half days. My
8   children became sick probably the second week in December
9   and I became sick along that time. I did go to work a
10  couple of days and I could never --
11  Q    I've placed a file up there with some exhibits. If I
12  can ask you to take a look at Plaintiff's Exhibit 10, is
13  this -- Plaintiff's Exhibit 10 is a biweekly time report;
14  am I correct?
15  A    Correct.
16  Q    Does it record your time from November 25 through
17  December 6?
18  A    Yes, it does.
19       MS. McGRATH: Judge, may I publish?
20       THE COURT: Any objection to this exhibit? All
21  right. 10 is admitted. You may display it please. By
22  the way, any of these exhibits that are admitted, you will
23  have a copy in the jury room when you deliberate.
24  Q    Melissa, December 2, is that one of the dates that
25  you have indicated you had reported on your time sheets

```
1    that you were leaving early --
2    A    Yes.
3    Q    -- due to stress?
4    A    Yes.
5    Q    I'm not sure if it's clear.  Does that indicate on
6    the original Judge Greanias okayed that departure from
7    work?
8    A    Judge Greanias, after conversations began on
9    November 20, handled all of my days that I left early.
10   Q    Okay.  And so on that entry of December 2, does that
11   indicate Judge Greanias' okay?
12   A    Yes.
13   Q    And you have indicated on that entry for December 3,
14   as well as December 4, you left early due to stress?
15   A    Yes.
16   Q    And on the 4th you specifically indicated "emotional
17   stress due to work conditions", correct?
18   A    Yes.
19   Q    While we have the ELMO on, let me ask you about a few
20   other exhibits.  Plaintiff's Exhibits 8 and 9.  Let's
21   start with Exhibit 8.
22              THE COURT:  Any objection to 8 or 9?
23              MR. CORRIGAN:  No.
24              THE COURT:  If not, they are admitted.  You can
25   put them up as you refer to them.
```