140

1  Q    I want to ask you when you started to observe Judge
2  Sappington acting differently in his courtroom, why did
3  you believe he was acting differently?
4  A    It was after the events that took place with Frank
5  Byers on October 11. Up until that time I think he had
6  maintained a professional decorum in the courtroom and
7  then after that date he became very rigid in the courtroom
8  and would not -- demanded I stay in there from that time
9  forward when I was in the courtroom. Everything had
10 changed to a very dictatorship courtroom instead of a
11 laissez faire courtroom.
12 Q    Did he act differently when men would approach you in
13 the courtroom.
14 A    Yes. They were not allowed.
15 Q    Those behaviors, that conduct by Judge Sappington
16 where he did not allow men to approach you in the
17 courtroom, did that continue during the month of November
18 when you still worked for him?
19 A    Yes, it did.
20 Q    Did that happen in December or by December were you
21 not even going into the courtroom?
22 A    By December I was not even going into the courtroom.
23 Q    You were asked about Judge Sappington flying over
24 your mother's home in a plane?
25 A    Correct.

# Exhibit 2

# Testimony of Ruth Young

```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE CENTRAL DISTRICT OF ILLINOIS




   MELISSA ROBINSON,                      )
   (p/k/a MELISSA SCHROEDER),             )
                                          )
                       Plaintiff,         )
                                          )
              vs.                         )  Case No. 1:04-CV-1360
                                          )  Peoria, Illinois
   JUDGE WARREN A. SAPPINGTON,            )
   SIXTH JUDICIAL CIRCUIT,                )
   (IN OFFICIAL CAPACITY),                )
                                          )
                       Defendant.         )
                                          )
              and                         )
                                          )
   MACON COUNTY,                          )
                                          )
                       Defendant.         )
```

**DIRECT and REDIRECT TESTIMONY OF RUTH YOUNG**
**AUGUST 18, 2005**


BEFORE:
THE HONORABLE MICHAEL M. MIHM,
United States District Judge,
and a Jury

1       A.      Yes, ma'am.

2       Q.      Can you tell the jury when you first noted a
3   change in his conduct?

4       A.      That was several months later. And I, I
5   adored Judge Sappington as much as I adored Missy, and I
6   felt very close to them, but Judge Sappington started
7   changing in that he felt like Missy was his possession,
8   just in light actions in his office, you know. I don't
9   mean touching this way, but verbally. And always telling
10  how proud he was of Missy and what he had done to make her
11  like she was today -- or at that time.

12      Q.      Okay. You say several months beyond April.
13  Can you give me a month when you began to notice these
14  changes?

15      A.      I think the big change came -- it -- I'm gonna
16  say like six weeks after I started -- became acquainted
17  and started to occasionally go to lunch with them.

18      Q.      Okay. You're aware that Judge Sappington --
19  strike that.

20              Are you aware of Judge Sappington going on a
21  trip sometime in July 1996?

22      A.      To China.

23      Q.      Now, from what you observed, did Judge
24  Sappington's conduct toward Melissa change before he went
25  on that trip?

1    A.  Yes.

2    Q.  You indicated -- strike that.

3        Did you notice any unusual conduct by Judge

4    Sappington when you, Melissa and he would go to lunch

5    together?

6    A.  I'm going to give you an example, and you tell

7    me if that's what you mean.  Judge always had to sit by

8    Missy.  He never sat on the opposite side; he was just

9    always by Missy.

10   Q.  When you went to lunch?

11   A.  Yes, ma'am.

12   Q.  Okay.  Did you notice any other conduct that

13   you thought was out of the ordinary when you went to

14   lunch?

15   A.  No.  It's hard to explain that Judge just --

16   Judge adored Missy, and, and he glowed when he was with

17   Missy.  And he was a very soft, sweet man; I thought he

18   was.

19   Q.  Okay.  Did Judge Sappington ever share with

20   you comments about Missy Robinson's appearance?

