E-FILED
Tuesday, 04 October, 2005 02:10:08 PM
Clerk, U.S. District Court, ILCD

1  in August?

2  A.  Yes, ma'am.

3  Q.  Okay. And who was present when the judge made

4  the second comment?

5  A.  That was just Judge and myself.

6  Q.  Okay. And what did Judge Sappington say?

7  A.  Judge Sappington said he felt that Missy was

8  messing around; and that if it were an attorney that

9  attorney would never become -- he could come to his

10 courtroom, but he would show him out of his courtroom.

11 Q.  Okay. Did you say anything to Judge

12 Sappington when he shared that with you?

13 A.  I told him Missy's business was her business;

14 and when she's not at work, that should be her business.

15 Q.  Okay. And did Judge Sappington say anything

16 in response when you told him that?

17 A.  That I don't -- I truly do not remember what

18 he said.

19 Q.  Okay. Was there a time when Missy used to

20 bring baked goods into the --

21 A.  Oh, yes, ma'am.

22 Q.  And how often did she do that?

23 A.  Quite often.

24 Q.  Okay.

25 A.  Because we all enjoyed her monkey bread that

1   she brought in.
2        Q.  Okay. So, she -- when she would bring it in,
3   where would it be placed?
4        A.  In Judge Sappington's office.
5        Q.  Okay. And would it be available for others to
6   share in?
7        A.  I would assume. I, I did. I enjoyed it.
8        Q.  Okay. Did Melissa's habit of bringing these
9   baking goods in, did that ever change from the time she
10  started until she left her job?
11       A.  Yes, ma'am.
12       Q.  Can you tell me when that change -- when you
13  noticed that change?
14       A.  It, it might have been after -- right after
15  her daughter's anniversary. I'm not sure. Between that
16  and the time that she spoke with Judge Greanias, in a
17  month or so time period.
18       Q.  Okay. Did Judge Sappington ever remark about
19  Melissa's physical appearance when you and he and Melissa
20  went to lunch together?
21       A.  Oh, many times. Judge would remark how
22  beautiful she was. And the day that Missy had on a
23  black-and-white checked outfit, and it came -- the band
24  came up under the breast, and he remarked that it would --
25  it was very complimentary, and she was very beautiful.

1  Q. Okay. Did you -- strike that.
2     Did Judge Sappington ever speak with you about
3  him flying his plane?
4  A. Yes, ma'am.
5  Q. Did he ever speak with you about his flying
6  his plane in relation to Melissa Robinson?
7  A. Yes, ma'am.
8  Q. On how many occasions, if you remember, did he
9  raise that issue?
10 A. I believe I only heard that once.
11 Q. Okay. In relation to when -- the anniversary
12 of Melissa's daughter's death, can you give me a month as
13 to when Judge Sappington would have made his comment to
14 you?
15 A. Prior to -- prior to that time.
16 Q. Okay. We talked about an incident that
17 happened in August that you could place because that was
18 when school started. Can you tell me if this comment was
19 closer to when the school started in August?
20 A. Yes, prior, prior to the death -- or the
21 anniversary of the death; not much prior, you know, not
22 much time before.
23 Q. Okay.
24 A. But we were just talk -- should I -- I'm
25 sorry.

```
 1                    THE COURT:  She has to lay the rest of the
 2       foundation.
 3                    MS. McGRATH:  Okay.
 4                    THE COURT:  We still need to know where this
 5       took place.
 6       BY MS. McGRATH:
 7            Q.   Can you tell me who was present when you had
 8       this discussion concerning Judge Sappington and the plane?
 9            A.   With Judge Sappington.
10            Q.   Was anyone else present besides you and Judge
11       Sappington?
12            A.   I believe Missy was in the office, and he --
13       no.  No.  I'm sorry.  It was Judge and I.
14            Q.   Okay.  And where did it take place?
15            A.   In his office.
16            Q.   Okay.  Tell me what Judge Sappington said to
17       you.
18            A.   He said that he would fly around and try to
19       find -- see if Missy's car was somewhere.  And that's just
20       the, the synopsis of what he had said.
21            Q.   Okay.  Did you say anything to Judge
22       Sappington in response when he told you that?
23            A.   I couldn't understand how he could find
24       someone when he's so far up in, you know, so it was -- I
25       kind of laughed it off.
```

1 see Melissa?

