```
 1   sides will be coming in for the truth of the matter
 2   asserted.
 3           (Following held in the hearing of the jury)
 4   BY MS. McGRATH:
 5   Q    Janice, can you tell me what behaviors Melissa
 6   complained to you about in October of 1996?
 7   A    What behaviors?
 8   Q    Yes.
 9   A    I don't recall any specific behaviors.
10   Q    Do you recall Melissa telling you that she thought
11   Judge Sappington was spying on her?
12   A    Yes, she did tell me that.
13   Q    Do you recall Melissa telling you that he had flown
14   over her -- he had flown a plane over her parent's home?
15   A    Yes.
16   Q    Anything else you recall Melissa telling you during
17   this meeting on October 16?
18   A    I know he told her that she had lovely daughters.
19   She reported that he had said he would kill her if she
20   shacked up with anyone.
21   Q    And what did you say to Melissa when she told you
22   that?
23   A    I told her that I thought her complaints or her
24   problems should be voiced to Judge Greanias.
25   Q    Melissa had come to you prior to October 16, 1996,
```

1  and talked with you about Judge Sappington's behaviors?
2  A    Not that I recall.
3  Q    On October 16, 1996, did Melissa also tell you that
4  Judge Sappington had offered to buy her a sexual device if
5  she needed it?
6  A    I don't recall that she told me that.  I recall that,
7  but I don't know if she told me that or if I heard that
8  from someone else.
9  Q    Were there others in the building by then talking
10 about Judge Sappington's behaviors?
11 A    Yes.
12 Q    Can you identify who was talking about his behaviors
13 by then? .
14 A    I can't give any specific names.  I know that there
15 were just people in the courthouse talking because they
16 had lunch together frequently.
17 Q    Did Melissa also tell you on that date, October 16,
18 that Judge Sappington had asked her about the location of
19 her vehicle?
20 A    Again, I don't recall if she told me that.  I did
21 know there was an incident involving her vehicle parked
22 outside the Ambassador building.
23 Q    Tell me about that incident.
24 A    I believe that Judge Sappington had seen her vehicle
25 parked outside the building and he had also seen an

1  attorney's car parked out there and seemed to think that
2  Missy and the attorney were maybe seeing each other.
3          MR. CORRIGAN:  Objection, foundation.
4          THE COURT:  Foundation for the conversation?
5          MR. CORRIGAN:  When she learned this, where she
6  learned it.
7          THE COURT:  Sustained.  Lay a foundation.
8  Q    When did you learn, as best you recall, Janice, about
9  the incident that you've just described?
10 A    I think that Missy told me that on the 16th.  If not,
11 it would have been something that I heard from people in
12 the courthouse.
13 Q    Okay.  And who would have told you besides Missy
14 about that?
15 A    I don't recall anybody telling me.
16 Q    All right.  As far as that vehicle and that incident,
17 do you recall if that attorney's name was Frank Byers?
18 A    Yes, it was.
19 Q    When Missy talked with you on October 16 of 1996, you
20 knew she was upset; am I correct?
21 A    Yes.
22 Q    You mentioned people talking about Melissa and the
23 Judge going to lunch together.  Did you observe them go to
24 lunch together?
25 A    Yes, I did.

1   A   I don't recall that I did.

2   Q   Is it your testimony then you only had one discussion

3   with Missy Robinson about Judge Sappington's behaviors?

4   A   I just don't recall that I had other conversations.

5   Q   Okay. All right. You noted in your -- did you note

6   in your journal certain observations about Missy and Judge

7   Sappington?

8   A   Other than going to lunch together?

9   Q   Yes.

10  A   Yes, I did have some other notations in there.

11  Q   Okay. If I might approach the witness.

12          THE COURT: For what purpose.

13          MS. McGRATH: I would like to ask her about her

14  entries in her journal.

15          THE COURT: Is there an objection to the

16  journal?

17          MR. CORRIGAN: Yes, Your Honor. The journal is

18  hearsay.

19          THE COURT: Okay.

20          MS. McGRATH: Judge, it was prepared by

21  Ms. Shonkwiler during the time the incidents were

22  occurring. Ms. Shonkwiler indicates she's prepared them

23  on a daily basis and they record her observations of

24  events.

