1    Q.    Okay.  Anyone else have lunch with you when
2 you had this discussion?
3    A.    No, ma'am.
4    Q.    Okay.  What did you say to Judge Greanias, and
5 what did Judge Greanias say to you about Judge
6 Sappington's conduct?
7    A.    I don't think it was so much Judge
8 Sappington's conduct.
9         May I tell you what he said?
10   Q.    Did Judge Greanias say anything to you during
11 this lunch about Missy Robinson?
12   A.    Yes.
13   Q.    Okay.  What did he say about Missy Robinson?
14   A.    He said that there was quite a bit going on --
15 talk going on about the two of them, and he did not want
16 me to be abused like Missy had been.
17        So, this had to be -- this had to be maybe
18 later in October because this was after everything
19 happened with, with the judge.
20   Q.    Okay.  Was this after Missy left her job?
21   A.    I believe she was on administrative leave or
22 some type of leave.
23   Q.    Okay.
24   A.    She was sick.
25   Q.    Did you ever receive a call from Judge

1  out first what it is she wants to do.
2          MR. CASSIDY:  Right.
3          THE COURT:  What is it you want to do?
4          MS. McGRATH:  Judge, I want to read into the
5  record the additional testimony at page 15 of her
6  deposition where she was questioned about the throwing the
7  book incident.  When it -- when the portion was read into
8  the record, I objected, and the Court said I could do so.
9          THE COURT:  All right.  Now, I'm sorry.  Do
10 you have an objection?
11         MR. CASSIDY:  I personally don't, not on the
12 book issue; that's correct.
13         THE COURT:  Okay.
14         MS. McGRATH:  I'm at page 15, line 24, is
15 where I began.
16         THE COURT:  Go ahead.
17 BY MS. McGRATH:
18    Q.   This is your additional answer, Ruth:
19         "So, when I went in to tell him that Missy and
20 I were going to go, it was girl talk, and with that, he
21 exploded.  And by exploding, he said, How can you guys go
22 to lunch without me? because I have gone with them several
23 times, not as much as Missy.  Because I had gone with
24 them, I could see where he was offended because we were
25 not asking him that day.

1  "But as we walked down to the Lincoln Lounge,
2  I turned around, and, you know, sometimes you just feel
3  somebody is looking at you. And I looked up, and there's
4  Judge Sappington in the window staring down at us.
5  "And I mentioned it to Missy, and I said,
6  Missy, just keep walking like nothing happened. And that
7  was the day Missy and I went to lunch without him."
8  That was the additional testimony provided in
9  your deposition.
10  You were also asked about testimony concerning
11  comments at lunch. You indicated earlier, I believe,
12  Ruth, am I correct, that Judge Sappington referred to
13  Melissa during lunch as a goddess?
14  A.  Yes, ma'am. Golden goddess.
15  Q.  And as beautiful?
16  A.  Yes, ma'am.
17  Q.  And sat next -- insisted on sitting next to
18  her?
19  MR. CORRIGAN: Objection to the leading
20  questions.
21  THE COURT: Well, are you introducing a
22  subject to ask her a substantive question, or is that --
23  if you're not, then it's leading.
24  What's the answer?
25  MS. McGRATH: Judge, I'll move on.

```
 1   had any performance issues.  I can bring in evidence later
 2   that there was -- there's never been any other judicial
 3   clerk terminated.
 4           Now, I have to indicate to the Court, Judge
 5   Greanias did not indicate his basis when I questioned him.
 6   However, I think circumstantially it can be considered.
 7           THE COURT:  Are you saying that's a matter
 8   where -- did her performance ratings go down after this
 9   incident?  I'm not sure I understand.
10           MS. McGRATH:  There --
11           MS. McNAUGHT:  She didn't have performance
12   ratings.
13           MS. McGRATH:  There were no performance
14   ratings.  They came to her in December of 1997, and Judge
15   Greanias told her her services were no longer needed.  She
16   was then later replaced with another judicial clerk.
17           THE COURT:  As of that time, had she given
18   statements or answered questions from anyone concerning
19   this case?
20           MS. McGRATH:  Well, she testified she had
21   spoke with Judge Greanias about Judge Sappington's
22   behaviors.  She was right outside of Judge Greanias's
23   office, knowing that people were coming and going.  And he
24   knew about the transfer, and she was the closest to
25   Melissa.  She was the only woman who was close to Melissa.
```

# Exhibit 3

Testimony of Janice Shonkwiler

1:04-cv-01360-MMM-BGC    # 393-12    Page 5 of 8

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3

 4

 5   MELISSA ROBINSON, (f/k/a MELISSA    )
     SCHROEDER),                         )
 6                                       )
                         Plaintiff,      )  Civil No.
 7                                       )  04-1360
                   vs.                   )  Peoria, Illinois
 8                                       )
     WARREN A. SAPPINGTON, Judge, Sixth  )
 9   Judicial Circuit, in his official   )
     capacity; and MACON COUNTY,         )
10                                       )
                         Defendants.     )
11

12

13

14              EXCERPTS OF JURY TRIAL TESTIMONY
                       OF JANICE SHONKWILER
15

16

17              *** AUGUST 15 & 16, 2005 ***

18

19

20                          BEFORE:

21              HONORABLE MICHAEL M. MIHM
                United States District Judge

22

23

24

25
```

1  we're looking north.
2  Q    Now was this photograph taken from when you were at
3  the Ambassador building?
4  A    Yes.
5  Q    If you would go to 4.5B, is that a photograph of the
6  open area location where all of you worked while you were
7  at the Ambassador?
8  A    I don't really recognize that photo.
9  Q    You don't?  I apologize.  Do you recognize that at
10 all, Janice?
11 A    Not right offhand.
12 Q    All right.  That's fine.  We'll move on.  Thank you,
13 Janice.  I'm done with the photographs.  Janice, there
14 came a time when -- did there come a time when Melissa
15 came to you and expressed any concerns about Judge
16 Sappington?
17 A    Yes.
18 Q    Do you recall when the first time was that she did
19 that?
20 A    I think it was about October 16 of 1996.
21 Q    Back then you kept -- did you keep notes concerning
22 some things that took place in the workplace?
23 A    I did.
24 Q    Did you keep a journal which recorded some things
25 that happened on certain occasions?

```
 1   A    Actually it was a calendar that I kept at home and I
 2   just wrote down events of the day and sometimes I
 3   mentioned events that had occurred at work.
 4   Q    And other times even though events may have happened,
 5   you may not have mentioned those events?
 6   A    True.
 7   Q    You indicated that Melissa may have first reported
 8   behaviors to you in October of 1996?
 9   A    I think it was October.
10   Q    At that time can you tell me how it came about that
11   Melissa came to you?
12   A    She had been upset at work.  She had been crying and
13   she just came to me one day and told me that she wanted to
14   tell me what was going on.
15   Q    Had you seen her crying at work?
16   A    Yes.
17   Q    Had you seen her crying at work before the day of
18   October 16, 1996?
19   A    I believe so.
20   Q    Tell me what Melissa told you on the day of
21   October 16, 1996, as best you recall.
22   A    She told me that --
23            MR. CORRIGAN:  Your Honor, I would object to the
24   extent it's offered for the truth of the matter asserted.
25   To show it was told to the witness, I agree it's
```