1  A   I don't recall that.

2  Q   Did you ever tell Melissa that she should not have

3  had to have resigned from her position because of the

4  behaviors of Judge Sappington?

5  A   I don't recall.

6  Q   When you held the opinion that Judge Sappington was

7  possessive -- strike that.  Was there any time before

8  Melissa left her job that you understood Judge Greanias

9  knew something out of the ordinary was going on with

10 Melissa and Judge Sappington?

11 A   I think Judge Greanias had talked to Judge Sappington

12 at one point, maybe after Melissa had talked to Judge

13 Greanias.

14 Q   And did Judge Greanias tell you that he had talked to

15 Judge Sappington?

16 A   I don't recall if he did or not.

17 Q   Now are you aware at some point Melissa contacted

18 Judge Greanias?

19 A   Yes.

20 Q   Can you tell me when that took place?

21 A   It was sometime after she reported her concerns to

22 me.

23 Q   Did Judge Greanias talk with you about Melissa's

24 contact with him?

25 A   That was when he told me to try and keep them apart.

1  Q    Okay. All right. That was when Melissa went back to
2  work for Judge Sappington after she returned from a few
3  days off, right?
4  A    I believe that's right.
5  Q    Any other observations as the administrative
6  assistant that you made concerning the way Judge
7  Sappington acted toward Melissa that led you to be
8  concerned?
9  A    No. I wasn't concerned.
10 Q    Did Melissa tell you about an incident when Judge
11 Sappington threatened to kill her?
12 A    Yes.
13 Q    When did she tell you about this incident?
14 A    I think she told me all of her concerns on that
15 October 16 date.
16 Q    What else did Melissa tell you on October 16 about
17 Judge Sappington's threat to kill her?
18 A    I know at the time that Missy was going through a
19 divorce or having problems with her husband and Judge
20 Shonkwiler said -- I'm sorry -- Judge Sappington said he
21 didn't want her shacking up with anyone and if he found
22 out she did that he would kill her.
23 Q    As the administrative assistant, when Melissa told
24 you that, that didn't cause you any concern about Judge
25 Sappington's behaviors towards Melissa?

1  transfer because she knew that the other people were upset
2  about it?
3  A    Yes, I believe that was part of it.
4  Q    Well, in fact, wasn't that the only reason Melissa
5  told you she had concerns about the transfer to Judge
6  Francis?
7  A    I believe that was her concern, that she knew people
8  were upset.
9  Q    Did you and Melissa ever talk about -- strike that.
10 Did Melissa ever tell that you she was afraid of Judge
11 Sappington?
12 A    I don't recall that she said she was afraid.
13 Q    Did Melissa speak with you about the incident in the
14 courtroom involving the attorney?
15 A    I think she was the one that told me that.
16 Q    Okay.  Isn't it true that Melissa did tell you that
17 she was afraid of Judge Sappington after that incident in
18 the courtroom concerning Frank Byers?
19 A    I don't recall if she did.
20 Q    When -- strike that.  I think you indicated you were
21 aware that Melissa called Judge Greanias to talk to him
22 about her concerns at some point, correct?
23 A    Yes.
24 Q    After she talked with Judge Greanias that first time,
25 didn't you tell her not to call Judge Greanias again, that

1   gone through a divorce. There had been all of the events
2   that had occurred at work. Her girls had been sick before
3   she left. It was just a general comment.
4   Q   Thank you. And the second page of Exhibit 13, that
5   was the final paycheck sent to Melissa, correct?
6   A   Yes, it appears to be.
7   Q   Identifying the County of Macon on there, correct?
8   A   Yes, County of Macon.
9   Q   Re-direct.
10          MS. McGRATH: That's all I have on that exhibit.
11  I have no further questions for the witness, Judge.
12
13              * * * * * * * * *
14          **RE-DIRECT EXAMINATION**
15  BY MS. McGRATH:
16  Q   Good morning, Ms. Shonkwiler.
17  A   Good morning.
18  Q   You were asked yesterday by Attorney Corrigan about
19  the threat to kill that Judge Sappington had directed to
20  Melissa. I believe you indicated that was out of the
21  ordinary for Judge Sappington, so you somewhat discredited
22  that report. Do you recall that testimony?
23  A   Yes.
24  Q   Would you agree, Ms. Shonkwiler, it would also have
25  been out of the ordinary for Judge Sappington to tell

1   her what it's based on?

2   THE COURT: I'm not going to let the last
3   sentence go in, so you will have to take that out. But
4   everything else that you've highlighted in your copy that
5   you want her to read, she can read, but cross out that
6   one.

7   MR. CORRIGAN: Just to clarify, we're talking
8   about the 11th, the 15th, the 16th. Let me make sure.
9   The 11th, 15th, 16th, then the 2nd and the 3rd. Okay.

