E-FILED
Tuesday, 04 October, 2005  02:12:14 PM
Clerk, U.S. District Court, ILCD

1              THE COURT:  I understand the point you're

2  making, but I'm going to sustain the objection.

3              (Following held in the hearing of the jury)

4  BY MS. McGRATH:

5  Q     You destroyed the note after the Frank Byers

6  incident, right, Judge Sappington?

7  A     I destroyed an unsigned note, yes.

8  Q     You knew that Missy Robinson had left you the note,

9  didn't you, Judge Sappington?

10  A     It appeared to be in her handwriting.

11  Q     And isn't it a fact that the note told you that she

12  could no longer handle your conduct that you were

13  directing towards her?

14  A     No, ma'am.

15  Q     Isn't it a fact that the note indicated you had told

16  her that you were going to control your feelings toward

17  her and you were not --

18  A     No.

19  Q     -- and you were not doing that?

20  A     No, ma'am.

21  Q     After you saw Frank Byers' car parked next to

22  Melissa's in the parking lot, didn't you tell Melissa the

23  following Monday that you had thought about it all

24  weekend, you had not wanted to be with your wife that

25  weekend, and you knew you would have to deal with your

1   courtroom?

2   A    At the first call, that's correct.

3   Q    And you finished the call without her?

4   A    Yes.

5   Q    You went upstairs to her desk and you asked her why

6   she wasn't in court?

7   A    Yes, ma'am.

8   Q    And she said she resigned?

9   A    Yes, ma'am.

10   Q    And you said, "Oh, hell, I've got a plane to catch",

11   and you left?

12   A    Yes, ma'am.  Yes, ma'am.

13   Q    The date that Melissa told you about the van outside

14   of the courthouse, there was a bomb scare at the

15   courthouse on that day; isn't that true?

16   A    I don't recall the bomb scare on that day.

17   Q    When you spoke with Melissa about things of a

18   personal nature, no one else was around, correct?

19   A    Not in my office.  The door was open.

20   Q    Let me take you back to the Byers incident for just a

21   few moments.  After that incident, isn't it correct you

22   learned Judge Greanias had told Melissa not to come back

23   to work for a few days?

24   A    You're talking about the courtroom incident?

25   Q    Yes, Judge.

1    A    Yes, ma'am.

2    Q    And isn't it true that when she returned to work, she

3    worked for Judge Diamond?

4    A    And me.

5    Q    Judge, may I have a moment?  You don't know, do you,

6    Judge Sappington, whether there was any time in October

7    that Melissa was only working for Judge Diamond and not

8    you at the same time?

9    A    No, I can't.  You're correct.  I can't say that.

10   Q    You cannot say that, correct?

11   A    Correct.

12   Q    You also don't know, do you, Judge Sappington,

13   whether you ever said to anyone that you could only have a

14   relationship with Missy in your fantasies?

15   A    No.

16   Q    So you don't know whether or not you said that; isn't

17   that correct?

18   A    That's correct, counsel.

19   Q    Is it also correct that you don't recall whether you

20   ever told Ruth Young that Missy was too precious to be

21   going out to lunch without you?

22   A    That's correct.  I don't recall saying that to Ruth

23   Young.

24   Q    Is it also correct, Judge Sappington, that you do not

25   recall ever talking with Judge Greanias about the

1    sit-on-face comment?

2    A    I do not recall talking with him about that.  That's

3    correct.

4    Q    You also do not recall, isn't it correct, Judge

5    Sappington, whether or not you said to Ruth Young that you

6    had created Missy and she was beautiful?

7    A    No, I do not recall saying that to Ruth Young.

8    Q    You also don't recall, do you, Judge Sappington,

9    locking the door to the courtroom when you and Missy were

10   the only ones in that courtroom?  You don't recall that;

11   am I correct?

12   A    That's correct.

13   Q    You also don't recall whether or not you summoned

14   Missy into the courtroom and asked State's Attorney Ahola

15   to tell her about the murder of Karen Slover?

16   A    I do not recall that.  That's correct.

17   Q    Judge Sappington, isn't it also correct that you

18   don't recall whether Missy told you she was fearful for

19   her safety because of your conduct?

20   A    I do not recall her saying that.

21   Q    Is it also true that you just don't recall whether

22   you told Missy that you weren't even trying to keep your

23   feelings under control?

24   A    That's correct.  I don't recall saying anything like

25   that.

1    Q    -- because Melissa had heard that Judge Francis

2    called female parties that had been in his courtroom?

3              THE COURT:   Just a minute.   What is the

4    objection?

5              MS. McNAUGHT:   Hearsay.   She's offering her

6    client's statement for the truth of the matter asserted.

7              THE COURT:   That's true.   Under these

8    circumstances, the objection is overruled.

9    A    Yes.

10   Q    And isn't it also a fact, Judge Sappington, that in

11   that same meeting in late November 1996 with you, Melissa

12   and Judge Sappington -- I'm sorry, Judge Greanias -- that

13   you told Judge Greanias that you had heard Judge Francis

14   had a reputation for calling some of the ladies that

15   appeared before him?

16   A    Would you restate that, counsel, please?

17   Q    Judge Sappington, when you met with Melissa and Judge

18   Greanias in late November 1996 and discussed the transfer

19   to Judge Francis, okay?

20   A    Correct.

21   Q    Do we have a time line now?

22   A    I'm assuming that's the date.   I'm not disagreeing

23   with you.

24   Q    Isn't it a fact that you told Judge Greanias that you

25   heard that Judge Francis had a reputation for calling some