1   of the ladies that appeared before him?

2   A    I had heard that he made such calls.  But that he had

3   a reputation, I can't agree with that.

4   Q    Do you agree that you told Judge Greanias that you

5   had this information when you met with Judge Greanias and

6   Melissa to talk about transferring Melissa to Judge

7   Francis?

8   A    I can't agree or disagree.

9   Q    Judge Sappington, you were deposed in March of 2001

10  with regard to this case.  Counsel, page 121.

11          MS. McGRATH:  I would like to, Your Honor, if I

12  might, read a few questions and Judge Sappington's answer.

13          THE COURT:  Go ahead.

14  Q    Counsel, I would begin at page 120, line 8.

15  Question:  "Did you say anything else in this meeting with

16  you, she and Judge Greanias?"  Answer:  "I can't recall

17  anything specific."  Question:  "What did you say during

18  this meeting."  Answer:  "Well, I think I said, 'Oh, I've

19  heard some rumors, but that was the extent of it.  Single,

20  lives on the lake with a boat and hot tub, those kinds of

21  things, so I've been told."  Question:  "Did you tell

22  Judge Greanias those things?"  Answer:  "No."  Question:

23  "Other than he was single, lived on the lake and had a hot

24  tub, what other rumors had you heard about Judge Francis?"

25  Answer:  "Well, I don't know that I'd even heard about the

Exhibit 5

Testimony of Judge John K. Greanias

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3

 4

 5   MELISSA ROBINSON, (f/k/a MELISSA    )
     SCHROEDER),                         )
 6                                       )
                      Plaintiff,         ) Civil No.
 7                                       ) 04-1360
              vs.                        ) Peoria, Illinois
 8                                       )
     WARREN A. SAPPINGTON, Judge, Sixth  )
 9   Judicial Circuit, in his official   )
     capacity; and MACON COUNTY,         )
10                                       )
                      Defendants.        )
11

12

13

14            EXCERPTS OF JURY TRIAL TESTIMONY
                    OF JUDGE JOHN GREANIAS
15

16

17              *** AUGUST 22, 2005 ***

18

19                        BEFORE:

20              HONORABLE MICHAEL M. MIHM
                United States District Judge
21

22

23

24

25
```

```
 1   A     We had had several conversations in which she
 2   indicated that she was unhappy with the decisions I had
 3   made regarding transfer.  She discussed her relationship
 4   with Judge Sappington.  She wasn't happy about the
 5   decisions that I made.  We had no grievance policy,
 6   complaint policy of any kind about anything.  I just
 7   thought it was the right thing to do to give her that.
 8   Q     That was a one-page sheet that you had Janice
 9   Shonkwiler give to her?
10   A     I believe there are two pages to it, possibly more.
11   Q     I'm sorry.  Have you finished?
12   A     Yes.
13   Q     When you -- you've mentioned that this was as a
14   result, in part, of discussions with Missy about a
15   transfer; am I correct?
16   A     Yes.
17   Q     Is that the transfer to Judge Francis?
18   A     Yes.
19   Q     You don't know for sure, do you, whether Melissa was
20   provided this two-page sexual harassment policy by Janice
21   Shonkwiler?
22   A     I do not know.
23   Q     The reason that you were considering transferring
24   Melissa to Judge Francis, was that because of concerns
25   that Judge Davis raised about Judge Sappington?
```

1   A   About Judge Sappington and about Melissa.
2   Q   Was the reason that you were considering transferring
3   Melissa as a result of unreasonable professional criticism
4   that Judge Davis made about Judge Sappington?
5   A   Yes.
6   Q   Now am I correct Judge Sappington by then had told
7   you that Judge Davis was criticizing him for months?
8   A   Yes.
9   Q   When Judge Sappington raised these criticisms, did
10  you believe Judge Sappington or Melissa were violating any
11  duties they had?
12  A   I'm sorry.  I don't understand your question.
13  Q   When Judge Davis criticized Judge Sappington, the
14  professional criticism we're referring to, did you believe
15  at that time that Judge Sappington or Missy Robinson were
16  violating any of the duties they had?
17  A   No.
18  Q   Judge Davis had raised criticisms about other judges
19  in the past, correct?
20  A   Yes.
21  Q   You never thought about transferring any other
22  judges' judicial clerks because of Judge Davis'
23  criticisms, did you?
24  A   Not that I recall.
25  Q   You felt Judge Davis' criticisms were unreasonable;

1  Q    She wasn't crying?
2  A    I don't recall her crying.
3  Q    At any rate, whatever Melissa told you in that
4  conversation caused you to understand, am I correct, that
5  Judge Sappington was doing things to her that were
6  unwelcome?
7  A    That's correct.
8  Q    But you can't tell us anything else that Melissa told
9  you during that conversation; am I correct?
10 A    She mentioned something about him watching her out a
11 window, I think, as she went to her car after work.
12 Q    Okay.  Anything else you recall, Judge Greanias, that
13 Melissa told you during that discussion?
14 A    No.
15 Q    You mentioned an incident in the courtroom that she
16 referenced with you.  Did that incident involve an
17 attorney by the name of Frank Byers?
18 A    That's my understanding, yes.
19 Q    Can you tell me what Melissa told you happened in the
20 courtroom?
21 A    I have no recollection of what we discussed about
22 that now.
23 Q    You took no notes about her discussion, correct?
24 A    I did not.
25 Q    Did you have any sense -- once Melissa disclosed this

1  courtroom incident, which you don't recall, did you have
2  any sense of how that made her feel based on how she was
3  communicating to you?
4  A    She was upset about it.  Perhaps embarrassed might be
5  the word.
6  Q    Okay.  Do you know whether that incident in the
7  courtroom prompted her to leave work early that day?
8  A    It was reported to me that she did.
9  Q    Well, when you had this discussion with Melissa by
10 telephone, what direction, if any, did you give to her,
11 Judge Greanias?
12 A    I don't recall giving her any directions.  I had told
13 her that I would make arrangements for her to work for
14 someone else.  I believe I told her to return to work
15 after taking a couple of days off.  I don't recall if I
16 gave her a specific date to return to work.
17 Q    So you told her to take a few days off?
18 A    Yes.
19 Q    And did you indicate to her who she would go to work
20 for when she returned?
21 A    I don't recall.
22 Q    You don't have any notes to help you recall whether
23 you told her to go to a particular judge when she returned
24 to work?
25 A    I do not.

