1   Q    After Melissa spoke with you, called you in October

2   1996, you never asked her after that if she had any other

3   complaints about Judge Sappington; am I correct?

4   A    You're correct.

5   Q    It was a month after she spoke with you that,

6   according to your testimony, that you told Janice to give

7   her a sexual harassment policy, correct?

8   A    At least, maybe five or six weeks.

9   Q    Between October and when Melissa left, weren't there

10  times that you authorized her time off as opposed to Judge

11  Sappington?

12  A    I don't recall.

13  Q    So that means you may have authorized her time off

14  and you just don't recall?

15       MS. McNAUGHT:  Your Honor, I object.  This goes

16  beyond cross-examination by either defendant.

17       MS. McGRATH:  Judge, I don't believe --

18       THE COURT:  Just a moment.  Overruled.

19  A    I don't know why I would have, but I just don't

20  recall.  It's been too long.

21  Q    And let me ask you once more, Judge.  Does that mean

22  you didn't or does it mean you may have authorized time

23  off between October and when she left but you don't know?

24  A    It's impossible for me to answer that.  I just have

25  no recollection.

1    A    I do not know. They would not let anybody know other
2    than the judge involved.
3    Q    Just one moment, Judge. I believe you indicated you
4    didn't recall what Melissa talked to you about when she
5    called you in October of 1996 other than the flying
6    incident and the courtroom incident; am I correct?
7    A    No. I recall the subject matters that we talked
8    about.
9    Q    Okay, but only in general terms?
10   A    I can't tell you specifically what she said or I
11   said, no.
12   Q    But you're certain that Melissa told you during that
13   discussion that she didn't want to work with the judge,
14   with Judge Sappington?
15   A    Well, I don't recall her saying that. She did not
16   ask for a transfer. That was my suggestion if she felt
17   uncomfortable.
18          MS. McGRATH: Nothing further, Judge.

|   |   |
|---|---|
| 1 | *** August 24, 2005 *** |
| 2 | CROSS EXAMINATION |
| 3 | BY MS. McGRATH: |
| 4 | Q    Good afternoon, Judge Greanias. |
| 5 | A    Good afternoon. |
| 6 | Q    Judge Greanias, you testified in this case earlier, |
| 7 | did you not, that the piece of paper that was given to |
| 8 | Melissa was a two-page or possibly a one-page piece of |
| 9 | paper when you were talking about the sexual harassment |
| 10 | policy? |
| 11 | A    I think I said it might have been two or more pages. |
| 12 | Q    The policy you have identified today is several |
| 13 | pages; wouldn't you agree? |
| 14 | A    I would agree. |
| 15 | Q    When Melissa spoke with you, called you at home on |
| 16 | October 11, 1996, didn't she tell you that Judge |
| 17 | Sappington was watching her? |
| 18 | A    I believe -- well, she mentioned those two incidents, |
| 19 | yes. |
| 20 | Q    She mentioned other incidents to you during that |
| 21 | October 11 phone conversation, didn't she? |
| 22 | A    I don't recall any other specific incidents that she |
| 23 | mentioned. |
| 24 | Q    You mentioned, Judge Greanias, needing to make a |
| 25 | record by having Melissa come in and talk with you about |

1  her resignation. You didn't mean making any written notes
2  about anything she complained to you about, did you?
3  A    I did not -- I didn't feel the need to make any
4  written notes.
5  Q    She told you in the October 11 phone conversation
6  about Frank Byers, the Frank Byers incident, correct?
7  A    I'm sorry. I didn't catch the first part.
8  Q    Did she -- isn't it true she told you in the
9  October 11 discussion about the Frank Byers incident?
10 A    Yes, she did.
11 Q    But you don't recall any details about what she told
12 you about that, correct?
13 A    No, I don't.
14 Q    She talked to you in that conversation, didn't she,
15 about how angry Judge Sappington got when she offered to
16 work for Judge Diamond?
17 A    Are you talking about -- I have never talked with her
18 about Judge Diamond.
19 Q    Did you ever talk with Judge Sappington about his
20 anger which he displayed when Melissa offered to go to
21 work -- do some work for Judge Diamond?
22 A    I understand your question. Did I ever talk with
23 Judge Sappington about his anger about that? No.
24 Q    You never talked to him? Melissa did go to work for
25 Judge Diamond after the October 11 conversation; is that

