IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 04-1360 |
| JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY), | ) ) ) ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY, | ) ) | |
| Defendant, | ) ) | |
| MACON COUNTY CIRCUIT, | ) ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT**

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure hereby moves this honorable Court for an enlargement of time to and including November 1, 2005, in which to respond to plaintiff's supplemental memorandum of law in support of motion for new trial. In support thereof, the following statements are made.

1.  Counsel for plaintiff filed plaintiff's motion for new trial on September 2, 2005. [Document number 386].

2.  On September 8, 2005, plaintiff's counsel filed a motion to supplement her motion for a new trial. [Document number 388].

3. Plaintiff's counsel filed her supplemental memorandum of law in support of motion for new trial in this matter on October 4, 2005, after having been granted one month's extension of time. [Document number 393].

4. Defendant's response to plaintiff's supplemental memorandum of law in support of motion for new trial is due in this matter on Tuesday, October 25, 2005.

5. Due to difficulties in accessing the internet to conduct legal research from October 21, 22, and 23, 2005, trial counsel for defendant, Warren A. Sappington, have been unable to complete a response to the motion for new trial and the supplemental memorandum of law in support of the motion for new trial.

6. The undersigned requires an additional seven days to prepare a response.

7. Consistent with the local rules, the undersigned's assistant contacted opposing counsel's office on October 24, 2005, to determine whether there was any objection to the request for an enlargement of time.

8. No response was immediately forthcoming, but the undersigned was advised in the late morning of October 25, 2005, that opposing counsel has an objection to this extension of time, although no specific reason was mentioned.

9. No prejudice will come to the plaintiff, if defendant's extension of time to respond to the motion for new trial is granted; however, defendant will be prejudiced, if this extension is not granted.

10. This motion is not made for the purposes of undue delay, but is made in good faith for the purpose of preparing an adequate defense.

WHEREFORE, for the above and foregoing reasons, defendant respectfully requests additional time to and including November 1, 2005, to respond to plaintiff's supplemental memorandum of law in support of motion for new trial.

    Respectfully submitted,

    JUDGE WARREN A. SAPPINGTON,

      Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

      Attorney for Defendant.

By: /s/Karen L. McNaught
    Karen L. McNaught, #6200462
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-1841
    Facsimile:  (217) 524-5091
    kmcnaught@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER<br>      Plaintiff, | )<br>)<br>)<br>) |
| v. | )   NO. 04-1360 |
| JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br>      Defendant, | )<br>)<br>)<br>)<br>)<br>) |
| MACON COUNTY,<br>      Defendant, | )<br>)<br>) |
| MACON COUNTY CIRCUIT,<br>      Defendant. | )<br>) |

**Certificate of Service**

I hereby certify that on October 25, 2005, I presented the foregoing Motion for Enlargement of Time to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Melissa McGrath              John Cassidy              Diane Baron
www.thomsonandweintraub.com   c_m@mtco.com              dbaron@clausen.com

and I hereby certify that on October 25, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 782-1841
Facsimile: (217) 524-5091
kmcnaught@atg.state.il.us