E-FILED
Tuesday, 01 November, 2005 04:46:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION



MELISSA ROBINSON, {f/k/a        )
MELISSA SCHROEDER},             )
                                )
        Plaintiff,               )
                                )
        -vs-                     )      No. 99-2097
                                )
JUDGE WARREN A. SAPPINGTON,     )
SIXTH JUDICIAL CIRCUIT, {IN     )
OFFICIAL CAPACITY AND           )
INDIVIDUALLY}                   )
        Defendant,               )
                                )
MACON COUNTY,                   )
JOHN P. SHONKWILER, CHIEF       )
JUDGE, SIXTH JUDICIAL           )
CIRCUIT, MACON COUNTY CIRCUIT)
COURT, MACON COUNTY {IN         )
OFFICIAL CAPACITY AND NOT       )
INDIVIDUALLY}                   )
                                )
        Defendant.               )


        Continued deposition taken of **WARREN A.
SAPPINGTON**, on the 27th day of June, A.D., 2001, at
105 North Center Street, Bloomington, Illinois,
commencing at 9:05 a.m., before Kitty L. Malcom, a
Certified Shorthand Reporter, License No. 084-002106,
pursuant to Notice.

                V O L U M E   I I


MALCOM REPORTING SERVICE
1310 Ironwood CC Drive
Normal, IL 61761
(309) 454-3378
Fax (309) 454-8286



DEFENDANT'S EXHIBIT A

209

```
 1       Q.    And adultery was somehow involved in that
 2   case?
 3       A.    Yes, yes.
 4       Q.    And custody?
 5       A.    Yes, two or three children.
 6       Q.    Do you remember the case name?
 7       A.    No.
 8       Q.    When did you give her the book by Laura?
 9       A.    Schlesinger.
10       Q.    Can you spell that, first of all?
11       A.    It may be in Exhibit 1.
12       Q.    You can take a look at Exhibit 1, sir.
13       A.    She's on the radio.  It's spelled --
14   phonetic spelling would come out Slessinger, but as I
15   recall it she pronounced it Schlesinger.
16       Q.    Do you know -- can you tell me how it's
17   spelled or not?
18       A.    It would just be a guess.  It's Dr. Laura
19   of course.  S-C-H-L-E-I-S-E-N-G-E-R or something to
20   that effect.  She has a radio program that is on
21   every day.
22       Q.    Why did you give her the book by Dr. Laura?
23       A.    We had been talking about custody.  And in
24   her desire for a divorce, and as I indicated to you,
```

210

1 she talked about she needed a vacation with the boys.
2 I tried to impress upon her that at least I as a
3 judge would have been influenced in a divorce case
4 where custody was in issue the amount of time spent
5 by the mother away from the children. I don't see
6 Dr. Schlesinger's name in here.
7     Q. By in here, you are referring to Exhibit 1?
8     A. Exhibit 1, yes.
9     Q. Is there anything else you can tell me as
10 far as the reason you gave her Dr. Laura's book?
11     A. It all revolved around her talking with me
12 about a divorce from April to November.
13     Q. I'm sorry?
14     A. It all revolved around her talking with me,
15 and my wife, and talked with both of us about this,
16 about her wanting a divorce and not wanting the
17 children from almost April to November, but I can't
18 remember the exact date I brought the book. I don't
19 even know if I have the book now. But I think you
20 have a copy of the face page in your exhibits.
21     Q. Where would that originate from, sir?
22     A. I made a copy or at least I thought I gave a
23 copy to Ms. McNaught, and we brought all this to you
24 one day the last time we were here.