E-FILED
Tuesday, 01 November, 2005  04:48:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER) <br><br> Plaintiff, <br><br> v. <br><br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, et al., <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 04-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

      Karen L. McNaught hereby certifies, in accordance with Rule 7.1 of the Local Rules of the United States District Court for the Central District of Illinois, that defendant's response to plaintiff's motion for a new trial contains less than 7,000 words and less than 45,000 characters.

      Respectfully submitted,

      WARREN A. SAPPINGTON,

            Defendant,

      LISA MADIGAN, Attorney General,
      State of Illinois,

            Attorney for Defendant,

Karen L. McNaught, #6200462
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706        BY: /s/Karen L. McNaught
(217)782-1841                                     Karen L. McNaught
                                                        Assistant Attorney General

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER<br>    Plaintiff,<br><br>    v.<br><br>JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br>    Defendant,<br><br>MACON COUNTY,<br>    Defendant,<br><br>MACON COUNTY CIRCUIT,<br>    Defendant. | )<br>)<br>)<br>)<br>) NO. 04-1360<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

I hereby certify that on November 1, 2005, I presented the foregoing Certificate of Compliance to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

   Melissa McGrath          John Cassidy      Diane Baron

   www.thomsonandweintraub.com   c_m@mtco.com   dbaron@clausen.com

and I hereby certify that on November 1, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

                              Respectfully submitted,

                              /s/Karen L. McNaught
                            Karen L. McNaught, #6200462
                            Assistant Attorney General
                            Attorney for Defendant
                            Office of the Attorney General
                            500 South Second Street
                            Springfield, IL  62706
                            Telephone:  (217) 782-1841
                            Facsimile:  (217) 524-5091
                            kmcnaught@atg.state.il.us