**E-FILED**
Tuesday, 13 December, 2005  05:06:55 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (f/k/a MELISSA SCHROEDER), | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) NO. 04-1360 <br> ) |
| JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY), | ) <br> ) <br> ) <br> ) |
| Defendant, | ) <br> ) |
| MACON COUNTY, | ) <br> ) |
| Defendant, | ) <br> ) |
| MACON COUNTY CIRCUIT, | ) <br> ) |
| Defendant. | ) |

### RESPONSE TO PLAINTIFF'S OBJECTION TO
### BILL OF COSTS OF WARREN A. SAPPINGTON

COMES NOW the defendant, Judge Warren A. Sappington, by and through his counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. §1920, hereby submits this Response to Plaintiff's Objections to the Bill of Costs filed by defendant, Warren A. Sappington on September 23, 2005 (*see* Document #391).   In support thereof, the following statements are made.

1.    After a trial by jury, judgment was entered in favor of defendant, Warren A. Sappington, and against plaintiff on August 25, 2005.  *See* Document #384.

2.    Defendant timely filed a Bill of Costs.  *See* Document #391.

3.    Plaintiff has objected.  *See* Document #405.

4.     Plaintiff's claim that the Office of the Illinois Attorney General should not have been involved in the case is without merit.

5.     Plaintiff was the losing party and has not claimed she is indigent, and therefore costs should be assessed against her.

6.     The costs for depositions and the trial testimony were reasonable and necessary and therefore should be awarded.

7.     The fee to the clerk should be taxed.

8.     Although plaintiff cites no case authority for the proposition that the costs for the printing of the petition for certiorari, the undersigned has found authority and therefore agrees to withdraw the claim for $3,510.18 for fees and disbursement for printing.

9.     As such, costs in the amount of $7,907.31 should be granted in favor of defendant, Warren A. Sappington.

10.    A memorandum of law in support of the instant response is submitted herewith.

WHEREFORE, for the above and foregoing reasons, defendant, Warren Sappington, respectfully requests this honorable Court to grant costs in his favor and against the plaintiff in the amount of $7,907.31 and modify the judgment accordingly.

Respectfully submitted,

JUDGE WARREN A. SAPPINGTON,
     Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,
     Attorney for Defendant.

Karen L. McNaught Bar Number: 6200462
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Fax: (217) 524-5091_____
E-mail: kmcnaught@atg.state.il.us

By:___s/ Karen L. McNaught_____
     KAREN L. McNAUGHT
     Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| MELISSA ROBINSON,<br>(f/k/a MELISSA SCHROEDER),<br>      Plaintiff, | )<br>)<br>)<br>) |
| v. | ) NO.  04-1360 |
| JUDGE WARREN A. SAPPINGTON<br>SIXTH JUDICIAL CIRCUIT,<br>(IN OFFICIAL CAPACITY),<br>      Defendant, | )<br>)<br>)<br>)<br>) |
| MACON COUNTY,<br>      Defendant, | )<br>)<br>) |
| MACON COUNTY CIRCUIT,<br>      Defendant. | )<br>) |

**Certificate of Service**

I hereby certify that on December 13, 2005, I presented the foregoing Response to Plaintiff's Objection to the Bill of Costs of Warren A. Sappington to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Melissa McGrath
www.thomsonandweintraub.com

John Cassidy
c_m@mtco.com

Diane Baron
dbaron@clausen.com

Andrew M. Ramage
aramage@hinshawlaw.com

and I hereby certify that on December 13, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

/s/Karen L. McNaught
Karen L. McNaught, #6200462
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us