**E-FILED**
Tuesday, 13 December, 2005  05:14:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MELISSA ROBINSON,                  )
(f/k/a MELISSA SCHROEDER)          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )      No. 04-1360
                                   )
JUDGE WARREN A. SAPPINGTON         )
SIXTH JUDICIAL CIRCUIT,            )
(IN OFFICIAL CAPACITY AND          )
INDIVIDUALLY),                     )
                                   )
          Defendant,               )
                                   )
MACON COUNTY,                      )
                                   )
          Defendant,               )
                                   )
JOHN P. SHONKWILER, CHIEF JUDGE,   )
SIXTH JUDICIAL CIRCUIT, MACON      )
COUNTY CIRCUIT COURT, MACON        )
COUNTY, (IN OFFICIAL CAPACITY AND  )
NOT INDIVIDUALLY).                 )
                                   )
          Defendant.               )

### WAIVER OF SERVICE OF SUBPOENA BY PROCESS SERVER

Federal Rule of Civil Procedure 45(b) provides that service of a subpoena to appear at trial "shall be made by delivering a copy thereof to such person and, if the person's attendance is commanded, by tendering to that person the fees for one day's attendance and the mileage allowed by law." The subpoena can be served personally upon the witness or by leaving a copy of the subpoena at the home of the witness with a resident over the age of 13. *See* Federal Rule of Civil Procedure 45(b)(2); 735 ILCS 5/2-203.

To avoid undue expense, delay, and annoyance, the parties to this litigation request

**EXHIBIT**

11

that you waive the requirements of personal service and accept service by mail.  The parties also request that you waive the payment of the witness fee, but not the mileage fee. This would not prejudice any party to later recoup witness fees pursuant to 28 U.S.C. §1920.

Waiver of service by a process server requires you to attend the trial on the day(s) you are called to be a witness.  Refusing to waive service by a process server does not mean that you avoid being called as a witness; it means that a process server will attempt personal service upon you or a member of your home over the age of 13.

If you agree to accept service by mail, please sign the following statement.

I agree to waive service of a trial subpoena in the case entitled *Robinson f/k/a Schroeder v. Sappington* (USDC C.D. Ill. 04-1360) by a process server and to accept service of a trial subpoena by mail.  I understand that by accepting service by mail I am agreeing to be present at trial to testify.  Should the trial date change or the date you are notified to appear for your testimony change, one or more of the attorneys in this case or their staff will contact you to advise you of that change.

I further agree to waive the $40 witness fee at this time.

Date: *March 3, 2005*

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Witness

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MELISSA ROBINSON, | ) | |
| (f/k/a MELISSA SCHROEDER) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1360 |
| | ) | |
| JUDGE WARREN A. SAPPINGTON | ) | |
| SIXTH JUDICIAL CIRCUIT, | ) | |
| (IN OFFICIAL CAPACITY AND | ) | |
| INDIVIDUALLY), | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| MACON COUNTY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| JOHN P. SHONKWILER, CHIEF JUDGE, | ) | |
| SIXTH JUDICIAL CIRCUIT, MACON | ) | |
| COUNTY CIRCUIT COURT, MACON | ) | |
| COUNTY, (IN OFFICIAL CAPACITY AND | ) | |
| NOT INDIVIDUALLY). | ) | |
| | ) | |
| Defendant. | ) | |

## **WAIVER OF SERVICE OF SUBPOENA BY PROCESS SERVER**

Federal Rule of Civil Procedure 45(b) provides that service of a subpoena to appear at trial "shall be made by delivering a copy thereof to such person and, if the person's attendance is commanded, by tendering to that person the fees for one day's attendance and the mileage allowed by law." The subpoena can be served personally upon the witness or by leaving a copy of the subpoena at the home of the witness with a resident over the age of 13. *See* Federal Rule of Civil Procedure 45(b)(2); 735 ILCS 5/2-203.

To avoid undue expense, delay, and annoyance, the parties to this litigation request

1

EXHIBIT

tabbies

12

that you waive the requirements of personal service and accept service by mail. The

parties also request that you waive the payment of the witness fee, but not the mileage fee.

This would not prejudice any party to later recoup witness fees pursuant to 28 U.S.C.

§1920.

