CLERK

US DISTRICT COURT ILCD
MAIN ST
PEORIA IL 616

FEB 10 2006

**FILED**

FEB 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04-1360

PLEASE MAIL ME YOUR PRICE FOR A COPY OF THE DOCKET SHEET/RECORD OF PROCEEDINGS IN YOUR CASE ROBINSON V SAPPINGTON (MACON CO JUDGE) 1-04cc1360.

Robert M Glendenwell YC 76
BRUCE PUB 900. B175-22
INA IL 62846

I GOT INFO ABOUT THIS CASE BY KEYCITING 127 ILL2 453.
ORENIC V ISLRB. ISLRB AND WEXFORD HEALTH SOURCES ARE PARTIES IN AFSCME V ISLRB 357 ILAP3 70) 814 NE2 601, REVERSED 216 IL2 569 839 NE2 479. "ACCORDING TO THE CONTRACTS, WEXFORD IS SOLELY RESPONSIBLE FOR THE NEGLIGENT ACTS OF ITS EMPLOYEES, AND WEXFORD IS TO HOLD THE DOC HARMLESS FROM ANY SUITS OR CLAIMS" 839 NE2 AT 482, 216 IL2 569.

CONTACT ROBERT ARROYO, JACKSON LEWIS LLP, 320 W OHIO #500 CHICAGO 60610 ATTYS FOR WEXFORD