# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

Amended
## JUDGMENT IN A CIVIL CASE

**FILED**
FEB 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Melissa Robinson**
**f/k/a**
**Melissa Schroeder**

vs.

Case Number: **04-1360**

**Warren A. Sappington, Judge, Sixth Judicial Circuit (In Official Capacity and Individually); John P. Shonkwiler, Chief Judge, Sixth Judicial Circuit, Macon County Circuit Court, Macon County (In Official Capacity and Not Individually); The County of Macon; Janice Shonkwiler**

**JURY VERDIC**T. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on August 25, 2005.

**DECISION BY THE COURT.** This action came before the Court. The issues have been plead and and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Dft John P. Shonkwiler is dismissed pursuant to the order entered on June 19, 2002. **IT IS FURTHER ORDERED AND ADJUDGED** that on 2/13/06, costs taxed in the sum of $3,882.95 in favor of John P. Shonkwiler and against Plaintiff. **FURTHER ORDERED AND ADJUDGED** that Janice Shonkwiler is removed as a miscellaneous party pursuant to the Text Order entered on August 5, 2004. **FURTHER ORDERED AND ADJUDGED** that Defendant Macon County is dismissed pursuant to the minute entry entered on August 22, 2005, granting judgment as a matter of law. **FURTHER ORDERED AND ADJUDGED** that pursuant to jury verdict entered on August 25, 2005, judgment is entered in favor of Defendant Warren A. Sappington and against Plaintiff Melissa Robinson. **FURTHER ORDERED AND ADJUDGED** costs are taxed in the amount of $7,278.81 in favor of Warren A. Sappington and against Plaintiff.

ENTER this 13th day of February, 2006

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ R. Knox
BY: DEPUTY CLERK