E-FILED
Thursday, 16 February, 2006 04:35:23 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

MELISSA ROBINSON, )
(p/k/a/ MELISSA SCHROEDER) )
　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff, )
vs. ) Case No. 1:04-cv-1360
　　　　　　　　　　　　　　　　)
JUDGE WARREN A. SAPPINGTON )
SIXTH JUDICIAL CIRCUIT, )
(IN OFFICIAL CAPACITY) )
　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant, )
MACON COUNTY )

### PROOF OF SERVICE

The undersigned certifies that on the __16__ day of February, 2006, she served a check in the amount of $7,278.81, as payment in full for the costs awarded to Judge Sappington, ordered by the Court pursuant to the Amended Judgment filed on February 13, 2006, at the address below via Certified U.S. Mail.

Ms. Karen McNaught
Chief, General Law Bureau
Government Representation Department
500 S. Second Street
Springfield, Illinois 62706

Subscribed and sworn to before me
this __16__ day of February, 2006

Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
E-mail: mmcgrath@tnwlaw.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA ROBINSON, <br> (p/k/a/ MELISSA SCHROEDER) <br> <br> Plaintiff, <br> vs. <br> <br> JUDGE WARREN A. SAPPINGTON <br> SIXTH JUDICIAL CIRCUIT, <br> (IN OFFICIAL CAPACITY) <br> <br> Defendant, <br> <br> MACON COUNTY | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:04-cv-1360 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

I hereby certify that on February __16__, 2006, I presented the foregoing document to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. John Cassidy
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main Street
Peoria, IL 61602

Ms. Diane M. Barron, Esq.
Clausen Miller PC
10 South La Salle Street
Chicago, Illinois 60603-1098

Ms. Karen McNaught
Assistant Attorney General
ILLINOIS ATTORNEY GENERAL'S OFFICE
500 S. Second Street
Springfield, Illinois 62706

Mr. Terrence J. Corrigan
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

By: s/ Melissa M. McGrath
Melissa M. McGrath Attorney Bar No. 6207263
Attorney for Plaintiff
Thomson & Weintraub
105 North Center Street
Bloomington, Illinois 61701
Phone: (309) 829-7069
Fax: (309) 827-3458
Email: mmcgrath@tnwlaw.com

Subscribed and sworn to before me
this __16__ day of February, 2006.

_____
Notary Public

"OFFICIAL SEAL"
Angela M. Park
Notary Public, State of Illinois
My Commission Exp. 10/21/2008