21   A.  He said that he made Missy what she was today.

22   It came about in his office one morning.  And Missy showed

23   me a -- he had Missy get her driver's license from -- I

24   don't know if it was a few years back or what, but I did

25   not even recognize Missy because she was so plump, and her

1        MR. CORRIGAN: I'm objecting to the part

2   about, There's quite a bit that happened prior to that.

3        THE COURT: Okay. Ask another question.

4   BY MS. McGRATH:

5        Q.   Other than what you just told the jury about

6   Judge Sappington's unordinary -- or conduct out of the

7   ordinary when you went to lunch, can you tell the jury if

8   you observed any other conduct by Judge Sappington toward

9   Melissa that you thought was out of the ordinary?

10       A.   The judge suffocated Missy in that she

11  couldn't do anything other than she had to be with him at

12  all times or he with her at all times. And it, it just

13  became a big, big issue at Macon County. And I'm sure it

14  does at any courthouse; you have gossip. But it was just

15  getting heavier and heavier that they were having an

16  affair and that Judge's wife was very angry and this sort

17  of thing. So, I spoke with Missy -- I guess, can I tell

18  you about speaking with her that morning?

19       Q.   I will ask you about that.

20       A.   Okay.

21       Q.   Can you tell me when you spoke with Missy as

22  best you recall? I understand the dates are difficult.

23       A.   On that particular morning it was 10:00 in the

24  morning.

25       Q.   Can you tell me what month this might have

```
 1   so many people.
 2           Q.   Okay.
 3           A.   Reporters and clerks, just --
 4           Q.   Did you ever hear Janice Shonkwiler indicate
 5   that she was aware of these rumors?
 6           A.   She listened to it so -- I don't I think she
 7   ever remarked.  She listened to what Leona was saying, but
 8   I don't think remarked anything.
 9           Q.   You indicated that on this date that -- the
10   anniversary of Melissa's daughter's death you had this
11   discussion with Missy.  Did you and Missy discuss that
12   over lunch, or was it before lunch?
13           A.   That was in the hall at 10:00 --
14           Q.   Okay.
15           A.   -- when I talked to her.
16           Q.   And the same day, did you and Missy go to
17   lunch, if you remember?
18           A.   We decided to go to lunch separately that day
19   and not ask -- or, you know, just tell Judge that we
20   wanted to have girl-talk time.
21           Q.   Okay.  Do you remember if one of you went and
22   told Judge Sappington that you were just going to go to
23   lunch together, you and Missy?
24           A.   I believe I -- I want to say I did.  I'm not
25   positive, but I want to say I did.
```

```
 1            Q.    Okay.
 2            A.    Because Missy was afraid -- at that time,
 3   Missy was afraid of all of his reactions, how the judge
 4   would react to her.
 5            Q.    Okay.  And did Missy tell you why at that time
 6   she was afraid of all of Judge Sappington's reactions?
 7            A.    Just because she --
 8            MR. CORRIGAN:  Objection.  Anything beyond
 9   "yes" is hearsay.
10            THE COURT:  Sustained.
11   BY MS. McGRATH:
12            Q.    Missy did tell you why?
13            A.    Yes, ma'am.
14            Q.    Yes?
15            A.    Do you --
16            Q.    That's fine.
17            A.    All right.  Sorry.  Yes, ma'am.
18            Q.    Do you remember -- well, strike that.
19            Do you remember any time in Judge Sappington's
20   chambers when he, from your observation, acted angry?
21            A.    Yes.
22            Q.    Tell me about the first time you remember
23   Judge Sappington acting angry.
24            A.    The first time is when we told -- I believe
25   the first time would be when we were going to go to lunch
```

```
 1   separately.  And he just tossed the books across the -- to
 2   the other wall.  And he said, It's always been the three
 3   of us to go to lunch.
 4           And I said, Well, Judge, Missy and I just
 5   would like to have some girl-talk time.  And Missy was
 6   having some personal problems, so I thought we'd use that
 7   as an excuse just to go to lunch alone.
 8           And we did go to lunch alone.  And as we were
 9   walking down the street, the judge's window faced where we
10   were walking from.  And, you know, you feel somebody
11   looking at you.  And I turned, and Judge Sappington was up
12   in the window watching us walk.
13           And I told Missy, The judge is watching, but
14   don't look back.  Just continue on like nothing ever
15   happened.
16      Q.   Okay.  Did Missy express to you at that time
17   how that made her feel when she realized that Judge
18   Sappington was watching her out the courthouse window?
19      A.   Very nervous and --
20           MR. CORRIGAN:  Objection.  Anything beyond
21   "yes" is hearsay.
22           MS. McGRATH:  Present sense impression, Judge.
23           THE COURT:  Overruled as to this objection.
24   You may answer.
25      A.   I'm sorry.  Ask me again.
```

```
 1          Q.   Okay.  Is there any other occasion, Ruth, that
 2   you -- well, strike that.  Let me go back.
 3               You indicated Judge Sappington tossed books.
 4   Am I correct?
 5          A.   Yes.
 6          Q.   Where were these books located?
 7          A.   He usually kept them on the right-hand side of
 8   his desk.
 9          Q.   Okay.
10          A.   And when he tossed, they went to the left side
11   on the wall.
12          Q.   Okay.  How did that make you feel when he
13   tossed the books?
14          A.   I left.  I didn't want to be in, you know, a
15   situation that could turn bad, or maybe he just needed his
16   space.
17          Q.   Okay.  Was there any other time that you
18   observed Judge Sappington angry?
19          A.   Yes, ma'am.  I'm trying to think time, time
20   frame.
21          Q.   Take your time, Ruth.
22          A.   There was time -- and I can't remember what,
23   what went on in the office.  But Missy, Judge and I were
24   there, and Judge tossed the -- some books across -- no,
25   I'm sorry.  I apologize.
```