2 MR. CORRIGAN: Objection. There's no

3 foundation for how the witness could say how long after

4 the incident she saw Melissa.

5 THE COURT: Go ahead and finish laying the

6 foundation.

7 BY MS. McGRATH:

8 Q. Ruth, on the day the Byers incident happened

9 in the courtroom, you indicated you saw Melissa, right?

10 A. Yes, ma'am.

11 Q. Okay. Do you know how soon after Melissa --

12 strike that.

13 Did you see Melissa after she left the

14 courtroom on the day the Frank Byers incident happened?

15 A. Yes, ma'am.

16 Q. How soon after Melissa left the courtroom did

17 you see her?

18 A. Possibly ten minutes after Frank Byers came

19 upstairs.

20 Q. Okay. And was anyone else present when you

21 saw Melissa ten minutes after she left the courtroom?

22 A. She came over to my desk. I don't know who

23 all was around at that time.

24 Q. Okay. What did Melissa say to you when she

25 came to your desk?

1    A.    She, she told me that Frank Byers had come to
2    ask a question which, a lot of times when we're in court,
3    the attorneys will come up and whisper at you to change a
4    hearing date or something.
5    Q.    Okay.  And what did Melissa say to you when
6    she came to your desk?
7    A.    That -- I'm trying to explain --
8    Q.    Okay.
9    A.    -- that Frank had come in and had whispered in
10   her ear.  And rather than interrupt what Judge was doing,
11   Missy asked him to step into the hall.  So, he was trying
12   to change a date.
13           And then shortly, the judge came out and was
14   very angry.  And this is just -- I didn't see him, but
15   this is what I was told.  The judge got very angry and
16   told Frank Byers to get up to his office now.
17   Q.    Okay.  When you saw Melissa ten minutes after
18   she left the courtroom, how did she look?
19   A.    She was very upset, very angry.  She was --
20   Q.    How did you know she was upset?
21   A.    The way she was talking.  She was nervous,
22   shaky.
23   Q.    Okay.  Was she crying?
24   A.    Yes, she had tears in her eyes, yes.  She --
25   and I, I don't know if I'm allowed -- she felt very

humiliated.

Q. Did Melissa tell you ten minutes after she left the courtroom that she felt very humiliated?

A. Yes, ma'am.

Q. Okay. Did she tell you anything else when she came up to your desk ten minutes after she left the courtroom, if you can remember, as far as how that incident made her feel?

A. She asked me how he could think that -- he could be so jealous to think that anything was going on with her and Frank Byers because I believe Frank was married, is what she said.

Q. Okay. Ruth, did you ever have a conversation with Judge Sappington about Missy sitting on the judge's face?

A. Yes, ma'am.

Q. Can you tell me, as best you can, what month this discussion took place?

A. Month, I, I can't tell you month. Maybe the beginning of fall, around there. I'm sorry, I can't.

Q. That's fine. You think it was in the beginning of fall --

A. Somewhere.

Q. -- 1996?

Okay. And who was present when you had this

1    discussion with Judge Sappington?

2         A.   Just he and I.

3         Q.   And where did you have this discussion?

4         A.   In his office.

5         Q.   Tell me what Judge Sappington said to you.

6         A.   He told me that Missy was very upset, and he couldn't understand why.  He said that they were in a meeting -- the judges were gathering for a meeting, and something about letting Missy sit on his face.  And Judge laughed, and he said, I'd be proud to.  He said, I wouldn't mind.  And then he said again, It's a guy thing.

12        Q.   Okay.  When Judge Sappington shared that with you, did you say anything to him?

14        A.   Yes, I did.  I told him if he had said that, that Missy would be humiliated and upset, and he shouldn't have said something like that.  You, you -- you know, it's very irrespectful.  And --

18        Q.   Okay.  How did that make you feel when Judge Sappington shared that with you?

20        A.   I was very upset.

21             MR. CORRIGAN:  Objection.  The witness's --

22             THE COURT:  Just a moment.  I'm sorry.

23             MR. CORRIGAN:  The witness's feelings are not relevant.

25             THE COURT:  Sustained.  The jury will

1    disregard the answer.