25          THE COURT: That may all be true, but I don't

 1   think it necessarily resolves the question of whether or
 2   not it's admissible as opposed to being hearsay.
 3          MS. McGRATH:  If I can allow the witness perhaps
 4   to refer to it which may refresh her recollection.
 5          THE COURT:  Well, it hasn't been established yet
 6   that her recollection needs to be refreshed.  If she -- if
 7   you ask her questions about what was in the journal and
 8   if -- you can ask her about events that occurred and if
 9   she says she has no further memory of it, it may well be
10   appropriate to show her that journal for purposes of
11   refreshing recollection.  So that may well be appropriate.
12   I just need to have a better feeling that you have -- that
13   the witness has exhausted her memory on that subject.  Do
14   you understand what I'm saying?
15          MS. McGRATH:  Yes, I do, Your Honor.
16   BY MS. McGRATH:
17   Q    After October 16 -- I'm sorry.  On October 16 when
18   you spoke with Melissa, did you thereafter receive any
19   information from Presiding Judge Greanias about what
20   Melissa told you?
21   A    He didn't tell me what she told him, but I knew that
22   the two of them had talked.
23   Q    And did Judge Greanias tell you to take any action
24   with regard to Melissa?
25   A    He told me to keep them apart.

1  Q  Okay.

2         THE COURT: I'm sorry for interrupting, but I

3  think it's important on each of these conversations if you

4  lay a foundation in terms of where, when and who was

5  present, to the extent possible, and then what was said.

6  Thank you.

7  Q  Janice, when you spoke with Judge Greanias, where did

8  that discussion take place?

9  A  I don't recall for sure. I believe he was on

10 vacation at the time and I don't remember if he would have

11 come into the office or if I would have called him at

12 home.

13 Q  Okay. What action did you take, if any, after Judge

14 Greanias told you to keep Judge Sappington and Melissa

15 apart?

16 A  I believe I assigned another clerk to his courtroom.

17 Q  Do you recall if Melissa was told to work elsewhere,

18 anywhere else?

19 A  I don't recall.

20 Q  What did Melissa do, if you recall, when you assigned

21 the other clerk to Judge Sappington's courtroom?

22 A  I believe she actually took a few days off, but I'm

23 not positive.