10  (Following held in the hearing of the jury)
11  BY MS. McGRATH:
12  Q    I want to go back just one moment, Janice. You
13  indicated that your opinion is the same today with regard
14  to whether the conduct of Judge Sappington should have
15  been investigated, correct?
16  A    Would you please repeat the question?
17  Q    You received sexual harassment training after Melissa
18  left the courthouse, correct?
19  A    That's correct.
20  Q    Having had that sexual harassment training, do you
21  believe her reports of Judge Sappington's conduct should
22  have been investigated?
23  A    Yes.
24  Q    You indicated that you did know as of October,
25  correct, that Judge Sappington's conduct was unwelcome?

1              MR. CORRIGAN:  Objection.  Asking this witness
2    for a legal conclusion.
3              THE COURT:  I'm sorry?
4              MR. CORRIGAN:  I'm objection that she's asking
5    this witness for a legal conclusion and asking her to give
6    an opinion on the lawfulness of conduct she never
7    observed.
8              THE COURT:  Overruled.
9    Q    Do you recall testifying while Mr. Cassidy was just
10   talking with you that you believed the conduct as of
11   October -- Judge's Sappington conduct was unwelcome?
12   A    That's what Missy reported.
13   Q    You don't know, do you, Janice, whether Judge
14   Sappington's conduct prior to October was unwelcome?
15   A    There were no complaints --
16   Q    Would that be --
17   A    -- to me.
18   Q    So you would have no knowledge as to whether
19   additional unwelcome conduct happened beginning back in
20   July of 1996?
21   A    That's right.  She didn't make any complaints to me.
22   Q    As best you recall, correct?
23   A    She didn't make any complaints to me.
24   Q    Once Melissa reported the behaviors to you in October
25   of 1996, you never went to her and asked her if she was

1  still experiencing further unwelcome behaviors, did you?
2  A    No.
3  Q    You never went to her and asked her if Judge
4  Sappington's conduct that was scaring her had stopped, did
5  you?
6  A    No.  She had spoken with Judge Greanias.
7  Q    But, again, you never asked her anything after
8  October 16, 1996, concerning Judge Sappington's conduct;
9  am I correct?
10 A    Not that I recall.
11 Q    Did you ever ask Melissa if she no longer felt Judge
12 Sappington was like a father or a grandfather to her?
13 A    I didn't ask her that, no.
14 Q    Now, Janice, you wouldn't think, would you, that a
15 grandfather would tell their granddaughter that he wanted
16 the granddaughter to sit on his face?
17 A    I would not think so.
18 Q    You talked about Melissa being in Judge Sappington's
19 office fairly regularly.  Do you recall that testimony?
20 A    Yes.
21 Q    You don't have any knowledge as to whether she was in
22 his office regularly -- strike that.  May it have been
23 Melissa was in his office regularly because Judge
24 Sappington summoned her to his office regularly?
25 A    I don't know why she was in his office.

1   Q    If you would read into the record the October 15
2   entry.
3   A    "Worked for Judge Diamond today.  Big setting.  Judge
4   gone.  Missy -- Judge gave Missy the day off.  Judge on
5   vacation this week."
6   Q    So it was Judge Greanias who gave Melissa that time
7   off, correct?
8   A    Yes.
9   Q    If you would read into the record the October 16
10  entry, please.
11  A    "Missy back and told me the whole story about she and
12  Sappington.  John called and said to keep them apart.
13  Ruth ran in and clerked for Judge Lincoln instead of
14  working for Sappington like I told her to."
15  Q    If you would turn to your entry of November 21,
16  please.
17  A    Do you want me to read it?
18  Q    Yes.  Let me ask you one question, Janice.  Before
19  January 21 --
20       THE COURT:  Excuse me.  January or November?
21  Q    I'm sorry.  Before November 21 you were aware of
22  discussions about the possibility of transferring Melissa
23  to Judge Francis, correct?
24  A    Yes.
25  Q    If you would read -- does your November 21 entry

# Exhibit 4

Testimony of Defendant, Judge Warren A. Sappington

```
 1                  IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE CENTRAL DISTRICT OF ILLINOIS
 3
 4
 5    MELISSA ROBINSON, (f/k/a MELISSA      )
      SCHROEDER),                           )
 6                                          )
                           Plaintiff,       ) Civil No.
 7                                          ) 04-1360
                 vs.                        ) Peoria, Illinois
 8                                          )
      WARREN A. SAPPINGTON, Judge, Sixth    )
 9    Judicial Circuit, in his official     )
      capacity; and MACON COUNTY,           )
10                                          )
                           Defendants.      )
11
12
13
14              EXCERPTS OF JURY TRIAL TESTIMONY
                     OF WARREN A. SAPPINGTON
15
16
17              *** AUGUST 24, 2005 ***
18
19                         BEFORE:
20              HONORABLE MICHAEL M. MIHM
                United States District Judge
21
22
23
24
25
```

```
 1   Q    You didn't have an assistant with you in 1996 as you
 2   have in the courtroom today, did you?
 3   A    No, ma'am.
 4   Q    You could walk on your own, correct?
 5   A    In 1996?
 6   Q    Yes, sir.
 7   A    Yes, ma'am.
 8   Q    You flew airplanes?
 9   A    Yes, ma'am.
10   Q    Traveled to China?
11   A    Yes, ma'am.
12   Q    Do you still fly airplanes, Judge Sappington?
13   A    No.  I can't because of health reasons.
14   Q    I want to make sure I understand.  Isn't it correct,
15   Judge Sappington, based on your testimony, you have
16   indicated Melissa reported to you seeing Frank Byers in
17   Springfield somewhere?  Am I correct?
18   A    Yes, at the beer tent.
19   Q    Melissa never told you that she was having a
20   relationship with Frank Byers, did she?
21   A    No, ma'am.
22   Q    Judge Sappington, throughout 1996, beginning in July
23   of 1996, am I correct, based on your testimony, you
24   believed you had a right to tell Melissa -- talk to
25   Melissa about a vibrator?  Isn't that correct?
```