```
 1    Q    The incident, the Byers incident which you don't
 2  recall what Melissa reported to you, did that have
 3  anything to do with the reason you were considering
 4  transferring Melissa?
 5    A    You mean when she came back to work having to work
 6  for another judge?
 7    Q    Yes.
 8    A    Yes.
 9    Q    What did Melissa -- strike that.  When Melissa
10  returned to work after you had this phone conversation
11  with her, who was she working with?
12    A    It's my understanding she returned to work with Judge
13  Sappington.
14    Q    Is it your understanding that she immediately, after
15  taking the few days off, she went back to work with Judge
16  Sappington?
17    A    That's my understanding.
18    Q    When Melissa disclosed the incidents to you that you
19  talked about on the phone that you don't recall, did you
20  have an understanding as to how these incidents made
21  Melissa feel?
22    A    Yes.
23    Q    And how -- what was your understanding of how these
24  incidents made Melissa feel?
25    A    She was uncomfortable.
```

1   Q   Despite what Melissa told you in this phone
2   conversation, am I correct that that did not prompt you to
3   initiate any investigation of a claim of sexual harassment
4   by Melissa?
5   A   That's correct.
6   Q   During this phone conversation you had with Melissa,
7   didn't she tell you that she thought Judge Sappington was
8   acting obsessively?
9   A   I don't recall her making any statement like that.
10  Q   During this phone conversation you had with Melissa,
11  didn't she tell you she thought Judge Sappington was
12  falling in love with her?
13  A   I don't recall her making that statement.
14  Q   During this phone conversation you had with Melissa,
15  didn't you indicate to her that you had already noticed
16  improper conduct by Judge Sappington towards her?
17  A   I did not say I had noticed any improper conduct
18  toward her.
19  Q   Did you ever talk to Judge Sappington about his
20  conduct toward Melissa, Judge Greanias?
21  A   I talked with Judge Sappington about them spending
22  time in their office together.
23  Q   When was this discussion?
24  A   It would have been probably sometime in September, I
25  believe, of 1996.

```
 1    Q    Who was present?
 2    A    As far as I can recall, myself and Judge Sappington.
 3    Q    What did you say to Judge Sappington during this
 4    discussion about Melissa being in his office?
 5    A    This was after there had been several incidents
 6    regarding criticism of him by Judge Davis and I suggested
 7    to him that the reason that people were reporting things
 8    to Judge Davis might be because he and Melissa spent a lot
 9    of time in the office together, that I did not think that
10    that would help the situation if he wanted to avoid Judge
11    Davis' criticisms.
12    Q    Judge Sappington would have had the authority over
13    Melissa to control when she was in his office and when she
14    wasn't in his office, correct?
15    A    Yes, he would.
16    Q    Did you believe it was inappropriate that Judge
17    Sappington had Melissa in his office as often as he did?
18    A    I don't know that it was inappropriate.  It was more
19    than most clerks were in the office and I didn't think it
20    was helpful because co-workers were reporting apparently
21    to Judge Davis on what Melissa was doing.
22    Q    Am I correct, Judge Greanias, that you had heard from
23    other individuals that they believed Melissa was spending
24    too much time in Judge Sappington's office?
25    A    Yes.
```

1  Q    You understood that she was reporting unwelcome
2  conduct, correct?
3  A    Correct.
4  Q    Did you give her any direction in your phone
5  conversation with regard to what she should do if she was
6  continuing to experience unwelcome behaviors with Judge
7  Sappington?
8  A    I don't recall.
9  Q    When Melissa returned after the few days off that you
10 told her to take, you indicated she went back to work for
11 Judge Sappington, correct?
12 A    Yes.
13 Q    Did you learn from Janice how Judge Sappington and
14 Melissa's relationship was when she returned to work for
15 Judge Sappington?
16 A    You mean immediately when she returned?  What -- what
17 time are you talking about?
18 Q    Let me ask you this, Judge Greanias.  At any time did
19 you learn from Janice Shonkwiler -- once Melissa was
20 placed back with Judge Sappington, did Janice Shonkwiler
21 ever disclose to you her observations as to how she
22 thought their relationship was?
23 A    Yes.
24 Q    And what did Janice Shonkwiler tell you?
25 A    I can't recall the words she used, but basically that