1  correct?
2  A    I don't believe so.
3  Q    Well, you told her when you spoke with her on the
4  phone that you would transfer her somewhere, didn't you?
5  A    I told her I would have her work for somebody else.
6  Q    After you got off the phone, didn't you follow up to
7  make sure that she was assigned to someone else to work
8  for?
9  A    I called Janice Shonkwiler and just told her I wanted
10 to have Melissa work for someone else.
11 Q    When you came back -- strike that.  You gave Melissa
12 two days off, administrative leave off, correct?
13 A    I think I just told her to take two days off.
14 Q    Well, Judge Greanias, was she paid for those two days
15 you gave her off?
16 A    Yes.
17 Q    You gave her those days off because you knew she was
18 crying when she talked with you on October 11; isn't it
19 true, Judge Greanias?
20 A    That's not correct.
21 Q    You had no understanding that Melissa was upset in
22 any way, shape or form when she spoke with you on
23 October 11?  Is that your testimony?
24 A    That's not what I said.
25 Q    After she was paid for a few days off, when you

1  returned to work from your vacation, you didn't ask
2  Melissa if Judge Sappington's unwelcome behavior had
3  stopped, did you?
4  A    I did not.
5  Q    You didn't ask Janice why Melissa wasn't working for
6  another judge, did you?
7  A    Well, I may have. Somehow we had the conversation in
8  which she told me that they were working together, that
9  they agreed to work together again.
10 Q    Melissa Robinson sat right outside your chambers; is
11 that correct?
12 A    Not right outside. Around the corner, probably seven
13 or eight steps from my door.
14 Q    So you could have stepped seven or eight steps from
15 your door and said to Melissa, "Has Judge Sappington's
16 unwelcome behavior stopped", couldn't you have?
17 A    Yes.
18 Q    From the time Melissa phoned you on October 11 until
19 she left her employment, you never asked her if that
20 unwelcome behavior had stopped, did you?
21 A    That's correct.
22 Q    You had a meeting with Melissa and Judge Sappington
23 on November 20, 1996 to talk about the transfer issue,
24 didn't you?
25 A    I don't recall a meeting with the two of them.

```
 1   third week -- around November 20, 1996 in a meeting with
 2   her that you believed she had been psychologically abused?
 3   A    I did not.
 4   Q    Didn't you then meet again with Melissa and tell her
 5   that if she accepted the transfer to Judge Francis her
 6   life would be hell for six months?
 7   A    No, I did not.
 8   Q    Didn't you tell Melissa that you noted everyone was
 9   mad about this transfer?
10   A    We talked about the fact that people were upset about
11   it.  I don't think I said what you said.
12   Q    Didn't you tell Melissa it would be better off if
13   she -- she would be better off if she resigned?
14   A    I did not.
15   Q    When Melissa reported to you back in October the
16   reports she got from you, the October 11 report -- I'm
17   sorry -- the report she made to you about Judge
18   Sappington, you didn't ask her for any more details, did
19   you?
20   A    I may have, but mostly I let her talk.  I wanted to
21   listen.
22   Q    You also don't recall -- strike that.  Melissa never
23   told you she was resigning to return to school, did she,
24   Judge Greanias?
25   A    That the reason she was resigning was to return to
```

1   school?

2   Q   Yes.

3   A   No, she didn't say that.

4   Q   You just assumed that, didn't you, Judge Greanias?

5   A   I don't know that I assumed that.

6   Q   You assumed, didn't you, Judge Greanias, that the behaviors that Melissa reported to you didn't amount to sexual harassment?

9   A   That's correct.

10  Q   You knew, didn't you, that Judge Sappington was mad after Melissa called you on October 11, 1996?

12  A   He was not mad.

13  Q   You knew after Melissa called you on October 11, 1996 that Judge Sappington's relationship, working relationship, with Melissa was cold, didn't you?