Waiver of service by a process server requires you to attend the trial on the day(s)

you are called to be a witness. Refusing to waive service by a process server does not

mean that you avoid being called as a witness; it means that a process server will attempt

personal service upon you or a member of your home over the age of 13.

If you agree to accept service by mail, please sign the following statement.

I agree to waive service of a trial subpoena in the case entitled *Robinson f/k/a*

*Schroeder v. Sappington* (USDC C.D. Ill. 04-1360) by a process server and to accept

service of a trial subpoena by mail. I understand that by accepting service by mail I am

agreeing to be present at trial to testify. I further understand that one or more of the

attorneys in this case or their staff will contact me during the trial to advise me of a

particular date and approximate time that I am to appear to testify.

I further agree to waive the $40 witness fee at this time.

Date: _3-3-05_

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Witness

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MELISSA ROBINSON,                          )
(f/k/a MELISSA SCHROEDER)                   )
                                           )
        Plaintiff,                         )
                                           )
    v.                                     )    No. 04-1360
                                           )
JUDGE WARREN A. SAPPINGTON                  )
SIXTH JUDICIAL CIRCUIT,                     )
(IN OFFICIAL CAPACITY AND                   )
INDIVIDUALLY),                             )
                                           )
        Defendant,                         )
                                           )
MACON COUNTY,                              )
                                           )
        Defendant,                         )
                                           )
JOHN P. SHONKWILER, CHIEF JUDGE,            )
SIXTH JUDICIAL CIRCUIT, MACON              )
COUNTY CIRCUIT COURT, MACON                 )
COUNTY, (IN OFFICIAL CAPACITY AND           )
NOT INDIVIDUALLY).                          )
                                           )
        Defendant.                         )

## WAIVER OF SERVICE OF SUBPOENA BY PROCESS SERVER

Federal Rule of Civil Procedure 45(b) provides that service of a subpoena to appear

at trial "shall be made by delivering a copy thereof to such person and, if the person's

attendance is commanded, by tendering to that person the fees for one day's attendance

and the mileage allowed by law."  The subpoena can be served personally upon the

witness or by leaving a copy of the subpoena at the home of the witness with a resident

over the age of 13.  See Federal Rule of Civil Procedure 45(b)(2); 735 ILCS 5/2-203.

To avoid undue expense, delay, and annoyance, the parties to this litigation request

EXHIBIT

13

that you waive the requirements of personal service and accept service by mail. The parties also request that you waive the payment of the witness fee, but not the mileage fee. This would not prejudice any party to later recoup witness fees pursuant to 28 U.S.C. §1920.

Waiver of service by a process server requires you to attend the trial on the day(s) you are called to be a witness. Refusing to waive service by a process server does not mean that you avoid being called as a witness; it means that a process server will attempt personal service upon you or a member of your home over the age of 13.

If you agree to accept service by mail, please sign the following statement.

I agree to waive service of a trial subpoena in the case entitled *Robinson f/k/a Schroeder v. Sappington* (USDC C.D. Ill. 04-1360) by a process server and to accept service of a trial subpoena by mail. I understand that by accepting service by mail I am agreeing to be present at trial to testify. Should the trial date change or the date you are notified to appear for your testimony change, one or more of the attorneys in this case or their staff will contact you to advise you of that change.

I further agree to waive the $40 witness fee at this time.

Date: _Man. 7, 2005_

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

                    Witness

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MELISSA ROBINSON,                          )
(f/k/a MELISSA SCHROEDER)                  )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      No. 04-1360
                                           )
JUDGE WARREN A. SAPPINGTON                 )
SIXTH JUDICIAL CIRCUIT,                    )
(IN OFFICIAL CAPACITY AND                  )
INDIVIDUALLY),                             )
                                           )
            Defendant,                     )
                                           )
MACON COUNTY,                              )
                                           )
            Defendant,                     )
                                           )
JOHN P. SHONKWILER, CHIEF JUDGE,           )
SIXTH JUDICIAL CIRCUIT, MACON              )
COUNTY CIRCUIT COURT, MACON                )
COUNTY, (IN OFFICIAL CAPACITY AND          )
NOT INDIVIDUALLY).                         )
                                           )
            Defendant.                     )

## **WAIVER OF SERVICE OF SUBPOENA BY PROCESS SERVER**

Federal Rule of Civil Procedure 45(b) provides that service of a subpoena to appear

at trial "shall be made by delivering a copy thereof to such person and, if the person's

attendance is commanded, by tendering to that person the fees for one day's attendance

and the mileage allowed by law." The subpoena can be served personally upon the

witness or by leaving a copy of the subpoena at the home of the witness with a resident

over the age of 13. *See* Federal Rule of Civil Procedure 45(b)(2); 735 ILCS 5/2-203.