1   Sappington make this comment?
2       A.   It happened in the morning, so it would be in
3   the afternoon when we were in there talking.
4       Q.   Can you tell me whether it was within the
5   last -- whether it was in October of 1996?
6       A.   No, ma'am, I'm sorry.
7       Q.   Okay.  Can you tell me whether it was sometime
8   within -- between October 1st, 1996, and when Missy left?
9       A.   No, it was prior to that.  It was before that.
10      Q.   Okay.  Before October?
11      A.   Before her daughter's anniversary.
12      Q.   Before her daughter's anniversary.  Can you
13  tell me, was it within a month of her daughter's -- the
14  anniversary of her daughter's death?
15      A.   Quite possibly.  Or maybe a couple of weeks
16  earlier.  I'm not sure of the time frame.
17      Q.   Okay.  Did you ever hear Judge Sappington
18  refer to Melissa as something goddess?
19      A.   Yes, ma'am.  Many --
20      Q.   What would Judge Sappington refer to her as?
21      A.   She was his golden goddess.
22      Q.   How often did you hear Judge Sappington refer
23  to Melissa in this way?
24      A.   That was several times.
25      Q.   Did Judge Sappington speak with you at any

1    time -- strike that.
2              Did Judge Sappington ever talk with you about
3    his opinion about Missy dating anyone?
4         A.   When Missy was going to school, she and Don
5    evidently were having problems.  And Judge said that he --
6    and this he said to me in his office.  He felt Missy --
7              MR. CORRIGAN:  Objection as to foundation.
8              THE COURT:  You gotta lay a foundation of who
9    was present, where it happened and when it happened, and
10   then we can hear the what.
11   BY MS. McGRATH:
12        Q.   Ruth, can you tell me when -- well, strike
13   that.
14             Can you tell me, first of all, who was present
15   when Judge Sappington made this comment to you?
16        A.   Judge, myself, and I want to say Missy was
17   there.
18        Q.   Okay.  When -- can you tell me a time period
19   when Judge Sappington made this comment?
20        A.   Well, school started in August, so I'm gonna
21   say around that time.
22        Q.   Okay.  Sometime in August?
23        A.   Yes, ma'am, when colleges start.
24        Q.   Okay.  What did Judge Sappington say?
25        A.   He felt that Missy was messing around with