2    BY MS. McGRATH:

3        Q.   Did Judge Sappington say anything else in that discussion about the sit-on-the-face comment?

5        A.   No, he just laughed about it. And he said, There's no reason for Missy to be upset.

7        Q.   Had Melissa told you that she had learned about that sit-on-face comment?

9        A.   Yes, ma'am.

10       Q.   When -- can you tell me when Melissa told you about that?

12       A.   I couldn't find Missy for a while after Judge Sappington came upstairs, and he called me back and asked me why she was upset.

15       Q.   Okay. So --

16       A.   So, it was after that that I found Missy.

17       Q.   So, it was -- was it after you had the discussion with Judge Sappington that you just told the jury about?

20       A.   Yes, ma'am.

21       Q.   Okay. Was it on the same day you had that discussion?

23       A.   Yes, ma'am.

24       Q.   And how long after you -- well, strike that.

25          Where did you find Missy?

1         And I'm not sure in between, but then I went
2    and asked Judge, I said, Judge, did you really say that?
3         And he said, Yes. And he said, you know, It's
4    just a guy thing. And again, he laughed about it. And
5    he -- he said he wouldn't mind if it happened.
6         Q.   Okay. I'm sorry. Let me make sure I
7    understand. Did you see Missy in the rest room before you
8    had the discussion with Judge Sappington about the
9    sit-on-face comment?
10        A.   Judge called me in because Missy was upset,
11   and I couldn't find Missy. Then I found Missy. And I
12   went back to the judge and I said, Judge, did you really
13   say that?
14        Q.   Okay.
15        A.   I said, I would be humiliated if it were me.
16   And I was almost in tears.
17        Q.   Okay. And the judge -- what did Judge
18   Sappington -- how did he appear when you were expressing
19   to him or asking him why he said that?
20        A.   He just stated, you know, It was a guy thing,
21   and, and it wouldn't bother him. He'd be proud if it
22   happened.
23             MS. McGRATH: Okay. Judge, I'm going to have
24   a number of additional questions. I don't know if the
25   Court wants to take a break?

1    Greanias's chambers?
2         A.    Yes, both of them went together.
3         Q.    They both went together?
4         A.    Yes, ma'am.
5         Q.    How is it that you knew that they were talking
6    about the transfer of Missy?
7         A.    I don't know.
8         Q.    Okay.  Did you observe them leaving Judge
9    Greanias's office?
10        A.    No, I wasn't there when they went out.  I, I
11   could have been doing something in the courtroom.
12        Q.    Okay.  When the decision -- or the discussions
13   about transferring Melissa to Judge Francis were going on,
14   did you observe anyone treating Melissa differently in the
15   workplace?
16        A.    In the time period of transferring her, I'm
17   sorry, is that what you're asking me?
18        Q.    Yes.
19        A.    Missy was treated very cooly, very coldly.
20        Q.    Who treated her cruelly when the transfer to
21   Judge Francis was being considered?
22        A.    Well, the other two, Leona and Janice in our
23   area.
24        Q.    That's Leona Miller?
25        A.    Yes, ma'am.

1  Q. And that's Janice Shonkwiler?
2  A. Yes, ma'am.
3  Q. Now, when you say cruelly, what do you mean?
4  A. I meant -- I'm saying cooly, c-o-o-l-y.
5  Q. Okay. I'm sorry, cooly. Did anyone else --
6  well, strike that.
7  Can you describe for the jury what you mean by
8  that?
9  A. Well, as they came by, they used to speak to
10 Missy and chatter. Missy was much younger than I, so she
11 could do the chattering with them. And they, they didn't
12 do that any longer, and the judges didn't do that any
13 longer.
14 Q. Okay. Now, did you notice Judge Greanias
15 treating Melissa any differently during the transfer
16 discussions?
17 A. After Missy spoke with him in October -- I'm
18 pretty sure it was October -- Judge did not treat her
19 disrespectful. You would have to understand Judge
20 Greanias; he's a very humane person. But he backed away,
21 but yet he spoke with Missy, just, just not as freely as
22 what they used to.
23 Q. I'm sorry. Just not as?
24 A. Freely.
25 Q. Okay. Any other judges in particular that you