24 Q  Do you recall that on October 11, five days before,

25 on October 11, Melissa went home in the middle of the

```
 1   morning crying?
 2   A    I don't recall that, no.
 3   Q    Now if that's something noted in your journal, that
 4   would have been something you would have noted on the day
 5   that you made that observation?
 6   A    Yes.
 7            MS. McGRATH:  Judge, may I ask the witness to --
 8            THE COURT:  You may show her the exhibit so she
 9   can read it to herself and possibly refresh her
10   recollection, but then the question would be whether or
11   not she remembers the event as opposed to does she
12   remember making that notation in the journal.  Do you
13   understand the difference?
14            MS. McGRATH:  Yes, Judge.
15            THE COURT:  Go ahead.  Just read that to
16   yourself.
17            THE WITNESS:  Okay.
18   BY MS. McGRATH:
19   Q    After having had an opportunity to look at that
20   entry, do you recall observing Melissa that day?
21   A    I don't recall it, but if I wrote it in my journal,
22   that would have been what I had observed that day at work.
23   Q    And when you observed her crying on that day --
24            MR. CORRIGAN:  Objection.  The witness has said
25   she doesn't recall it.  For her to restate it is just
```

```
 1   A    Correct.
 2   Q    But reviewing the October 11 entry, is that helping
 3   you recall what actually happened on October 11 of 1996?
 4   A    I don't recall sending Ruth to a different courtroom.
 5   Q    I'm sorry.  Do you mean you don't recall sending
 6   Melissa to a different courtroom?
 7   A    I think it said I sent Ruth to courtroom 9.
 8   Q    Okay.  So you don't recall that part?
 9   A    No.
10   Q    Okay.  Having looked at the entry, do you recall
11   seeing Melissa crying that day though?
12   A    I just recall that there were times at work that she
13   cried.  I don't remember what day it was.
14   Q    Okay.  Having looked at the entry, does that help you
15   in recalling your observation that something had happened
16   between she and Judge Sappington again?
17   A    I would have written it on the day that it happened.
18   Q    Okay.  All right.  Now by October 11 and when you
19   wrote that entry, aren't I correct that you understood
20   that Melissa wanted space from Judge Sappington?
21   A    I didn't know what was going on until she came and
22   told me.  I believe that was later in October.
23   Q    You did not -- is it your testimony you did not
24   understand at that time that she wanted space from Judge
25   Sappington?
```

```
 1              THE COURT:  She has already shown it to her and
 2   it doesn't refresh her recollection.  That's why I said
 3   past recollection recorded is her only other possibility.
 4              MR. CORRIGAN:  But this isn't recollection.
 5              THE COURT:  I'm sorry?
 6              MR. CORRIGAN:  I'm sorry.  I said this isn't
 7   recollection.  It's past speculation recorded.
 8              THE COURT:  I've never heard that phrase before.
 9              MR. CORRIGAN:  That's what this is.
10              THE COURT:  What is the point you want to make?
11              MS. McGRATH:  The point I want to make is that
12   the knowledge Janice Shonkwiler had about incidents
13   occurring with Judge Sappington and she has indicated in
14   this deposition that Melissa had wanted some space from
15   Judge Sappington and --
16              THE COURT:  And what?
17              MS. McGRATH:  And they took no action.
18              THE COURT:  Well, haven't you already laid the
19   foundation for that?  She has already said the complaints,
20   hasn't she?
21              MS. McGRATH:  Right, but --
22              THE COURT:  What I would like you to do is,
23   unless you tell me there's some rule that would make it
24   appropriate otherwise, have her say to her best
25   recollection what the specific complaints were that were
```

```
 1   made to her and then I assume you want to know what, if
 2   anything, she did in response to that.  Is there anything
 3   more than that?
 4           MS. McGRATH:  Other than if she knew that Missy
 5   wanted space from the judge.
 6           THE COURT:  Wanted what?
 7           MS. McGRATH:  Wanted space.
 8           MR. CASSIDY:  Your Honor, if you read this, it
 9   doesn't --
10           THE COURT:  Just a minute.  Why don't you just
11   ask her if that's what she wanted.  She can say "yes" or
12   "no", right?
13           MS. McGRATH:  And if she says "no" --
14           THE COURT:  Does she say in her deposition that
15   she needed space from the judge?
16           MS. McGRATH:  Yes.
17           THE COURT:  That that was in her mind at that
18   time?
19           MS. McGRATH:  Yes.
20           THE COURT:  Let me see.  All right.  I'm going
21   to allow her to ask that question and if she says "no" or
22   "I don't remember", you can show her her deposition
23   testimony, have her read it and take it back and ask her
24   the question again.
25
```

```
 1              (Following held in the hearing of the jury)
 2    BY MS. McGRATH:
 3    Q    Janice, by the time of October 11, would you agree
 4    that you understood Melissa wanted space from Judge
 5    Sappington?
 6    A    I don't think I knew at that time that she did.
 7              MS. McGRATH:  Judge, may I approach the witness?
 8              THE COURT:  You may.  Read this to yourself,
 9    please.
10    Q    Has that helped you recall and answer the question as
11    to whether or not Melissa had indicated she wanted space
12    from Judge Sappington by October 11 of 1996?
13    A    It looks like that was my recollection at the time.
14    I don't honestly remember now.
15    Q    Okay.  That's fine.  But your deposition was back in
16    at least 2001, correct?
17    A    Or 2000.  I thought it was 2000 when I gave this.
18              THE COURT:  Well, why don't you take the
19    deposition back and announce the date of the deposition
20    that's on the front.
21              MS. McGRATH:  I will do that, Judge.
22    Q    In fact, Janice, you are correct.  Your deposition
23    was in July of 2000, July 19 of 2000.  It was
24    mid- November that you learned of the possible transfer of
25    Melissa; am I correct?
```

```
 1   to you that we talked about on October 16, 1996, you
 2   didn't begin any investigation into her report, correct?
 3   A    Correct.
 4   Q    Did you go to Judge Greanias and report the behaviors
 5   that Melissa told you about?
 6   A    I told him there were problems between the two.  I
 7   did not tell him what Missy had reported to me.
 8   Q    Why not?
 9   A    I thought it would be up to him to talk to Missy.
10   Q    You understood, didn't you, that Melissa had come to
11   you as the administrative assistant to Presiding Judge
12   Greanias as opposed to just a co-worker?
13   A    I don't know that that's why she came to me.
14   Q    If I show you -- Judge, may I show the witness her
15   deposition testimony?
16            THE COURT:  Yes.  What page.
17   BY MS. McGRATH:
18   Q    Page 66, line 18.  Let me just read this question to
19   you, Janice, and your answer.  "Okay.  When Missy came to
20   you and told you about her concerns about Judge
21   Sappington, did you see her as coming to you to tell you
22   because you were the administrative assistant as opposed
23   to just a co-worker that she was?"  Answer: "Yes."  Do
24   you recall that?
25   A    I don't recall it, but if that's what I said --
```

```
 1              THE COURT:  Just a minute.  I'm going to
 2   overrule the objection.
 3   A    What was the question?
 4   Q    Janice, was it your understanding that Judge
 5   Sappington's behavior in the courtroom was as a result of
 6   some type of jealousy because Missy was supposedly dating
 7   an attorney?
 8   A    It was my opinion that it was some type of jealousy,
 9   but I don't think anyone told me that.
10   Q    Okay.  Why did you hold that opinion, Janice?
11   A    Because I thought that maybe Judge Sappington was
12   possessive of Missy.
13   Q    Had you seen him act in certain ways that led you to
14   believe that?
15   A    Other than going to lunch together?
16   Q    Yes.
17   A    She had spent a lot of time in his office.
18   Q    Anything else?
19   A    I don't think so.
20   Q    Am I correct that sometime late in Melissa's
21   employment you spoke with her about your opinion about
22   Judge Sappington's behaviors?
23   A    No.
24   Q    Did you ever tell Melissa that you thought it was
25   wrong that she should have to quit her job?
```