1  A   Yes, ma'am, in view of --

2  Q   You believed that you had a right to tell her who she

3  could see outside of work; is that correct, Judge

4  Sappington?

5  A   Not -- I will not say "yes" to that type of question.

6  Q   Judge Sappington, you monitored Melissa's car in the

7  parking lot, didn't you?

8  A   I did not monitor it.

9  Q   You looked out the window to find where Melissa's car

10 was parked in the parking lot during work hours, didn't

11 you?

12 A   No, ma'am.  I knew where she parked.

13 Q   You felt you had a right to talk with Melissa about

14 cervical cancer, didn't you?

15 A   In view of her question about vacation with the boys.

16 Q   Judge, that's a "yes" or "no" question.  You would

17 know that as being a judge, wouldn't you?  Can you answer

18 the question?

19      MS. McNAUGHT:  Your Honor, I object to the

20 argumentative nature of this.

21      THE COURT:  Just a moment.  Just a moment.  If

22 you have an objection, make the objection to me.

23      MS. McGRATH:  I apologize, Judge Mihm.  If I

24 could ask the Court to direct Judge Sappington to answer

25 the question "yes" or "no".

```
 1              THE COURT:  Judge, you should attempt to answer
 2   the question "yes" or "no".  If you feel you can't answer
 3   it "yes" or "no", tell us that and counsel can decide
 4   whether to ask another question.
 5   A    Yes.
 6   Q    You felt you could talk to her and tell her and
 7   counsel her about her divorce, didn't you?
 8   A    Yes.
 9   Q    You felt you could call her beautiful at least 25
10   times and perhaps more, didn't you?
11   A    A year, yes.
12   Q    You felt you could call her your beautiful goddess,
13   didn't you?
14   A    No, ma'am.
15   Q    You felt you could say you made her, she's your
16   goddess, didn't you?
17   A    No, ma'am.
18   Q    You were happy when Melissa told you that she was
19   contemplating divorce, weren't you?
20   A    No, ma'am.
21   Q    Because you thought, didn't you, Judge Sappington,
22   and you knew, didn't you, Judge Sappington, that that
23   placed Melissa in a vulnerable position and you could then
24   attempt to control her, didn't you?
25   A    No, ma'am.
```

1  Q    You felt you could shake her hand on numerous
2  occasions, didn't you?
3  A    Yes, ma'am.
4  Q    You told Melissa, didn't you, that you were shaking
5  her hand for physical contact with her?
6  A    No, ma'am.
7  Q    You felt you could share the sit-on-face comment with
8  Melissa? You had a right to do that; didn't you feel
9  that?
10 A    I had a right to apologize to her.
11 Q    Judge Sappington, you indicated in your testimony
12 that when Melissa was leaving her job, you told her at
13 that time about the sit-on-face comment, didn't you?
14 A    Yes, ma'am.
15 Q    You also told her you wanted to publicly kiss her,
16 didn't you?
17 A    Yes, ma'am.
18 Q    You thought you had a right to tell Melissa Robinson
19 that you wanted to kiss her in public, didn't you?
20 A    Yes, ma'am.
21 Q    While you felt you had these rights, you knew
22 numerous people in the court building were talking about
23 your relationship to Melissa Robinson, didn't you?
24 A    No, ma'am, not until Judge Davis said something to
25 me.

```
 1              MS. McNAUGHT:  Objection, Your Honor.
 2              THE COURT:  Just a moment.  I don't think we
 3    need any histrionics.  If you have an objection, make the
 4    objection.  Is the objection as to the form of the
 5    question?
 6              MS. McNAUGHT:  Yes, it is.
 7              THE COURT:  All right.  The objection is
 8    sustained.
 9    Q    Judge Sappington, you testified about destroying a
10    note that Melissa left for you on the day the Frank Byers
11    incident took place?
12    A    Yes.
13    Q    As a judge, if you learned a witness had destroyed a
14    note, wouldn't you believe that was improper?
15              THE COURT:  Just a moment.  Just a moment.
16    We'll have a side bar.
17         (Following held out of the hearing of the jury)
18              THE COURT:  Give me the full question.
19              MS. McGRATH:  As a trial judge, as many years as
20    he sat as trial judge, wouldn't he view the fact a witness
21    destroys a note relevant to the case as suspicious.
22              THE COURT:  During the course of litigation or
23    in trial or what?  There was no case pending at that time,
24    was there?
25              MS. McGRATH:  No, there wasn't.
```