```
 1    Can you give me a month?
 2    A     November.
 3    Q     November?
 4    A     November of 1996.
 5    Q     Wasn't their relationship, at best, cool in October
 6    of 1996?
 7    A     I don't know.
 8    Q     You don't know?
 9    A     I don't know.
10    Q     After Melissa phoned you in October of 1996,
11    expressed the concerns that she expressed, did you ever
12    ask her how things were with Judge Sappington?
13    A     You mean after our conversation?
14    Q     Yes, sir.
15    A     I don't recall.
16    Q     Did you ever ask her if the unwelcome behaviors had
17    stopped?
18    A     I don't recall doing that.
19    Q     You indicated the transfer, I believe, was as a
20    result of Judge Davis' professional -- or criticisms about
21    Judge Sappington, right?
22    A     It came about as a result of a memorandum that was
23    about Melissa.
24    Q     Okay.  And that memorandum did not cause you to
25    conclude that Melissa had done anything wrong, correct?
```

1          THE COURT: Let me see the answer, please. I'm
2    sorry. I'm not sure. Where did you actually read from?
3          MS. McGRATH: Your Honor, I read from the
4    previous page.
5          THE COURT: Okay. Read the next paragraph.
6    BY MS. McGRATH:
7    Q    "This best interest thing you asked me about, I know
8    about that and here's what happened. She wanted my
9    opinion as to what she should do. I thought we had a very
10   good conversation on this. She was uncertain about what
11   she should do. She asked me what I thought she should do.
12   And the one thing I do recall was the answer because I
13   have given it over and over from the bench to people who
14   don't know what to do. You do what is in your own best
15   interests. And I could not give her help on her decision.
16   I did not want to compel her to make a decision other than
17   her own. If it was my decision, I know what I would have
18   made for her, but that was not my choice."
19         Did Judge Sappington ever tell you he wanted
20   Melissa transferred from his courtroom?
21   A    No.
22   Q    Did you ever ask Judge Sappington if he had sexually
23   harassed Melissa?
24   A    I did not.
25   Q    Did you ever initiate an investigation of Melissa's

```
 1    reports about Judge Sappington's conduct?
 2    A    I did not.
 3    Q    I want to direct your attention to 1996.  If a
 4    judicial clerk felt they were being harassed, didn't that
 5    complaint have to be investigated?
 6    A    A sexual harassment complaint?
 7    Q    Yes, Judge.
 8    A    If a complaint was filed, yes.
 9    Q    Is it your testimony Melissa had to file a written
10    complaint to get your attention?
11    A    No.
12    Q    A complaint of conduct that can be viewed as
13    offensive, of a sexual nature, should have warranted an
14    investigation in 1996; would you agree?
15    A    I will agree that a complaint of unwelcome sexual
16    remarks or conduct of any kind should have been
17    investigated.
18    Q    And that would have been your obligation to
19    investigate, correct?
20    A    To initiate something.  I would not investigate it
21    personally.
22    Q    You did not initiate anything when Melissa came to
23    you, correct?
24    A    Correct.
25    Q    Nor did you initiate any investigation from the time
```

```
 1   A    I can't answer that.
 2   Q    You were asked about the Frank Byers incident.  Did
 3   you speak with Frank Byers after the incident in the
 4   courtroom concerning him?
 5   A    Did I speak with him in the courtroom?
 6   Q    After the incident concerning Frank Byers that took
 7   place in Judge Sappington's courtroom, did you talk with
 8   Frank Byers about that incident?
 9   A    I did.
10   Q    Didn't you tell Frank Byers that you believed he had
11   done nothing wrong and that you and the other judges would
12   cover for Judge Sappington and would hear his cases?
13   A    I'm sorry.  I missed part of what you said about what
14   he said.
15   Q    Let me strike the question and ask you another
16   question.  Didn't you tell Frank Byers that had he done
17   nothing wrong?
18   A    I don't recall what I discussed with Mr. Byers.
19   Q    You don't recall at all what you told Mr. Byers?
20   A    It's been eight or nine years.  No, I don't.
21   Q    When a complaint of sexual harassment is brought to
22   your attention, pursuant to the policy that we've talked
23   about, aren't you supposed to have made notes about the
24   reports that were made to you?
25   A    No.
```