16  A   It was professional, it was cool, what we wanted it to be.

18  Q   What who wanted it to be, Judge Greanias, you and who?

20  A   Me.  I talked with both of them and I think we got what they both wanted.

22  Q   That's your opinion, right, Judge Greanias?

23  A   That's my opinion.

24  Q   You don't recall many of the discussions you had with Melissa Robinson, do you, Judge Greanias?

1   A   I don't recall them all.  That's correct.

2   Q   Is it your testimony, Judge Greanias, that Melissa

3   Robinson told you she was going to leave her job in a few

4   months anyway?

5   A   Yes.  She told me that she was going to go back to

6   school and quit.

7   Q   You wrote the only resignation letter that appears in

8   Melissa Robinson's file, didn't you, Judge Greanias?

9   A   Yes, I did.

10  Q   Didn't you tell her when you met with her about

11  resigning that she should put in her resignation letter

12  that she worked for a bunch of idiots that didn't know how

13  to handle the situation?

14  A   I did not.

15  Q   Did you tell her when she spoke with you on

16  October 11 that you didn't know whether men and women --

17  whether God intended men and women to work together?

18  A   No, I did not say that.

19  Q   There are many things that you don't recall in your

20  discussions with Melissa Robinson; would you agree with

21  that, Judge Greanias?

22  A   I would agree with that.

23          MS. McGRATH:  Judge, if I might just have a

24  moment.

25          THE COURT:  Sure.

1  Q    The initial transfer that you talked about which
2  never took place to Judge Diamond, that was, by your own
3  admission, related to Judge Sappington's conduct towards
4  Melissa; am I correct?
5  A    In part.
6  Q    Thank you, Judge. The policy that you have now
7  indicated you recollect was in place -- strike that. I've
8  already asked you about all that. One moment, Judge.
9  Judge Greanias, wasn't the real reason you were
10 considering transferring Melissa to Judge Francis because
11 of Judge Sappington's conduct directed to her?
12 A    It was not.
13 Q    Well, Judge, wouldn't you -- strike that. So, Judge
14 Greanias, am I correct that it would be your testimony
15 that it's only a coincidence that Melissa was -- you were
16 thinking about transferring Melissa to Judge Francis
17 during a window of time when Melissa is complaining about
18 Judge Sappington's conduct and you -- your testimony is it
19 had nothing to do with that conduct; is that correct?
20        MS. McNAUGHT:  Objection, argumentative.
21        THE COURT:  Overruled.
22 A    The first --
23 Q    Is that correct, Judge Greanias?  "Yes" or "no"?
24        MS. McGRATH:  I'm sorry, Your Honor. May I ask
25 Judge Greanias --

```
 1   talk to you about those problems, correct?
 2   A    Melissa always had an initiative.  I'm sure she would
 3   have done what she wanted to do.
 4   Q    Judge Greanias, wouldn't you agree if an employee was
 5   transferred back to a supervisor who was sexually
 6   harassing her, that might make that employee hesitant to
 7   go back to the same person that they first complained
 8   about that conduct to?
 9   A    I don't know that that's true.
10   Q    You wrote Melissa Robinson's letter of resignation
11   for her, correct?
12   A    No.
13   Q    Melissa Robinson didn't write a letter of
14   resignation, did she?
15   A    She resigned and I confirmed it in my letter.
16   Q    Is your recollection -- strike that.  Isn't it true
17   that as of January 27, 2001, you did not know why Melissa
18   had decided to resign and you didn't know if you had asked
19   her why she decided to resign?
20   A    I think that's a fair statement.
21   Q    Your testimony is that your recollection is better
22   today than it was back in January of 2001?
23   A    I didn't say that.
24            MS. McNAUGHT:  Objection, Your Honor.  It's
25   argumentative.
```