To avoid undue expense, delay, and annoyance, the parties to this litigation request

1



EXHIBIT

14

that you waive the requirements of personal service and accept service by mail. The parties also request that you waive the payment of the witness fee, but not the mileage fee. This would not prejudice any party to later recoup witness fees pursuant to 28 U.S.C. §1920.

Waiver of service by a process server requires you to attend the trial on the day(s) you are called to be a witness. Refusing to waive service by a process server does not mean that you avoid being called as a witness; it means that a process server will attempt personal service upon you or a member of your home over the age of 13.

If you agree to accept service by mail, please sign the following statement.

I agree to waive service of a trial subpoena in the case entitled *Robinson f/k/a Schroeder v. Sappington* (USDC C.D. Ill. 04-1360) by a process server and to accept service of a trial subpoena by mail. I understand that by accepting service by mail I am agreeing to be present at trial to testify. I further understand that one or more of the attorneys in this case or their staff will contact me during the trial to advise me of a particular date and approximate time that I am to appear to testify.

I further agree to waive the $40 witness fee at this time.

Date: _____3/3/05_____

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Witness

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MELISSA ROBINSON,                          )
(f/k/a MELISSA SCHROEDER)                  )
                                           )
        Plaintiff,                         )
                                           )
    v.                                     )   No. 04-1360
                                           )
JUDGE WARREN A. SAPPINGTON                 )
SIXTH JUDICIAL CIRCUIT,                     )
(IN OFFICIAL CAPACITY AND                  )
INDIVIDUALLY),                             )
                                           )
        Defendant,                         )
                                           )
MACON COUNTY,                              )
                                           )
        Defendant,                         )
                                           )
JOHN P. SHONKWILER, CHIEF JUDGE,           )
SIXTH JUDICIAL CIRCUIT, MACON              )
COUNTY CIRCUIT COURT, MACON                )
COUNTY, (IN OFFICIAL CAPACITY AND          )
NOT INDIVIDUALLY).                         )
                                           )
        Defendant.                         )

## WAIVER OF SERVICE OF SUBPOENA BY PROCESS SERVER

Federal Rule of Civil Procedure 45(b) provides that service of a subpoena to appear

at trial "shall be made by delivering a copy thereof to such person and, if the person's

attendance is commanded, by tendering to that person the fees for one day's attendance

and the mileage allowed by law."  The subpoena can be served personally upon the

witness or by leaving a copy of the subpoena at the home of the witness with a resident

over the age of 13.  See Federal Rule of Civil Procedure 45(b)(2); 735 ILCS 5/2-203.

To avoid undue expense, delay, and annoyance, the parties to this litigation request

**EXHIBIT**

15

that you waive the requirements of personal service and accept service by mail. The parties also request that you waive the payment of the witness fee, but not the mileage fee. This would not prejudice any party to later recoup witness fees pursuant to 28 U.S.C. §1920.

Waiver of service by a process server requires you to attend the trial on the day(s) you are called to be a witness. Refusing to waive service by a process server does not mean that you avoid being called as a witness; it means that a process server will attempt personal service upon you or a member of your home over the age of 13.

If you agree to accept service by mail, please sign the following statement.

I agree to waive service of a trial subpoena in the case entitled *Robinson f/k/a Schroeder v. Sappington* (USDC C.D. Ill. 04-1360) by a process server and to accept service of a trial subpoena by mail. I understand that by accepting service by mail I am agreeing to be present at trial to testify. Should the trial date change or the date you are notified to appear for your testimony change, one or more of the attorneys in this case or their staff will contact you to advise you of that change.

I further agree to waive the $40 witness fee at this time.

Date: *March 8, 2005*

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Witness

2