1    can identify that you saw treat Missy differently when the
2    transfer was being discussed?
3         A.   Now, you know, I live in Macon County, and
4    that's a hard question. Judge Steadman was one.
5         Q.   And what did you observe about how Judge
6    Steadman --
7         A.   He, he would just glaze past her as if she did
8    not exist.
9         Q.   Okay.
10        A.   When, when you come in the door from the
11   hallway, you looked in right at Missy. And it used to be
12   that they would stop and say, Hi. How's the family? you
13   know. But that did not happen any longer.
14        Q.   Okay. Any other judges you noticed?
15        A.   Judge Davis.
16        Q.   I'm sorry?
17        A.   Judge Davis.
18        Q.   What did you observe about how Judge Davis
19   treated Missy?
20        A.   Completely ignored her.
21        Q.   Okay. Any other judges who treated Missy
22   differently after the transfer was being discussed?
23        A.   I think they just backed away. They weren't
24   rude or anything. Judge Paine was, was still a nice
25   person, I think, but I think they just pulled away because

```
 1    they have -- you know, they want to be neutral.
 2         Q.   Okay.  Did you ever hear Judge Sappington
 3    refer to Melissa as a beautiful blond?
 4         A.   Yes, ma'am.
 5         Q.   On how many occasions?
 6         A.   I'm, I'm not sure.  Whenever he'd talk about
 7    his golden goddess and how he had made her and her
 8    beautiful blond hair.  It wasn't dark any longer; it was
 9    blond.
10         Q.   Okay.  Did you have discussions with Judge
11    Greanias about Judge Sappington's conduct directed toward
12    Melissa?
13         A.   Not just Judge, but Judge and Missy.
14         Q.   Were you -- okay.  Tell me about the first
15    time you spoke with Judge Greanias about Judge
16    Sappington's conduct.  Can you -- first of all, can you
17    give me a month when this discussion would have taken
18    place?
19         A.   I am going to say it was around the time that
20    I had Missy call Judge Greanias.
21         Q.   Okay.  And can you tell me what month that
22    was, as best you can?
23         A.   October.
24         Q.   Okay.
25         A.   Or September.  I'm sorry.  Maybe September.
```

1    Q.    Okay. September, October. Okay.

2    A.    Yes, ma'am.

3    Q.    When you first spoke with Judge Greanias, was
4    anyone else present besides you and Judge Greanias?

5    A.    Oh, no. Judge and I discussed -- had a
6    discussion every day.

7    Q.    Okay. And when you -- I want to direct your
8    attention to your discussions with Judge Greanias about
9    Judge Sappington's conduct towards Melissa, okay?

10        Did you have a discussion with Judge Greanias
11   in September or October about that?

12   A.    Yes, ma'am.

13   Q.    Okay. Tell me what you -- I'm sorry. Where
14   did this discussion take place?

15   A.    It was in Judge Greanias's office.

16   Q.    And it was only the two of you, correct?

17   A.    Yes, ma'am.

18   Q.    What did you say to Judge Greanias; what did
19   Judge Greanias say to you?

20   A.    Judge Greanias was talking to me about not
21   being officious.

22   Q.    I'm sorry, not being?

23   A.    Officious, he called it. And that sometimes
24   clerks do more than what they should, so it came -- I
25   said, Well, you know, I know that Missy does a lot of

```
 1    things.  Am I supposed to do more of the things than what
 2    I'm doing?  And that's how it came up.  And --
 3         Q.   Okay.
 4         A.   -- I asked him if he knew about the gossip,
 5    and Judge said, yes, he knew there was talk.  But Judge
 6    Greanias, I don't think, was one that would gossip about
 7    anybody.
 8         Q.   Okay.  But he indicated he knew there was
 9    talk?
10         A.   Yes, ma'am.
11         Q.   Did you have another discussion with Judge
12    Greanias about Judge Sappington's conduct?
13         A.   Yes, but I'm trying to remember when.  We
14    talked maybe two or three times about it.
15         Q.   Can you tell me about the next time, as best
16    you recall when that would have happened?
17         A.   Judge and I went to lunch, and it was the
18    first time I had ever had lunch with my judge, and he was
19    telling me that he did not --
20         Q.   Can you tell me -- first of all, would that
21    have been -- what month would that have been, if you can?
22         A.   Oh, I'm sorry.  I'm gonna go back to the
23    September, October period.
24         Q.   Okay.  And you had lunch with Judge Greanias?
25         A.   Yes, ma'am.
```