# Exhibit 6

# Testimony of Judge John P. Shonkwiler

```
 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE CENTRAL DISTRICT OF ILLINOIS
 2

 3

 4

 5    MELISSA ROBINSON, (f/k/a MELISSA   )
      SCHROEDER),                        )
 6                                       )
                        Plaintiff,       ) Civil No.
 7                                       ) 04-1360
                 vs.                     ) Peoria, Illinois
 8                                       )
      WARREN A. SAPPINGTON, Judge, Sixth )
 9    Judicial Circuit, in his official  )
      capacity; and MACON COUNTY,        )
10                                       )
                        Defendants.      )
11

12

13

14             EXCERPTS OF JURY TRIAL TESTIMONY
                   OF JUDGE JOHN SHONKWILER
15

16

17               *** AUGUST 17, 2005 ***

18

19                        BEFORE:

20              HONORABLE MICHAEL M. MIHM
                United States District Judge
21

22

23

24

25
```

```
 1   should have reported to you?
 2   A    That's not one of his enumerated duties as a
 3   presiding judge, but I believe generally he would have
 4   done that.
 5   Q    Did Judge Greanias report sexually harassing
 6   behaviors to you concerning a judge in 1996?
 7   A    He did not.
 8   Q    Judge, would you agree that as the chief judge, you
 9   have ultimate responsibility for following up with
10   concerns about sexually harassing behaviors of a judge
11   within your circuit?
12   A    I think I would have, correct.
13   Q    While you were at the -- I'm sorry.  Were you at the
14   Macon County courthouse periodically in 1996?
15   A    I would presume we're talking about the temporary
16   facility, correct, not the courthouse?
17   Q    We can talk about the Macon County courthouse in
18   1996, but, you're correct, at that time that was at the
19   Ambassador building, correct?
20   A    That's correct.  Yes, I was.
21   Q    And in 1996 you never saw a sexual harassment policy
22   posted in that facility, correct?
23   A    I did not see it, but I didn't look for it either.
24   Q    You became aware at some point, Judge Shonkwiler,
25   that Melissa Robinson had raised concerns about Judge
```

```
 1    Sappington's conduct; am I correct?
 2    A    Would you repeat that, please?
 3    Q    Did you ever become aware, Judge Shonkwiler, that
 4    Melissa Robinson had raised concerns about Judge
 5    Sappington's conduct?
 6    A    Could you narrow that as to a time, please?
 7    Q    Did you ever become aware, Judge Shonkwiler?
 8    A    Any time?
 9    Q    Yes.
10    A    Yes, I did.
11    Q    When was the first time you became aware that Melissa
12    Robinson had complained or raised concerns about Judge
13    Sappington's conduct?
14    A    It was in January of 1997.
15    Q    What did you become aware of in January of 1997 with
16    regard to Melissa's concerns about Judge Sappington's
17    conduct?
18    A    I received a letter from a lawyer in Champaign.  It
19    was addressed to Judge Greanias.  I received a copy.
20    Q    Did you learn about any particular conduct by Judge
21    Sappington directed to Melissa Robinson?
22    A    The letter was general in nature.  I think it termed
23    it inappropriate conduct.
24    Q    Judge Shonkwiler, did you ever learn about a comment
25    related to Melissa Robinson sitting on Judge Sappington's
```

```
 1   comment, take any action to look into that further?
 2   A    The first action that I took was in January of 1997,
 3   after receiving the letter, I contacted Judge Greanias,
 4   the presiding judge of Macon County.
 5   Q    Judge, I would like to refer to deposition testimony
 6   of Judge Shonkwiler from May 11, 2001, page 32.  This is
 7   line 5.  Question:  "The comment we are both referring to,
 8   the same comment related to" --
 9        MS. McNAUGHT:  Your Honor, before we get into
10   this, I'm very sorry, but can I have a word with
11   Ms. McGrath please?
12        THE COURT:  Sure.
13   Q    Judge, I'm going to begin on line 20 with the
14   understanding or stipulation from counsel that the
15   "comment" reference in the question is the sit-on-face
16   comment.
17        THE COURT:  Go ahead.
18   Q    Question:  "Once you learned about the comment,
19   wherever you learned about it from" -- Answer:  "Uh-huh."
20   "-- did you investigate that comment any further?"
21   Answer:  "No, I didn't."
22   A    That's correct.
23   Q    You knew that Melissa Robinson left her job in late
24   1996, didn't you?
25   A    I believe I did.  I do not know when I learned of
```